## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

v.                                                      CASE NO.:

ROYAL BENGAL LOGISTICS, INC., and              **UNDER SEAL**
SANJAY SINGH,

                    Defendants,

SHEETAL SINGH and CONSTANTINA
CELICOURT,

                    Relief Defendants.

_____/

FILED BY_____D.C.

JUN 2 0 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDEX OF EXHIBITS TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EMERGENCY *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND OTHER RELIEF AND MEMORANDUM OF LAW

| | |
|---|---|
| **EXHIBIT A** | Declaration of Ivette Goizueta-Mendes with the following attachments: |
| Attachment 1 | Royal Bengal Logistics Inc. ("RBL") corporate records |
| Attachment 2 | North America Aerospace LLC corporate records |
| Attachment 3 | Cingar Transports LLC corporate records |
| Attachment 4 | Nov. 23, 2022 web capture of RBL's YouTube channel and associated videos with declaration from SEC IT specialist, L. Henley |
| Attachment 5 | April 6, 2023 web capture of YouTube page with declaration from SEC IT specialist R. Castillo |
| Attachment 6 | June 13, 2023 web capture of RBL's website with declaration from R. Castillo |
| Attachment 7 | Certified transcription of video "Driving American Dream" |

| | |
|---|---|
| Attachment 8 | Certified transcription of video "RBL Investor Zoom Meeting November 2022" |
| Attachment 9 | Certified transcription of March 17, 2023 FBI undercover video |
| Attachment 10 | Certified transcription of March 31, 2023 FBI undercover video |
| Attachment 11 | Certified transcription of April 25, 2023 FBI undercover video |
| Attachment 12 | Certified Celicourt Warranty Deed dated June 6, 2022 |
| Attachment 13 | Certified Celicourt Warranty Deed dated June 15, 2017 |
| Attachment 14 | Business Records Declaration from Bank of America responsive to subpoena for records re: RBL account no. XXXX6001 |
| Attachment 15 | Business Records Declaration from Evolve Bank responsive to subpoena for records re: RBL account no. XXXX3720 |
| Attachment 16 | Business Records Declaration from Citibank responsive to subpoena for records re: RBL account no. XXXX4380 |
| Attachment 17 | Business Records Declaration from JPMorgan Chase Bank responsive to subpoena for records re: RBL account no. XXXX6315 |
| Attachment 18 | Business Records Declaration from TD Ameritrade responsive to subpoena for records re: RBL account no. XXXX6347 and Singh account no. XXXX7115 |
| Attachment 19 | Business Records Declaration from Wells Fargo Bank responsive to subpoena for records re: RBL account no. XXXX5094 |
| **EXHIBIT B** | Declaration of Mark Dee with the following attachments: |
| Attachment 1 | North America Aerospace, LLC corporate records |
| Attachment 2 | Cingar Transports LLC corporate records |
| Attachment 3 | Certified Celicourt Warranty Deed dated June 6, 2022 |
| Attachment 4 | Certified Celicourt Warranty Deed dated June 15, 2017 |
| Attachment 5 | TD Ameritrade email dated May 13, 2022 to RBL, Subject: Possible manipulative trading in your account |

| Attachment 6 | TD Ameritrade letters each dated January 13, 2023 to RBL and Singh, Re: You will need to close your TD Ameritrade Account(s) |

| **EXHIBIT C** | Declaration of Scott Mulkey (no attachments) |
| **EXHIBIT D** | Declaration of Austin Steelman with the following attachments: |

| Attachment 1 | Copies of materials given to undercover employees ("UCE") during interactions with RBL staff on March 17, 2023 |

| Attachment 2 | Copies of materials given to UCEs during their interactions with RBL staff on March 31, 2023 |

# EXHIBIT A

## <u>DECLARATION OF IVETTE GOIZUETA-MENDES</u>

Pursuant to 28 U.S.C. § 1746, the undersigned declares as follows:

### I.      INTRODUCTION

1.      My name is Ivette Goizueta-Mendes. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am a Senior Paralegal Specialist employed by the United States Securities and Exchange Commission (the "Commission") in the Division of Enforcement. My office is located at 801 Brickell Avenue, Suite 1950, Miami, Florida 33131.

3.      I provide this declaration in support of the Commission's emergency civil action against Royal Bengal Logistics, Inc. ("RBL") and Sanjay Singh ("Singh") (collectively, "Defendants").

4.      As part of the Commission's investigation of the Defendants, I obtained the following documents and information at the direction of the Commission:

### II.      DOCUMENTS OBTAINED BY COMMISSION STAFF

5.      I obtained the following certified records from the Division of Corporations for the State of Florida:

a.      RBL's Articles of Incorporation as amended to date filed with Florida's Department of State, a true and accurate copy of which is attached as Attachment 1;

b.      The complete file of North America Aerospace, "L.L.C"'s filed with Florida's Department of State, a true and accurate copy of which is attached as Attachment 2; and

c.      The complete file of Cingar Transports "L.L.C" filed with Florida's Department of State, a true and accurate copy of which is attached as Attachment 3.

1

6.      On November 23, 2022, Leevented Henley ("Henley"), an IT Specialist at the Commission, completed a website capture of RBL's YouTube channel and associated videos:

https://www.youtube.com/channel/UC_LqPoL0JCVO7bSWKWey8XA/videos

True and accurate copies of the website capture and Henley's declaration are attached as Attachment 4.

7.      On April 6, 2023, Russell Castillo ("Castillo"), an IT Specialist at the Commission, completed a website capture of the following YouTube page:

https://www.youtube.com/watch?v=oEqnyBB5-6Q

True and accurate copies of the website capture and Castillo's declaration are attached as Attachment 5.

8.      On June 13, 2023, Castillo completed a website capture of RBL's website:

https://rbl-inc.com/

True and accurate copies of the website capture and Castillo's declaration are attached as Attachment 6.

9.      In response to a request by the Commission, Diversified Reporting Services, Inc. ("Diversified") prepared and provided a certified transcription of the video "Driving American Dream":

https://www.youtube.com/watch?v=oEqnyBB5-6Q&t=30s

A true and accurate copy of the certified transcript of "Driving American Dream" is attached as Attachment 7.

10.     In response to a request by the Commission, Diversified prepared and provided a certified transcription of the video "RBL Investor Zoom Meeting November 2022":

https://www.youtube.com/watch?v=t02PZhNIs5k&t=16s

A true and accurate copy of the certified transcript of "RBL Investor Zoom Meeting November 2022" is attached as Attachment 8.

11.     In response to a request by the Commission, Diversified prepared and provided a certified transcription of the March 17, 2023 FBI undercover video, a true and accurate copy of which is attached as Attachment 9.

12.     In response to a request by the Commission, Diversified prepared and provided a certified transcription of the March 31, 2023 FBI undercover video, a true and accurate copy of which is attached as Attachment 10.

13.     In response to a request by the Commission, Diversified prepared and provided a certified transcription of the April 25, 2023 FBI undercover video, a true and accurate copy of which is attached as Attachment 11.

14.     The Commission's staff obtained certified copies of the following documents from the Broward County Property Appraisers Office:

a.     Warranty Deed, dated June 6, 2022, having Instrument Number 118191899, a true and accurate copy of which is attached as Attachment 12; and

b.     Warranty Deed, dated June 15, 2017, having Instrument Number 114452591, a true and accurate copy of which is attached hereto as Attachment 13.

### III.    FINANCIAL RECORDS OBTAINED IN RESPONSE TO SUBPOENAS

15.    In response to a subpoena issued by the Commission on March 7, 2023, Bank of America produced documents associated with account number XXXX6001 in the name of RBL. A true and accurate copy of records custodian certification(s) and/or correspondence sent in connection with the production(s) is attached as Attachment 14.

16.    In response to a subpoena issued by the Commission on March 7, 2023, Evolve Bank and Trust produced documents associated with account number XXXX3720 in the name of RBL. A true and accurate copy of records custodian certification(s) and/or correspondence sent in connection with the production(s) is attached as Attachment 15.

17.    In response to a subpoena issued by the Commission on March 7, 2023, Citibank, N.A. produced documents associated with account number XXXX4380 in the name of RBL. A true and accurate copy of records custodian certification(s) and/or correspondence sent in connection with the production(s) is attached as Attachment 16.

18.    In response to a subpoena issued by the Commission on March 7, 2023, JPMorgan Chase Bank, N.A. produced documents associated with account number XXXX6315 in the name of RBL. A true and accurate copy of records custodian certification(s) and/or correspondence sent in connection with the production(s) is attached as Attachment 17.

19.    In response to subpoenas issued by the Commission on March 7, 2023 and March 29, 2023, TD Ameritrade produced documents associated with account numbers XXXX6347 in the name of RBL and XXXX7115 in the name of Singh. A true and accurate copy of records custodian certification(s) and/or correspondence sent in connection with the production(s) is attached as Attachment 18.

20.     In response to subpoenas issued by the Commission on March 28, 2023 and June 6, 2023, Wells Fargo Bank, N.A. produced documents associated with account number XXXX5094 in the name of RBL. A true and accurate copy of records custodian certification(s) and/or correspondence sent in connection with the production(s) is attached as Attachment 19.

## IV. DEFENDANTS HAVE NEVER BEEN REGISTERED WITH THE SEC OR FINRA

21.     On April 5, 2023, I conducted research to determine whether RBL or Singh has ever been or is currently registered with the SEC or FINRA. In conducting my research, I used the following website(s):

a.      FINRA BrokerCheck website. BrokerCheck is a public database containing information about brokers and brokerage firms;

b.      Registration Depository ("WebCRD"). WebCRD is a non-public database that stores and maintains information concerning registered securities professionals and brokerage firms;

c.      Investment Adviser Public Disclosure ("IAPD") website. The IAPD is a public website that contains a complete compilation of Investment Adviser Firms currently registered with the SEC and the registration reporting form ("Form ADV") that the advisers file. This website also searches FINRA's BrokerCheck system; and

d.      EDGAR (Electronic Data Gathering, Analysis, and Retrieval System) database. EDGAR is the primary system for companies and others submitting documents under the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, and the Investment Company Act of 1940. EDGAR contains millions of company and individual filings.

22.     My research indicates that RBL has never been registered nor is it currently registered with the SEC or FINRA. Likewise, Singh has never been registered nor is he currently registered with the SEC or FINRA.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith. Executed on this _____ day of June 2023.

Ivette Goizueta-Mendes

# Attachment 1



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the Articles of Incorporation, as amended to date, of ROYAL BENGAL LOGISTICS, INC, a corporation organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this corporation is P18000052149.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Twenty-seventh day of February, 2023



*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

# Electronic Articles of Incorporation For

P18000052149
FILED
June 08, 2018
Sec. Of State
ndmccleessam

ROYAL BENGAL LOGISTICS, INC

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
  ROYAL BENGAL LOGISTICS, INC

## Article II
The principal place of business address:
  3700 NW 109TH AVE
  CORAL SPRINGS, FL.  33065

The mailing address of the corporation is:
  3700 NW 109TH AVE
  CORAL SPRINGS, FL.  33065

## Article III
The purpose for which this corporation is organized is:
  ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
  1000000

## Article V
The name and Florida street address of the registered agent is:
  SANJAY  SINGH
  3700 NW 109TH AVE
  CORAL SPRINGS, FL.  33065

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:  SANJAY SINGH

P18000052149
FILED
June 08, 2018
Sec. Of State
ndmccleessam

## Article VI

The name and address of the incorporator is:

SANJAY SINGH
3700 NW109TH AVE

CORAL SPRINGS, FL 33065

Electronic Signature of Incorporator:   SANJAY SINGH

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  D
SANJAY  SINGH
3700 NW 109TH AVE
CORAL SPRINGS, FL.   33065

Title:  D,CF
BARATHI K CHIDAMBARAN
3700 NW 109TH AVE
CORAL SPRINGS, FL.   33065

Title:  D
IRSHAD  BEGG
3700 NW 109TH AVE
CORAL SPRINGS, FL.   33065

## Article VIII

The effective date for this corporation shall be:

06/08/2018

# OFFICER / DIRECTOR RESIGNATION
## FOR A CORPORATION

I, _BARATHI K CHIDAMBARAM_ , hereby resign as _DIRECTOR, CF_
                                                         (Title)

of _ROYAL BENGAL LOGISTICS, INC_
                 (Name of Corporation)

_____ , a corporation organized under the laws of the State of
     (Document Number, if known)

_FLORIDA_____

_____
(Signature of resigning officer/director)

**FILING FEE IS $35.00**

**Make checks payable to Florida Department of State and mail to:**

Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, Florida 32314

FILED
2018 JUL 16 A 11:49
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## OFFICER / DIRECTOR RESIGNATION
### FOR A CORPORATION

I, _IRSHAD BEGG_____, hereby resign as _DIRECTOR_____
(Title)

of _ROYAL BENGAL LOGISTICS INC_____
(Name of Corporation)

_____, a corporation organized under the laws of the State of
(Document Number, if known)

_FLORIDA_____.

_Irshad Begg_____
(Signature of resigning officer/director)

**FILING FEE IS $35.00**

**Make checks payable to Florida Department of State and mail to:**

Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, Florida 32314

FILED

2018 JUL 16 A 2: 39

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

# Attachment 2



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of NORTH AMERICA AEROSPACE, "L.L.C", a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L14000120189.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Twenty-fourth day of April, 2023

*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

# Electronic Articles of Organization
## For
## Florida Limited Liability Company

L14000120189
FILED 8:00 AM
July 31, 2014
Sec. Of State
dbruce

## Article I

The name of the Limited Liability Company is:

NORTH AMERICA AEROSPACE, "L.L.C"

## Article II

The street address of the principal office of the Limited Liability Company is:

1600 NE 135TH ST
1007
NORTH MIAMI, FL. 33181

The mailing address of the Limited Liability Company is:

1600 NE 135TH ST
1007
NORTH MIAMI, FL. UN 33181

## Article III

The name and Florida street address of the registered agent is:

SANJAY  SINGH
1600 NE 135TH STREET
APT1007
NORTH MIAMI, FL.  33181

Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent.

Registered Agent Signature:  SANJAY SINGH

## Article IV

The name and address of person(s) authorized to manage LLC:

L14000120189
FILED 8:00 AM
July 31, 2014
Sec. Of State
dbruce

Title:  MGR
SANJAY  SINGH
1600 NE 135TH STREET #1007
N.MIAMI, FL.  33181  UN

## Article V

The effective date for this Limited Liability Company shall be:

08/29/2014

Signature of member or an authorized representative

Electronic Signature: SANJAY SINGH

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

## 2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000120189

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**FILED**
**Apr 30, 2015**
**Secretary of State**
**CC9967043562**

**Current Principal Place of Business:**

1600 NE 135TH ST
1007
NORTH MIAMI, FL 33181

**Current Mailing Address:**

1600 NE 135TH ST
1007
NORTH MIAMI, FL 33181 UN

**FEI Number:** 47-1471817

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
1600 NE 135TH STREET
APT1007
NORTH MIAMI, FL 33181 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____
Electronic Signature of Registered Agent                             Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | PRESIDENT, MANAGER, AUTHORIZED MEMBER, CFO |
| Name | SINGH, SANJAY |
| Address | 1600 NE 135TH ST 1007 |
| City-State-Zip: | NORTH MIAMI FL 33181 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SANJAYSINGH                     MGR                     04/30/2015

_____
Electronic Signature of Signing Authorized Person(s) Detail                     Date

## 2016 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000120189

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**FILED**
**Mar 21, 2016**
**Secretary of State**
**CC7105429554**

**Current Principal Place of Business:**

1600 NE 135TH ST
1007
NORTH MIAMI, FL 33181

**Current Mailing Address:**

1600 NE 135TH ST
1007
NORTH MIAMI, FL 33181 UN

**FEI Number:** 47-1471817                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
1600 NE 135TH STREET
APT1007
NORTH MIAMI, FL 33181 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____                                    Date
Electronic Signature of Registered Agent

### Authorized Person(s) Detail :

| | | | | |
|---|---|---|---|---|
| Title | CEO, PRESIDENT, MANAGER, COO, CFO | | Title | VP, AUTHORIZED REPRESENTATIVE, DIRECTOR |
| Name | SINGH, SANJAY | | Name | SINGH, SHEETAL S |
| Address | 1600 NE 135TH ST 1007 | | Address | 1600 NE 135TH ST 1007 |
| City-State-Zip: | NORTH MIAMI FL 33181 | | City-State-Zip: | NORTH MIAMI FL 33181 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SANJAY SINGH                              CEO                    03/21/2016
_____                                    
Electronic Signature of Signing Authorized Person(s) Detail                              Date

## 2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000120189

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**FILED**
**Mar 16, 2017**
**Secretary of State**
**CC4764085209**

**Current Principal Place of Business:**

1600 NE 135TH ST
1004
NORTH MIAMI, FL 33181

**Current Mailing Address:**

1600 NE 135TH ST
1007
NORTH MIAMI, FL 33181 UN

**FEI Number:** 47-1471817                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
1600 NE 135TH STREET
APT1004
NORTH MIAMI, FL 33181 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: SANJAYSINGH | | 03/16/2017 |
|---|---|---|
| Electronic Signature of Registered Agent | | Date |

**Authorized Person(s) Detail :**

| Title | CEO, PRESIDENT, MANAGER, COO, CFO | Title | VP, DIRECTOR, AUTHORIZED REPRESENTATIVE |
|---|---|---|---|
| Name | SINGH, SANJAY | Name | SINGH, SHEETAL S |
| Address | 1600 NE 135TH ST 1004 | Address | 1600 NE 135TH ST 1004 |
| City-State-Zip: | NORTH MIAMI FL 33181 | City-State-Zip: | NORTH MIAMI FL 33181 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: SANJAY SINGH | CEO | 03/16/2017 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |

## 2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000120189

**FILED**
**May 07, 2018**
**Secretary of State**
**CC3468942079**

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**Current Principal Place of Business:**

3700 NW 109TH AVE
CORAL SPRINGS, FL 33065

**Current Mailing Address:**

3700
NW 109TH AVE
CORAL SPRINGS, FL 33065 US

**FEI Number:** 47-1471817

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
3700
NW 109TH AVE
CORAL SPRINGS, FL 33065 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   **SANJAYSINGH**                                                      05/07/2018

  Electronic Signature of Registered Agent                                              Date

**Authorized Person(s) Detail :**

| Title | CEO, PRESIDENT, MANAGER, COO, CFO | | Title | VP, DIRECTOR, AUTHORIZED REPRESENTATIVE |
|---|---|---|---|---|
| Name | SINGH, SANJAY | | Name | SINGH, SHEETAL S |
| Address | 3700 NW 109TH AVE | | Address | 3700 NW 109TH AVE |
| City-State-Zip: | CORAL SPRINGS FL 33065 | | City-State-Zip: | CORAL SPRINGS FL 33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SANJAY SINGH                              CEO                          05/07/2018

  Electronic Signature of Signing Authorized Person(s) Detail                              Date

## 2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000120189

Entity Name: NORTH AMERICA AEROSPACE, "L.L.C"

**FILED**
**Mar 17, 2019**
**Secretary of State**
**5120866275CC**

**Current Principal Place of Business:**

3700 NW 109TH AVE
CORAL SPRINGS, FL 33065

**Current Mailing Address:**

3700
NW 109TH AVE
CORAL SPRINGS, FL 33065 US

**FEI Number:** 47-1471817                                          **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
3700
NW 109TH AVE
CORAL SPRINGS, FL 33065 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: SANJAYSINGH                                                        03/17/2019

Electronic Signature of Registered Agent                                          Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | PRESIDENT, COO, DIRECTOR | | Title | VP, DIRECTOR, AUTHORIZED REPRESENTATIVE |
| Name | SINGH, SANJAY | | Name | SINGH, SHEETAL S |
| Address | 3700 NW 109TH AVE | | Address | 3700 NW 109TH AVE |
| City-State-Zip: | CORAL SPRINGS FL 33065 | | City-State-Zip: | CORAL SPRINGS FL 33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SANJAY SINGH                          PRESIDENT                          03/17/2019

Electronic Signature of Signing Authorized Person(s) Detail                                    Date

**2020  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L14000120189

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**FILED**
**Jun 30, 2020**
**Secretary of State**
**8035904348CC**

**Current Principal  Place of Business:**

3700 NW 109TH AVE
CORAL SPRINGS, FL 33065

**Current Mailing Address:**

3700
NW 109TH AVE
CORAL SPRINGS, FL  33065  US

**FEI Number:** 47-1471817

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
3700
NW 109TH AVE
CORAL SPRINGS, FL  33065  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   SANJAYSINGH

06/30/2020

Electronic Signature of Registered Agent                                                      Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | CEO |
| Name | SINGH, SANJAY |
| Address | 3700 NW 109TH AVE |
| City-State-Zip: | CORAL SPRINGS  FL  33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SANJAY SINGH                                        CEO                           06/30/2020

Electronic Signature of Signing Authorized Person(s) Detail                                 Date

## 2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000120189

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**FILED**
**Apr 06, 2021**
**Secretary of State**
**9292800779CC**

**Current Principal Place of Business:**

9600 W SAMPLE ROAD
100
CORAL SPRINGS, FL 33065

**Current Mailing Address:**

9600 W SAMPLE ROAD
100
CORAL SPRINGS, FL 33065 US

**FEI Number:** 47-1471817                              **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
9600 W SAMPLE ROAD
100
CORAL SPRINGS, FL 33065 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: **SANJAYSINGH**                                                  04/06/2021
_____          _____
Electronic Signature of Registered Agent                                   Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | CEO |
| Name | SINGH, SANJAY |
| Address | 9600 W SAMPLE ROAD |
| | 100 |
| City-State-Zip: | CORAL SPRINGS FL 33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: **SANJAY SINGH**                          CEO                   04/06/2021
_____          _____
Electronic Signature of Signing Authorized Person(s) Detail                Date

**2022 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L14000120189

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**FILED**
**Apr 13, 2022**
**Secretary of State**
**1842009111CC**

**Current Principal Place of Business:**

9600 W SAMPLE ROAD
100
CORAL SPRINGS, FL 33065

**Current Mailing Address:**

9600 W SAMPLE ROAD
100
CORAL SPRINGS, FL 33065 US

**FEI Number:** 47-1471817                                **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
9600 W SAMPLE ROAD
100
CORAL SPRINGS, FL 33065 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: SANJAYSINGH | | 04/13/2022 |
|---|---|---|
| Electronic Signature of Registered Agent | | Date |

**Authorized Person(s) Detail :**

| Title | CEO |
|---|---|
| Name | SINGH, SANJAY |
| Address | 9600 W SAMPLE ROAD 100 |
| City-State-Zip: | CORAL SPRINGS FL 33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: SANJAY SINGH | CEO | 04/13/2022 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |

**2023 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L14000120189

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**FILED**
**Mar 22, 2023**
**Secretary of State**
**2916633745CC**

**Current Principal Place of Business:**

9600 W SAMPLE ROAD
100
CORAL SPRINGS, FL 33065

**Current Mailing Address:**

9600 W SAMPLE ROAD
100
CORAL SPRINGS, FL 33065 US

**FEI Number:** 47-1471817

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
9600 W SAMPLE ROAD
100
CORAL SPRINGS, FL 33065 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  SANJAYSINGH                                                                              03/22/2023
                    Electronic Signature of Registered Agent                                              Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | CEO |
| Name | SINGH, SANJAY |
| Address | 9600 W SAMPLE ROAD |
| | 100 |
| City-State-Zip: | CORAL SPRINGS  FL  33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SANJAY SINGH                                     CEO                                03/22/2023
                    Electronic Signature of Signing Authorized Person(s) Detail                           Date

# Attachment 3



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of CINGAR TRANSPORTS "L.L.C", a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L19000033022.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Twenty-fourth day of April, 2023

*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L19000033022
FILED 8:00 AM
February 01, 2019
Sec. Of State
cmwood

## Article I

The name of the Limited Liability Company is:

CINGAR TRANSPORTS "L.L.C"

## Article II

The street address of the principal office of the Limited Liability Company is:

3700 NORTHWEST 109TH AVE
CORAL SPRINGS, FL. US 33065

The mailing address of the Limited Liability Company is:

3700 NW 109TH AVE
CORAL SPRINGS, FL. US 33065

## Article III

Other provisions, if any:

COMMERCIAL TRANSPORTATION SERVICES, EQUIPMENT LEASING

## Article IV

The name and Florida street address of the registered agent is:

BARATHI K CHIDAMBARAM
3700 NW 109TH AVE
CORAL SPRINGS, FL.   33065

Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent.

Registered Agent Signature:   BARATHI K CHIDAMBARAM

## Article V

The name and address of person(s) authorized to manage LLC:

Title:   CEO
BARATHI K CHIDAMBARAM
3700 NW 109TH AVE
CORAL SPRINGS, FL.   33065  US

L19000033022
FILED 8:00 AM
February 01, 2019
Sec. Of State
cmwood

## Article VI

The effective date for this Limited Liability Company shall be:

02/01/2019

Signature of member or an authorized representative

Electronic Signature: BARATHI KANNAN CHIDAMBARAM

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

## 2020  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L19000033022

**FILED**
**Feb 02, 2020**
**Secretary of State**
**2338820876CC**

**Entity Name:** CINGAR TRANSPORTS "L.L.C"

**Current Principal  Place of Business:**

3700 NORTHWEST 109TH AVE
CORAL SPRINGS,  FL  33065

**Current Mailing Address:**

3700 NORTHWEST 109TH AVE
CORAL SPRINGS,  FL  33065 US

**FEI Number:** 83-3824558                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

CHIDAMBARAM, BARATHI K
3700 NW 109TH AVE
CORAL SPRINGS, FL  33065 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                             Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | CEO |
| Name | CHIDAMBARAM, BARATHI K |
| Address | 3700 NW 109TH AVE |
| City-State-Zip: | CORAL SPRINGS  FL  33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BARATHI K CHIDAMBARAM                    CEO                    02/02/2020

Electronic Signature of Signing Authorized Person(s) Detail                              Date

## 2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L19000033022

**Entity Name:** CINGAR TRANSPORTS "L.L.C"

**FILED**
**Feb 24, 2021**
**Secretary of State**
**4994926740CC**

**Current Principal Place of Business:**
3700 NORTHWEST 109TH AVE
CORAL SPRINGS, FL 33065

**Current Mailing Address:**

3700 NORTHWEST 109TH AVE
CORAL SPRINGS, FL 33065 US

**FEI Number:** 83-3824558

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CHIDAMBARAM, BARATHI K
3700 NW 109TH AVE
CORAL SPRINGS, FL 33065 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____
Electronic Signature of Registered Agent                                          Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | CEO |
| Name | CHIDAMBARAM, BARATHI K |
| Address | 3700 NW 109TH AVE |
| City-State-Zip: | CORAL SPRINGS FL 33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BARATHI  K CHIDAMBARAM                    CEO                    02/24/2021
_____
Electronic Signature of Signing Authorized Person(s) Detail                    Date

## 2022 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L19000033022

**Entity Name:** CINGAR TRANSPORTS "L.L.C"

**Current Principal Place of Business:**

3700 NORTHWEST 109TH AVE
CORAL SPRINGS, FL 33065

**Current Mailing Address:**

3700 NORTHWEST 109TH AVE
CORAL SPRINGS, FL 33065 US

**FEI Number:** 83-3824558                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CHIDAMBARAM, BARATHI K
3700 NW 109TH AVE
CORAL SPRINGS, FL 33065 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                             Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | CEO |
| Name | CHIDAMBARAM, BARATHI K |
| Address | 3700 NW 109TH AVE |
| City-State-Zip: | CORAL SPRINGS FL 33065 |

**FILED**
**Feb 07, 2022**
**Secretary of State**
**2666667617CC**

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: BARATHI KANNAN CHIDAMBARAM                    CEO                    02/07/2022

Electronic Signature of Signing Authorized Person(s) Detail                                             Date

**2023 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L19000033022

**Entity Name:** CINGAR TRANSPORTS "L.L.C"

**Current Principal Place of Business:**

9600 W SAMPLE ROAD, SUITE 100
CORAL SPRINGS, FL 33065

**Current Mailing Address:**

9600 W SAMPLE ROAD, SUITE 100
CORAL SPRINGS, FL 33065 US

**FEI Number:** 83-3824558

**Name and Address of Current Registered Agent:**

CHIDAMBARAM, BARATHI K
3700 NW 109TH AVE
CORAL SPRINGS, FL 33065 US

**FILED**
**Jan 18, 2023**
**Secretary of State**
**2951024562CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____    _____

Electronic Signature of Registered Agent                                                                        Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | CEO |
| Name | CHIDAMBARAM, BARATHI K |
| Address | 3700 NW 109TH AVE |
| City-State-Zip: | CORAL SPRINGS FL 33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BARATHI KANNAN CHIDAMBARAM                CEO                01/18/2023

Electronic Signature of Signing Authorized Person(s) Detail                                        Date

# Attachment 4



HOME  VIDEOS  PLAYLISTS  COMMUNITY  CHANNELS  ABOUT

Recently uploaded   Popular

  

**RBL Investors Zoom Meeting- Nov 2022**
200 views · 11 days ago

**ROYAL BENGAL LOGISTICS Investor Presentation 9 7 22**
9.4K views · 2 months ago

**RBL 2022 Investor Banquet**
521 views · 2 months ago

**Royal Bengal Logistics E...**
1.3K views · 8 months ago

   

**2022 Investor Seminar**
482 views · 8 months ago

**RBL – GA Investor Conference**
289 views · 8 months ago

**Royal Bengal Logistics**
270 views · 9 months ago

**RBL INVESTOR**
346 views · 11 months ago

   

**VP RBL IN Engineering and Maintenance Facility Lubbock TX**
450 views · 1 year ago

**Dir of Business Development in Lubbock TX**
466 views · 1 year ago

**August 15, 2021**
1.2K views · 1 year ago

**RBL_ADD**
508 views · 1 year ago

  

**RBL 2020 12 05 at 1 28 47 PM**
419 views · 1 year ago

**October 16, 2020**
862 views · 2 years ago

**IMG 8632**
305 views · 2 years ago

Captured by FireShot Pro: 23 November 2022, 08:59:08
https://getfireshot.com

**Page 1**
**Royal Bengal Logistics, INC. Administration - YouTube**
**https://www.youtube.com/channel/UC_LqPoL0JCVO7bSWKWey8XA/about**

☰  ▶ YouTube

Search                                                🔍  🎤

⌂  Home
                        HOME        VIDEOS        PLAYLISTS        COMMUNITY        CHANNELS        ABOUT        🔍
🩰  Shorts

▣  Subscriptions

▶  Library

**Stats**

Joined Jul 15, 2018

16,378 views

**Captured by FireShot Pro: 23 November 2022, 08:59:23**
**https://getfireshot.com**

**Page 1**
**Royal Bengal Logistics, INC. Administration - YouTube**
**https://www.youtube.com/channel/UC_LqPoL0JCVO7bSWKWey8XA/videos**

YouTube Search Sign in

Home | Shorts | Subscriptions | Library | History

HOME | VIDEOS | PLAYLISTS | COMMUNITY | CHANNELS | ABOUT

Recently uploaded | Popular

RBL Investors Zoom Meeting- Nov 2022
200 views · 11 days ago

ROYAL BENGAL LOGISTICS Investor Presentation 9 7 22
9.4K views · 2 months ago

RBL 2022 Investor Banquet
521 views · 2 months ago

Royal Bengal Logistics EOY/DOY
1.3K views · 8 months ago

2022 Investor Seminar
482 views · 8 months ago

RBL - GA Investor Conference
289 views · 8 months ago

Royal Bengal Logistics
270 views · 9 months ago

RBL INVESTOR
346 views · 11 months ago

VP RBL IN Engineering and Maintenance Facility Lubbock TX
450 views · 1 year ago

Dir of Business Development in Lubbock TX
466 views · 1 year ago

August 15, 2021
1.2K views · 1 year ago

RBL_ADD
508 views · 1 year ago

RBL 2020 12 05 at 1 28 47 PM
419 views · 1 year ago

October 16, 2020
862 views · 2 years ago

IMG 8632
305 views · 2 years ago

Page 2
RBL Investors Zoom Meeting- Nov 2022 - YouTube
https://www.youtube.com/watch?v=t02PZhN1s5k

▶️ YouTube        Search                        🔍  🎤        ⋮  Sign in



RBL Investors Zoom Meeting- Nov 2022

Ⓡ  Royal Bengal Logistics, INC. A...   Subscribe          👍 4  👎   ➦ Share   ⬇️ Save   •••
     137 subscribers

200 views · Nov 11, 2022
Royal Bengal Logistics Investors Zoom Meeting - Nov 2022

RBL hosted our 2nd Investors Zoom meeting of the year on November 10th, 2022. During this meeting, RBL Executives
provided updates on recent investment options, information on our upcoming conference and the state of the company by RBL
President, Mr. Sanjay Singh.

For more information on RBL, please visit RBL-INC.COM or email us at bob@bltransports.com

Royal Bengal Logistics, Inc
9600 Sample Road
Coral Springs, FL 33065

Transcript

Follow along using the transcript.

    Show transcript

Show less

2 Comments        ⇅ Sort by

👤   Add a comment...

▶️   BUY YOUTUBE VIEWS 🔗 Link in Bio · 11 days ago
     How did you start youtube
     👍 👎  Reply

AUDIOBOOK FULL LENGTH -
Secrets of the Millionaire Mind...
Money Mindset Mastery
1.1M views · 1 year ago



Richard Heart, Founder of Hex
and PulseChain - Interview
Financial Safari
981K views · 4 months ago



Google Cloud in Depth
Tutorial | Google Cloud Platfor...
Simplilearn ✓
104K views · Streamed 5 months...



Petroniting Wells Update +
Technical Review of Surge...
Shubham Garg
3.6K views · 1 day ago
New



VP RBL IN Engineering and
Maintenance Facility Lubbock...
Royal Bengal Logistics, INC. Admini...
450 views · 1 year ago



Dr Gabor Maté Live in London |
The Myth of Normal: Trauma...
How To Academy Mind
100K views · 3 weeks ago



ROYAL BENGAL LOGISTICS
Investor Presentation 9 7 22
Royal Bengal Logistics, INC. Admini...
8.6K views · 7 months ago



2022 Investor Seminar
Royal Bengal Logistics, INC. Admini...
440 views · 8 months ago



SOL For Professionals Cohort 3:
1 of 4
BlackTECH Academy
3.2K views · 10 days ago



Timing Entries and Exits for
Momentum // Day Trading...
Kunter Trading ✓
784K views · Streamed 5 months...



Tech Layoffs, Recessions,
Minicap Screener, and...
Focused Commanding
1.8K views · 11 days ago



Why We're Paying Attention to
the Wrong Things, with Dr ...
Allied Minding
5.1K views · 1 year ago
New



62. Richard Heart - The Michael
Sartain Podcast[e]
Michael Sartain
36K views · 1 month ago



Jim Rohn Personal
Development Seminar | Take...
Thinking Humanity
445K views · 1 year ago



Finance & Corporate Committee
- Zoom Meeting
Royal Bengal Council
1M views · 3 years ago



Shipyard Academy - Lecture 2
with General Counsel Ahmed...
Nymi
1.7K views · 3 days ago
New



Threp-X 2022 Recap
Threp
1.2K views · Streamed 2 days ago
New



Is PulseChain falling behind?
Crypto bid news
3.4K views · Streamed 1 month ago



HOW TO BUILD COURAGE AND
SELF ESTEEM | EARL...
Tandrino Knowledge
96K views · 2 months ago



Presentaal Seminar Bunis
Spanish - Zoom Meeting
BEST QUARANTAEEN
18K views · Streamed 2 months ago



HUD Agency
Development/Grant Writing...
HUD Exchange
155K views · 1 year ago



How to Write Literature Review
Paper for High Impact Factor...
VidyVinake
105K views · Streamed 1 year ago



Global Cybersecurity Forum
2022 Live Stream: Day 2 (Mon...
Global Cybersecurity Forum
44 views · Streamed 12 days ago



Introduction to S Corporations &
LLC's - Part 1
Pacific Northwest Tax School
203K views · 3 years ago



11 9 2022 Service Committee
Meeting
TEr COMET
12 views · 9 days ago



Meta / Facebook DCF Valuation
Model (2022) | Built From...
rareliquid
36K views · Streamed 11 days ago

Blockchain Masterclass |
Blockchain Tips by A/Professo...

Captured by FireShot Pro: 23 November 2022, 09:12:28
https://getfireshot.com





ROYAL BENGAL LOGISTICS Investor Presentation 9 7 22 - YouTube
https://www.youtube.com/watch?v=HTtZcA4tCVk

YouTube Search Sign in

# RBL

ROYAL BENGAL LOGISTICS, INC.

0:07 / 11:22

ROYAL BENGAL LOGISTICS Investor Presentation 9 7 22

Royal Bengal Logistics, INC. A...
123 subscribers

Subscribe 28 Share Save

9,408 views Sep 7, 2022
Asset Management Investment Management

Transcript

Follow along using the transcript.

Show transcript

Show less

Try YouTube Kids
LEARN MORE

Comments are turned off. Learn more

Meet Nuro - Robots
Nuro
1.1K views • 2 months ago

DHL International Supply Chain
DHL
460K views • 7 years ago

How This Man Just Caused a $45 BILLION Crash [Terra Luna]
ColdFusion
2.7M views • 6 months ago

RBL Investors Zoom Meeting-Nov 2022
Royal Bengal Logistics, INC. Admini...
200 views • 11 days ago

VP RBL IN Engineering and Maintenance Facility Lubbock...
Royal Bengal Logistics, INC. Admini
450 views • 1 year ago

Google Analytics tutorial for Beginners
Senator We Run Ads
19K views • 11 months ago

Enron - The Biggest Fraud in History
ColdFusion
6.5M views • 3 years ago

Episode 224: How To Survive Your First Two Years In The...
The Loan Officer Podcast
7.4K views • 6 months ago

Housing Crash or Housing Correction?
RealWealth
2.7K views • 3 weeks ago

SaaS Financial Model Tutorial | Scaling a Software Startup to...
Eric Andrews
86K views • 1 year ago

Logistics & Supply Chain Management
MITSDE Pune
91K views • 2 years ago

How To Pitch To Investors With 13 Slides In Under 10 Minutes
Nathan Gold
324K views • 11 years ago

Why Hosting The World Cup Is A Bad Idea For Countries
CNBC
878K views • 2 weeks ago

Richard Heart, Founder of Hex and PulseChain - Interview
Financial Safari
103K views • 4 months ago

Getting Things Done and Achieving More in Your Brain
TheBrain
1.8K views • 4 days ago
New

Cybersecurity career paths (Bochra LABIAD)
[illegible] DevMENA
453 views • Streamed 1 day ago
New

The Big Misconception About Electricity
Veritasium
16M views • 1 year ago

Introduction to Logistics
Genius Educations
74K views • 9 years ago

Royal Bengal Logistics EOY/DOY
Royal Bengal Logistics, INC. Admini
1.3K views • 9 months ago

[illegible]
116K views • 1 month ago

HUD Agency Development/Grant Writing...
HUD Exchange
159K views • 1 year ago

The history of taxes (1/2) | DW Documentary
DW Documentary
461K views • 1 month ago

An Overview of the Nuro Autonomy Stack — Albert...
Nuro
5.8K views • 8 months ago

Stock Market Coverage - Thursday November 17 Yahoo...
Yahoo Finance
38K views • Streamed 5 days ago
New

Blockchain Masterclass | Blockchain Tips by A/Professo...
Vidy Potdar
17K views • Streamed 2 years ago

HUD Agency Development/Grant Writing...
HUD Exchange
18K views • 1 year ago

Peter Lynch | Learn To Earn | Full Audiobook

Captured by FireShot Pro: 23 November 2022, 09:12:31
https://getfireshot.com



RBL 2022 Investor Banquet - YouTube
https://www.youtube.com/watch?v=uNkH1ZAz4og

YouTube Search Sign in

Chat Replay is disabled for this Premiere.

RBL 2022 Investor Banquet

Royal Bengal Logistics, INC. A... Subscribe 2 Share Save

521 views Premiered Sep 4, 2022
rbl-inc.com

Transcript

Follow along using the transcript.

Show transcript

Suggested by Epidemic Sound — All the best music, none of the copyright claims

Show less

Try YouTube Kids
LEARN MORE

Comments are turned off. Learn more

RBL Investors Zoom Meeting-Nov 2022
Royal Bengal Logistics, INC. Admin...

Richard Heart, Founder of Hex and PulseChain - Interview
Financial Safari

VP RBL IN Engineering and Maintenance Facility Lubbock...
Royal Bengal Logistics, INC. Admin

RBL 2020 12 05 at 1 28 47 PM
Royal Bengal Logistics, INC. Admin

Warren Buffett Exposes Hedgefunds

Royal Bengal Logistics EOY/DOY
Royal Bengal Logistics, INC. Admin

IRS Releases New Inflation Tax Brackets. What This Means Fo...
Kenan Dennis

Is PulseChain falling behind?
Crypto Kindness

Royal Bengal Logistics
Royal Bengal Logistics, INC. Admin

Cathie Wood on the Fed, Economy, Coinbase, Tesla
Bloomberg Markets and Finance

62. Richard Heart - The Michael Sartain Podcast
Michael Sartain

Session 2 - Racelighting People of Color in Schools, Colleges,...

2022 Investor Seminar
Royal Bengal Logistics, INC. Admin

RBL INVESTOR
Royal Bengal Logistics, INC. Admin

The Director of NNI & President of Infinite Banking Concepts...

GE presents 'Step into the Future' Episode 4: Grid Episode
GE India

360 Graduate Programs Ceremony, Saturday, Novembe...
SNHU

8 Most Important Lessons from the 2022 Berkshire Hathaway...
Investor Center

2022 Gala Trailer

RBL_ADD
Royal Bengal Logistics, INC. Admin

How To SURVIVE & THRIVE In The Upcoming Financial Crisis...
Tom Bilyeu

Meet Nuro - Robots
Nuro

The Crisis of Credit Visualized - HD

An Overview of the Nuro Autonomy Stack — Albert...
Nuro

HUD Agency Development/Grant Writing...

Billionaire Carl Icahn on Investments, CMBX 6 Short, Oi...
Bloomberg Markets and Finance

Blockchain Masterclass | Blockchain Tips by A/Professo...

Captured by FireShot Pro: 23 November 2022, 09:12:39
https://getfireshot.com







YouTube Search Sign in

RBL
ROYAL BENGAL LOGISTICS, INC.

0:07 / 1:25

Royal Bengal Logistics EOY/DOY

Royal Bengal Logistics, INC. A... 123 subscribers Subscribe 13 Share Save

1,337 views Mar 19, 2022
2022

Key moments View all

0:34 Driver of the Year
0:59 Employer of the Year

Transcript

Follow along using the transcript.

Show transcript

Show less

Try YouTube Kids
LEARN MORE >

Comments are turned off. Learn more

RBL Investors Zoom Meeting- Nov 2022
Royal Bengal Logistics, INC. Admini
200 views • 11 days ago
36:31

An Overview of the Nuro Autonomy Stack — Albert...
Nuro
5.6K views • 8 months ago
26:51

RBL - GA Investor Conference
Royal Bengal Logistics, INC. Admin...
289 views • 8 months ago
2:29

Royal Bengal Logistics
Royal Bengal Logistics, INC. Admini
270 views • 9 months ago
0:51

RBL 2020 12 05 at 1 28 47 PM
Royal Bengal Logistics, INC. Admin
419 views • 1 year ago
0:47

Meet Nuro - Robots
Nuro
1.1K views • 2 months ago
6:53

Watch NASA's SpaceX CRS-26 Launch to the International...
NASA
211K views • Streamed 16 hours ago
New
27:46

VP RBL IN Engineering and Maintenance Facility Lubbock...
Royal Bengal Logistics, INC. Admin...
450 views • 1 year ago
2:53

Is PulseChain falling behind?
Crypto Kindness
3.3K views • Streamed 1 month ago
1:18:20

RBL 2022 Investor Banquet
Royal Bengal Logistics, INC. Admin.
521 views • 2 months ago
2:25

Meet Nuro - Operations
Nuro
655 views • 2 months ago
3:41

I-CCEW Final Presentations - Fall 2022 | University of...
University of Oklahoma
221 views • Streamed 1 day ago
New
2:05:30

Covid Tech Review - What came out of 2020
WTC - Tech & Entertainment
2.5K views • 1 year ago
12:22

Shipyard Academy - Lecture 2 with General Counsel Ahmed...
Nym
1.7K views • 5 days ago
New
1:12:50

GE presents 'Step into the Future' Episode 2: Health...
GE India
17K views • 4 months ago
21:24

Breaking Bad - Mike At The DEA
PuShow
4.2M views • 2 months ago
4:59

Dir of Business Development in Lubbock TX
Royal Bengal Logistics, INC. Admin...
460 views • 1 year ago
1:48

TREE OF LIFE - Beautiful Inspirational Orchestral Music...
Random Journey
1.2M views • 3 months ago
54:29

RBL INVESTOR
Royal Bengal Logistics, INC. Admin...
346 views • 11 months ago
1:41

Wed. Nov. 23rd ~ Conversations Daily News with host Cyrus...
Cyrus Webb
No views • 6 hours ago
New
8:27

GE presents 'Step into the Future' Episode 3: Energy...
GE India
31K views • 4 months ago
23:17

Global Cybersecurity Forum 2022 Live Stream: Day 2 (Roo...
Global Cybersecurity Forum
4K views • Streamed 13 days ago
7:28:33

A Practical Guide on using ICT in Research for Teachers
ERUTech
617K views • Streamed 2 years ago
3:39:02

62. Richard Heart - The Michael Sartain Podcast
Michael Sartain
31K views • 1 month ago
2:24:09

RBL_ADD
Royal Bengal Logistics, INC. Admin...
508 views • 1 year ago
0:47

How to Write Literature Review Paper for High Impact Factor...
Vicky Poddar
160K views • Streamed 2 years ago
3:14:54

2022 Investor Seminar
Royal Bengal Logistics, INC. Admin...

YouTube Search Sign in

2022 Investor Seminar

Royal Bengal Logistics, INC. A...
123 subscribers

Subscribe 7 Share Save

482 views Feb 26, 2022
Royal Bengal Logistics

**Transcript**

Follow along using the transcript

Show transcript

Suggested by Epidemic Sound — All the best music, none of the copyright claims

Show less

Try YouTube Kids
LEARN MORE

Comments are turned off. Learn more

- Meet Nuro - Robots — Nuro — 1.1K views • 2 months ago — 6:53
- An Overview of the Nuro Autonomy Stack – Albert... — Nuro — 5.8K views • 6 months ago — 26:51
- RBL Investors Zoom Meeting-Nov 2022 — Royal Bengal Logistics, INC. Admin — 200 views • 11 days ago — 36:31
- Meet Nuro - Operations — Nuro — 955 views • 2 months ago — 3:41
- VP RBL IN Engineering and Maintenance Facility Lubbock... — Royal Bengal Logistics, INC. Admin... — 450 views • 1 year ago — 2:53
- Ep 71, Strategy Success: How to Communicate Your Gameplan — Stanford Graduate School of B — 16K views • 2 weeks ago — 24:41
- How he TURNED $100K Into $2.5M with 4 Cabins — Kai Andrew — 359K views • 1 month ago — 16:00
- Binance CEO: It was clear FTX misappropriated user funds an... — CNBC Television — 393K views • 6 days ago — New — 5:06
- Royal Bengal Logistics EOY/DOY — Royal Bengal Logistics, INC. Admin — 1.3K views • 8 months ago — 1:26
- FTX Collapse - What Is The Path Forward For Crypto — Finematics — 43K views • 6 days ago — New — 14:55
- Richard Heart — JVALLER — 59K views • Streamed 3 months ago — 59:15
- RBL 2022 Investor Banquet — Royal Bengal Logistics, INC. Admin... — 521 views • 2 months ago — 2:25
- Dir of Business Development in Lubbock TX — Royal Bengal Logistics, INC. Admin — 456 views • 1 year ago — 1:48
- Shipyard Academy - Lecture 2 with General Counsel Ahmed... — Nym — 1.7K views • 5 days ago — New — 1:12:50
- RBL - GA Investor Conference — Royal Bengal Logistics, INC. Admin... — 289 views • 8 months ago — 2:29
- GE presents 'Step into the Future' Episode 4: Grid Episode — GE India — 19K views • 4 months ago — 19:01
- The NASA Artemis 1 Mission Update Is HERE! — The Space Race — 140K views • 3 days ago — New — 12:11
- RBL INVESTOR — Royal Bengal Logistics, INC. Admin... — 346 views • 11 months ago — 1:41
- Richard Heart, Founder of Hex and PulseChain - Interview — Financial Safari — 103K views • 4 months ago — 49:31
- Scott Galloway: The Algebra of Happiness — LUMA — 312K views • 3 years ago — 30:40
- HUD Agency Development/Grant Writing... — HUD Exchange — 159K views • 1 year ago — 1:57:49
- Dave Chappelle Thinks OJ Simpson Might Be Chasing Hi... — Netflix Is A Joke — 26M views • 3 years ago — 9:37
- Writing Discussion, Limitations, Future Work and Conclusion f... — Vidy Potdar — 43K views • Streamed 2 years ago — 2:30:54
- How to Write Literature Review Paper for High Impact Factor... — Vidy Potdar — 35K views • Streamed 2 years ago — 2:59:11
- The Secret to Stopping Fear and Anxiety (That Actually Works) ... — Mel Robbins — 3.3M views • 5 years ago — 12:25
- How to Write Systematic Literature Review Paper for... — Vidy Potdar — 52K views • Streamed 2 years ago — 3:06:48
- Dave Ramsey Weighs In On The FTX Collapse



YouTube Search Sign in

RBL - GA Investor Conference

Royal Bengal Logistics, INC. A...
123 subscribers
Subscribe
1 Share Save

289 views Feb 26, 2022

Transcript

Follow along using the transcript.

Show transcript

Show less

Try YouTube Kids
LEARN MORE

Comments are turned off. Learn more

Meet Nuro - Robots
Nuro
1.1K views • 2 months ago

An Overview of the Nuro Autonomy Stack -- Albert...
Nuro
3.6K views • 9 months ago

RBL Investors Zoom Meeting-Nov 2022
Royal Bengal Logistics, INC Admi...
200 views • 11 days ago

VP RBL IN Engineering and Maintenance Facility Lubbock...
Royal Bengal Logistics, INC. Admi...
450 views • 1 year ago

Meet Nuro - Operations
Nuro
855 views • 2 months ago

PetroNinja Wells Update + Technical Review of Surge...
Shubham Garg
1.6K views • 1 day ago
New

Richard Heart
JWALLER
59K views • Streamed 2 months ago

Is PulseChain falling behind?
Crypto Fundnose
3.3K views • Streamed 1 month ago

RBL INVESTOR
Royal Bengal Logistics, INC Admi...
346 views • 11 months ago

GE presents 'Step into the Future' Episode 6: Aviation...
GE India
45K views • 4 months ago

360 Graduate Programs Ceremony, Saturday, Novembe...
SNHU
6.7K views • Streamed 3 days ago
New 360°

RBL 2022 Investor Banquet
Royal Bengal Logistics, INC. Admi...
521 views • 2 months ago

How Artemis 1 Will Change The Future Of Space Exploration...
Spark
430K views • 3 weeks ago

How The Economic Machine Works by Ray Dalio
Principles by Ray Dalio
34M views • 9 years ago

Dir of Business Development in Lubbock TX
Royal Bengal Logistics, INC. Admi...
465 views • 1 year ago

How To Effortlessly Defend Yourself In An Argument
Charisma on Command
16M views • 4 years ago

GE presents 'Step into the Future' Episode 4: Grid Episode
GE India
19K views • 4 months ago

Shipyard Academy - Lecture 2 with General Counsel Ahmed...
Nym
1.7K views • 5 days ago
New

Covid Tech Review - What came out of 2020
WSC - Tech & Entertainment
2.5K views • 1 year ago

Royal Bengal Logistics EOY/DOY
Royal Bengal Logistics, INC. Admi...
1.3K views • 8 months ago

HUD Agency Development/Grant Writing...
HUD Exchange
159K views • 1 year ago

How to Write Literature Review Paper for High Impact Factor...
Vidy Potdar
166K views • Streamed 2 years ago

Blockchain Masterclass | Blockchain Tips by A/Professo...
Vidy Potdar
17K views • Streamed 2 years ago

Writing Discussion, Limitations, Future Work and Conclusion f...
Vidy Potdar
43K views • Streamed 2 years ago

Global Cybersecurity Forum 2022 Live Stream: Day 2 (Roo...
Global Cybersecurity Forum
4K views • Streamed 13 days ago

How to Write Literature Review Paper for High Impact Factor...
Vidy Potdar
35K views • Streamed 2 years ago

Google Cloud InDepth Tutorial | Google Cloud Platfor...

YouTube Search Sign in

Royal Bengal Logistics

Royal Bengal Logistics, INC. A...
123 subscribers

Subscribe

Share Save

270 views Feb 7, 2022

Show less

Try YouTube Kids
LEARN MORE

Comments are turned off. Learn more

August 15, 2021
Royal Bengal Logistics, INC. Admin
1.2K views • 1 year ago

RBL 2020 12 05 at 1 28 47 PM
Royal Bengal Logistics, INC. Admin...
410 views • 1 year ago

Do early memories about money affect financial...
Elements Financial Planning System
4 views • 17 hours ago
New

RBL Investors Zoom Meeting- Nov 2022
Royal Bengal Logistics, INC. Admin...
200 views • 11 days ago

Richard Heart, Founder of Hex and PulseChain - Interview
Financial Safari
100K views • 3 months ago

RBL INVESTOR
Royal Bengal Logistics, INC. Admin
346 views • 11 months ago

Don't Force Anything - Alan Watts
True Meaning
730K views • 2 weeks ago

An Overview of the Nuro Autonomy Stack — Albert...
Nuro
5.8K views • 8 months ago

Watch NASA's SpaceX CRS-26 Launch to the International...
NASA
211K views • Streamed 10 hours ago
New

Meet Nuro - Robots
Nuro
1.1K views • 2 months ago

Royal Bengal Logistics EOY/DOY
Royal Bengal Logistics, INC. Admin...
1.3K views • 8 months ago

Meet Nuro - Operations
Nuro
855 views • 2 months ago

The Only Technical Analysis Video You Will Ever Need... (F...
The Trading Channel
15M views • 1 year ago

RBL 2022 Investor Banquet
Royal Bengal Logistics, INC. Admin...
521 views • 2 months ago

GE presents 'Step into the Future' Episode 6: Aviation...
GE India
45K views • 4 months ago

What is the Current Buyer Outlook for FedEx Routes Give...
Route Consultant
1.9K views • 2 months ago

Why Unreal Engine 5.1 is a Huge Deal
Unreal Sensei
1.6M views • 6 days ago
New

RBL_ADD
Royal Bengal Logistics, INC. Admin...
508 views • 1 year ago

Covid Tech Review - What came out of 2020
WSC - Tech & Entertainment
2.5K views • 1 year ago

VP RBL IN Engineering and Maintenance Facility Lubbock...
Royal Bengal Logistics, INC. Admin...
453 views • 1 year ago

Triton Logistics Inc - Founder and Chairman
Triton Logistics
3.2K views • 2 years ago

Blockchain Masterclass | Blockchain Tips by A/Professo...
Vdy Holder
17K views • Streamed 2 years ago

Does the Liquor License Transfer When I Buy a...
WeSellRestaurants
2 views • 22 hours ago
New

Global Cybersecurity Forum 2022 Live Stream: Day 2 (Roo...
Global Cybersecurity Forum
4K views • Streamed 13 days ago

ex Goldman Sachs Trader Tells Truth about Trading - Part 1
InstituteofTrading
4.5M views • 9 years ago

Dir of Business Development in Lubbock TX
Royal Bengal Logistics, INC. Admin...
456 views • 1 year ago

How Artemis 1 Will Change The Future Of Space Exploration...







YouTube Search Sign in

RBL INVESTOR

Royal Bengal Logistics, INC. A...
123 subscribers

Subscribe

1 Share Save

346 views Dec 18, 2021

Show less

Try YouTube Kids
LEARN MORE

Comments are turned off. Learn more

VP RBL IN Engineering and Maintenance Facility Lubbock...
Royal Bengal Logistics, INC. Admini
430 views • 1 year ago

RBL Investors Zoom Meeting-Nov 2022
Royal Bengal Logistics, INC. Admini...
200 views • 11 days ago

Am I the FOUNT of all word knowledge?
Nerdie Neil
4 views • 17 hours ago
New

Meet Nuro - Robots
Nuro
1.1K views • 2 months ago

HUD Agency Development/Grant Writing...
HUD Exchange
159K views • 1 year ago

RBL 2020 12 05 at 1 28 47 PM
Royal Bengal Logistics, INC. Admini...
419 views • 1 year ago

RBL 2022 Investor Banquet
Royal Bengal Logistics, INC. Admini...
521 views • 2 months ago

An Overview of the Nuro Autonomy Stack — Albert...
Nuro
5.3K views • 8 months ago

Do You Know who You Are? | Bob Proctor
Proctor Gallagher Institute
6.3M views • 7 years ago

Is PulseChain falling behind?
Crypto Kindness
3.2K views • Streamed 1 month ago

PetroNinja Wells Update + Technical Review of Surge...
Shubham Garg
1.6K views • 1 day ago
New

Dir of Business Development in Lubbock TX
Royal Bengal Logistics, INC. Admini
465 views • 1 year ago

Royal Bengal Logistics EOY/DOY
Royal Bengal Logistics, INC. Admini...
1.3K views • 8 months ago

Eli Manning goes undercover at Penn State walk-on tryouts as...
Omaha Productions
3.9M views • 2 months ago

Meet Nuro - Operations
Nuro
855 views • 2 months ago

RBL - GA Investor Conference
Royal Bengal Logistics, INC. Admini
229 views • 8 months ago

August 15, 2021
Royal Bengal Logistics, INC. Admini...
1.2K views • 1 year ago

Royal Bengal Logistics
Royal Bengal Logistics, INC. Admini
270 views • 9 months ago

October 16, 2020
Royal Bengal Logistics, INC. Admini...
862 views • 2 years ago

ROYAL BENGAL LOGISTICS Investor Presentation 9 7 22
Royal Bengal Logistics, INC. Admini...
9.4K views • 2 months ago

CEO accused of being instigator of FTX collapse: Bankman-Frie...
Fox Business
162K views • 4 days ago
New

Watch NASA's SpaceX CRS-26 Launch to the International...
NASA
211K views • Streamed 18 hours ago
New

Blockchain Masterclass | Blockchain Tips by A/Professo...
Vidy Poudar
17K views • Streamed 2 years ago

Are there Undiscovered Elements Beyond The Periodic...
PBS Space Time
1.1M views • 6 days ago
New

Johnny Takes a Sip of Dean Martin's Drink | Carson Tonight...
Johnny Carson
1.7M views • 2 weeks ago

HOW Qatar built its national team | Qatar 2022
DW Kick off!
952K views • 2 months ago

Writing Discussion, Limitations,

YouTube Search Sign in

## VP RBL IN Engineering and Maintenance Facility Lubbock TX

Royal Bengal Logistics, INC. A... Subscribe 6 Share Save

450 views Nov 2, 2021

**Transcript**

Follow along using the transcript.

Show transcript

Show less

Try YouTube Kids
LEARN MORE

Comments are turned off. Learn more

- **Dir of Business Development in Lubbock TX** — Royal Bengal Logistics, INC Admin... 466 views • 1 year ago (1:48)
- **Richard Heart** — JWALLER 59K views • Streamed 3 months ago (59:15)
- **An Overview of the Nuro Autonomy Stack — Albert...** — Nuro 5.5K views • 8 months ago (26:51)
- **RBL Investors Zoom Meeting-Nov 2022** — Royal Bengal Logistics, INC Admin 200 views • 11 days ago (36:31)
- **RBL 2020 12 05 at 1 28 47 PM** — Royal Bengal Logistics, INC Admin... 419 views • 1 year ago (0:47)
- **Royal Bengal Logistics EOY/DOY** — Royal Bengal Logistics, INC Admin... 1.3K views • 6 months ago (1:26)
- **Watch NASA's SpaceX CRS-26 Launch to the International...** — NASA 211K views • Streamed 18 hours ago New (27:46)
- **I went from $1,000 to 8 Million - My Story** — Sebastian Ghiorghiu 1.3M views • 5 months ago (15:00)
- **Meet Nuro - Operations** — Nuro 855 views • 2 months ago (3:41)
- **Scott Galloway: The Algebra of Happiness** — LUMA 312K views • 3 years ago (30:40)
- **Meet Nuro - Robots** — Nuro 1.1K views • 2 months ago (6:53)
- **FTX Collapse - What Is The Path Forward For Crypto** — Finematics 48K views • 6 days ago New (14:55)
- **August 15, 2021** — Royal Bengal Logistics, INC Admin 1.2K views • 1 year ago (3:31)
- **Richard Heart, Founder of Hex and PulseChain - Interview** — Financial Safari 103K views • 4 months ago (49:31)
- **RBL INVESTOR** — Royal Bengal Logistics, INC Admin... 346 views • 11 months ago (1:41)
- **RBL 2022 Investor Banquet** — Royal Bengal Logistics, INC Admin... 521 views • 2 months ago (2:25)
- **Kevin O'Leary Reacts To Crypto Crash! I Won't Invest Again...** — Savvy Finance 176K views • 10 days ago (7:42)
- **Shipyard Academy - Lecture 2 with General Counsel Ahmed...** — Nym 1.7K views • 5 days ago New (1:12:50)
- **Covid Tech Review - What came out of 2020** — WSC - Tech & Entertainment 2.5K views • 1 year ago (12:22)
- **Is PulseChain falling behind?** — Crypto Hardness 3.3K views • Streamed 1 month ago (1:16:20)
- **AUDIOBOOK FULL LENGTH - Secrets of the Millionaire Mind...** — Money Mindset Matters 1.1M views • 1 year ago (5:11:07)
- **G20 and the next pandemic** — Dr John Campbell 1M views • 4 days ago New (12:12)
- **Blockchain Masterclass | Blockchain Tips by A/Professo...** — Vijay Pothur 17K views • Streamed 2 years ago (3:56:03)
- **2022 Investor Seminar** — Royal Bengal Logistics, INC Admin... 492 views • 8 months ago (2:25)
- **RBL_ADD** — Royal Bengal Logistics, INC Admin 503 views • 1 year ago (0:47)
- **HUD Agency Development/Grant Writing...** — HUD Exchange 159K views • 1 year ago (1:57:49)
- **Introduction to S Corporations & LLC's - Part 1**

YouTube Search Sign in

Dir of Business Development in Lubbock TX

Royal Bengal Logistics, INC. A...
122 subscribers
Subscribe 6 Share Save

466 views Nov 2, 2021

Transcript

Follow along using the transcript.

Show transcript

Show less

Try YouTube Kids
LEARN MORE

Comments are turned off. Learn more

VP RBL IN Engineering and Maintenance Facility Lubbock...
Royal Bengal Logistics, INC Admin...
450 views • 1 year ago

Pre and post trip check on tractor trailer
Sheldon Lyons
15 views • 3 days ago
New

HUD Agency Development/Grant Writing...
HUD Exchange
159K views • 1 year ago

An Overview of the Nuro Autonomy Stack — Albert...
Nuro
5.6K views • 8 months ago

Richard Heart
JWALLER
39K views • Streamed 3 months ago

RBL Investors Zoom Meeting-Nov 2022
Royal Bengal Logistics, INC Admin...
202 views • 11 days ago

October 16, 2020
Royal Bengal Logistics, INC Admin...
862 views • 2 years ago

Meet Nuro - Robots
Nuro
1.1K views • 2 months ago

How Artemis 1 Will Change The Future Of Space Exploration...
Spark
450K views • 3 weeks ago

Royal Bengal Logistics EOY/DOY
Royal Bengal Logistics, INC Admin
1.3K views • 8 months ago

PetroNinja Wells Update + Technical Review of Surge...
Shubham Garg
1.6K views • 1 day ago
New

RBL INVESTOR
Royal Bengal Logistics, INC Admin
345 views • 11 months ago

RBL_ADD
Royal Bengal Logistics, INC Admin
508 views • 1 year ago

Is PulseChain falling behind?
Crypto Kindness
3.7K views • Streamed 1 month ago

Meet Nuro - Operations
Nuro
855 views • 2 months ago

How to Shift 13 speed Tractor Trailer Transmission
Matt George
1.6M views • 7 years ago

RBL 2022 Investor Banquet
Royal Bengal Logistics, INC Admin
521 views • 2 months ago

Order Selector Job Expectations
Michael Berg
83K views • 3 years ago

Cybersecurity career paths (Bochra LABIAD)
DevMENA
453 views • Streamed 1 day ago
New

Llano Logistics Recruitment videos 1080P
garybainlubbock
110 views • 6 months ago

How to perform a Class A CDL Pre-Trip inspection...
Apex CDL Institute
7.2M views • 8 years ago

I JUST BOUGHT AN ABANDONED LAMBORGHINI...
Mat Armstrong
2.0M views • 1 month ago

The Truth about FTX
The Wolf of Wall Street
82K views • 2 days ago
New

Warehouse Order Selector
Safeway Order Selector Videos
89K views • 2 years ago

RBL 2020 12 05 at 1 28 47 PM
Royal Bengal Logistics, INC Admin
419 views • 1 year ago

ULTIMATE How to Sell on Amazon FBA Guide for...
Jungle Scout
212K views • 2 months ago

Covid Tech Review - What came out of 2020



YouTube Search Sign in

August 15, 2021

Royal Bengal Logistics, INC. A... Subscribe 33 Share Save
123 subscribers

1,298 views Aug 15, 2021

Music

SONG Grinding All My Life

ARTIST Nipsey Hussle

ALBUM Grinding All My Life

LICENSES

Get YouTube Premium

Music

Show less

2 Comments Sort by

Add a comment...

Sony Medor 8 months ago
I don't want to miss that opportunity... RBL I'm all in
Reply

junior 1 year ago
Success and looking to grow with royal bengal logistic
1 Reply

Why Train Tickets Cost So Much In America
CNBC
561K views • 10 days ago

VP RBL IN Engineering and Maintenance Facility Lubbock...
Royal Bengal Logistics, INC. Admini...
450 views • 1 year ago

Meet Nuro - Robots
Nuro
1.1K views • 2 months ago

RBL Investors Zoom Meeting-Nov 2022
Royal Bengal Logistics, INC. Admini...
200 views • 11 days ago

An Overview of the Nuro Autonomy Stack – Albert...
Nuro
5.6K views • 9 months ago

Richard Heart
JWALLER
59K views • Streamed 3 months ago

Meet Nuro - Operations
Nuro
855 views • 2 months ago

RBL 2020 12 05 at 1 28 47 PM
Royal Bengal Logistics, INC. Admini...
419 views • 1 year ago

Royal Bengal Logistics EOY/DOY
Royal Bengal Logistics, INC. Admini...
1.3K views • 5 months ago

Is PulseChain falling behind?
Crypto Kindness
3.3K views • Streamed 1 month ago

FTX Collapse - What Is The Path Forward For Crypto
Finematics
46K views • 6 days ago
New

Richard Heart, Founder of Hex and PulseChain - Interview
Financial Salad
107K views • 4 months ago

Royal Bengal Logistics
Royal Bengal Logistics, INC. Admini...
270 views • 9 months ago

Top 50 Black Millionaires And Billionaires of 2021 - Billionair...
Videlio Productions
1.5M views • 1 year ago

What we know about 4 of the 6 victims in the deadly Dallas air...
KHOU 11
743K views • 9 days ago

RBL 2022 Investor Banquet
Royal Bengal Logistics, INC. Admini...
521 views • 2 months ago

RBL INVESTOR
Royal Bengal Logistics, INC. Admini...
346 views • 11 months ago

RBL - GA Investor Conference
Royal Bengal Logistics, INC. Admini...
289 views • 3 months ago

Dir of Business Development in Lubbock TX
Royal Bengal Logistics, INC. Admini...
466 views • 1 year ago

How this trader turned $200 into $190,000 in 4 hours
Litmrature
1.2M views • 1 year ago

HUD Agency Development/Grant Writing...
HUD Exchange
159K views • 1 year ago

A Practical Guide on using ICT in Research for Teachers
ERYUTech
617K views • Streamed 2 years ago

How To Command Respect If You're Quiet
Charisma on Command
5.7M views • 5 months ago

The Truth about FTX
The Wolf of Wall Street
826K views • 2 days ago
New

Dave Ramsey's Life Advice Will Leave You SPEECHLESS (MUS...
FREENVESTING
5.3M views • 5 months ago

Writing Discussion, Limitations, Future Work and Conclusion f...
Vidy Potdar
43K views • Streamed 2 years ago

Covid Tech Review - What came out of 2020



RBL_ADD - YouTube
https://www.youtube.com/watch?v=QTEjTmJ2lTY

☰ ▶ YouTube          Search                    🔍 🎤          ⋮ 👤 Sign in

Chat Replay is disabled for this Premiere.

# RBL
## ROYAL BENGAL LOGISTICS, INC.

0:02 / 0:46

RBL_ADD

R  Royal Bengal Logistics, INC. A...          Subscribe          👍 6   👎   ⤴ Share   ⊞+ Save   ⋯
172 subscribers

500 views • Premiered Dec 13, 2020

Music

SONG                                          Grinding All My Life
ARTIST                                        Nipsey Hussle
ALBUM                                         Grinding All My Life
LICENSES                                                        ⌄

Get YouTube Premium

🎵  Music                                                        >

Show less

0 Comments   ↓≡ Sort by

👤  Add a comment...

RBL 2020 12 05 at 1 28 47 PM
Royal Bengal Logistics, INC. Admini...
294 views • 1 year ago

October 16, 2020
Royal Bengal Logistics, INC. Admini...
662 views • 2 years ago

RBL Investors Zoom Meeting - Nov 2022
Royal Bengal Logistics, INC. Admini...
345 views • 1 year ago

Meet Nuro - Robots
Nuro
1.4K views • 2 months ago

Royal Bengal Logistics
Royal Bengal Logistics, INC. Admini...
1 month ago

FTX Collapse - What Is The Path Forward For Crypto
Finminutes ⊕
26k views • 18 hours ago
New

An Overview of the Nuro Autonomy Stack — Albert...
Nuro
3.1K views • 8 months ago

Charlie Munger Predicts a Horrible Economic Crisis Wher...
FREENVESTING ⊕
3.7M views • 7 months ago

What's New in SOLIDWORKS 2023 - SOLIDWORKS Live
SOLIDWORKS
50K views • Streamed 1 month ago

Royal Bengal Logistics
EGYDDY
Royal Bengal Logistics, INC. Admini...
2 views • 8 months ago

Petrokholja Volfa Update + Technical Review of Surge...
Chatham Cary
7.3K views • 1 year ago
New

GE presents 'Step into the Future' Episode 6: Aviation...
GE India
1M views • 1 month ago

Covid Tech Review - What came out of 2020
HSU - Tech & Entertainment
2.3K views • 1 year ago

RBL INVESTOR
Royal Bengal Logistics, INC. Admini...
285 views • 11 months ago

Meet Nuro - Operations
Nuro
455 views • 2 months ago

2018 International 4300 Mooresville NC 50997X
Randy-Marion Chevrolet Buick Cadil...
0 views • 2 years ago

Driver CPC Training
HGV Training
1 views • 8 years ago

VP RBL IN Engineering and Maintenance Facility Lubbock...
Royal Bengal Logistics, INC. Admini...
390 views • 1 year ago

Shipyard Academy - Lecture 2 with General Counsel Ahmed...
Tuvo
1.7K views • 5 days ago
New

Cybersecurity career paths (Bloshe LABIAD )
جامعة رزفي ايوع - GM.MENA
453 views • Streamed 1 day ago
New

Pro-Fleet CDL Driving Academy
North Point
9.2K views • 7 days ago

HUD Agency Development/Grant Writing...
HUD Exchange
7.5K views • 1 year ago

Wed, Nov. 23rd — Conversations Daily News with host Cyrus...
Cyrus.studio
2.0K views • 6 hours ago
New

What If We Turned On Voyager 1's Camera?
Primal Space ⊕
7.3M views • 4 months ago

2016 Mack Pinnacle CXU613 3200S
Iror Regosly LLC
15 views • 7 days ago

FTX Exploiter Starts Converting Millions In Ether to Alameda...
CoinLive ⊕
409 views • 9 hours ago
New

ULTIMATE How to Sell on Amazon FBA Guide for

Captured by FireShot Pro: 23 November 2022, 09:13:44
https://getfireshot.com

RBL 2020 12 05 at 1 28 47 PM - YouTube
https://www.youtube.com/watch?v=IGsRWNhkY-Ec





RBL 2020 12 05 at 1 28 47 PM

Royal Bengal Logistics, INC. A...

419 views · Premiered Dec 5, 2020

Show less

Try YouTube Kids
LEARN MORE

Comments are turned off. Learn more

 RBL_ADD
Royal Bengal Logistics, INC. Admin

 RBL Investors Zoom Meeting-Nov 2022
Royal Bengal Logistics, INC. Admin

 An Overview of the Nuro Autonomy Stock — Albert...

 Is PulseChain falling behind?

 Royal Bengal Logistics
Royal Bengal Logistics, INC. Admin

 Meet Nuro - Robots

 Meet Nuro - Operations

 RBL 2022 Investor Banquet
Royal Bengal Logistics, INC. Admin

 Kevin O'Leary Reacts To Crypto Crash! I Won't Invest Again...

 VP RBL IN Engineering and Maintenance Facility Lubbock...
Royal Bengal Logistics, INC. Admin

 Royal Bengal Logistics EDV/DOV
Royal Bengal Logistics, INC. Admin

 Charlie Munger Predicts a Horrible Economic Crisis Wher...

 October 16, 2020
Royal Bengal Logistics, INC. Admin

 RBL INVESTOR
Royal Bengal Logistics, INC. Admin

 ROYAL BENGAL LOGISTICS Investor Presentation 9 7 22
Royal Bengal Logistics, INC. Admin

 Binance CEO: It was clear FTX misappropriated user funds an...

 Cybersecurity career paths (Bootne LAB/AD )

 Shipyard Academy - Lecture 2 with General Counsel Ahmed...

 CREATE MIRACLES Golden Frequency of Abundance 999...

 Pro-Fleet CDL Driving Academy

 HUD Agency Development/Grant Writing...

 Blockchain Masterclass | Blockchain Tips by A Professor...

 ULTIMATE How to Sell on Amazon FBA Guide for...

 Securing digital inclusion through AI | AI for Good...

Economy fears? Pro-Fleet can help!
Pro-Fleet CDL Driving Academy

240 Graduate Programs Ceremony, Saturday, November...

How This Man Just Caused a...

Captured by FireShot Pro: 23 November 2022, 09:13:52
https://getfireshot.com



October 16, 2020 - YouTube
https://www.youtube.com/watch?v=7ELM9UifHD0

≡ YouTube Search Sign in

October 16, 2020

Royal Bengal Logistics, INC. A...
123 subscribers
Subscribe 14 Share Save

862 views Oct 16, 2020

Music

SONG Grinding All My Life

ARTIST Nipsey Hussle

ALBUM Grinding All My Life

LICENSES

Get YouTube Premium

Music

Show less

3 Comments Sort by

Add a comment...

Andre Hall 2 years ago
Very nice!
Reply

Mr. Wilken 2 years ago
Very nice
1 Reply

Antoine Phillidor 3 months ago
Congrats
Reply

RBL 2020 12 05 at 1 28 47 PM
Royal Bengal Logistics INC. Admin...
419 views • 1 year ago

RBL Investors Zoom Meeting-Nov 2022
Royal Bengal Logistics INC. Admin...
200 views • 11 days ago

Member Profile
Nyin
4 views • 1 day ago
New

Meet Nuro - Robots
Nuro
1.1K views • 2 months ago

Royal Bengal Logistics
Royal Bengal Logistics INC. Admin...
270 views • 9 months ago

RBL INVESTOR
Royal Bengal Logistics INC. Admin...
345 views • 11 months ago

An Overview of the Nuro Autonomy Stack – Albert...
Nuro
5.9K views • 3 months ago

Royal Bengal Logistics EOY/DOY
Royal Bengal Logistics, INC. Admin...
1.3K views • 8 months ago

Covid Tech Review - What came out of 2020
WSC - Tech & Entertainment
7.5K views • 1 year ago

Meet Nuro - Operations
Nuro
855 views • 2 months ago

How To SURVIVE & THRIVE In The Upcoming Financial Crisis...
Tom Bilyeu
1.6M views • 2 months ago

RBL_ADD
Royal Bengal Logistics INC. Admin...
504 views • 1 year ago

August 15, 2021
Royal Bengal Logistics, INC. Admin...
1.2K views • 1 year ago

Swift transportation-21 year old new student first day Backing...
Lawrence The good Sam
4.7K views • 7 days ago

RBL - GA Investor Conference
Royal Bengal Logistics, INC. Admin...
220 views • 8 months ago

VP RBL IN Engineering and Maintenance Facility Lubbock...
Royal Bengal Logistics, INC. Admin...
450 views • 1 year ago

ROYAL BENGAL LOGISTICS Investor Presentation 9 7 22
Royal Bengal Logistics INC. Admin...
9.4K views • 2 months ago

RBL 2022 Investor Banquet
Royal Bengal Logistics, INC. Admin...
521 views • 2 months ago

Shipyard Academy - Lecture 2 with General Counsel Ahmed...
Nyin
1.7K views • 5 days ago
New

PetroNinja Wells Update + Technical Review of Surge...
Shubham Garg
1.6K views • 1 day ago
New

Richard Heart, Founder of Hex and PulseChain - Interview
Financial Safari
103K views • 4 months ago

Watch NASA's SpaceX CRS-26 Launch to the International...
NASA
211K views • Streamed 14 hours ago
New

Sales are MOVING along despite the higher interest...
Dan Lepore
47 views • 1 day ago
New

Pro-Fleet CDL Driving Academy
Mitch Evans
9.7K views • 5 days ago
New

How to perform a Class A CDL Pre-Trip inspection...
Apex CDL Institute
2.3M views • 8 years ago

New Peterbuilt 579 #truckingwithmedlock...
Trucking with Medlock
156 views • 3 days ago
New

The Truth about FTX



IMG 8632 - YouTube
https://www.youtube.com/watch?v=f7QU8FN3Idc

YouTube Search Sign in

IMG 8632

Royal Bengal Logistics, INC. A... Subscribe 1 Share Save

305 views Sep 28, 2020

Show less

Try YouTube Kids
LEARN MORE

Comments are turned off. Learn more

RBL 2020 12 05 at 1 28 47 PM
Royal Bengal Logistics, INC. Admin
419 views • 1 year ago

An Overview of the Nuro Autonomy Stack — Albert...
Nuro
5.8K views • 8 months ago

Downtown Campbell, 4K drone flyover
Arenberg Productions
5 views • 1 day ago
New

October 16, 2020
Royal Bengal Logistics, INC. Admin
852 views • 2 years ago

Meet Nuro - Robots
Nuro
1.1K views • 2 months ago

Royal Bengal Logistics
Royal Bengal Logistics, INC. Admin...
270 views • 9 months ago

I went from $1,000 to 8 Million - My Story
Sebastian Ghiorghiu
1.3M views • 5 months ago

VP RBL IN Engineering and Maintenance Facility Lubbock...
Royal Bengal Logistics, INC. Admin...
450 views • 1 year ago

RBL INVESTOR
Royal Bengal Logistics, INC. Admin...
345 views • 11 months ago

Dir of Business Development in Lubbock TX
Royal Bengal Logistics, INC. Admin...
456 views • 1 year ago

August 15, 2021
Royal Bengal Logistics, INC. Admin
1.2K views • 1 year ago

Meet Nuro - Operations
Nuro
853 views • 2 months ago

ex Goldman Sachs Trader Tells Truth about Trading - Part 1
InstituteofTrading
4.5M views • 9 years ago

Enron - The Biggest Fraud in History
ColdFusion
5.3M views • 3 years ago

Shipyard Academy - Lecture 2 with General Counsel Ahmed...
Nym
1.7K views • 5 days ago
New

road train assembly
Richie Collier
7 views • 9 days ago

Stalingrad (1993) Firing Squad Scene
Sardo
12M views • 4 years ago

Wed. Nov. 23rd ~ Conversations Daily News with host Cyrus...
Cyrus Webb
No views • 5 hours ago
New

Saturday, November 12th 2022 34th ave Open Streets to...
NYC Day Media
229 views • 3 days ago
New

Jordan Peterson: How To Become The Person You've...
The Diary Of A CEO
2.3M views • 10 months ago

RBL Investors Zoom Meeting-Nov 2022
Royal Bengal Logistics, INC. Admin...
200 views • 11 days ago

huracan Nicole
Walter Sv
1 view • 12 days ago

smz.be Iveco 120 E 15 stock 30009764
streets en zones
24 views • 1 day ago
New

RBL_ADD
Royal Bengal Logistics, INC. Admin
598 views • 1 year ago

GH010003 1
Curtis Mccalkel
2 views • 3 days ago
New

Ok Volvo truck horn in south Heidelberg township today da...
John palmer
29 views • 13 days ago

Royal Bengal Logistics EOY/DOY

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # TCR-885414

## DECLARATION OF LEEVENTED HENLEY

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Leevented Henley I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties, I have been trained to preserve various forms of online content. For investigation # TCR-885414, I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3. In support of investigation number # TCR-885414 at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's.

   https://www.youtube.com/channel/UC_LqPoL0JCVO7bSWKWey8XA/videos

   I completed the above-mentioned internet preservation on November 23, 2022, using the following tools:

   Adobe Acrobat Pro / Google Search Browser / Fire shot pro / video downloader ultimate /

   The above listed tools are commonly used to preserve internet content.

4. I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage. Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager. The sealed internet preservation has been labeled # TCR-885414 and saved to the following location:

   K:\Other_Projects\Webcaptures\imagefiles

5. I also saved a copy of the above-mentioned internet preservation along with this declaration to a network share. The location for this network share is provided below:

   \\ad\ENFDataExchange\HQtoMIRO_dropoff\Webcapture

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

_____[Analyst Name]          Executed on this 23 Day of November 2022.

# Attachment 5



# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation #FL-04345

### DECLARATION OF RUSSELL CASTILLO

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.  My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.  I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties, I have been trained to preserve various forms of online content. For investigation # FL-04345. I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3.  In support of investigation number FL-04345, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's:

    https://www.youtube.com/channel/UC_LqPoL0JCVO7bSWKWey8XA

    https://www.youtube.com/watch?v=a3Ffls4maCo

    https://www.youtube.com/watch?v=oEqnyBB5-6Q

4.  I completed the above mentioned internet preservation on April 6, 2023, using the following tools:

    Fireshot Pro
    Video Downloader Ultimate

    The above listed tools are commonly used to preserve internet content.

5.  I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage. Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager. The sealed internet preservation has been labeled FL-04345, and saved to the following location:

    K:\Other_Projects\Webcaptures\imagefiles

6.  I also saved a copy of the above mentioned internet preservation along with this declaration to a network share. The location for this network share is provided below:

    \\tsclient\K\Other_Projects\Webcaptures\Websites

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

*Russell Castillo*

[Russell Castillo]                                          Executed on this 6th day of April 2023

# Attachment 6

Page 1
Royal Bengal Logistics, INC
https://rbl-inc.com/

 **RBL**
ROYAL BENGAL LOGISTICS, INC.

 954-228-7277

Royal Bengal Logistics, Inc.
6600 West Sample Road, Coral
Springs, Florida, 33005, United States

9 am – 5 pm EST
Monday – Friday

Contact Us

ROYAL HOME    ROYAL INVESTOR CONNECT    ROYAL DRIVER    ROYAL EMPLOYMENT    ROYAL OWNER OPERATOR    · MORE ▾

# Welcome!
# USDOT: 3149658
# MC: 104106
# Long Haul Transportation.

OTR Drivers – Find Out More

Investor – Find Out More

## Our Advantages


**On Time Delivery**

With continuous monitoring systems and efficient break down management, we ensure on time delivery


**24/7 Load Management**

We are available all the time, your loads will always find our trucks and support for cargo tracking


**High Compliance Standards**

We are committed to maintain safety and compliance standard supported with round the clock monitoring and alert systems


**Build Our Own Trailers**

We safely delivery your cargo in our internationally designed high safety compliant trailers built to suit the rigours of logistics industry.

## Services


**LONG HAUL**


**Trailer Manufacturing**


**Asset Procurement**


**Financial Investments**

Page 2
Royal Bengal Logistics, LLC
https://rbl-inc.com/



## Who we Are

Royal Bengal Logistics is a Florida based leading logistics company having its footprint in many states of USA and its extended arm in India. As a fully integrated logistics provider we are able to provide timely delivery, monitor the loads 24/7 and be highly compliant at the same time. We have developed our own load management, compliance and monitoring systems, which provide up to date information to our clients. We aspire to be the leading logistics service provider in USA and be the market leader across the industry.

| **04** | **48** | **250 +** |
|---|---|---|
| Years in This Industry | States | Drivers & Employees |

## Why choose Royal Bengal?

Customer Reviews



*Definitely a great place to work. I've yet to have an incorrect paycheck. And my checks have consistently been on time. I also haven't missed a hometime. I had to be home for my daughter's birthday, but the truck I was in broke down, so while it was in the shop I got a flight home.*

Hollyn Faille

## Photo Gallery





Page 3
Royal Bengal Logistics, INC
https://rbl-inc.com/

  



## We Are Hiring!

**Want To Apply For A Driver Position?**

To apply, please click The Button and fill out our **Driver Application!**

Apply Now

## Our Physical Presence

We welcome investors to make an appointment to visit us at our office location:

**9600 West Sample Road, Coral Springs, Florida, 33065, United States**

Working Hour: 09:00 Am - 05:00 PM ⌄

Find us

**Connect with us:**   

## Investor Interest Form

Name

Email

Phone

Message

Submit

Page 4
Royal Bengal Logistics, INC
https://rbl inc.com/

**Royal Bengal Logistics Inc**

Royal Bengal is a leading logistics company that delivers custom and supply chain solutions and all related services to meet the unique logistic needs of our customers.

PRIVACY POLICY
TERMS OF SERVICE

ROYAL HOME
ROYAL INVESTOR CONNECT
ROYAL DRIVER
ROYAL EMPLOYMENT
ROYAL OWNER OPERATOR
OUR TEAM
TRAINING
DOCUMENT LIBRARY

Contact Us

5480 West Sample Road, Coral Springs, Florida 33067, United States

Phone: +1 954 228 7677
Email: operations@rbl-inc.com

Copyright © 2023 Royal Bengal Logistics, INC – All Rights Reserved.

Page 5
Investor - Royal Bengal Logistics, Inc.
https://rbl-inc.com/investor/



954-228-7277

Royal Bengal Logistics, Inc.
9800 West Sample Road, Coral
Springs, Florida, 33065, United States

9 am - 5 pm EST
Monday - Friday

Contact Us

| ROYAL HOME | ROYAL INVESTOR CONNECT | ROYAL DRIVER | ROYAL EMPLOYMENT | ROYAL OWNER OPERATOR | MORE ▾ |



## Welcome to ROYAL INVESTOR Connect!!!



---

## Video Gallery



### RBL INVESTOR BANQUET

The RBL Investor Banquet Function serves as a platform for fostering connections and facilitating meaningful interactions between investors and entrepreneurs. It aims to create an environment conducive to building relationships, exploring investment opportunities, and exchanging insights that can drive innovation and growth in various industries.



### RBL INVESTORS

1. As an investor, you're always on the lookout for the next big thing. Our Investor Banquet Function offers you exclusive access to a carefully curated selection of innovative ventures, startups, and projects with high growth potential. Discover groundbreaking ideas and disruptive technologies that have the power to reshape industries and generate impressive returns on your investment.
2. Surround yourself with a network of visionary entrepreneurs, industry experts, and like-minded investors. Our Investor Banquet Function provides an environment teeming with intellectual capital, where you can connect with individuals who share your passion for innovation and success. Forge strategic partnerships, collaborate on exciting ventures, and leverage the collective wisdom of experienced professionals to amplify your investment prowess.
3. Stay ahead of the curve with our lineup of renowned speakers and panelists who share their expertise, market analysis, and investment strategies. Gain invaluable insights into emerging trends, industry forecasts, and untapped market opportunities. Arm yourself with the knowledge necessary to make informed investment decisions and capitalize on market disruptions.

### RBL INVESTORS SEMINARS

1. Our Investor Seminars feature renowned industry experts, financial analysts, and successful investors who share their wealth of knowledge and experience. Benefit from their insights, gain a deeper understanding of market trends, and learn proven investment strategies that can help you make informed decisions.
2. Each Investor Seminar is carefully crafted to deliver high-quality educational content. From fundamental investment principles to advanced techniques, our seminars cover a wide range of topics, including portfolio diversification, risk management, asset allocation, market analysis, and emerging investment opportunities. Acquire the knowledge you need to optimize your investment approach.

Page 6
Investor – Royal Bengal Logistics, Inc.
https://rbl-inc.com/investor/

## Photo Gallery



  

**Business Development Team**

Page 7
Investor - Royal Bengal Logistics, Inc.
https://rbl-inc.com/investor/

## Our Physical Presence

We welcome investors to make an appointment to visit us at our office location:

**9600 West Sample Road, Coral Springs, Florida, 33065, United States**

Working Hour: 09:00 Am - 05:00 PM ⌄

↑ Find us

Connect with us:  

## Investor Interest Form

Name

Email

Phone

Message

Submit

---

### Royal Bengal Logistics Inc

Royal Bengal is a leading logistics company that delivers customized supply chain solutions and all related services to meet the unique logistics needs of our customers.

PRIVACY POLICY
TERMS OF SERVICE

Copyright © 2023 Royal Bengal Logistics, INC - All Rights Reserved.

ROYAL HOME
ROYAL INVESTOR CONNECT
ROYAL DRIVER
ROYAL EMPLOYMENT
ROYAL OWNER OPERATOR
OUR TEAM
TRAINING
DOCUMENT LIBRARY

### Contact Us

9600 West Sample Road, Coral Springs, Florida, 33065, United States

Phone: +1 954-228-7277
Email: operations@rbltransports.com

Page 8
Driver - Royal Bengal Logistics, Inc.
https://rbl-inc.com/driver/



**RBL**
ROYAL BENGAL LOGISTICS, INC.

📞 954-228-7277

📍 **Royal Bengal Logistics, Inc.**
9600 West Sample Road, Coral
Springs, Florida, 33065, United States

🕐 **9 am – 5 pm EST**
Monday - Friday

**Contact Us**

ROYAL HOME   ROYAL INVESTOR CONNECT   **ROYAL DRIVER**   ROYAL EMPLOYMENT   ROYAL OWNER OPERATOR   MORE ▾

# Welcome Experienced Drivers!

**Welcome Experienced Drivers!**

**Apply Now**



## Company OTR Drivers

### Starting Pay: Flat Rate Pay up to $2100 per week



**Benefits:**

- ☑ Personal interaction from staff, you are more than a number!
- ☑ Owner-Operator Option after 6 months.
- ☑ Company Finance Available
- ☑ Health/Dental/Life Insurance Benefits Available after 90 days of service
- ☑ 401 K may be available or Company Investment Options
- ☑ Company Offers Emergency Loans/LOC (Line Of Credits)

- ☑ Flexible **Home Time** Upon Request
- ☑ Looking for professional CDL Class A Drivers!
- ☑ 3-4 weeks on, one week off schedule
- ☑ Avg. **3000+** miles per week
- ☑ Opportunities for driver growth
- ☑ **Hotel stay** provided on need-basis
- ☑ Hiring drivers from any **US state.**
- ☑ Home base: Fort Lauderdale, FL.
- ☑ Satellite base: Lubbock, TX
- ☑ **Performance bonus** available

Page 9
Driver - Royal Bengal Logistics, Inc.
https://rbl-inc.com/driver/



## Driver Introduction

- ☑ Global Company
- ☑ Corporate HQ is in Coral Springs, Florida
- ☑ Satellite Offices in Texas, Georgia, and India
- ☑ We Manufacture our own trailers in India and then assemble them at our maintenance facility in Lubbock, Texas
- ☑ We have a Business Development Division which is purchasing an average of 25 to 30 trucks a month
- ☑ At the moment we have 100 trucks generating revenue
- ☑ We anticipate to have over 200 trucks and trailers by 2023
- ☑ Within next 24 months we are expecting over 1000 trucks and trailers in order to become one of the premier transport companies in the country
- ☑ We provide skilled mentors/trainers
- ☑ We believe we are providing one of the best driver compensation plans
- ☑ 0 – 6 month experience - 1250$ Weekly
- ☑ 6 – 2 years experience – 1550$ Weekly
- ☑ 2+ years experience – 1850$ Weekly



Driver of the Year, 2022:
**Darrell Wynn**

Page 10
Driver - Royal Bengal Logistics, Inc.
https://rbl-inc.com/driver/

# Royal Bengal Logistics Inc

We look forward to meeting with you!

**9600 West Sample Road, Coral Springs,
Florida, 33065, United States**

M: **+1 (954) 228-7277**

Working Hour: **09:00 Am - 05:00 PM** ⌄

[ ↑ Find us ]

**Connect with us:**   

Recruitment Number:**(754) 302-9237**

## Expression of Interest

Name

Email

Phone

DL Number

Message

[ Submit ]

---

### Royal Bengal Logistics Inc

Royal Bengal is a leading logistics company that
delivers customized supply chain solutions and all
related services to meet the unique logistics needs
of our customers.

PRIVACY POLICY
TERMS OF SERVICE

Copyright © 2023 Royal Bengal Logistics, INC - All Rights Reserved.

ROYAL HOME
ROYAL INVESTOR CONNECT
ROYAL DRIVER
ROYAL EMPLOYMENT
ROYAL OWNER OPERATOR
OUR TEAM
TRAINING
DOCUMENT LIBRARY

### Contact Us

9600 West Sample Road, Coral Springs,
Florida, 33065, United States

Phone: +1 954-228-7277
Email: operations@rbltransports.com

Page 11
Royal Bengal Logistics, INC
https://rbl-inc.com/employment/

 **RBL** ROYAL BENGAL LOGISTICS, INC.

 554-228-7277

Royal Bengal Logistics, Inc.
5600 West Sample Road, Coral Springs, Florida, 33065, United States

9 am - 5 pm EST
Monday - Friday

Contact Us

ROYAL HOME | ROYAL INVESTOR CONNECT | ROYAL DRIVER | **ROYAL EMPLOYMENT** | ROYAL OWNER OPERATOR | MORE ▾

# Driver Employment Application

## Driver Employment Application

**To apply, please fill out our Driver Application!**

Once this has been completed, HR will reach out to you regarding your application.

Apply Now

## Driver Employment Application

RBL is a fast-growing company that empowers you to make a difference in an ever-changing industry through advanced platforms & technologies.
A Driver, is responsible for transporting loads from a packaging plant or warehouse location to businesses & residential properties. Duties include to make sure load is properly secured, reefer is set to requested temperature, using a navigation system to map their route, delivering loads to the correct addresses in a timely manner, and to collect all delivery BOL's & POD's.

## See our Sample Contract Below!

### [Download Now](#)



---

### Royal Bengal Logistics Inc

Royal Bengal is a leading logistics company that delivers customized supply chain solutions and all related services to meet the unique logistics needs of our customers

PRIVACY POLICY
TERMS OF SERVICE

Copyright © 2023 Royal Bengal Logistics, INC - All Rights Reserved.

ROYAL HOME
ROYAL INVESTOR CONNECT
ROYAL DRIVER
ROYAL EMPLOYMENT
ROYAL OWNER OPERATOR
OUR TEAM
TRAINING
DOCUMENT LIBRARY

### Contact Us

9600 West Sample Road, Coral Springs, Florida, 33065 United States

Phone: +1 954  228  7277
Email: operations_2rbltransports.com

Captured by FireShot Pro: 13 June 2023, 16:31:45

Page 12
Owner Operators Welcome! - Royal Bengal Logistics, Inc.
https://rbl-inc.com/owner-operators-welcome/



ROYAL HOME | ROYAL INVESTOR CONNECT | ROYAL DRIVER | ROYAL EMPLOYMENT | **ROYAL OWNER OPERATOR** | MORE ▾

# Owner Operators Welcome!

---

## Drop us a line!



Name

Email

Phone

Message

Submit

### Better yet, see us in person!

We love our customers, so feel free to visit during normal business hours.

**Royal Bengal Logistics, Inc**

9800 West Sample Road, Coral Springs, Florida, 33065, United States
Phone Number: +1 (954) 228-7277
Working Hour: 09:00 Am – 05:00 PM ▾

↑ Find us

**Connect with us:**



---

Royal Bengal Logistics Inc

Royal Bengal is a leading logistics company that delivers customized supply chain solutions and all related services to meet the unique logistics needs of our customers

PRIVACY POLICY
TERMS OF SERVICE

Copyright © 2023 Royal Bengal Logistics, INC – All Rights Reserved.

ROYAL HOME
ROYAL INVESTOR CONNECT
ROYAL DRIVER
ROYAL EMPLOYMENT
ROYAL OWNER OPERATOR
OUR TEAM
TRAINING
DOCUMENT LIBRARY

Contact Us

9800 West Sample Road, Coral Springs, Florida, 33065, United States
Phone: +1 954 228-7277
Email: operations@rbltransports.com

Page 13
Royal Bengal Logistics, INC
https://rbl-inc.com/our-team/



954-228-7277

Royal Bengal Logistics, Inc.
9600 West Sample Road, Coral
Springs, Florida, 33065, United States

9 am – 5 pm EST
Monday - Friday

Contact Us

ROYAL HOME   ROYAL INVESTOR CONNECT   ROYAL DRIVER   ROYAL EMPLOYMENT   ROYAL OWNER OPERATOR   MORE ▾



## Our Team



## Management



**Sanjay Singh**

President



**Barathi K. Chidambaram**

Vice President of Credit &
Acquisition



**Elizabeth Hueber**

General Counsel



**Jeremy Perkins**

Director of Human
Resources



**Nicole Kissoon**

HR Coordinator

## Business Development

Page 14
Royal Bengal Logistics, INC
https://rbl-inc.com/our-team/







**Ricardi Celicourt**

Vice President of Business
Development

**Bruce Guillaume**

Director of Business
Development

**Laine D'Orvilliers**

Executive Assistant

## FINANCE

Coming
Soon!

**Sheetal Singh**

Director of finance

**Royal Bengal Logistics Inc**

Royal Bengal is a leading logistics company that
delivers customized supply chain solutions and all
related services to meet the unique logistics needs
of our customers

PRIVACY POLICY

TERMS OF SERVICE

Copyright © 2023 Royal Bengal Logistics, INC – All Rights Reserved.

ROYAL HOME

ROYAL INVESTOR CONNECT

ROYAL DRIVER

ROYAL EMPLOYMENT

ROYAL OWNER OPERATOR

OUR TEAM

TRAINING

DOCUMENT LIBRARY

**Contact Us**

9600 West Sample Road, Coral Springs,
Florida, 33065, United States

Phone: +1 954 228-7277
Email: operations@rbltransports.com

Page 15
Royal Bengal Logistics, INC
https://rbl-inc.com/owner-operator/



# Eld Driver Training



## Introductory ELD Video



## Pre-Trip Inspection Video

Page 16
Royal Bengal Logistics, INC
https://rbl-inc.com/owner-operator/



**Tire Inspection Video**



**Driver Operation REEFER- Part 1**



**PRE-Test a Thermo King SB-230 Reefer**

Page 17
Royal Bengal Logistics, INC
https://rbl-inc.com/owner-operator/



## Royal Bengal Logistics Inc

Royal Bengal is a leading logistics company that
delivers customized supply chain solutions and all
related services to meet the unique logistics needs
of our customers.

PRIVACY POLICY

TERMS OF SERVICE

Copyright © 2023 Royal Bengal Logistics, INC – All Rights Reserved.

ROYAL HOME

ROYAL INVESTOR CONNECT

ROYAL DRIVER

ROYAL EMPLOYMENT

ROYAL OWNER OPERATOR

OUR TEAM

TRAINING

DOCUMENT LIBRARY

## Contact Us

9600 West Sample Road, Coral Springs,
Florida, 33065, United States

Phone:  +1 954  228-7277

Email:  operations@rbltransports.com

Page 18
Royal Bengal Logistics, INC
https://rbl-inc.com/document-library/





📞 954-228-7277

📍 **Royal Bengal Logistics, Inc.**
9600 West Sample Road, Coral
Springs, Florida, 33065, United States

🕐 **9 am – 5 pm EST**
Monday – Friday

Contact Us

ROYAL HOME    ROYAL INVESTOR CONNECT    ROYAL DRIVER    ROYAL EMPLOYMENT    ROYAL OWNER OPERATOR    MORE ▾



# ROYAL Document Library



―――――

## Downloads

CARRIER_DOCUMENTS_2021 (pdf)          ⬇ Download

CARRIER_DOCUMENTS_2021 (pdf)          ⬇ Download

---

### Royal Bengal Logistics Inc

Royal Bengal is a leading logistics company that
delivers customized supply chain solutions and all
related services to meet the unique logistics needs
of our customers.

PRIVACY POLICY
TERMS OF SERVICE

ROYAL HOME
ROYAL INVESTOR CONNECT
ROYAL DRIVER
ROYAL EMPLOYMENT
ROYAL OWNER OPERATOR
OUR TEAM
TRAINING
DOCUMENT LIBRARY

### Contact Us

9600 West Sample Road, Coral Springs,
Florida, 33065, United States

Phone:  +1 954-228-7277
Email:  operations@rbltransports.com

Copyright © 2023 Royal Bengal Logistics, INC – All Rights Reserved.

Captured by FireShot Pro: 13 June 2023, 16:31:50

Page 19
Owner Operators Welcome! - Royal Bengal Logistics, Inc.
https://rbl-inc.com/owner-operators-welcome/



## Owner Operators Welcome!

## Drop us a line!

Name

Email

Phone

Message

Submit



### Better yet, see us in person!

We love our customers, so feel free to visit during normal business hours.

**Royal Bengal Logistics, Inc**

9600 West Sample Road, Coral Springs, Florida, 33065, United States

Phone Number: +1 (954) 228-7277

Working Hour: 09:00 Am - 05:00 PM ˅

⊹ Find Us

Connect with us:



## Royal Bengal Logistics Inc

Royal Bengal is a leading logistics company that delivers customised supply chain solutions and all related services to meet the unique logistics needs of our customers

PRIVACY POLICY

TERMS OF SERVICE

ROYAL HOME

ROYAL INVESTOR CONNECT

ROYAL DRIVER

ROYAL EMPLOYMENT

ROYAL OWNER OPERATOR

OUR TEAM

TRAINING

DOCUMENT LIBRARY

## Contact Us

9600 West Sample Road, Coral Springs, Florida, 33065, United States

Phone, +1 954 228-7277

Email: operations@rbltransports.com

Copyright © 2023 Royal Bengal Logistics, INC - All Rights Reserved.



 954-228-7277

 Royal Bengal Logistics, Inc.
9600 West Sample Road, Coral
Springs, Florida, 33065, United States

9 am – 5 pm EST
Monday – Friday

 Contact Us

ROYAL HOME    ROYAL INVESTOR CONNECT    ROYAL DRIVER    ROYAL EMPLOYMENT    ROYAL OWNER OPERATOR    MORE ▼



## Privacy Policy

## Privacy Policy for Royal Bengal Logistics, Inc

Welcome to our website! At Royal Bengal Logistics, Inc, we deeply value your privacy. This policy outlines how we handle your personal information when you visit our website, www.rbl-inc.com, and use our services. By interacting with us online, you're agreeing to these terms.

## Information We Collect

As you use our site and services, we might ask for certain personal details. These may include:

- Your name
- Email address
- Postal address
- Phone number
- Payment information

We might also collect non-personal information like your IP address, browser type, and operating system.

## How We Use Your Information

We use your personal information to:

- Deliver the services you've requested
- Process your payments
- Keep you updated about our services
- Enhance our website and services
- Comply with legal requirements

## Disclosure of Your Information

At times, we may need to share your information with service providers helping us run our operations. This could include payment processors or email marketing services. If law requires, or to protect our rights or others' rights, we may also share your personal information.

## Security

We're committed to keeping your information safe. We have measures in place to guard against unauthorized access, use, and disclosure. But please remember, despite our efforts, no security measures are perfect or impenetrable.

## Third-Party Links

Our site may contain links to other websites. We're not responsible for how these sites handle your privacy, so we encourage you to check out their policies before sharing any personal information.

## Changes to this Privacy Policy

We may update this policy from time to time. Any changes will be posted on this page, so it's a good idea to come back and read through it every now and then. Thank you for choosing Royal Bengal Logistics, Inc!

**Royal Bengal Logistics Inc**

Royal Bengal is a leading logistics company that delivers customized supply chain solutions and all related services to meet the unique logistics needs of our customers.

PRIVACY POLICY
TERMS OF SERVICE

Copyright © 2023 Royal Bengal Logistics, INC - All Rights Reserved.

ROYAL HOME
ROYAL INVESTOR CONNECT
ROYAL DRIVER
ROYAL EMPLOYMENT
ROYAL OWNER OPERATOR
OUR TEAM
TRAINING
DOCUMENT LIBRARY

**Contact Us**

9600 West Sample Road, Coral Springs, Florida, 33065, United States

Phone: +1 954-228-7277
Email: operations@rbltransports.com

Page 21
Terms of Service - Royal Bengal Logistics, Inc.
https://rbl-inc.com/terms-of-service/

 

📞 954-228-7277    📍 Royal Bengal Logistics, Inc.    🕐 9 am – 5 pm EST    [Contact Us]
9600 West Sample Road, Coral    Monday - Friday
Springs, Florida, 33065, United States

ROYAL HOME    ROYAL INVESTOR CONNECT    ROYAL DRIVER    ROYAL EMPLOYMENT    ROYAL OWNER OPERATOR    MORE ▾



**Terms of Service**

## Terms of Service for Royal Bengal Logistics, Inc.

Welcome to Royal Bengal Logistics, Inc. Please take a moment to read our Terms of Service ("Terms") which govern your use of our website, www.rbl-inc.com, and our services. By using our website and services, you are agreeing to these terms. If you disagree with any part of these terms, please refrain from using our website or services.

### 1. Use of Our Website and Services
We welcome you to use our website and services for lawful purposes. We prohibit the use of our website or services for any illegal or unauthorized activities, which include but are not limited to copyright infringement, spamming, or fraud.

### 2. Registration and Account Security
To access certain features or services, you may need to create an account. You are responsible for safeguarding your account information, including your password, and for all activities that occur under your account.

### 3. Payment and Fees
Certain services may incur fees. By using such services, you agree to pay any fees and charges associated with them. Please note that all fees are non-refundable.

### 4. Intellectual Property
Our website and services may feature intellectual property owned by Royal Bengal Logistics, Inc. or third parties. You may not use any of this intellectual property without our prior written consent or the consent of the third-party owner.

### 5. Content
You are solely responsible for any content you post, upload, or make available through our website or services. We kindly ask you to refrain from posting or transmitting any content that is illegal, harmful, offensive, or otherwise objectionable.

### 6. Disclaimer of Warranties
We do not make any representations or warranties regarding our website or services. We expressly disclaim any implied warranties of merchantability, fitness for a particular purpose, and non-infringement.

### 7. Limitation of Liability
We are not liable for any direct, indirect, incidental, special, or consequential damages arising out of your use of our website or services.

### 8. Indemnification
By using our website or services, you agree to indemnify and hold harmless Royal Bengal Logistics, Inc. and its affiliates, officers, agents, and employees from any claim, demand, or damage, including attorneys' fees, arising out of your use of our website or services or your violation of these terms.

### 9. Termination
We reserve the right to terminate your access to our website or services at any time, without notice or liability, for any reason.

### 10. Governing Law
These terms shall be governed by and construed in accordance with the laws of the state of California.

### 11. Changes to this Agreement
We may periodically update these terms. We will notify you of any changes by posting the new terms on our website. Your continued use of our website or services after the posting of the updated terms constitutes your agreement to the updated terms.

### 12. Contact Us
If you have any questions about these terms, please feel free to contact us at support@rbl-inc.com.

---

**Royal Bengal Logistics Inc**

Royal Bengal is a leading logistics company that delivers customized supply chain solutions and all related services to meet the unique logistics needs of our customers.

PRIVACY POLICY
TERMS OF SERVICE

Copyright © 2023 Royal Bengal Logistics, INC – All Rights Reserved.

ROYAL HOME
ROYAL INVESTOR CONNECT
ROYAL DRIVER
ROYAL EMPLOYMENT
ROYAL OWNER OPERATOR
OUR TEAM
TRAINING
DOCUMENT LIBRARY

**Contact Us**

9600 West Sample Road, Coral Springs, Florida, 33065, United States

Phone  +1 954  228  7277
Email:  operations@rbltransports.com

Captured by FireShot Pro: 13 June 2023, 16:31:52

# KEEP TRUCKIN

## Getting Started with the KeepTruckin ELD



**Important:** Per FMCSA rules, this guide must be kept in the vehicle at all times.

# Table of Contents

## Before You Drive

Install the KeepTruckin ELD in your vehicle ........................................................................................

Download the KeepTruckin App ........................................................................................................

Login to the KeepTruckin App ...........................................................................................................

Connect your mobile device to the KeepTruckin ELD .........................................................................

## Use KeepTruckin on the Road

Record Hours of Service with the KeepTruckin ELD ............................................................................

Change your current duty status .......................................................................................................

Insert a past duty status ...................................................................................................................

Create a Vehicle Inspection Report (DVIR) ........................................................................................

Sign your logs ..................................................................................................................................

## Useful Tools

Find errors in your logs ....................................................................................................................

Accept or reject your fleet manager's log edits .................................................................................

Let an officer inspect your logs ........................................................................................................

Email or fax your logs ......................................................................................................................

ELD Malfunction Manual ...................................................................................................................

Before You Drive

## ELD   Install the KeepTruckin ELD in your vehicle

① With the engine off, locate the diagnostic port inside the vehicle. The diagnostic port is generally locat
four places:

1. Underneath the left side of the dash
2. Underneath the steering wheel
3. Near the driver's left kick panel
4. Below the driver's seat



> If you are using a model year 2013 or newer Mack or Volvo truck,
> please refer to the supplemental installation instructions at
> support.keeptruckin.com

② Attach the cable to the vehicle's diagnostic port, which will look like one of the three ports shown belo
*Note that the KeepTruckin ELD may have been shipped with a 'Y-cable', which will allow the cable to be*
*behind a panel, hidden from view.*

Heavy duty vehicles                                               Light and medium duty v

        

> For 6-pin and 9-pin ports, ensure
> the cable is secured by turning
> the collar clockwise to lock it in
> place.



4

6-pin            9-pin                                                          OBDII

## Install the KeepTruckin ELD in your vehicle

③ Attach the other side of the cable to the KeepTruckin ELD.
Screw down the thumbscrews on the 15-pin connector to
secure the cable to the ELD.



④ Once plugged in, the indicator lights will flash momentarily
before turning solid red. After approximately one minute,
the left-side indicator light will turn green, indicating a
successful GPS connection. If this does not occur, try
moving the ELD to increase exposure to the sky.



## Install the KeepTruckin ELD in your vehicle

⑤ Choose a spot on the top of the dashboard to mount your ELD. The mounting spot should be near the
but away from any vents or electrical components that may cause interference.



⑥ Before you mount the ELD, use the provided alcohol swab to clean the mounting area.

⑦ Remove the backing from the adhesive strip and mount the ELD to the cleaned area.

# Download the KeepTruckin App for Android devices

① Search for "KeepTruckin"
in the Google Play Store for
Android phones and tablets.



② Tap on **INSTALL** to download
the app.



# Download the KeepTruckin App for Apple devices

① Search for "KeepTruckin" in the App Store for iPhones and iPads.

② Tap on the GET icon.

③ Then tap on the button.







8

## Login to the KeepTruckin App

① Open the KeepTruckin App from your device's home screen.

② Select [ Log In ] .

③ Enter your email and password. I have a KeepTruc contact your flee







⇄
ELD   ## Connect your mobile device to the KeepTruckin ELD

① On the main **Logs** screen, tap [NO VEHICLE / Current Vehicle] to connect with your vehicle's ELD.



② A list of your company's vehicles will appear. Select the vehicle that you want to connect to.



If you do not see the vehicl
menu in the KeepTruckin A
your fleet manager to ensu
company has enabled you
account for ELD mode or c
support@keeptruckin.com

10

## ⇌ Connect your mobile device to the KeepTruckin ELD
ELD

③ Your device will automatically attempt to connect
to the vehicle's ELD using Bluetooth.



⇄
ELD

## Connect your mobile device to the KeepTruckin ELD

④ A green icon ⇄ELD will appear at the top right of the main **Logs** screen to indicate a successful connection.



⑤ The right-side indicator light on th will become solid green.



Green

Now that you are connected to your vehic ELD, your driving time will be automaticall recorded.

12

Use KeepTruckin on the Road

## ⏱ Record Hours of Service with the KeepTruckin ELD

Once you have connected your mobile device to the KeepTruckin ELD, your driving time will be automatica

① When your vehicle is moving at 5 MPH or greater,
KeepTruckin considers the vehicle to be IN MOTION
and your duty status will automatically be set to **Driving**.

② At 0 MPH, the veh
considered STATIO





While In Motion, you will not
be able to access your logs
or any other part of the app.



14

## 🕐 Record Hours of Service with the KeepTruckin ELD

③ When STATIONARY , you can change your duty
status by tapping [ ⓓ DRIVING › ] and selecting
one of the alternate duty statuses listed.





# 🕐 Record Hours of Service with the KeepTruckin ELD

④ If the vehicle remains STATIONARY for five minutes, a pop-up window will appear that asks if you would like to change your duty status. If nothing is selected, your duty status will automatically be changed to **On Duty**.





16

## Change your current duty status

① On the main **Logs** screen tap the **Current Status** bar.



## ↻ Change your current duty status



(2) When you are not driving a vehicle, you can update your current duty status to **Off Duty**, **Sleeper Berth**, or **On Duty**.

(3) Tap on the **Location** field to enter your current location. You may tap on the ◉ to look up your location.

(4) Enter **Notes**, such as "Lunch Break" or "Pre-Trip Inspection".

18

 # Insert a past duty status

If you forgot to change your duty status in the past, you can go back and insert a past duty status.

1. On the main **Logs** screen, select the day that you would like to edit.



## ✂ Insert a past duty status

② Tap on the ➕ in the lower-right corner.



③ Select **Insert Past Duty Status** ✂ from pop-up list.



20

✂ Insert a past duty status

④ Set the **Start Time** and **End Time** by entering time in the fields or dragging the sliders.





## Insert a past duty status



(5) Select **Off Duty**, **Sleeper Berth**, or **On Duty**.

(6) Tap on the **Location** field to enter your location. You may tap on the ⊕ to look up your location.

(7) Enter **Notes**, such as "Lunch Break" or "Pre-Trip Inspection".

22

 Create a Vehicle Inspection Report (DVIR)

You can use KeepTruckin to create a Vehicle Inspection Report (DVIR).

① From the main **Logs** screen, select the day for which you would like to create a Vehicle Inspection Report.

② Select the **DVIR** tab at the top-right.

③ Tap on the ⊕ in the lower right corner.



 Create a Vehicle Inspection Report (DVIR)

④ Fill out the required fields in the **General** tab.

| | | |
|---|---|---|
| Cancel | New DVIR | Save |
| General | Vehicle | Sign |

TIME
4:00 AM PST

CARRIER
Joe's Transportation

LOCATION
San Francisco, CA

ODOMETER
56,804

24

## 🔧 Create a Vehicle Inspection Report (DVIR)

⑤ Select the **Vehicle** tab on top to fill out the relevant fields.

⑥ To add any defects found, tap on

| + Add/Remove Vehicle Defects |
| --- |

## Create a Vehicle Inspection Report (DVIR)

⑦ Select defects from the list and add any relevant comments.

⑧ Tap **Done** .



26

## Create a Vehicle Inspection Report (DVIR)



⑨ Select the **Sign** tab on top to sign the Vehicle Inspection Report electronically.

⑩ Check the box if the defects were corrected, or if they need not be corrected.

⑪ Select Sign DVIR and sign with your finger.

⑫ Tap Save to complete the Vehicle Inspection Report.

 # Sign your logs

Remember to sign your logs at the end of each day.

① From the main **Logs** screen, tap on the day you would like to sign.

② Select the **Sign** tab on top.



28

# ✏️ Sign your logs

③ Select [ Sign Log ] and sign with your finger.



④ Tap **Save** to finish.



Useful Tools

# Find errors in your logs

1. A red exclamation (!) on the main **Logs** screen indicates that your log has an **Hours of Service** violation or a **Form and Manner** error.



# (!) Find errors in your logs

## ② Hours of Service Violations

A red line on your log graph indicates that you drove beyond the time allowed by the Hours of Service rules.



## ③ Form and Manner Errors

A red exclamation (!) on the **Form** tab that you are missing required informatio total distance driven or shipping docum



32

# Accept or reject your fleet manager's log edits

1. Log edits made by your fleet manager will be listed in yellow under the **Log Edits** section on the main **Logs** screen.

2. Select a log edit from this list to view the changes.



## Accept or reject your fleet manager's log edits

(3) The logs edits will be highlighted in yellow.
To view the original log, tap on **Current Log**.

(4) To approve or reject the **Edited Log**, tap
the ✓ or ✕ at the bottom of the screen.



34

## 🔍 Let an officer inspect your logs

KeepTruckin provides an easy way for officers to inspect your logs.

① Tap on the menu ☰ icon on the top left.

② Select DOT **Inspection Mode** from the menu.



## 🔍 Let an officer inspect your logs

③ To let an officer inspect your logs directly from your device, tap [ Begin Inspection ].

④ Your logs will appear on the screen in the standard format. Hand the officer your mobile device.

⑤ Use the ◀ and ▶ arrows to navigate days.

⑥ Tap on the back arrow ⬅ to exit DOT Inspection Mode.





36

## ✉ Email or fax your logs

KeepTruckin allows you to email or fax your logs from the app.

① From the main **Logs** screen, tap the checkbox next to each log you want to send.

② Tap the 🖂 Send button in the upper right corner.

③ Enter the email address or fax number of the recipient under the appropriate tab.

④ Tap Send to finish.





# ⚠ ELD Malfunction Manual

### § 395.22 Motor carrier responsibilities—In general.

(h) In-vehicle information. A motor carrier must ensure that its drivers possess onboard a commercial motor vehicle an E information packet containing the following items:

3. An instruction sheet for the driver describing ELD malfunction reporting requirements and recordkeeping procedures malfunctions.

The following instructions are in accordance with the guidelines set forth in § 395.34:

## How does the driver know if the ELD is malfunctioning?

Neither of the LED lights on the device are turned on (neither green nor red) when the device is plugged into the tru port and power is flowing to it.



Functioning (Lights On)



Malfunctioning (Lights Off)

38

# ⚠ ELD Malfunction Manual

### What does the driver need to do if the ELD is malfunctioning?

① Immediately contact KeepTruckin support at **855-434-3564** or **support@keeptruckin.com** to troubleshoot the issue.

② Note the malfunction and provide written notice to your fleet within 24 hours.

③ Keep a paper log for that day and until ELD is repaired or replaced. In the event of an inspection, display the previous 7 days logs from the KeepTruckin app.

### What does the fleet need to do if the EL... malfunctioning?

① If a motor carrier receives or discover... concerning the malfunction of an EL... carrier must take actions to correct th... of the ELD within 8 days of discove... condition or a driver's notification to t... carrier, whichever occurs first.

② In the event of an ELD malfunction, Keep... send a new device upon notification fro... Administrator.

③ If a motor carrier needs a time extensio... notify the FMCSA Division Administrato... of the motor carrier's principal place of ... 5 days after a driver notifies the mo... according to the guidelines set forth in §



## Additional Resources



**Visit**

support.keeptruckin.com



**Call**

(855) 434-3564



**Email**

support@keeptruck



FSC

Environmentally
responsible printing



Made in the
USA

DP3



# R B L

## ROYAL BENGAL LOGISTICS, INC.

**Initial Driver Hiring Checklist**

**NAME OF DRIVER:**

**DL NUMBER:**

| | |
|---|---|
| ☐ Resume (If Applicable) | **Notes:** |
| ☐ DEH – 10 Years –Form Number RBL.DL.2019 | |
| ☐ Copy of DL/Medical | |
| ☐ Form RBL.D.A.2019 (Authorization Form) | |
| ☐ CLEARING HOUSE | |
| ☐ RBL/PDAS/2019 | |
| ☐ Insurance approval & MVR | |
| ☐ Drug & Alcohol testing | |
| ☐ I-9 / W9 AND Supporting DOCUMENTS | |
| ☐ Driver Independent Contract | |
| ☐ 7 DAY Driving DECLERATION | |
| ☐ DEBIT Card | |
| ☐ ELD | |
| ☐ RBL/SPHR/2019 – 3 Years Background Check. | |
| ☐ MANAGEMENT DRIVE TEST | |

**Notes**:

PHONE NUM:

EMAIL ID :



**ROYAL BENGAL LOGISTICS, INC.**

<u>**INDEPENDENT CONTRACTOR AGREEMENT**</u>

**THIS INDEPENDENT CONTRACTOR AGREEMENT (the "Agreement") dated this** March 8th, 2022, by and between

### CLIENT

**Royal Bengal Logistics, Inc.**
9600 West Sample Rd Suite 100,Coral Springs, FL 33065

(the "Client") and

### [CONTRACTOR NAME]
[CONTRACTOR ADDRESS]

(the "Contractor")

a)  The Client desires to retain the services of Contractor; and

b)  The Contractor desires to provide such services to the Client on the terms and conditions set out in this Agreement.

**IN CONSIDERATION OF** the matters described above and of the mutual benefits and obligations set forth in this Agreement, the receipt and sufficiency of which consideration is hereby acknowledged, the Client and the Contractor (individually the "Party" and collectively the "Parties" to this Agreement) agree as follows:

## 1. DEFINITIONS

a.  "First Day" shall mean the date in which Contractor first performs services on behalf of Client or the date which Contractor first receives training from Client, whichever date occurs first.

b.  "Services" shall mean the over the road interstate truck driving, and such other services

Page 1 of 8



which the Parties agree.

c. Confidential information (the "Confidential Information") refers to any data or information relating to the Client, whether business or personal, which would reasonably be considered to be private or proprietary to the Client and that is not generally known and where the release of that Confidential Information could reasonably be expected to cause harm to the Client.

## 2. SERVICES PROVIDED

The Client hereby agrees to engage the Contractor to provide the Client with Services. Contractor shall provide the Services in compliance with Client's rules and requirements, including those described in the Service Standards Addendum, attached to this Agreement. The Services will also include any other tasks which the Parties may agree on. The Contractor hereby agrees to provide such Services to the Client.

## 3. TERM OF AGREEMENT

The term of this Agreement will begin on the date of this Agreement and will continue until the Agreement has been terminated by either party. Either party may terminate this Agreement by providing notice of the termination of the Agreement to the other party. The Agreement may not be terminated by the Contractor until he or she has completed delivery of any goods entrusted to Contractor and returned/delivered the truck as agreed, pursuant to the execution of the Contractor's Services. This Agreement shall continue to govern the Parties' relationship following termination of the Agreement.



**ROYAL BENGAL LOGISTICS, INC.**

## 4. COMPENSATION

   a)   Client shall pay Contractor for the Services as follows (the "Compensation"):

        Up to three weeks of training:  **$ 750 per week**

        Compensation per dispatch mile: **50 cents/mile** (less than one year of qualifying professional driving experience)

        Compensation per dispatch mile: **60 cents/mile** (greater than one year of qualifying professional driving experience)

        Retention bonus:     **$ 1,000 after 30 days of service**
                              **$ 3,000 after 90 more days of service (120 days total)**
                              **$ 3,000 after 90 more days of service (210 days total)**
                              **$ 3,000 after 90 more days of service (300 days total)**

   b)  **Training.**  Contractor shall undergo up to three weeks of training before performing Services under this Agreement if Client determines, within Client's discretion.  Client shall pay Contractor $ 750 per week for training.  Client shall incur all costs of training, including the necessary transportation costs and lodging.

   c)  **Pay per mile.** Client shall pay Contractor for performing the Service based upon each "dispatch mile" driven by the Contractor.

        i)     If Contractor has less than one year of qualified commercial driving experience, Contractor shall be paid 50 cents per dispatch mile.   If Contractor has greater than one year of qualified commercial driving experience, Contractor shall be paid 60 cents per dispatch mile.

        ii)    Client shall determine whether Contractor's previous experience is "qualified commercial driving experience" for the purpose of this § **4**, by comparing that experience with the Services that Contractor is expected to perform.  If the experience is sufficiently similar, based upon Client's determination, then that experience shall count towards Contractor's "qualified commercial driving experience."  Contractor's time performing Services for Client shall count as Contractor's "qualified commercial driving experience."  Contractor shall receive the rate of pay of 60 cents per dispatch mile at the point that Contractor attains one year of "qualified commercial driving experience."

        iii)   "Dispatch miles" are calculated based upon the distance between the pickup and drop-off points, as determined prior to a trip.  Accordingly, the "dispatch miles" will not necessarily reflect the actual miles driven on the



**RBL**
ROYAL BENGAL LOGISTICS, INC.

trip.

d) **Retention bonus.** Client shall pay an additional sum of money to Contractor based upon the length of time that Contractor performs Services for Client. This time period shall begin on the First Day and shall conclude at the time that Contractor ceases to perform Services for Client or the Agreement is terminated. At 30 days, Client shall pay Contractor $ 1,000. At 120 days (90 days after the referenced 30-day period), Client shall pay Contractor $ 3,000. At 210 days (90 days after the previously mentioned 90-day period), Client shall pay Contractor $ 3,000. At 300 days (90 days after the previously mentioned 90-day period), Client shall pay Contractor $ 3,000. The four payments referenced in this § **4(d)** is the "retention bonus."

   i) At the time that the "retention bonus" is paid to Contractor, it is an unearned advance of money. The above referenced "retention bonus" vests (becomes earned) one year after the First Day, as long as Contractor has continued to perform Services for Client during that intervening time period.

   ii) If Contractor elects to terminate this Agreement, stop performing Services, or otherwise stops working with Client within one year of the First Day, then Contractor shall forfeit any right to the money advanced to Contractor as a "retention bonus" in this § **4(d)**. Client may deduct/set off the retention bonus advance already paid from any money which Client owes Contractor.

   iii) Contractor shall also forfeit the right to any moneys advanced by Client as a retention bonus if Contractor performs an action that results in Client terminating this Agreement "for cause." Client may terminate this Agreement for Cause if Contractor materially breaches this Agreement, refuses to perform the Services, commits a felony, is arrested or charged with reckless driving or driving under the influence, or Contractor has otherwise negligently, recklessly, or purposefully significantly harmed Client. Client may deduct/set off the retention bonus advance already paid from any money which Client owes Contractor.

## 5. REIMBURSEMENT TO CLIENT FOR CONTRACTOR'S PREMATURE TERMINATION.

The Parties intend for this Agreement to continue for an indefinite duration. Client may make a significant investment in Contractor with the expectation that Contractor will perform the Services for Contractor (including but not limited to training, transportation to training, baggage fees, room and board during training, drug testing, insurance endorsements). If Contractor terminates this Agreement or otherwise refuses to perform the Services for Client within *30 days* of Contractor's First Day, then Contractor's compensation will be set-off/deducted by the

Page 4 of 8



amounts expended by Client on Contractor's behalf.

## 6. CONTRACTOR'S PERFORMANCE

a) The Contractor shall perform the Services in compliance with all laws, including but not limited to the regulations governing motor carriers as determined by the U.S. Federal Motor Carrier Safety Administration.  By agreeing to perform the Services pursuant to this Agreement, Contractor agrees to comply with mandatory safety procedures to ensure Contractor's compliance with state and federal law.

b) The Contractor shall execute the Services effectively and professionally, which shall include but not be limited to compliance with Client's safety rules and procedures, which are described in part in Client's the "Service Standards Addendum" attached to this Agreement.

c) The Contractor understands that Contractor's violation of law, violation of Client's safety procedures, or failure to effectively execute the Services will likely cause significant harm to Client.  To preserve the Parties' relationship, Client may elect to deduct up to $100 for each violation by the Contractor as liquidated damages in lieu of terminating the Contract.   This provision is not a limitation of Contractor's liability, such as when Contractor's actions or inactions cause significant harm Client or any third-party.

d) Contractor shall ensure that the condition of the truck interior is in a reasonably clean condition when returning the truck to Client. All pet waste and pet stains shall be cleaned by Contractor before Contractor returns the truck to Client.  If the Contractor returns the truck and the interior is excessively soiled or pet waste is present, Client shall charge/deduct a cleaning fee of $180 to cover the cost of cleaning.

## 7. REIMBURSEMENT OF EXPENSES

The Contractor will be reimbursed from time to time for reasonable and necessary expenses incurred by the Contractor in connection with providing the Services. **All expenses must be pre-approved by the Client.**

## 8. RELATIONSHIP BETWEEN THE PARTIES

a) The Parties recognize and agree that the Contractor is providing the Services to the Client as an independent contractor, and not as an employee.  Accordingly, the Contractor shall perform the Services to the best of Contractor's ability, without requiring specific instruction.  However, Contractor must comply with Client's instructions and rules which

Page 5 of 8



are intended to ensure compliance with the law, ensure safety, and deliver the load as instructed by third-parties.

b) Contractor warrants that he or she will pay all applicable taxes (income taxes, etc.) which he or she owes because of the Compensation received from Client.

c) In providing the Services under this Agreement it is expressly agreed that the Contractor is acting as an independent contractor and not as an employee. The Contractor and the Client acknowledge that this Agreement does not create a partnership or joint venture between them, and is exclusively a contract for service. The Client is not required to pay, or make any contributions to, any social security, local, state or federal tax, unemployment compensation, workers' compensation, insurance premium, profit-sharing, pension or any other employee benefit for the Contractor during the Term. The Contractor is responsible for paying, and complying with reporting requirements for, all local, state and federal taxes related to payments made to the Contractor under this Agreement.

## 9. CONFIDENTIALITY

The Contractor agrees that he or she will not disclose, divulge, reveal, report or use, for any purpose, any Confidential Information which the Contractor has obtained, except as authorized by the Client or as required by law. The obligations of confidentiality will apply during the Term of this Agreement and will survive indefinitely upon termination of this Agreement.

## 10. OWNERSHIP OF INTELLECTUAL PROPERTY

All intellectual property and related material, including any trade secrets, goodwill, customer lists, and rights in any patent, copyright, trademark, trade dress, industrial design and trade name (the "Intellectual Property") that is developed or produced under this Agreement, is a "work made for hire" and will be the sole property of the Client. The use of the Intellectual Property by the Client will not be restricted in any manner.

## 11. RETURN OF PROPERTY

Upon the termination of this Agreement, the Contractor will return to the Client any property, documentation, records, or Confidential Information which is the property of the Client. Contractor shall not be entitled to any compensation pursuant to § 4 until Contractor has returned any and all of Client's trucks, trailers, and other equipment within Contractor's possession.

Page 6 of 8



## 12. NOTICE

All notices, requests, demands or other communications required or permitted by the terms of this Agreement will be given in writing and delivered to the Parties at the following addresses:

i. **Royal Bengal Logistics, Inc.**
3900 West Sample Rd Suite 100 Coral Springs FL 33065

AND

**NAME:**

or to such other address as either Party may from time to time notify the other, and will be deemed to be properly delivered (a) immediately upon being served personally, (b) two days after being deposited with the  postal service if served by registered mail, or (c) the following day after being deposited with an overnight courier.

## 13. INDEMNIFICATION

Except to the extent paid in settlement from any applicable insurance policies, and to the extent permitted by applicable law, each Party agrees to indemnify and hold harmless the other Party, and its respective affiliates, officers, agents, employees, and permitted successors and assigns against any and all claims, losses, damages, liabilities, penalties, punitive damages, expenses, reasonable legal fees and costs of any  kind or amount whatsoever, which result from or arise out of any act or omission of the indemnifying party, its respective affiliates, officers, agents, employees, and permitted successors and assigns that occurs in  connection with this Agreement. This indemnification will survive the termination of this Agreement.

## 14. MODIFICATION OF AGREEMENT

Any amendment or modification of this Agreement or additional obligation assumed by either Party in connection with this Agreement will only be binding if evidenced in writing signed by each Party or an authorized representative of each Party.

## 15. ASSIGNMENT

a) The Contractor will not voluntarily, or by operation of law, assign or otherwise transfer its obligations under this Agreement without the prior written consent of the Client.

2022.03.02RBLINDCON



**ROYAL BENGAL LOGISTICS, INC.**

b)  The Contractor agrees that he or she shall perform the Services without subcontracting or otherwise permitting another party to perform the Services (*e.g.* team driving), unless the Client has provided its consent.

## 16. ENTIRE AGREEMENT

This Agreement will constitute the entire agreement between the Parties concerning the subject matter of this Agreement. Any prior understanding or representation of any kind preceding the date of this Agreement will not be binding on either Party except to the extent incorporated in this Agreement.

## 17. COOPERATION

Contractor promises and agrees to reasonably cooperate with Client in any litigation or government enforcement proceedings in which the Company is a party or otherwise involved which arises out of events relating to the Services provided by Contractor, including but not limited to, serving as a witness and producing documents and information relevant to the case or enforcement proceeding.  Contractor's obligation to cooperate does not require Contractor to agree with Client or testify in accordance with Client's direction.



**R B L**
Royal Bengal Logistics, Inc.

## 18. MISCELLANEOUS

**a) CURRENCY -** All monetary amounts referred to in this Agreement are in USD (US Dollars).

**b) GOVERNING LAW -** This Agreement will be governed by and construed in accordance with the laws of the State of Florida.

**c) FORUM –** Any dispute between the parties shall be heard in a court of competent jurisdiction in Broward County, Florida.

**d) SEVERABILITY -** In the event that any of the provisions of this Agreement are held to be invalid or unenforceable in whole or in part, all other provisions will nevertheless continue to be valid and enforceable with the invalid or unenforceable parts severed from the remainder of this Agreement.

**e) WAIVER -** The waiver by either Party of a breach, default, delay, or omission of any of the provisions of this Agreement by the other Party will not be construed as a waiver of any other breach of the same or other provisions.

**WHEREOF** the Parties have duly affixed their signatures under hand and seal on this 8th day of March, 2022:

"Client"
**Royal Bengal Logistics, Inc**

"Contractor"

_____
By its authorized agent
**[RBL REPRESENTATIVE]**

_____
**[CONTRACTOR NAME]**
**[CONTRACTOR ADDRESS]**

Page 9 of 8

2022.03.02RBLINDCON



# RBL
ROYAL BENGAL LOGISTICS, INC.

## Service Standards Addendum

Contractor must comply with Client's instructions and rules to effectively provide the Services. Contractor must:

a. *Perform a standard pre-trip & post-trip inspection of the tractor trailer;*

b. *Inspect the loading condition before leaving the shipper and report that the load is secured and acceptable;*

c. *Text group messages with Contractor's "in" and "out" times at the shipper and receiver;*

d. *Text or call when on site for more than one hour without being loaded/unloaded;*

e. *Text or call as soon as possible when Contractor expects to run late for a pickup or delivery appointment;*

f. *Inspect condition of trailer after all deliveries, and advise Client if a trailer washout is needed before the next pickup;*

g. *Inspect the load and ensure it is secure prior to sealing trailer;*

h. *Clear and legible Scan of Proof of Delivery/Bill of Lading must be sent before leaving receiver;*

i. *Scan fuel receipts and upload on the Electronic Logging Device document section prior to leaving station; and*

j. *Text or call to report any defects on truck, trailer, or tires or report on the Electronic Logging Device before and after a trip.*



# Contractor Compensation Addendum
### Compensation Schedule

It is Royal Bengal Logistics policy for contractors to be paid weekly for the first four weeks. Thereafter, contractors will be paid every other week.

| | |
|---|---|
| 1st Week | No payment yet |
| 2nd Week | Payment for the 1st week of work |
| 3rd Week | Payment for the 2nd week of work |
| 4th Week | Payment for the 3rd week of work |
| 5th Week | Payment for the 4th week of work |
| 6th Week | No payment |
| 7th Week | Payment for the 5th and 6th week of work |
| 8th Week | No payment |
| 9th Week | Payment for the 7th and 8th week of work |
| 10th Week | No payment |
| 11th/13th/15th Weeks | Payment for the preceding two weeks of work |

### Pay Schedule[1]

| | |
|---|---|
| **Training** | **$ 750 per week** |
| **Pay Per Dispatch Mile** (Less than a year of experience) | **50 ¢** |
| **Pay Per Dispatch Mile** (More than a year of experience) | **60 ¢** |
| **Retention Bonus** | **$ 1,000 after 30 days of service**<br>**$ 3,000 after 90 more days of service (120 days total)**<br>**$ 3,000 after 90 more days of service (210 days total)**<br>**$ 3,000 after 90 more days of service (300 days total)** |

---

[1] As described in greater detail in the Independent Contractor Agreement.

2022.03.08RBLINDCON

# R O Y A L   B E N G A L   L O G I S T I C S ,   I N C .

**COMMERCIAL DRIVER**
**EMPLOYMENT HISTORY 10 YEARS**

Please complete the following or forward a copy of the D.O.T. Driver Employment Record.

Insured _____          Name of Driver _____

Policy No. _____          Driver's Date of Birth _____

                                                Driver's License Number _____

(Including Current Employer, list in order of most recent employer first.  MUST HAVE FULL THREE YEARS.)

Employer _____          Phone _____

Address _____

Amount of Experience     ☐ Straight Truck ____%   ☐ Tractor/Semi Trailer ____ %   ☐ Dump Truck ____ %
Driving Vehicle Types Listed:  ☐ Limousine ____ %   ☐ Bus (# of passengers____) ____ %   ☐ Other ____ %

Date of Employment:   From (MO/YR) _____   To (MO/YR) _____

Radius of Use:   ☐ 0 – 75 Miles   ☐ 76 – 300 Miles   ☐ Over 300 Miles

Employer _____          Phone _____

Address _____

Amount of Experience     ☐ Straight Truck ____%   ☐ Tractor/Semi Trailer ____ %   ☐ Dump Truck ____ %
Driving Vehicle Types Listed:  ☐ Limousine ____ %   ☐ Bus (# of passengers____) ____ %   ☐ Other ____ %

Date of Employment:   From (MO/YR) _____   To (MO/YR) _____

Radius of Use:   ☐ 0 – 75 Miles   ☐ 76 – 300 Miles   ☐ Over 300 Miles

Employer _____          Phone _____

Address _____

Amount of Experience     ☐ Straight Truck ____%   ☐ Tractor/Semi Trailer ____ %   ☐ Dump Truck ____ %
Driving Vehicle Types Listed:  ☐ Limousine ____ %   ☐ Bus (# of passengers____) ____ %   ☐ Other ____ %

Date of Employment:   From (MO/YR) _____   To (MO/YR) _____

Radius of Use:   ☐ 0 – 75 Miles   ☐ 76 – 300 Miles   ☐ Over 300 Miles

Have you had any accidents in the last 3 years?   ☐ Yes   ☐ No       If yes, please describe. _____

During the past three years have you had at least two years over-the-road driving experience with equipment similar to that which you will be operating for this employer?   ☐ Yes   ☐ No

The undersigned applicant represents that the information provided herein is true and correct.  I further understand that by applying for insurance, I authorize Northland Insurance to verify the information provided above.

_____          _____
Signature of the Named Insured or Driver                Date

FORM CONTROL NUMBER RBL.DL.2019

## DISCLOSURE AND AUTHORIZATION FORM

A background investigation will be requested from consumer reporting agencies in connection with your employment application for employment purposes.   This information may be obtained in the form of consumer reports and/or investigative consumer reports. These reports may be obtained at any time after receipt of your authorization, and if you are hired by the Company, throughout your employment.

Royal Bengal Logistics Inc., or another consumer reporting agency, will obtain the reports for the Company.  Royal Bengal Logistics Inc Inc., is located at mailing address 3700 NW 109TH AVE, CORAL SPRINGS, FL 33065, and can be contacted at 510-342-6770.

**FAIR CREDIT REPORT ACT DISCLOSURE STATEMENT** - In accordance with the provisions of Section 604(b)(2)(A) of the Fair Credit Reporting Act, Public Law 91-508, as amended by the Consumer Credit Reporting Act of 1996 (Title II, Subtitle D, Chapter I, of Public Law 104-208), you are being informed that reports verifying your previous employment, previous drug and alcohol test results, criminal background and driving records may be obtained on you for employment purposes. These reports are required by Sections 382.413; 391.23 and 391.25 of the Federal Motor Carrier Safety Regulations.

I have carefully read and understand this Disclosure and Authorization form.  By my signature below, I consent to the release of consumer reports and investigative consumer reports prepared by a consumer reporting agency, such as to the Company and its designated representatives and agents.  I understand that if the Company hires me, my consent will apply, and the Company may obtain reports, throughout my employment.

I also understand that information contained in my job application or otherwise disclosed by me before or during my employment, if any, may be used for the purpose of obtaining consumer reports and/or investigative consumer reports.

By my signature below, I authorize law enforcement agencies, learning institutions (including public and private schools and universities), information service bureaus, credit bureaus, record/data repositories, courts (federal, state and local), motor vehicle records agencies, my past or present employers, the military, and other individuals and sources to furnish any and all information on me that is requested by the consumer reporting agency.

By my signature below, I certify the information I provided on this form is true and correct.  I agree that this Disclosure and Authorization form in original, faxed, photocopied or electronic (including electronically signed) form, will be valid for any reports that may be requested by or on behalf of the Company.

### ROYAL BENGAL LOGISTICS,.INC

Applicant Last Name: _____ First: _____ Middle: _____

Social Security #: _____Date of Birth: _____

Present Address: _____How Long: _____

City/State/Zip: _____

Prior Address within 3 years : _____ From: _____ To: _____

Driver's License #: _____ State: _____

Prior License within 3 years: _____ State: _____

Applicant Signature ➡ _____ Date: _____

FORM CONTROL NUMBER RBL.D.A.2019



**ROYAL BENGAL LOGISTICS, INC.**

I hear by certify and submit record of Driving duty logs for last seven days as following or submit any electronic log of duty times.

☐ Attached Electronic Log

☐ NO Duty last seven days.

- 1 -

Form Control Number : RBL/PDAS/2019

R O Y A L     B E N G A L     L O G I S T I C S ,     I N C .

## PREVIOUS DRUG & ALCOHOL TEST STATEMENT

Section 40.25(j) As the employer, you must ask the employee whether he or she has tested positive, or refused to test, on any pre-employment drug or alcohol test administered by an employer to which the employee applied for, but did not obtain, safety-sensitive transportation work covered by DOT Agency drug and alcohol testing rules during the past two years. If the employee admits that he or she had a positive test or a refusal to test, you must not use the employee to perform safety-sensitive functions for you, until and unless the employee documents successful completion of return-to-duty process. (see Section 40.25(b)(5) and (e))

---

Driver's Name (Printed): _____

In accordance with Federal Motor Carrier Regulations Section 40.25(j), the driver must respond to the following questions.

1. **Have you <u>tested positive or refused to test</u>, on any PRE-EMPLOYMENT** drug or alcohol test administered by an employer to which you applied for; but did not obtain, safety-sensitive transportation work covered by DOT agency drug and alcohol testing rules during the past two (2) years?

   Check one:     Yes: ⬚     No: ⬚

   In accordance with Federal Motor Carrier Regulation 391.23(e), **have you <u>tested positive or refused to test</u>, on any RANDOM drug or alcohol test, POST-ACCIDENT drug or alcohol test, REASONABLE SUSPICION drug or alcohol test, RETURN-TO-DUTY drug or alcohol test, FOLLOW-UP or OTHER** drug or alcohol test during the past (3) years?

   Check one:     Yes: ⬚     No: ⬚

2. **<u>If you answered Yes to either question above</u>**, can you provide/obtain proof that you've successfully completed the DOT return-to-duty requirements?

   Check one:     Yes: ⬚     No: ⬚     N/A: _____

I certify that the information provided on this document is true and correct.

Applicant Signature ➤ _____ Date: _____

Copyright 2016 SunCoast Trucking Compliance Inc, Fort Lauderdale, FL ©

**Form W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

Print or type.
See **Specific Instructions** on page 3.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC    ☐ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

**6** City, state, and ZIP code

Requester's name and address (optional)

**7** List account number(s) here (optional)

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

☐☐☐ – ☐☐ – ☐☐☐☐

**or**

**Employer identification number**

☐☐ – ☐☐☐☐☐☐☐

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**    Signature of U.S. person ▶                    Date ▶

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X                    Form **W-9** (Rev. 10-2018)



**ROYAL BENGAL LOGISTICS, INC. I DOT NUM: 3149658 I MC: 104106**

Form Control Number - RBL/SPHR/2019

### SAFETY PERFORMANCE HISTORY RECORDS REQUEST

| SECTION 1 | AUTHORIZATION |
|---|---|

I, (Print Name) _____

(First, M.I., Last)

Soc Sec# _____ _____ _____        DOB: _____

Hereby authorize;

Previous Employer: _____   Email: _____

Street Address: _____   Phone: _____

City, State, Zip: _____   Fax: _____

To release and forward the information requested by section 3 of this document concerning my Alcohol

and Controlled Substances Testing records within the previous 3 years from _____

to

Prospective Employer:   ROYAL BENGAL LOGISTICS, INC.  Attn:  Dir. of Compliance

Street Address:   9600 West Sample Road Suite 100   Phone:  954-228-9277

City, State, Zip:   CORAL SPRINGS, FL-33065

In compliance with 49 CFR§§40.25(g) and 391.23(h), release of this information must be made in a written form that ensures confidentiality, such as fax, email or letter.

Prospective Employer's confidential fax number:   operations@rbltransports.com

Prospective Employer's confidential email:   operations@rbltransports.com

_____        _____

Applicant's Signature                        Date

This information is being requested in compliance with 49 CFR §§40.25 and 391.23

| SECTION 2 | ACCIDENT HISTORY |
|---|---|

The applicant named above was employed by us   ☐ Yes   ☐ No

Employed as _____From(mm/yy) _____ to(mm/yy) _____

Did he/she drive motor vehicle for you? ☐ Yes ☐ No

If yes, what type? ☐ Straight Truck ☐ Tractor/Semitrailer ☐ Bus ☐ Cargo Tank ☐ Doubles/Triples

Page 1 of 3

3700 NW 109th Ave, Coral Springs, Fl-33065. PH: 510-342-6770 | FAX: 954-827-2208| email: admin@rbltransports.com.



**ROYAL BENGAL LOGISTICS, INC. I DOT NUM: 3149658 I MC: 104106**

☐ Other (Specify) _____

ACCIDENTS: Complete the following for any accidents included on your accident registrar (§390.15(b) that involved the applicant in the 3 years prior to the application date shown above, or check here ☐ if there is no accident register data for this driver.

| | Date | Location | No. of Injuries | No. of Fatalities | Hazmat Spill |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |

Please provide information concerning any other accidents involving the applicant that were reported to government agencies or insurers or retained under internal company policies _____

_____

Signature: _____

Title: _____   Date: _____

| **SECTION 3** | **DRUG AND ALCOHOL HISTORY** |
|---|---|

If driver was not subject to Department of Transportation testing requirements while employed by this employer, please check here ☐

|  | YES | NO |
|---|---|---|
| 1. Has this person had an alcohol test with a result of 0.04 or higher alcohol concentration? | ☐ | ☐ |
| 2. Has this person tested positive or adulterated or substituted a test specimen for controlled Substances? | ☐ | ☐ |
| 3. Has this person refused to submit to post-accident, random, reasonable suspicion, or follow-up Alcohol or controlled substance test? | ☐ | ☐ |
| 4. Has this person committed other violations of Subpart B or Part 382 or Part 40? | ☐ | ☐ |
| 5. If this person has violated a DOT drug and alcohol regulation, did this person fail to undertake or complete a program prescribed by a Substance Abuse Professional (SAP) in your employ? If yes , please send documentation back with this form. | ☐ | ☐ |
| 6. For a driver who successfully completed SAP's rehabilitation referral and remained in your employ, did this driver subsequently have an alcohol test result of 0.04or greater, a verified positive drug test, or refuse to be tested? | ☐ | ☐ |

In answering these questions, include any required DOT drug or alcohol testing information obtained from prior previous employers in the previous 3 years prior to the application date shown on side 1.

Page **2** of **3**

# RBL
**ROYAL BENGAL LOGISTICS, INC.**

**ROYAL BENGAL LOGISTICS, INC. I DOT NUM: 3149658 I MC: 104106**

Name: _____

Company: _____

Street: _____

City, State, Zip: _____   Phone: _____

Section 3 completed by :

Signature _____   Printed Name: _____

Title: _____   Date: _____

| SECTION 4 | MODE OF COMMUNICATION |
|---|---|

This form was sent to previous employer via (check one) ☐ Fax  ☐ Mail  ☐ Email  ☐ Other _____

By _____   Date: _____

| SECTION 5 | RECEIPT INFORMATION |
|---|---|

Complete the following when the requested information is obtained.

Information received from _____

Recorded by: _____   Method: ☐ Fax   ☐ Mail   ☐ Email   ☐ Phone

Date: _____   ☐ Other: _____

### INSTRUCTIONS FOR COMPLETING THE SAFETY PERFORMANCE HISTORY RECORDS REQUEST

SIDE 1 SECTION 1: *Prospective Employee*

- Complete the information required in this section
- Sign and Date
- Submit to the prospective employer

SIDE 2 SECTION 3: *Previous Employer*

- Complete the information required in this section
- Sign and Date
- Return to prospective employer

SIDE 1 SECTION 2: *Previous Employer*

- Complete the information required in this section
- Sign and Date
- Turn form over to complete SIDE 2 SECTION 3

SIDE 2 SECTION 4: *Prospective Employer*

- Verify that prospective employee has correctly completed SIDE 1 SECTION 1
- Complete the information required in this section
- Make a copy of this form and keep it on file
- Send to previous employer

SIDE 2 SECTION 5: *Prospective Employer*

- Record receipt of the information in Section 5
- Keep form on file for duration of the driver's employment for three years Thereafter.

Page **3** of **3**

3700 NW 109th Ave, Coral Springs, Fl-33065. PH: 510-342-6770 | FAX: 954-827-2208| email: admin@rbltransports.com.



### Employment Eligibility Verification
### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 08/31/2019

▶**START HERE:** Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

---

**Section 1. Employee Information and Attestation** *(Employees must complete and sign Section 1 of Form I-9 no later than the **first day of employment**, but not before accepting a job offer.)*

| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Other Last Names Used *(if any)* |
|---|---|---|---|

| Address *(Street Number and Name)* | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|

| Date of Birth *(mm/dd/yyyy)* | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following boxes):

☐ 1. A citizen of the United States

☐ 2. A noncitizen national of the United States *(See instructions)*

☐ 3. A lawful permanent resident    (Alien Registration Number/USCIS Number): _____

☐ 4. An alien authorized to work    until (expiration date, if applicable, mm/dd/yyyy): _____
    Some aliens may write "N/A" in the expiration date field. *(See instructions)*

*Aliens authorized to work must provide only one of the following document numbers to complete Form I-9:*
*An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.*

**1.** Alien Registration Number/USCIS Number: _____
         **OR**

**2.** Form I-94 Admission Number: _____
         **OR**

**3.** Foreign Passport Number: _____

    Country of Issuance: _____

QR Code - Section 1
Do Not Write In This Space

| Signature of Employee | Today's Date *(mm/dd/yyyy)* |
|---|---|

---

**Preparer and/or Translator Certification (check one):**
☐ I did not use a preparer or translator.   ☐ A preparer(s) and/or translator(s) assisted the employee in completing Section 1.
*(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)*

I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator | Today's Date *(mm/dd/yyyy)* |
|---|---|

| Last Name *(Family Name)* | First Name *(Given Name)* |
|---|---|

| Address *(Street Number and Name)* | City or Town | State | ZIP Code |
|---|---|---|---|

 *Employer Completes Next Page* 

---

Form I-9 07/17/17 N

Page 1 of 3



**Employment Eligibility Verification**
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 08/31/2019

## Section 2. Employer or Authorized Representative Review and Verification

*(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")*

| Employee Info from Section 1 | Last Name *(Family Name)* | First Name *(Given Name)* | M.I. | Citizenship/Immigration Status |
|---|---|---|---|---|
| | | | | |

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| **Identity and Employment Authorization** | | **Identity** | | **Employment Authorization** |

| List A | List B | List C |
|---|---|---|
| Document Title | Document Title | Document Title |
| Issuing Authority | Issuing Authority | Issuing Authority |
| Document Number | Document Number | Document Number |
| Expiration Date *(if any)(mm/dd/yyyy)* | Expiration Date *(if any)(mm/dd/yyyy)* | Expiration Date *(if any)(mm/dd/yyyy)* |
| Document Title | | |
| Issuing Authority | **Additional Information** | QR Code - Sections 2 & 3 Do Not Write In This Space |
| Document Number | | |
| Expiration Date *(if any)(mm/dd/yyyy)* | | |
| Document Title | | |
| Issuing Authority | | |
| Document Number | | |
| Expiration Date *(if any)(mm/dd/yyyy)* | | |

**Certification: I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.**

The employee's first day of employment *(mm/dd/yyyy):* _____ *(See instructions for exemptions)*

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Title of Employer or Authorized Representative |
|---|---|---|
| Last Name of Employer or Authorized Representative | First Name of Employer or Authorized Representative | Employer's Business or Organization Name |

| Employer's Business or Organization Address (Street Number and Name) | City or Town | State | ZIP Code |
|---|---|---|---|
| | | | |

## Section 3. Reverification and Rehires *(To be completed and signed by employer or authorized representative.)*

| **A. New Name** *(if applicable)* | | | **B. Date of Rehire** *(if applicable)* |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Date *(mm/dd/yyyy)* |

**C.** If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date *(if any) (mm/dd/yyyy)* |
|---|---|---|
| | | |

**I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.**

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Name of Employer or Authorized Representative |
|---|---|---|
| | | |

# LISTS OF ACCEPTABLE DOCUMENTS
## All documents must be UNEXPIRED

Employees may present one selection from List A
or a combination of one selection from List B and one selection from List C.

| LIST A<br><br>Documents that Establish Both Identity and Employment Authorization | OR | LIST B<br><br>Documents that Establish Identity | AND | LIST C<br><br>Documents that Establish Employment Authorization |
|---|---|---|---|---|
| 1. U.S. Passport or U.S. Passport Card<br><br>2. Permanent Resident Card or Alien Registration Receipt Card (Form I-551)<br><br>3. Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa<br><br>4. Employment Authorization Document that contains a photograph (Form I-766)<br><br>5. For a nonimmigrant alien authorized to work for a specific employer because of his or her status:<br>  a. Foreign passport; and<br>  b. Form I-94 or Form I-94A that has the following:<br>    (1) The same name as the passport; and<br>    (2) An endorsement of the alien's nonimmigrant status as long as that period of endorsement has not yet expired and the proposed employment is not in conflict with any restrictions or limitations identified on the form.<br><br>6. Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI | | 1. Driver's license or ID card issued by a State or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address<br><br>2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address<br><br>3. School ID card with a photograph<br><br>4. Voter's registration card<br><br>5. U.S. Military card or draft record<br><br>6. Military dependent's ID card<br><br>7. U.S. Coast Guard Merchant Mariner Card<br><br>8. Native American tribal document<br><br>9. Driver's license issued by a Canadian government authority<br><br>**For persons under age 18 who are unable to present a document listed above:**<br><br>10. School record or report card<br><br>11. Clinic, doctor, or hospital record<br><br>12. Day-care or nursery school record | | 1. A Social Security Account Number card, unless the card includes one of the following restrictions:<br>  (1) NOT VALID FOR EMPLOYMENT<br>  (2) VALID FOR WORK ONLY WITH INS AUTHORIZATION<br>  (3) VALID FOR WORK ONLY WITH DHS AUTHORIZATION<br><br>2. Certification of report of birth issued by the Department of State (Forms DS-1350, FS-545, FS-240)<br><br>3. Original or certified copy of birth certificate issued by a State, county, municipal authority, or territory of the United States bearing an official seal<br><br>4. Native American tribal document<br><br>5. U.S. Citizen ID Card (Form I-197)<br><br>6. Identification Card for Use of Resident Citizen in the United States (Form I-179)<br><br>7. Employment authorization document issued by the Department of Homeland Security |

**Examples of many of these documents appear in Part 13 of the Handbook for Employers (M-274).**

**Refer to the instructions for more information about acceptable receipts.**



U.S. Department of Transportation
Federal Motor Carrier Safety Administration

1200 New Jersey Ave., S.E.
Washington, DC 20590

**SERVICE DATE**
August 30, 2018

**CERTIFICATE**
**MC-104106-C**
U.S. DOT No. 3149658
ROYAL BENGAL LOGISTICS INC
CORAL SPRINGS, FL

This Certificate is evidence of the carrier's authority to engage in transportation as a **common carrier of property (except household goods)** by motor vehicle in interstate or foreign commerce.

This authority will be effective as long as the carrier maintains compliance with the requirements pertaining to insurance coverage for the protection of the public (49 CFR 387) and the designation of agents upon whom process may be served (49 CFR 366). The carrier shall also render reasonably continuous and adequate service to the public. Failure to maintain compliance will constitute sufficient grounds for revocation of this authority.

*Jeffrey L. Secrist*

Jeffrey L. Secrist, Chief
Information Technology Operations Division

**NOTE:** Willful and persistent noncompliance with applicable safety fitness regulations as evidenced by a DOT safety fitness rating of "Unsatisfactory" or by other indicators, could result in a proceeding requiring the holder of this certificate or permit to show cause why this authority should not be suspended or revoked.

CMO

# International Fuel Tax Agreement (IFTA) License
## State of Florida
## Division of Motorist Services

ROYAL BENGAL LOGISTICS, INC
3700 NW 109TH AVE
CORAL SPRINGS FL  33065-2721

| | |
|---|---|
| License Number: | 83086713401 |
| Issue Date: | 01/21/2021 |
| Effective Date: | 01/21/2021 |
| Expiration Date: | 12/31/2021 |

The above license is issued under the terms of the International Fuel Tax Agreement and is valid for vehicles operated by the licensee in all IFTA Jurisdictions.

License expires on the expiration date unless cancelled or revoked prior to the expiration date.

Photocopies of this license are valid. Retain the original license at your business address.

Evidence of this license, in the form of a legible paper or legible electronic image (at the option of the licensee) must be carried in each qualified vehicle.

Questions concerning this license should be addressed to:

Department of Highway Safety and Motor Vehicles
Bureau of Motor Carrier Services
Neil Kirkman Building, MS-62
2900 Apalachee Parkway
Tallahassee, Florida 32399-0626
(850)617-3711

**KEEP TRUCKIN** DOT Reference Card

Please keep this Cab Card in your vehicle.

## KeepTruckin ELD

The KeepTruckin ELD plugs into the diagnostic port in a vehicle and is integrally synchronized with the engine. The ELD automatically records driving time and connects to the KeepTruckin App on the driver's mobile device via Bluetooth. Drivers are not able to edit driving time when using the KeepTruckin ELD.



Vehicle Diagnostic Port          KeepTruckin ELD          KeepTruckin App

 The KeepTruckin ELD is compliant with Federal Motor Carrier Safety Regulation 49 CFR § 395.15 and 49 CFR § 395.20 et seq. regarding AOBRDs and ELDs.

 The KeepTruckin ELD is compliant with Section 83 of the Commercial Vehicle Drivers Hours of Service Regulations regarding the use of electronic recording devices.

*Need help? Contact the KeepTruckin Support team at (855) 434-3564 or support@keeptruckin.com*

## Let an officer inspect your logs

01   Tap the ☰ Menu icon and select DOT Inspection **Mode.**



02   To let an officer view your logs directly from your device, tap Begin Inspection.



03   To send your ELD output file to the DOT via email or web service, tap **Send Output File.**



04   To email or fax a copy of your logs to an officer, tap **Send Logs.**



# DOT Inspection Mode



Exit DOT Inspection Mode.

View the previous or next day's logs.

The Log Form contains required information about the driver, carrier, and vehicles.

The Log Graph details the driver's duty status changes for the day.

*Note: The layout for DOT Inspection Mode may change based on your fleet's compliance settings.*

CG-R03

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation #FL-04345

DECLARATION OF RUSSELL CASTILLO

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties, I have been trained to preserve various forms of online content. For investigation #FL-04345. I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3. In support of investigation number FL-04345, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's:

   https://rbl-inc.com/

4. I completed the above mentioned internet preservation on June 13, 2023, using the following tools:

   Fireshot Pro

   The above listed tools are commonly used to preserve internet content.

5. I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage. Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager. The sealed internet preservation has been labeled FL-04345, and saved to the following location:

   K:\Other_Projects\Webcaptures\imagefiles

6. I also saved a copy of the above mentioned internet preservation along with this declaration to a network share. The location for this network share is provided below:

   \\tsclient\K\Other_Projects\Webcaptures\Websites

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

*[signature]*

[Russell Castillo]                                                      Executed on this 13th day of June 2023

# Attachment 7

# FL-04345

## *446247.20230407-MBO.amended*

### *4/27/2023*

**Full-size Transcript**

**Prepared by:**

FL-04345

Monday, May 1, 2023

1

1   THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3   In the Matter of:                )

4                                    )   File No. FL-04345-A

5   ROYAL BENGAL LOGISTICS           )   AMENDED 4-27-2023

6

7   SUBJECT:   Driving American Dream.mp4

8   PAGES:    1 through 40

9

10

11

12

13

14

15

16                      VIDEO TRANSCRIPTION

17

18

19

20

21

22

23

24              Diversified Reporting Services, Inc.

25                        (202) 467-9200

2

1    Driving American Dream.mp4

2              P R O C E E D I N G S

3         MR. SINGH:  There are thousands of

4    trucking companies in America.  What makes us a

5    little bit unique, we transformed the business into

6    a reverse franchising model.

7              A general person can come into our

8    business, put the operating capital for their

9    business, and we manage the business to provide them

10   with 100 percent profit in their P&L, and that

11   number can be translated to 350 percent of return of

12   their initial capital.  Our business is to work for

13   our investor, unlike other investment programs.  I

14   don't believe in business cards.  I'm weird, but I'm

15   right.

16             My name is Sanjay Singh.  I am the Founder

17   and President of Royal Bengal Logistics.  We had a

18   lot of discussion before we went into opening a

19   corporation, Royal Bengal Logistics, at that time,

20   and we identified the ground transportation and

21   logistics management would be a good way to start

22   with lower capital.  Transportation industry is a

23   very cutthroat business.

24             MS. SINGH:  I am Sheetal Sanjay Singh.  I

25   am Sanjay Singh's wife.  We met on a matrimonial

3

1    site.  It is called shadi.com.  It's a very Indian

2    site, and love at first sight.  I'm not denying it.

3    Done.  Seal the deal.

4              MR. SINGH:  Give me your hand.  Give me

5    the other hand.

6              MS. SINGH:  The first apartment was North

7    Miami.  It was a one-bedroom apartment or a condo,

8    and the best part of it was our view on the tenth

9    floor, and we could see the Miami skyline from

10   there.  It was really wonderful.

11             At that point, there was no like trucking

12   business or what, so we started looking into various

13   options.  The first option, which looked really

14   lucrative and looked very like easy going was a

15   franchise, a restaurant.

16             So he decided like, you know, let's invest

17   in the restaurant, but since none of us had that

18   experience of running a restaurant or running a

19   business, so that's when he said, you know, we

20   should have something on the side, not only the

21   restaurant.  Restaurant can take care of itself, but

22   I think we need to have something to support the

23   business.

24             And he and his other two friends were

25   just sitting one evening, and then he came up with

4

1   let's buy a truck.

2          He's not a guy who was just going to like

3   throw an idea in the air and leave it in the air.

4   He's going to act upon it, and the next thing I know

5   he's like this is my company.  It's going to be

6   called Royal Bengal Logistics.

7          MR. CHIDAMBARAM:  My name is Barathi

8   Chidambaram.  I know it's long.  I go by BK.  I was

9   an instructor at the flight school that I was

10  training at, and he was my instructor, and that's

11  how I got to meet him and became friends.  I would

12  say back in 2007.

13          We've always been talking about starting

14  some kind of business on the side apart from

15  aviation flying, you know, and that's when this

16  trucking idea came about.  Because we had one of our mutual

17  friends who used to own a trucking company, and we

18  all three of us sat together and couldn't come up

19  with a name.  I was suggesting Orange Trucking, you

20  know, Florida; he said no.  And then that's how

21  Royal Bengal came about.

22          One truck became two trucks.  It took a

23  long time for me to get approved for a loan because,

24  you know, I didn't have equivalent credit or that's

25  what they call.  But eventually it did, and it's

5

1    track number four.  So too Sanjay is 3rd December,

2    and 4th is mine.  And I got a trailer also along

3    with it.  That's how it started.

4           MR. SIGNH:  It is a sort of passive

5    income, but there are some responsibility and

6    liability attached.  And without responsibility and

7    liability, there is no way to progress.  By managing

8    company after company after company, we have

9    developed 2,000 corporations under Royal Bengal

10    Logistics who are profitable from the last 3 years.

11    MR. CELICOURT:  Out of other people -- six plus

12    yourself.

13           MALE VOICE 1:  Yes, plus myself.

14           MR. CELICOURT:  Okay.  And do they know

15    what to expect?  My name is Ricardi Celicourt, and

16    my role here at Bengal Logistics is a Vice President

17    of Business Development.  That's my department.

18    It's my responsibility to make sure that the company

19    just keeps on growing.

20           MR. SINGH:  No, no.  Do this.  Do this.

21    Let the bank go ahead and buy it, and we will use

22    another letter for (simultaneous conversation.)

23           MR. CELICOURT:  I met Sanjay through a

24    friend where he told me about this guy that started

25    a trucking business.  I'm like, you know, it's a

6

```
 1    little difficult right now, but I sat down with him.

 2    He explained to me what it is.  I'm like it's not

 3    bad.  And of course, I tried to negotiate with him;

 4    he's like, no, this is what it is.  This is how you

 5    do it.  Can we do this?  No.

 6           This is how it is, how you do it.  So

 7    later, I understood why, but at the time I'm like,

 8    man, this guy, you know, he's not budging.  It's

 9    just like stick with one number, so I got to know

10    him better and said I want to learn this business.

11    I want to learn how it is, and he was kind of new

12    into it too because the company was just a one-year

13    company at the time.

14           I'm a fast learner.  I picked up on the

15    business very quick, and of course, he created the

16    investment model system.  You know once I got

17    involved, I told a few close friends that I knew

18    that I was doing okay financially because at the

19    time, you're talking about 2020.

20           It was not easy.  You know a lot of people

21    sitting home, a lot of people losing their jobs, so

22    I told a few friends, and some jumped on board right

23    away.  Some, they didn't even think.

24           They said, okay, let's do it.  They're

25    still some now who still have doubt, so we're here now,
```

7

1  but it was definitely not easy.

2          MR. ALBARADI:  Well, it was a shock in the

3  beginning because when I got the address, the

4  company was in actually a townhouse, and I was

5  worried, of course, in the beginning that I went to

6  a house.  That was the office; it was a townhouse.

7  And I almost signed the papers by the kitchen and

8  this and this.

9          Actually, I'm the first investor over at

10  Bengal.  It's been over two and a half years.  It's

11  getting close to three years, but I felt -- as a

12  one-on-one person with the CEO of the company, I

13  felt very comfortable, and I liked him personally.

14  And he became like a friend like almost like a

15  family to me.  Do you know what I mean at the time?

16  And he never disappointed me.  I mean, you know, and

17  he built a strong relationship.

18          He created the whole new family.  I mean I

19  feel like for Bengal with the investors.  And to be

20  honest with you, I don't call them investors.  I

21  call it like a family.  It's a huge family for

22  investors.  You know what I mean? And yes,

23  the beginning was scary a little bit -- but with

24  time and with the commitment, he achieved more than

25  what I was expecting to be honest with you.

8

1        You know they make me very happy.  I'm

2   very comfortable.  I feel more comfortable with

3   Royal Bengal than the stock market to be honest with you.

4        MR. GUTIERREZ:  Yo.  Hey, did we figure

5   out the JPRO issue on their laptop?  Yes.  He had a

6   posting on Indeed for a parttime dispatcher, so I

7   applied, and he called me.  I met him at his house,

8   had a quick interview there.  It was different.  It

9   was definitely different, but it was just a tiny

10  company back then.  He had two trucks, so it made

11  sense.

12        MR. SINGH:  So this is the room where we

13  started the company.  As you can see, it's actually

14  much more better looking right now than it was.  The

15  desk you see near Laine's desk in the office was the

16  actual desk here, and we took it to office.  So we

17  used to have desk like this.  I used to sit over

18  there.  We had a small couch over there.  People

19  used to come and hang out.  I had the board up here

20  to explain things to people.

21        MR. GUTIERREZ:  I manage the daily

22  operations of the truck.  Once they're purchased, I

23  do the registration, all the onboarding, compliance

24  stuff.  I work with HR to get a driver for the truck

25  with fleet to get them maintained and just deal with

1   the daily operations from there.

2            MS. COOPER:  70-hour cap for eight days.

3   So how much time does the law give you to actually

4   drive the truck?

5            MALE VOICE 2:  Ten.

6            MS. COOPER:  Close.

7            MALE VOICE 2:  Fourteen.

8            MS. COOPER:  Nope.  Stop.  How much time?

9   I think we talked about this yesterday.

10           MALE VOICE 3:  I thought it was like eight

11  and a half to nine hours I thought.

12           MS. COOPER:  Right.  But remember what the

13  law gives you is eleven.

14           MALE VOICE 3:  Oh, yeah, yeah.  That is

15  right.

16           MS. COOPER:  So you brought over the

17  conversation we had yesterday, which is good.  I'm

18  glad that stuck in your head.  Hallelujah.  I'm so

19  glad I did that.  Okay.  I like the craziness.

20  Okay.  It's not a good day if something didn't drop.

21  You know what I'm saying?  If something didn't go --

22  it's just I want to be choo, choo, choo.  I like the

23  hustle and the bustle; that's the fun part to me of

24  my job.

25           My main goal is to make sure to me that I

1   take care of everything where Ricardo doesn't have

2   to, and what I mean by that is making sure all the

3   drivers are driving, making sure that the trucks are

4   working properly, that it has everything that has to

5   go with it, the insurance, the ITHA (phonetic)

6   sticker, you know, the fire extinguishers, the

7   triangles, making sure that driver knows how to

8   drive that truck.

9           Yes.  And training them.  So it's a pretty

10  big role but mainly it's -- my main role is to get

11  those trucks running and our drivers on them.

12          MR. GUILLAUME:  Hi.  My name is Bruce

13  Guillaume.  I am the Executive Director of Business

14  Development.  For drivers -- oh, too many.  Too

15  many, we had a driver who was doing human

16  trafficking.  Well, at least this one can't.  This

17  one is actually in jail, so this one cannot come back

18  at all.  The beginning was fun at that time.

19          It was just about four of us in a two-

20  bedroom apartment.  It was myself, Sanjay, Ricardi,

21  Joey, and then after that we started having other

22  people coming in.  And, you know, I used to always

23  say that story.  I used to come to work with my

24  shorts and flipflops because at the time I had to

25  wear many hats.

11

1    So we'd sit down and talk to investors.

2    You'd go from talking to investors to hire to a

3    driver.  You hired a driver.  You've got to go put

4    them in the truck in 595, and so on and so forth.

5    And then the truck broke down on the road, the

6    driver has to call you, and it was a 24-hour

7    operation that at least now we can say that we have

8    people to take care of these things.

9    MR. DEBREUZE:  The first time I heard

10   about Royal Bengal, I heard it from a friend of

11   mine.

12   Believe it or not he's a doctor who got

13   interested in the trucking investment.  I've always

14   been interested in the trucking business although

15   this is not all that I do.

16   The line of business that I do right now,

17   which is a mobile or MOI, I subcontract a trucking

18   company to pull my trailer from one -- from point A

19   to point B everywhere in the state -- within the

20   state of Florida.  And then here came Royal Bengal,

21   and then I kind of liked the business model.

22   If you want to get your feet wet in

23   investing and stuff, running a trucking business

24   without any knowledge -- it's better to invest in

25   the trucking industry that way.  Royal Bengal

12

1   just -- it's really perfect for someone who has no

2   business knowledge and experience to get into this

3   industry.

4           MS. COOPER:  This is Aaron.  This is Ms.

5   Pecola.

6           MS. ROBERSON:  Hi.

7           MS. COOPER:  Pecola handles -- she is our

8   manager for load -- load manager.  Don't roll your

9   eyes.  We're on camera.

10          MS. ROBERSON:  I ain't roll them.

11          MS. COOPER:  She's going to show you the

12  RBL app.  The RB app is what you use -- that's how

13  you get paid, so that's how you run your loads.  And

14  you've got to know how to do that to download them

15  because -- or your check is not going to be properly

16  correct.  So normally, we wait, but since you're

17  ready to go now and we're definitely going to get

18  you out tomorrow on local loads, you need the RBL

19  app now.

20          MR. SINGH:  We have our load management

21  and payroll management application.  Because we work

22  with third-party brokers a lot, we had to create our

23  own software.

24          MS. ROBERSON:  This will be the pickup

25  city and a delivery city with the time and date.  It

13

1   will have the truck number.  This load was already

2   delivered, so you see the status is delivered, and

3   the payroll has been released.  Addresses and if --

4   also, if they have pickup numbers, that would

5   probably be underneath the addresses so that they

6   can have it ready once they get there.

7          MR. SINGH:  The idea was mine to get the

8   software, but the creator -- there is a company

9   called Black Lion Enterprise in India.  They wrote

10  the software. They wrote the database.

11         MR. GUTIERREZ:  Yeah.  So when I went to

12  India, we got to sit down with the engineers working

13  on the Royal Bengal App, and I really -- we got to

14  finetune and make some tweaks for it to work exactly

15  how we wanted it.

16         MR. RAND:  Yes.  I work directly with the

17  app.  I have it on my phone.  I get immediate alerts

18  if something does happen that I need to be notified

19  as the safety and compliance officer.  I don't

20  monitor it 24/7, but it is set that if there's a

21  collision or anything of that nature that's a major

22  incident, I will get a phone call.

23         So these are the things that we've got to

24  start looking at, and we just go back and talk to

25  him and say, "Hey, listen.  Just put your shipping

[4/27/2023]  446247.20230407-MBO.amended

14

1  docs in." If you don't have them, sometimes dispatch

2  has them.  We can research.  We can find out.  We

3  can pull them up on the day.  We can go to the app.

4  We can all work together to make sure that this

5  driver is in compliance.  That's all I'm saying.

6  That's all we need to do.  It takes time, and it's a

7  lot of work.  Anybody else have any questions?

8          I am in charge of the drivers logs, the

9  electronic logging devices.  I'm in charge of the

10  safety aspect of the company, in-house safety, as

11  well as the safety of the drivers, as well as the

12  safety of the vehicles.

13          I've learned that we need to have better

14  spokespeople for drivers of eighteen-wheelers.  I've

15  learned that having a lot of respect for truck

16  drivers knowing that they leave their families for

17  three weeks at a time, and they come home for a week

18  at a time.

19          Making sure that their safety is

20  paramount, as well as the safety of the other

21  motorists on the road. I've learned that it's really up to

22  each one of us to work together in conjunction to make

23  sure that the job is done at the end of the day and

24  people go home safe.  People don't care what we

25  know.  People want to know that we care.

[4/27/2023] 446247.20230407-MBO.amended

15

1              MR. JONES:  As they say in the trucking

2      business, most companies treat you like a number.

3      You get to see that Royal Bengal tries to treat its

4      employees as if they are equal -- on equal terms --

5      so it's not just hate.  You've got to go there.

6              No, it's hey, we've got a load.  How are

7      we going to go about doing this today?  I like to

8      impart knowledge on new drivers and try to give

9      them like the correct way of doing stuff because

10     most of them, they're coming from maybe other

11     companies that don't necessarily do it the right

12     way.  So imparting knowledge on them is the best

13     part for me.

14              Mr. LASSEUR:  My progress that I see more

15     is mainly learning more about business itself on how

16     this whole thing works, and it's more than just the

17     return that you get.  Like I was saying, it's

18     learning the benefit of having an income generating

19     business, the advantages that you get through that,

20     you know, as far as leveraging your business.

21              So yeah, I've learned quite a bit -- still

22     learning, especially from Sanjay.  Until I came

23     here, I've got the chance to learn a lot from him,

24     and so yeah, it's great.  Being involved in a

25     business that's actually -- it's a passive income,

16

1    but you're active.  And so I always tell people we

2    search for passive income.

3            We talk about passive a lot, but we don't

4    want to be passive.  We want to be actively looking

5    for it, and this is a business that helps you to be

6    active.  It acts -- you're active in learning.

7    You're active in your knowledge, and now I'm

8    spending a lot more time here being involved with

9    the company a lot more now, so it definitely has

10   changed my perspective on business, my perspective

11   on making money work instead of you working for it

12   all the time.  And what I do now is I --

13           I'm kind of like a bridge between RBL and

14   investors because I can see both sides, and I think

15   it's a very necessary, a very important role where

16   we can have a better relationship with the investors

17   that way we can grow together.

18           So a lot of times, investors might have

19   questions on things.  They probably don't understand

20   the whole process as much, and having someone from

21   the investor side of the fence to bridge that gap --

22   it's a very important role, so I'm very fortunate

23   and very proud of the fact that they selected me to

24   fill that role.  And I take on that challenge, so

25   that's kind of what I'm doing right now.

[4/27/2023]  446247.20230407-MBO.amended

```
 1              MR. GUILLAUME:  From the time they come in
 2    to, you know, share the information with them, and
 3    they decide to make up their mind.  Say, okay, they
 4    want to join us.  Then I'll go ahead -- myself, and
 5    Ricardi, and Lane, of course, we go ahead and apply
 6    for the loan for them and get the loan, get all the
 7    paperwork necessary so we can move forward with the
 8    loan, and get the truck, locate the truck, and give
 9    the truck paperwork to operations.  And until that
10    truck is titled, we're still in charge of the
11    process.  Then operations takes over.
12              MR. TERTUS:  I have been an investor with
13    Royal Bengal over 12 months.  Royal Bengal came very
14    handy for me because let's say you consider a short-
15    term investment for three months.  You put 25k and
16    you get 5k in three months; time flies.  That's an
17    amazing way to make a budget.  I don't like to use
18    the word retire because as long as your life should
19    continue to move you can change activities, but
20    you're retired when you go under.
21              MR. ROLLINS:  It ain't too hot out here
22    today. I was a company driver.  I still drive from
23    time to time, but mostly I'm in the office doing
24    fleet management stuff.  Now, I'm learning the
25    inside of the trucking business.
```

18

1          I'm kind of all over the place, but I do a

2     lot for this company.  You know what I'm saying?

3     Whatever they ask of me, I try and oblige.  I pick

4     up new trucks that they just purchased.  I bring

5     them to either down here to Pompano, or to Lubbock,

6     or to wherever they might have a driver ready

7     available for the truck.  I do light maintenance on

8     trucks.  Then I'm focused on the drivers and

9     whatever problems they're having at the moment.  I

10    have fun in my personal life.  I like to enjoy life.

11    I enjoy every moment of it.

12          MS. HUEBER:  My name is Elizabeth Hueber,

13    and I am the General Counsel, which is the lawyer

14    for the company.  I have to do what I can to avoid

15    essentially a legal conflict, or if that fails, I go

16    to court essentially or help out our outside lawyers

17    with work. So that involves just regular trial

18    litigation.  I prepare contracts, give the company

19    legal advice, and that kind of thing.

20          Formerly, I've been for 14 years working

21    at law firms, so my co-workers were paralegals and

22    lawyers, and the stuffy types.  And so working on

23    the floor in a trucking company, you know, even

24    though it's still law, it's very different and

25    honestly a lot more fun.  I do like it here.

19

```
 1            MR. SINGH:  After his proposition, the
 2   investor is asking I want to have the right to
 3   exercise options to invest until five years.
 4            MS. HUEBER:  I'm sorry.  I started off
 5   when you were talking to (audio interference.)  I
 6   didn't know you were actually talking to me.
 7            MR. SINGH:  Oh, yeah, yeah.  I was talking
 8   to you.
 9            MS. HUEBER:  Okay.  He's a bit of a
10   renaissance man in the sense that he has a lot of
11   knowledge in a lot of areas, which I think is really
12   important for a president of a company.  But I think
13   probably the biggest thing is that he really has a
14   big heart, and I don't mean that in the sense of
15   he's nice to everyone.  I mean it in the sense that
16   he wants the people around him to succeed.
17            He wants his employees, his investors --
18   he genuinely wants them to succeed, and the way that
19   comes out is that he will sacrifice his time, his
20   effort, his money all the time when things go wrong
21   to make sure that they go right.  And so that's
22   something that really sticks out to me about him.
23            MR. AKERS:  My responsibilities here at
24   Royal Bengal are to oversee the assets that we have
25   as a company -- the trucks, the trailers, anything
```

20

```
 1    that we own such as the printers, the computers,

 2    anything that we have.  That all falls under my

 3    purview as the new Director of Assistant -- or of

 4    Asset Management.  One of the biggest challenges

 5    that I've had so far is the driver and equipment

 6    shortages.  There has been a driver shortage for

 7    quite a few years now.  Once we do manage to finally

 8    get a driver rather, we have to get into the aspect

 9    of finding a truck for them.

10         Once they do get a truck purchased -- it's

11    fully funded and it's ready to pick up -- then the

12    file is handed off to me.  I determine where it's

13    at, which site that it needs to go to whether it's

14    Lubbock, Texas location, or if it's close to

15    Georgia, or if it's closer to Coral Springs.  I

16    failed to mention we have an office in Georgia as

17    well that's just now starting up.

18         MR. GUILLAUME:  Our new acquisition here,

19    Royal Bengal Logistic, our newest facility here in

20    Atlanta, Georgia.  And we have Mr. president, Sanjay

21    Singh, here, and Mr. Vice President.

22         MALE VOICE 1:  Welcome to Georgia, Mr.

23    President.

24         MR. SINGH:  We can hire them as a local

25    driver or a local fleet manager in Georgia and
```

21

1    Lubbock, and those drivers can become trainer for

2    local runs.  And they can train, and we can produce

3    more drivers.

4            MR. PERKINS:  So local is going to be

5    where we offset the ability to train over the road

6    directly.

7            MR. SINGH:  Exactly.

8            MR. PERKINS:  We have local up and running

9    in Lubbock.

10           MR. SINGH:  In Lubbock, yes.

11           MR. PERKINS:  My name is Jeremy, and I am

12   the current Director of Human Resources.  I'm a big

13   people person, so knowing that someone may not have

14   a job two weeks before they talk to my team and

15   everything that goes on in life with that and being

16   able to say, hey, you're a new driver.

17           You don't have a lot of experience, but

18   we're willing to give you a chance.  We're willing

19   to take on that risk for you, but on the other side

20   of that is, hey, we're going to start putting money

21   back into your bank account if you may have been

22   without for weeks or months or giving someone an

23   increased financial benefit with coming into the

24   company.

25           Today is infamous payroll day.  It's a

22

1    process that actually -- I start it on Mondays or

2    Tuesdays depending on -- as we are hiring more

3    drivers now, it's becoming a little bit more in

4    depth, so I try to get advantage of it a little bit

5    earlier.

6            So really just finalizing all the numbers,

7    making sure that everything is finally set -- a lot

8    of numbers, a lot of specifics making sure that

9    everything is accurate so everyone gets their money

10   because that's the important thing of what I do.

11           MS. ROBERSON:  You won't get paid if you

12   don't submit no PODs.  Look me in my face.  If you

13   don't submit no paperwork, you ain't going to be

14   paid.  Don't blow up my work phone.  Submit your

15   paperwork.  I was going to say didn't he just quit

16   last time he went home?  Every time he goes home.

17           FEMALE VOICE 1:  Because Nicole was like,

18   oh, Chris Nair (phonetic) quit.  I was like, Nicole,

19   you know he quit every time he goes home.

20           FEMALE VOICE 2:  He quits every time he

21   comes home.  Just say you're taking a vacation.  I

22   don't get it.

23           FEMALE VOICE 3:  That's her fault.  She --

24           FEMALE VOICE 4:  For home time we have

25   Carlos.

23

1          MS. SANCHEZ:  My name is July Sanchez, and

2    I am the Director of Operations for Royal Bengal

3    Logistics.

4          MS. KIRKSEY:  And I'm Kelsie Kirksey, and

5    I'm the Deputy Director of Royal Bengal Logistics --

6    of Operations at Royal Bengal Logistics.

7          MS. SANCHEZ:  Basically, we are in charge

8    to move the trucks, make sure everybody is running,

9    and you know since the beginning to the end, we

10   deliver successfully.  It sounds easy, but a lot of

11   things get involved on it, right?

12         MS. KIRKSEY:  Yeah.  It's more than just

13   moving a truck from Point A to Point B, and it's

14   everything in between.

15         MS. ROBERSON:  July, we over here

16   (simultaneous conversation.)  Look at what I got.

17   Look at it.  Look at what I got.  July forwarded all

18   the freaking sticky notes.

19         MS. KIRKSEY:  Call me Santa.

20         MS. ROBERSON:  We're the connection

21   between the drivers and brokers, so we book the

22   loads and we also keep the line of communication

23   open between the broker and the driver.

24         FEMALE VOICE 1:  She's in sleeper.  It

25   will change once she's (simultaneous conversation.)

24

1          FEMALE VOICE 4:  Let me see how long

2     she --

3          MS. KIRKSEY:  She's in Iowa.  It was a PA

4     to Iowa, so she --

5          MS. ROBERSON:  She has been -- she

6     messed -- she keeps messing it up.  Everyone in the

7     company has access to the RBL app.  Mostly

8     everything we need from within that one section of

9     the app, so it has made it a lot easier to dispatch loads.

10          MS. KIRKSEY:  When I started, I was just

11     using notebooks.

12          I have about maybe twenty

13     notebooks that have every single RBL load, so we

14     were doing it manually, just killing my hand writing

15     every single load down until it was caught up, and

16     you were never caught up because there would be so

17     many loads being booked.

18          MS. ROBERSON:  Now, you can pick a date

19     and see everybody is delivering on that date and

20     print it out.

21          MS. KIRKSEY:  You can see all the driver's

22     loads from once they started.

23          MS. ROBERSON:  Yep.  Saves us a lot of

24     time.

25          MR. SINGH:  Good morning from yesterday.

25

1   Today, we are in a better shape.  We have caught up

2   with all of our June issues.  We are on schedule for

3   July.  Do we have challenges in the business right

4   now?  Yes, of course.  We have -- there are many

5   things to mitigate -- the number of investors, asset

6   investors, we have, the number of trucks we have,

7   the number of freight companies we are working with,

8   the number of brokers we are working with, the

9   number of drivers we are working with.

10          There are many challenges from different

11   angles.

12          And that's an everyday fight.  You must've

13   met most of our team, and I can confidently say they

14   work really hard.  They work very hard because not

15   only we've built a company; we've built investors.

16          And we built our personnel, and personnel

17   status of life changed after joining Royal Bengal

18   Logistics.  If they were -- like some of them were

19   babysitters.  Some of them were house cleaners.

20   Some of them were truck drivers.

21          Now, they're directors.  They're VPs, and

22   they do a fantastic job.  The identification of

23   their capabilities was missing, and we as a

24   company -- we offered those capacities to manage.

25   So we built investor.  We built personnel.  We built

[4/27/2023]  446247.20230407-MBO.amended

| | |
|---|---|
| 1 | a company, and we built a population of driver who |
| 2 | gets fairly treated and respected while working for |
| 3 | our company.  Laine is the Director of Business |
| 4 | Development now, and she has handled the whole company by |
| 5 | herself in the business development department. |
| 6 | MS. D'ORVILLIERS:  Well, not to flatter |
| 7 | myself or anything but.  My name is Laine |
| 8 | D'Orvilliers.  I am newly promoted to Director of |
| 9 | Business Development/Investor Relations here at |
| 10 | Royal Bengal.  Most of my responsibilities include |
| 11 | working with investors when they're looking to come |
| 12 | in and invest either in our equipment management |
| 13 | program or our short-term investments, sometimes |
| 14 | long-term investments as well, but right now we're |
| 15 | really running our short-term program and our |
| 16 | equipment management program. |
| 17 | So working with investors on that, |
| 18 | especially out of state investors, is one of my big |
| 19 | areas because most of that communication is through |
| 20 | email and phone calls, so I handle most of those |
| 21 | while our other Director of Business Development, |
| 22 | Mr. Bruce Guillaume, handles in-person appointments. |
| 23 | So when an investor first comes in, |
| 24 | whether they have scheduled an appointment or they |
| 25 | just walk in, they'll either sit with myself, Mr. |

27

1    Guillaume, now Mr. Lasseur as well, and we

2    give them our example investor packet, which does

3    have all of our different levels of investment in

4    it, as well as our contact information.  So if they

5    need to reach out to us again.

6                MR. SINGH:  That's what the middleclass

7    people misses out.  In order for you to open a

8    business, you have to take a place, pay a rent.  You

9    have to pay ninety different vendors in order for

10   you to make 8 to 12 percent profit.  We reversed

11   that, and we bring you under a collective system.

12   The company ambition is only one -- to work for our

13   investor and to make the investor prosper.  We take

14   the risk.  We take the liability.  You enjoy the

15   investment, and that is our business model.

16               MR. COSTELLO:  My name is Daniel Costello.

17   I'm 60 years old believe it or not.  Well, after you

18   introduced me and talking to Sanjay and Rick, it was

19   an easy process.  They made you very comfortable,

20   and that's what you want.  And being able to retire

21   in a couple of years and you have that extra income

22   because lord knows social security is not going to

23   help you.  It's the best investment I ever made and

24   probably will be one of the best investments I ever

25   made, so.

1           MR. SINGH:  Everybody else associated with

2     our team, they work very hard.  We have three

3     locations managing all kinds of daily events.  The

4     dedication you see in our company from our employees

5     and management team is just unparallel.

6           MR. JACKSON:  I actually started out as a

7     driver for Royal Bengal.  After about 8 months, I

8     moved into Field Operations Manager where as I flew

9     to different locations, picked up new vehicles,

10    brought them here to Lubbock or Florida.

11          Things I did in the Army go right along

12    with what I do here.  I oversee the operations,

13    morning meetings, lineout, procedures, what we're

14    going to accomplish today, sit down with the

15    managers, and the great thing about it is coming

16    from a driver's background, I appreciate the trucks.

17    You know every truck that I get in, I look at it

18    from a driver's perspective and say what does a

19    driver look for in a truck.  What makes it

20    comfortable?

21          And I also look at it from the perspective

22    of an investor because an investor has invested his

23    money into purchasing this truck, and that's the way

24    you have to look at it.  Like this belongs to

25    somebody, a company, and we look at it like it's one

29

1  of ours.  You know you want to take care of it

2  because somebody put their hard-earned money into

3  purchasing this.  That's the way we want to take

4  care of it.

5        MS. HALFORD:  I handle -- I manage the

6  dedicated lane that we run, and I handle all the

7  incoming drivers and outgoing drivers to make sure

8  that they have all the paperwork that they need to

9  be DOT ready.  I also track all of -- like when they

10  come in, they have to bring all of the paperwork for

11  their previous loads, so that I keep those.

12        I have to track them for billing and stuff

13  like that.  I mean I handle any incoming driver that

14  comes in.  When they get here, they come in there to

15  me.  I take their paperwork and then make sure they

16  have what they need for getting out of here.  They

17  come in.

18        They fill out paperwork to tell us what's

19  wrong with the truck, and then either they get put

20  in a new truck and I handle getting them situated in

21  the new truck, or they wait for the repair depending

22  on what's wrong with it, you know.  We're trying to

23  get everything situated where it's comfortable for

24  the drivers when they come in.  We've done a lot

25  with that.

```
1          Like I said, we set up the laundry, the

2    showers.  We put a shower in the women's restroom;

3    that didn't have one.  So we're -- they're

4    comfortable here.  My respect for the truck drivers

5    has probably quadrupled since I've been here.  I

6    mean you think about it, and you're like, well, all

7    they do is drive, but they -- that's not an easy

8    job.

9          You know they've got so much on their

10   plate trying to get loads here, loads there on time,

11   you know, managing their clock so that they don't go

12   over and go into violation, you know.  So I have a

13   whole new respect for them.  That's a hard job.  I

14   don't know that I could do it, you know.

15          MR. CALDERON:  We fixed an air leak.  An

16   air valve is leaking under the cap, and we tried to

17   get it repaired and replace the valve.  There's got

18   to be zero air leaks for highway patrol.  Okay.  So

19   we'll make sure everything is right.  My

20   responsibility is the -- is to do -- to check all

21   the mechanics, what job they're going to do, and do

22   the preventative maintenance when the drivers show up.

23          So what we do is fix the trucks, you know,

24   all what they need, and we try to prevent the

25   maintenance, you know, to not breakdown.
```

31

1          And I do the inspections.  I make sure

2     that everything -- the DOT is good.  I've been doing

3     this for almost 35 years, and I know trucks and

4     trailers are real serious.  We've got to take care

5     of it and do it professional because it's safety.

6          Right now, we've got a lot of trucks.  I

7     remember when we started with three trucks, and then

8     we started coming.  Now, I can say it's passing 100

9     trucks, I think, and we see they're coming more and

10    more and trailers too.  And it's exciting because

11    we're starting to get real busy.

12          You know I've been working for a long time

13    with trucks, so I know how to try and understand the

14    drivers.  It's hard work.  So I know how to treat it

15    right, make -- I understand and help with whatever

16    they need because to work -- to drive outside is not

17    easy.  It's hard work, and I understand it.  So I

18    try to work together, help them the best that I can,

19    and go do the job, you know, my job and their job.

20          MR. URIBE:  My name is Louis Uribe.  I'm a

21    body technician, and I'm also a mechanic.  I do

22    everything suspension, everything interior.  The

23    only thing I don't really do is the internal engines

24    or diagnostics, but everything bodywork, everything

25    suspension, everything outside of the engine I can

32

1    do.   Just internal stuff and some diagnostics.

2    September ninth would be my one-year here.   I pretty

3    much started here from the ground.

4            We just got done doing an oil pan gasket

5    over there too.   The engine was leaking oil through

6    the gasket, so we took it down, put a new gasket on,

7    and we're going to put oil in, and do a whole full

8    service, and check if it's leaking, and then this

9    truck should be good to go after we put these

10   quarter fenders on also.

11           We're supposed to get some trailer -- do

12   some trailer manufacturing, which that's going to be

13   pretty neat.   And supposedly, we're supposed to get

14   some -- eventually down the line maybe some aviation

15   stuff.   That'd be cool.   I would love to work on

16   some airplanes. I've always wanted to be a pilot.

17           BENJAMIN URIBE:   I work on trucks.   We

18   work on Peterbilt, Kenworth, Freightliner, some Max.

19   I do everything bumper to bumper, anything engine

20   work related, electrical, transmission,

21   differentials, anything like that.   I think the most

22   challenging part of the job -- it's I think having

23   enough technicians.   I think that's what's been

24   really holding us up.

25           Sometimes, parts, waiting for parts

33

1   because we live out of the city limits kind of in a

2   sense, so we're kind of far from any parts store.

3   It could take a while to get parts, and because of

4   Covid, some plants haven't -- or I guess haven't

5   made the parts yet, so parts are kind of out of

6   stock.  I think that's what makes it real difficult.

7           There is an app that we do use on the

8   maintenance phone, but that keeps us in touch with

9   the drivers, and it also has a camera system on it

10  where we can see what the truck is looking at.

11          And also, it's connected to the computer

12  of the truck, so we can diagnose it also.

13  Sometimes, they bring in their truck, and it's --

14  there's a failure on it, and sometimes we don't --

15  are not able to get to that truck immediately, so

16  sometimes they're complaining because we put them in

17  another truck to allow them to get going faster.

18          MR. CALDERON:  Oh, yeah, what I was

19  telling you about the foam.  They have a big one.

20  It's like $500, $600.  It covers both sides.

21          MALE VOICE 4:  Oh shit.

22          MR. CALDERON:  Of one trailer.

23          MALE VOICE 4:  We're going to need that.

24          MR. CALDERON:  Okay.  I'll call again and

25  see if they have it again.

34

```
 1              MALE VOICE 5:  Do the -- need -- they
 2     don't need foam, do they?
 3              MR. CALDERON:  No.
 4              MALE VOICE 5:  No.  That's only --
 5              MR. CALDERON:  Oh, they're going to have
 6     foam?
 7              MALE VOICE 4:  Just on the sides, not on
 8     the floor.
 9              MR. CALDERON:  I am the Parts Coordinator
10     for Royal Bengal.  I also help in business
11     development and fleet management as well, but my
12     main role is parts, getting parts for the trucks or
13     trailers at the right time as well, to get them on
14     time because this business is -- it just never
15     sleeps.  So -- and then there's drivers that need to
16     get on the road as soon as possible, so getting the
17     right parts at the right time is very crucial for
18     getting these trucks out and getting them ready.
19              I make sure also the mechanics inspect it
20     right, or when they ask for the right parts, like
21     get to know what does that part do and do we
22     actually need it.
23              So it's a lot of like, I guess, judgement
24     making.  You know you've got to make sure if it
25     actually needs it because they may say it needs it,
```

35

1    and it breaks down later.  That's -- you know -- or

2    another part makes it break down, or that same part

3    breaks down, so -- or it didn't really need it, so.

4             MR. PRESCOTT:  My name is Anthony

5    Prescott, and I am a driver for Royal Bengal.  I've

6    been a driver for about two months now.  It's been

7    pretty good.  The overall aspect of the company,

8    they're pretty good at finding loads for you and

9    getting someone close to you to like go pick up a

10   load whenever you're in a certain location, and also

11   communicating with you if you have problems and

12   problem solving or troubleshooting stuff.

13             But overall, pretty good.  I'm fresh out

14   of school.  I've been driving since June 2nd.  I

15   mean I graduated June 2nd, and I've been with the

16   company since June 29th, so this is my first

17   company.  And it's a small company, but they've been

18   treating me real well for my first time experience.

19             MR. SAWAGED:  I'm an engineer here.  I'm

20   head of the manufacturing of the trailers.  That's

21   going to happen within the next couple of months

22   hopefully.  I work with our team in India to design

23   a trailer, and then all of our parts are fabricated

24   out there, and they're going to be shipped out here.

25             So I'm in communication with them on the

36

1   shipping status of it.  They actually sent me out to

2   India to see how manufacturing was done, and I was

3   there to oversee the project basically.  I was out

4   there for two and a half months, so we actually

5   built one out there to make sure all the parts fit

6   together correctly, and then to have like every step

7   of it being done, which was pretty cool. It was a

8   cool experience.

9          The challenges like in India whenever the

10  parts didn't fit that we already kind of got in

11  there, so we had to refabricate some parts; that was

12  kind of challenging.  The design part was also kind

13  of challenging because you have to get something

14  that's different than what's out there because you

15  can't copy it because everybody has the patents and

16  stuff out there, so that was kind of challenging.

17  It took some time to get one done, so.

18          MR. ROLLINS:  So we're using this airfield

19  to train drivers, new drivers with no experience.

20  Yeah, I do got a good group of guys.  You know

21  they've never drove before besides CDL school, so

22  I'm just trying to get them, you know, caught up on

23  day-to-day truck driving, and I like this better

24  because I'm actually helping somebody, you know,

25  achieve their goals.

37

1        I do the same thing everyday here.  When I

2   go to Florida, I don't know what's going to happen

3   when I wake up.  You know what I'm saying?  So I

4   kind of like the consistency, I guess, of it.

5        MR. JACKSON:  Look at the big picture and

6   where Royal Bengal is going, because when I started,

7   it was very small, and it's grown just drastically.

8   I mean just like the building we bought across the

9   street, that thing is huge, and that will be the

10  aviation part.  But it's an amazing building.

11       When I actually -- he told me about it,

12  and then I actually drove by it, and I was like,

13  wow, this is -- it's really nice.  And it's really

14  exciting to see where he wants to go.  I mean even

15  from the trailers coming from India, aviation, I

16  just heard something about Dubai.

17       MR. GUTIERREZ:  One of the craziest things

18  I thought in the beginning was Sanjay talking about

19  he wanted to compete with the Warner's and Swiss,

20  which are ginormous trucking companies, and it

21  sounded funny back then.  He had two trucks and one

22  and a half drivers really, so it sounded crazy to

23  think.

24       But three years later, the kind of growth

25  that we've had -- it's easy -- it's feasible to see

38

1    us reaching that point soon.  So we can be one of

2    the biggest trucking companies in the country.

3            MS. HUEBER:  You know I've observed and

4    seen how effectively we've been able to essentially

5    grow with this investor system.  It's a very unique

6    system, and it allows us to grow very quickly and

7    also survive some of these industry-wide issues, I

8    guess.

9            MR. CELICOURT:  We have investors that

10   worked at Publix, or at a workplace where they feel

11   stranded.  Like there's no other way, but when you

12   bring a company like Royal Bengal where you say,

13   okay, you invest this amount, and now you start

14   building a business, like this person has a --

15   they're more confident.  They have a sense of

16   security.  There's a backup.

17           MR. CHIDAMBARAM:  The first meeting we had

18   here -- I forgot the gentleman's name -- and I still

19   remember the exact sentence he said.  He said my

20   wife can stay home and take care of our kid who's

21   sick because of this opportunity.  She was able to

22   resign her job and stay home to take care of the

23   kid.  That in itself was beyond money, you know.

24   Money is there, but this factor that you're actually

25   making change in people's lives -- it's beyond.

[4/27/2023]  446247.20230407-MBO.amended

1          And that -- again, the human factor is

2     what's going to propel us forward, you know, a

3     potential for growth.

4          MR. DEBREUZE:  It's like you actually own

5     the truck.

6          MR. LASSEUR:  And it's opportunity to make

7     money work instead of you working for money.

8          MR. ALBARADI:  Money is peace of mind.

9          MR. COSTELLO:  Do it ASAP.  Don't

10    hesitate.  Get right in there and start making

11    money.

12          MR. SINGH:  When you have people paying

13    for their house, paying for their car, paying for

14    their college kids, building million-dollar company

15    after retirement, which they never did in their

16    whole life, and when they're just about to retire,

17    they have a company which is worth a million

18    dollars, that's a real hard work.

19          And that's what we do when an investor

20    gives us money, so that's a lot of hard work to

21    build all these companies.  I foresee this business

22    to grow to 10 million investors in the next 10

23    years.

24          (End of Driving American Dream.mp4.)

25                    * * * * *

```
 1                    TRANSCRIBER'S CERTIFICATE

 2

 3 I, Tristan Freeman, hereby certify that the foregoing

 4 transcript is a complete, true, and accurate

 5 transcription of all matters contained on the recorded

 6 proceedings in the matter of:

 7

 8 ROYAL BENGAL LOGISTICS

 9 Driving American Dream.mp4

10 FL-04345-A

11 446247-MBO

12

13

14           _____

15                  Tristan Freeman, Transcriber

16

17

18

19

20

21

22

23

24

25
```

# Attachment 8

# FL-04345

## *447471.20230414-MBO.amended*

### *4/28/2023*

**Full-size Transcript**

**Prepared by:**

FL-04345

Monday, May 1, 2023

1

1        THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3        In the Matter of:          )

4                                    )    File No. FL-04345-A

5        ROYAL BENGAL LOGISTICS   )    AMENDED 4-28-2023

6

7        SUBJECT:    Royal Bengal Logistics Investors Zoom Meeting

8                    Nov. 2022

9        PAGES:      1 through 29

10

11

12

13

14

15                        AUDIO TRANSCRIPTION

16

17

18

19

20

21

22

23

24                  Diversified Reporting Services, Inc.

25                        (202) 467-9200

2

```
1                    P R O C E E D I N G S
2      Royal Bengal Logistics Investors Zoom Meeting Nov. 2022
3                    (Music plays.)
4              MS. D'ORVILLIERS:  Hello, everybody.  Welcome to
5      the Royal Bengal Logistics meeting.  I do see we still
6      have a couple people jumping in here right at 5:00.
7              I am going to get us started though, because
8      most of what I have to say is just introductions.  So as
9      people come in, let me get that out of the way.
10             Welcome to our Zoom meeting.  The last one
11     that we held was back in August.  We just want to make
12     sure we're keeping everybody up to date with what's go
13     in as open as we can.  So welcome to our November
14     meeting.
15             As you have seen, we are going to be having
16     our big investor conference coming up in February of
17     next year, but we do want to keep holding these Zooms
18     for you guys up until that point.
19             If you are interested in coming to our larger
20     investor conference, that link should be in your email
21     to get tickets to that event.  So if you are interested
22     in attending, you want to make sure to use that link and
23     get your tickets.
24             If you did not see that link, or maybe you're
25     new with us, and you haven't had your email added with
```

3

1 us long enough to get that link, you can go ahead and

2 send an email to BDO@RBLTransports.com, and let us know

3 that you're missing that link.

4    Additionally, this meeting is not going to

5 have a Q&A session.  Just for time purposes because we

6 know that you guys are busy, and we have a lot of our

7 staff still here for this meeting.  So if you have any

8 questions, either during or after the meeting, please go

9 ahead and send those over to that same email address --

10 BDO@RBLTransports.com, so that our team can address

11 those questions for you.

12    It's going to be the same email address that

13 you received this Zoom invitation from.  So you can just

14 reply to that Zoom email with any of your questions as

15 well.

16    A couple more things I want to address for us

17 today as we're getting started here.  We are still with

18 Wells Fargo for receiving wires.  So if you are doing

19 investments with us, and you're looking to send a wire,

20 please make sure you have our current bank account

21 information -- either by sending an email to myself for

22 BDO to make sure you have it.

23    We are no longer taking wires through our old

24 Bank of America accounts.  If you have those, you can go

25 ahead and get rid of those.  You want to make sure

4

1   you're using our most current information so we're able

2   to start your investments on your chosen dates.

3          Additionally, we are getting a lot of calls

4   here up in the business develop office.  The best way to

5   communicate with us is via email.  So if you're calling

6   and unfortunately, nobody is able to get to the phone,

7   please, again, go ahead and send an email so we can get

8   back to you in a timely manner.

9          We do try to answer the phones as often as we

10  can.  But sometimes it is just not possible.

11  Unfortunately, we are still a relatively small staff up

12  here.  So you want to make sure that we're able to get

13  to your questions appropriately.

14         That is basically all I have as far as

15  updates.  I will be the one reaching out to you guys to

16  answer most of your questions.

17         And if anybody you know is not able to make it

18  to this meeting, or they miss part of it, we will be

19  recording this meeting and sending it out via email once

20  it has downloaded.  So we'll probably be able to get

21  this meeting out to people tomorrow who miss it.

22         So if you missed anybody, or if you're going

23  to have to leave early, you can go ahead and send an

24  email to request the link to the recording of this.

25         I am going to going go ahead and pass it off

5

1  to our vice president of business develop, Mr. Ricardi

2  Celicourt, so you guys can hear from him.  And thank you

3  so much for joining us today.

4  MR. CELICOURT:  Thank you, Lane.  Good

5  afternoon, once again, everyone.  Thanks for joining us

6  on this beautiful afternoon here in South Florida.  We

7  are able to -- overcame this hurricane, but thank you for

8  joining us.

9  We would like to continue to -- our Zoom

10  meeting quarterly, or as much as possible when

11  information needs to be provided to all of our

12  investors.  And we look forward to sharing as many -- as

13  much information as we possibly can with you because we

14  are relatively a very fast growing company.  And I think

15  we would like to share the growth, the process, new

16  procedures, new programs that we are implementing here

17  within the company along with you guys.

18  We constantly have new programs that we're

19  implementing for -- not only the growth of the company

20  but for you as well -- as investors.  New investor

21  programing, existing investor programs.

22  And as you guys are aware -- some of you or

23  all of you are aware -- because we send out the email

24  about a month ago that increase of the truck program

25  will be 5,500 starting January 2nd.

6

1      There's many reason why the increase of the

2  truck program, and if you'd like to know why -- and we

3  can go into details and explain that to you -- but one

4  of the cause, you know, inflation.

5      Some of the other reason why the truck pricing

6  -- prices are going up, fuel prices are going up, and

7  it's not as easy as it used to be to put the deposit

8  down on the truck.

9      Some of you guys that went through the

10  process, you know what it's like -- your truck deposit

11  is 25,000 -- some banks are at 30,000.  So we have to

12  increase the pricing of the -- this truck program along with

13  you getting an increase on your return as well.

14      We'd be happy to provide more detail -- more

15  information on that for you as the new truck price will

16  be 55,000 starting January 2nd.

17      Your return also will increase to $3,000 a

18  month.  We also implement a new -- a discounted program

19  if you'd like to get two at the same time, there will be

20  a rebate of $10,000 that will be given back to you.

21      So you get two trucks for $100,000 -- and you

22  get $6,000 a month for five years.

23      These are some of the changes in some of the

24  programs that we are implementing starting the new year

25  2023.  We also have a trailer program -- the manufacturing

[4/28/2023]  447471.20230414-MBO.amended

1    of our trailer that we have in India.

2            We currently have 15 trailers that are being

3    rebuilt right now in India.  We expanded our company and

4    offices in Georgia, as you guys are aware.  We are

5    expanding another office recently in Boston.

6            And our operation is growing in Lubbock, Texas

7    -- Fleet management, operation of our manufacturing of

8    the trailer, and also maintenance for all the trucks --

9    55,000 square feet hangar.

10           We now have over 30 employees that are working

11   in Lubbock, Texas location.  One thing I would like to

12   mention to you guys is the conference that we will be

13   holding -- that's on schedule -- February 18th, 2023.

14           This conference is very important.  Some

15   investors, they want to know how we're doing

16   financially.  They want to see financials.  They want

17   to know the growth of the company -- how we are

18   implementing these new truck programs and how we're

19   going -- the plans that we have for the company and

20   acquisition -- whether if it's in real estate and trucks

21   and maintenance facilities throughout the country.

22           We like to make sure that you guys go on and

23   book and secure tickets so that we can share all that

24   information with you.  It is very, very important

25   information that will be distributed.  And it's

8

1    important for you to be there because without your

2    support collectively together, this company -- what we

3    have built together -- would be impossible.

4           So it is for you guys that we -- that we put

5    it together.  Some investors have questioned me, and

6    they say, Ricardi, why we have to pay now?  Last year we

7    didn't have to pay for a conference or banquet?  Why do

8    we have to pay now?

9           What I -- what I ask -- what I ask when I get

10    that question is, how much money have you made in the

11    past year?  We have investors that have made well over

12    $100,000 in interest only -- that's not calculating the

13    money that they invested.

14           And to complain about $100 for you to come

15    into your own conference, I find that to be -- a very

16    pitiful to complain.

17           So calculate how much money that you have made

18    just within -- I can say even six months, you made tons

19    of thousands of dollars.  If you made one investment in

20    Royal Bengal, you have made thousands of dollar -- not

21    only in your truck investment if you have it, but also in

22    the short term that you have made with us -- and you're

23    acting -- so don't complain about $100.

24           The main -- one of the main reasons why we

25    didn't charge last year when we had that conference, we

9

1    had investors that wanted to invite family members,

2    friends, and it was only two -- there was only two per

3    company, two person per company that was able to -- we're

4    able to invite, because we have limitations.

5         Now we have a much larger facility where we'll

6    be holding the conference, and we also want to create no

7    limitations whatsoever for you to come to this banquet.

8    So you can purchase as many tickets as you want.

9         You just have to make sure that when you

10   purchase the ticket -- when you get your ticket and

11   register, you put the specific name on there, on the

12   website.  You'll be able to do that.

13        And last lastly what I want to communicate

14   with you guys if you'd like to avoid paying that extra

15   $10,000 for the $55,000 truck program, you can reach out

16   to us on how -- we can help you secure your

17   spot with $25,000 -- so you can avoid paying 55,000 --

18   you can avoid paying 55,000 and still pay the $45,000

19   truck program.

20        Now, I will go ahead and pass -- pass it on to

21   Mr. Nathaniel Lassur -- who will go over the investors

22   asset acquisition, and then how we are buying these

23   trucks and also prepare you guys when it's time to go

24   through the approval process with your truck, we can --

25   you guys can have a better understanding.  Nate.

1          MR. LASSEUR:  Hey, you guys.  How is everybody

2     doing?  My name is Nate Lassur -- director of investor

3     relations here at Royal Bengal.  It's a pleasure to see

4     all of you.  Move my camera a little bit here.  Yeah, so

5     it's a pleasure to be back here again.

6          We're going to talk a little bit about truck

7     acquisition.  As you guys know, I've worked with a few

8     of you guys, got a lot of folders here on my desk,

9     regards to the truck acquisition, the process it takes

10    to get the truck.

11         We go through all different phases in order to

12    get the truck and this application and also going

13    through getting approved.

14         Not only myself, but I have -- there's a few

15    other staff members that work very hard on trying to get

16    your trucks.

17         We have a new staff member Karen.  Karen is

18    our assistant here at the Coral Springs office.  We have

19    Sunny that's in the Georgia office.  We have Don that's

20    in the Texas office.  All these guys are working very

21.   hard to work -- to acquire the truck.

22         In regards to the truck process, it usually

23    takes about four to six weeks from the time that we

24    submit your application until the time we pick up the

25    truck.  Sometimes even longer than that.

1     We have some applicants has been taken out as

2     much as eight weeks, you know.  So it's because you

3     know, we -- there's a lot of parts that goes into

4     acquiring the trucks -- from inspection of the vehicle,

5     selecting the right vehicle, so it's really, really a

6     delicate task in order to acquire the truck.

7     So one of the reasons why people would ask

8     sometimes why does it take so long from the time that

9     you start your contract, and it takes a while before you

10    get your truck, before we start this process.

11    One is it allows time to build your business.

12    It allows time for you to have money in your account.

13    And you have a better -- a much better chance of being

14    approved because giving more life to your business.  So

15    that's one of the reasons why the delay.

16    And we wait purposefully a few months before

17    we start the process.  We've noticed from past

18    experience when we start this process a little bit too

19    early, we've been having a lot more chances of

20    applications being denied.

21    And now our chance of success have been a lot

22    better since we went this route.

23    Another thing I wanted to talk to you guys

24    about is responsibilities of investors.  I mean, as

25    investors -- I'm an investor myself.  It's important.

[4/28/2023]  447471.20230414-MBO.amended

12

1    We have certain responsibilities too.

2            One is to be responsive to emails and phone

3    calls in a timely manner, once we start this process.

4    Extremely important that you guys respond because it

5    really helps with the process.

6            Once we have a truck, we have a certain amount

7    of time to act before we lose a truck.  And a lot of

8    times, we try to get in touch with investors.  We have a

9    hard time getting in touch with them, or they're not

10   responding.  And it really hurts the program a lot.

11           Another responsibility is -- is to be able to

12   keep money in your account, keep funds in your account.

13    Don't just use up everything that comes in.  Because

14   now when it's time to go through the process, and the

15   bank is realizing that you don't have any money in your

16   account, and that really hurts your case as well.  So

17   it's very important that we keep funds in the account,

18   and it helps with a lot of the things that we're doing.

19           There's some additional deposit that you're

20   responsible for.  Initially when it's time to get the

21   trucks, you will be reimbursed these things in the

22   process.  But the initial deposit, that is just to hold

23   the truck.

24           And so there's expenses that needs to be done.

25    And of course, RBL will reimburse you all of these

13

1    expenses at the end of the truck purchasing process.  So

2    those are things that are very important.

3            And as part of helping investors to be better

4    investors, which is one of my roles here, is also tips

5    that we have on building your business.

6            One thing I would like to say is don't let

7    your business grow more than you.  It's important that

8    you grow with your business.

9            If your business is making money, here at RBL

10   there's opportunities for us to make money,

11   opportunities to build the business, to grow, but you

12   also have to grow in your knowledge.  You have to grow

13   in making sure that you are a good steward of not only

14   the funds that come in, but also being a good steward of

15   being a manager of your business.

16           That being said, I would advise that we --

17   that you guys seek good counseling when it comes to

18   taxes.  It's very important that you get good legal

19   counsel and also good tax preparedness -- usually with -

20   - preferably with a CPA.

21           So there's a couple of books that I would

22   recommend.  One is tax-free wealth -- which I have

23   back here, it's just important to learn about all

24   aspects of this business in order for you to grow and

25   your business to be -- to be healthy, and you'll be a

14

1    much better investor.

2          So that's all I got right now.  And, guys,

3    come by the office in Coral Springs.  Come by and see me

4    and I'll be more than happy to explain the process a lot

5    more to you.

6          So now we're going to have our president, Mr.

7    Sinjay Singh, who is going to have some words for us.

8          MR. SINGH:  Good afternoon, ladies and

9    gentlemen.  Thank you for joining us.  I will right to

10   the point.

11         Royal Bengal Logistics introduced this

12   investment program from January of 2020.  It's been

13   approximately close to three years now.

14         You have given us in asset management $16.5

15   million dollars.  So far our investors collectively have made

16   $21 million dollars from Royal Bengal Logistics and ongoing.

17         We have -- we started with ten trucks when we

18   started investor program.  Our revenue was $10,000 a

19   week or so -- or a month at that time.  We had six

20   employees, and no other way to grow the company when we

21   introduced the investor system.

22         Today, we have 145 assets -- either acquired

23   or in the process of picking up, $650,000 of revenue per

24   month, 130 plus employees, a manufacturing system which

25   is in full scale operation, 10 trailers right now is

15

1   being assembled in Lubbock, Texas, as we speak -- 65

2   trailers are in order.

3           We almost -- very comfortable to say, we are a

4   direct competitor to a lot of billion-dollar

5   manufacturing companies.  Yes, we are very small at this

6   point.

7           We have location in Coral Springs, Lubbock,

8   Georgia, and new location we are exploring to open in

9   Massachusetts.

10          This is where we come to say that this

11  business is no longer running on a scheme or by luck.

12  You can be comfortable to leave that through process out

13  that the -- this is a real business, and there are

14  fundamentals to this business.

15          Fundamental is the revenue -- is

16  manufacturing, is asset acquisition.  We have -- Royal

17  Bengal Logistics alone have control over $4 million of

18  asset, which includes truck, real estate, and other

19  assets.

20          So the company is running smooth.  We haven't

21  ever -- I cannot ever say that we don't have challenges.

22   As you know, the world is under recession.  The

23  economy has crashed.  And this even gives me more

24  confidence to say, even as of today, this will be probably --

25  if you are an investor, and you are investing anywhere

16

1   else, this is one -- only profitable investment system

2   you probably are experiencing at this time in the world.

3          So saying that I will encourage you to -- past

4   the point of this business model that every month, there

5   is a belief that something can go wrong, something can

6   go wrong.

7          Things may go wrong.  We are here to fix it.

8   We have team to fix it.  We have general counsel

9   appointed.  That's -- we have multiple officer experts

10  have been appointed to take care of problems.

11         The truck prices will go up, the contract

12  prices will go up effective January 2023.  And not

13  necessarily that we are doing this to just ramp up some

14  little bit more cash flow.  That's not the meat of the

15  business.

16         The meat of the business is you stay

17  comfortable, and we will work with you.  And we are

18  experiencing some investor who join our program kind of

19  coming away that -- by having one contract, they have

20  pretty much have chosen to dictate the terms and

21  conditions which impedes our business.

22         And that's where we have to separate those

23  investors from association.  We are not in business to -

24  - to build up animosity with investors.  We want you --

25  this is -- you give us money, we give you money back.

[4/28/2023]  447471.20230414-MBO.amended

17

```
 1              You gave us $16.5 million, we give you $21
 2   million back.  So something good has happened -- not for
 3   one day.  Two, three years now -- it's coming close to three
 4   years.  So we can at least have this dialogue now that,
 5   okay, there is a fundamental in the business -- and the
 6   fundamental of this business can be trusted.
 7              So let's move on from the point of view that
 8   it may last one day, two days, this is not Bitcoin.  Our
 9   product is better than Apple.  Our product is better
10   than Tesla.  You buy Apple, you buy Tesla, you start
11   spending money.
12              You buy Royal Bengal contract, you start
13   making money.  Plus the asset.  So think about this,
14   what happens to us, our revenue grows.  Our employment
15   system grows.  Our ability to go in the open source of
16   market to do manufacturing, to do some experiment --
17   that's what we do with the money.
18              And still we give you back the money.  So
19   whatever money we use is a transitory money.  It's our
20   skill, our hard work which is put into the six month or
21   12 month period, which has grown Royal Bengal Logistics
22   from 10 trucks to 145 trucks, operationally.  And is
23   going to continue to grow.
24              We don't need 500 trucks to satisfy the
25   requirement of the business.  Five hundred trucks is for
```

18

1    you.  We will continue to buy one by one, as we -- as we

2    grow.  And everybody, we have five years to satisfy your

3    contract if you think about it.

4             Just enjoy the money, and let us do our job.

5    Try to help us by asking a question that, do we need any

6    help.  Economy is bad.  Diesel prices going up.  I

7    haven't seen maybe one investor saying, hey, whole

8    economy is crashed, how are you guys doing this?

9             The high interest loan return -- truck

10   payments, monthly payments.  You should ask this

11   question.  Tesla is -- Facebook is laying off 11,000

12   people.  That was news today.  And Royal Bengal has

13   brought two trucks today.  That is the fundamental of

14   business.

15            Every trucking company is shutting down their

16   trucks, and we buying the trucks.  This cannot happen

17   just by us.  This is your support.  You are a powerful

18   support to the system.

19            Don't get discouraged by -- because somebody

20   else telling you, oh, this may be a scam.  This is not a

21   scam.  This is a fully functional, fundamentally solid

22   business where we work hard and generate the revenue.

23            I will invite you to come and talk to me for a

24   few minutes whenever you can, and I will give you my

25   full passionate belief of this investment management

19

1   system.

2          We are not competing with Tesla.  We are not

3   competing with Apple.  We are competing with a very big

4   system, which you probably are not even aware of.  So

5   Capital Management System is a trillion dollar company.

6          If you think Elon Musk owns Tesla, you're

7   wrong.  If you think Google is owned by a CEO, you're

8   wrong.  There are other people who owns those companies.

9   But having ambition is good, but reckless ambition is

10  not good.

11         I'm not going to go into that, that we start

12  comparing to those big companies.  We are not there yet.

13  But if you keep our moral support -- morally our -- if

14  you help us support our moral cause at a high standard,

15  there is no doubt with your effort and your

16  collectiveness, we can reach there.

17         I have full confidence, and the most

18  confidence I gather is this month.  Because the economy

19  is gone.  The gas prices are up.  The system is

20  collapsing.  But we are still functioning.  And we are

21  functioning 90 percent of our investor have already made

22  their return of principle -- 90 percent.

23         If you've given $35,000, you have cross

24  $35,000 and more.  And I still hear from the investor

25  how there might be an issue.

[4/28/2023]  447471.20230414-MBO.amended

```
1              It's not.  You already covered your principle.
2        There is no issue.  Now it's income.  So I will suggest
3        that let's -- if you have a conversation with yourself,
4        evaluate your own investment, evaluate your return, and
5        then try to put the company in -- talk about the company
6        as like some kind of scheme system.  It is not a scheme.
7         This is fundamentally strong company.
8              I will thank you for joining us today.  With
9        that being said, we have appointed ex-chief of police
10       from North Miami who is in charge of the whole operation
11       and who will be managing assets, trucks, trailers,
12       operations, and revenue, and make sure that we continue
13       to climb our revenue every month -- very experience
14       gentleman, handled more than $30 million of city
15       funding, Mr. Richard Rand.
16              MR. RAND:  Good evening, everybody.  Can you
17       all hear me?  Can you hear me?  Yes.  Well, like Sanjay
18       said -- Sanjay, thank you.  I think that you made me
19       look a lot better than I am.  But thank you for that.
20              You know I hear Sanjay's -- first of all, my
21       name is Richard Rand.  I am a retired chief of police
22       for the city of North Miami Beach.  I was in law
23       enforcement for over 30 years.  I did run a large police
24       department.
25              And Sanjay mentioned a couple of things that
```

21

1    are very true to this company.  First and foremost,

2    anybody that thinks that this is any type of a scam,

3    you're totally wrong.

4            Sanjay has aligned himself with people that

5    are legitimate, transparent, honest, and very hard

6    working.  I wouldn't have come out of retirement had I

7    not believed in Sanjay's vision, and his mission, and

8    the company's direction that it's going.

9            I was hired as a compliance director.  I was

10   brought in because there were some issues with the

11   Federal Motor Safety Carrier Administration with how

12   things were moving along.

13           And it was because RBL -- Royal Bengal

14   Logistics -- was growing at a tremendously fast pace

15   because people believed in what Sanjay, what Ricardi,

16   what Bruce, and what everybody was doing.

17           So Sanjay brought me in to take a look at what

18   was happening because our growth was moving very

19   quickly.  And the most important thing to this company

20   is managing your assets -- but doing it in a safe way.

21   Not only keeping our drivers safe, but protecting your

22   assets.

23           You invest in us every day.  You think about

24   your money every day.  When that paycheck comes, you

25   love to have that paycheck.  But if it were not for

22

1    everybody on this meeting, those paychecks wouldn't be
2    possible.

3         My responsibility is to make sure that the
4    divers are safe, that we're following all federal
5    guidelines, all federal laws, that the company is
6    legitimate, that the money continues to grow and move,
7    and I can tell you that I've been here now for six
8    months, and an in-depth overall view of this company is
9    that it's very, very strong.

10        I personally am working on investing in the
11   company because I truly believe in this company and the
12   vision of this company.

13        I have built a team with a director of fleet
14   management.  We have six fleet managers.  We have a very
15   strong human resource department.  And we are working
16   together.

17        As a matter of fact we just purchased, like
18   Mr. Singh said, over 30 trucks.  We are currently right
19   now going out -- we have drivers going out to pick up 10
20   of those trucks to add to our fleet of over a 130.

21        Our score -- or FMCSA score is climbing daily
22   because we have implemented a training program that is
23   by far the gold seal of the transportation companies in
24   the United States.

25        I wouldn't put my name on something if I

23

1    didn't truly believe in it, and it didn't believe in the

2    mission, and the goal.

3            And every day that we work -- and we do this

4    together, we're growing as a company.  And we're not

5    only getting better, but I can promise you this company

6    will be the most comprehensive, strongest transportation

7    company in the United States of America.

8            One hundred percent -- I have given Sanjay and

9    everybody here my 100 percent commitment.  I've only had

10   two jobs in my life.  This is my second job.  And I

11   don't plan on leaving anytime soon.

12           So I'm here to stay, and I am dedicated to

13   Sanjay.  I'm dedicated to every single investor to make

14   sure that your money is protected, that the drivers'

15   lives are protected, and that all of our assets run, and

16   that we're making money.

17           And Sanjay said something else that was very

18   important.  This company isn't about Sanjay Singh.  This

19   company is about everybody here.  It's about the

20   investors and it's about every employee.

21           Sanjay doesn't make any money.  We all make

22   money together.

23           When Sanjay makes money, everybody else

24   makes money.  So it's up to each one of us to promote

25   this business, to move this business forward, to keep it

24

1   safe, to keep our employees safe, and to build culture

2   that will answer all of those questions.

3          And we'll do the job at the end of the day.

4   I'm proud to be a part of this company.  I look forward

5   to serving all of you and doing whatever I can do to

6   make this a very good experience for you.  And

7   hopefully, we'll all make a lot of money.

8          Thank you, Sanjay.  Thank you.

9          MR. SINGH:  Thank you, Richard.  I will pass

10   it on to Lane for further continuation of

11   (indiscernible).

12          MR. GUILLAUME:  All right, I'll -- I'll take it

13   from here -- just take over.  My name is Bruce -- Bruce

14   Guillaume.  I am your executive director of business

15   development.  I want to thank everyone for joining us

16   and those of you who will be watching this later, I'll

17   welcome you as well.

18          We appreciate the time that you take to

19   participate in this Zoom meeting with us.  It is

20   something that we want to continue doing.  In fact, we

21   moved this Zoom meeting almost two weeks before the time

22   it was supposed to happen -- in fact almost four weeks

23   before the time it was supposed to happen so we can

24   share information with you.

25          And as a company, we want to continue to do

25

1   that, so we can continue to build that trust and respect

2   that we had.

3          And with that -- so we can build a strong

4   partnership that we have.  So that's something that

5   we're going to continue to do.

6          Based on everything that you've heard --

7   whether it's from our president, vice president, our

8   acquisition team, and Mr. Richard, based on that as you

9   can see and hear, the state of our company is strong and

10  the fundamentals are still strong.

11         And we bring you in today to make sure not

12  only you understand where we are as a company -- and

13  also to participate fully and further so you don't get

14  locked out -- especially of that $45,000 price that we

15  have -- that will be going up $55,000.

16         So please keep that in mind.  The last time we

17  had a price -- price hike was back in April.  So a lot

18  of people wait last minute to come in.  So we had this

19  Zoom meeting early so you can take advantage of the time

20  so you don't have to wait till last minute.

21         We still have short terms available for those

22  of you who wants to participate.  Please feel free to

23  reach out to us.  A lot of you on this Zoom call will

24  have my phone number.  But we also encourage you -- also

25  as Lane mentioned earlier, to communicate with us via

26

1  email.

2           You have that email.  If you participate in
3  this Zoom, you did receive that link from that email.
4  Please feel free to email us.  I'm here for you as far
5  as questioning -- because some of you have questions
6  about if you can add one more truck for the price before
7  it goes up, please you can reach out to me.  You can
8  address an email to me.  You can call me.  We will find
9  a way for us to make that happen for you.

10          It's a promise that I actually made to a lot
11 of you that we will find a way for you if you want to
12 still lock up a price -- a truck at 45 before it gets to
13 55, we'll find a way to make that happen for you.

14          Our trailer program, as well, reach out to us
15 so we can share some information with you on the trailer
16 program.

17          Trailer building is something that -- every
18 time I talk to you guys, I encourage you to be really
19 excited about this.  And as a company this is something
20 you should be really excited about and try to learn as
21 much as possible -- although it's actually simple.

22          Right now as we speak, we manufacture our own
23 trailer, and we have 10 of them being put together in
24 Lubbock, Texas.  And that's something huge, you know,
25 for the company.

27

1          As the president mentioned earlier, right now

2     we are on the verge of competing with a multi-billion

3     dollar company because that's exactly what the industry

4     is.

5          Yes, we probably cannot product as much as

6     they can.  Right now.  But if I can tell you by this

7     time next year, we will have close to 250 trailers built

8     -- you know ourselves.  And that's something for us to

9     celebrate.

10          Quick recap -- make sure you get the tickets

11     for the convention coming up in February.  Again, if you

12     need information on how to purchase your ticket, make

13     sure you reach out to us via email.

14          We want you to communicate with us.  We don't

15     want you to -- though our program, it's call for you to

16     sit back and relax and enjoy the ride.  But we want you

17     to participate.  We want you to reach out to us.  We

18     want you to communicate with us -- whether it's a

19     concern, whether it's an idea, whether it's finding out

20     what programs we have.  Our office is open to you --

21     unless, you know, you are far away -- we have a lot of

22     you guys on this Zoom right now -- as far as

23     Pennsylvania.  We have people in Massachusetts, Indiana.

24          But if you're in Florida, we encourage for you

25     to come see us in the office -- especially those of you

28

1  guys in South Florida.  We want you to come see us, you

2  know, schedule an appointment.  Come.

3         I am available.  Lane is available to talk to

4  you and answer all of your questions.

5         So I know a lot you guys take times to be with

6  us in this meeting.  We don't want to hold you too long.

7   So again, it's a pleasure to have you.  Please reach

8  out.  We're still are open to listen.  We still are open

9  to continue this great journey that we're in.  It's a

10  pleasure to have you.

11         Thank you, everybody.  And --

12         (Music plays.)

13         (End of recording.)

14                * * * * *

15

16

17

18

19

20

21

22

23

24

25

[4/28/2023]  447471.20230414-MBO.amended

1              TRANSCRIBER'S CERTIFICATE

2

3 I, Mike McCormick, hereby certify that the foregoing

4 transcript is a complete, true and accurate

5 transcription of all matters contained on

6 the recorded proceedings in the Matter of ROYAL BENGAL

7 LOGISTICS.

8 PROVIDED - RBL INVESTORS ZOOM MEETING NOV. 2022

9 447471-MBO

10

11 *[signature]*

12

13 _____

14 Transcriber   4-14-2023

15

16

17

18

19

20

21

22

23

24

25

# Attachment 9

# FL-04345

## *443550.20230405-MBO.amended*

### *4/28/2023*

**Full-size Transcript**

**Prepared by:**

FL-04345

Monday, May 1, 2023

1

1   THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3   In the Matter of:                )

4                                    )   File No. FL-04345-A

5   ROYAL BENGAL LOGISTICS           )   AMENDED 4-28-2023

6

7   SUBJECT:  1267.006

8   PAGES:    1 through 48

9

10

11

12

13

14

15                    AUDIO TRANSCRIPTION

16

17

18

19

20

21

22

23

24            Diversified Reporting Services, Inc.

25                      (202) 467-9200

2

```
 1                    P R O C E E D I N G S

 2     1267.006

 3              MALE SPEAKER 1:  Oh, yeah, you're right.

 4     Let's do a (inaudible) that way until we can test it

 5     real quick in your car.

 6              MALE SPEAKER 2:  Yeah, I'll have to go back to

 7     it.

 8              MALE SPEAKER 1:  (Inaudible) yeah (inaudible).

 9      Here, take that, too.  (Inaudible)  And I'll take that

10     thing.  Yeah, you can go.  That way, we can see, yeah --

11     see if you can hear me.  (Crosstalk)  Yeah, I'll do the

12     sampling.  (Crosstalk)  I've got this.  I've got my

13     (inaudible) cool.  UCE8363, I guess 101868 as well in

14     this one.  Friday, March 17th, 9:36 a.m.  This is the

15     beginning of consensual monitoring for UCE, subject

16     Sanjay, subject Bruce and subject Elaine.  Meet location

17     should be 9600 West Sample Road, Suite 300 in Coral

18     Springs, Florida 33069.  (Music playing)  Testing,

19     testing, testing.  One, two, three.  Test, test, test.

20     Is the transmitter working?

21              MALE SPEAKER 2:  (Inaudible)

22              MALE SPEAKER 1:  (Laughter)  All right, bro.

23     Sounds good.  I'll probably push off in about, I don't

24     know, 12 minutes or so, 10, 12 minutes.

25              MALE SPEAKER 2:  Sounds good.  Sounds good.
```

3

1   (Inaudible)

2         MALE SPEAKER 1:  All right, brother.  Yes.

3   (Music playing)  Check, check, check, check.  Test one,

4   two, three, four.  Test one, two, three four.  Check,

5   check, check.  (Music playing)  (GPS Directions)  Five

6   minutes out (inaudible).  (GPS Directions)  All right.

7         FEMALE SPEAKER 1:  (Inaudible)

8         MALE SPEAKER 1:  You okay?

9         FEMALE SPEAKER 1:  She just had (inaudible).

10        MALE SPEAKER 1:  Oh, okay.  (Laughter)

11        FEMALE SPEAKER 1:  (Inaudible)  He ran out the

12   wrong door.  I hope he doesn't collapse because I can't

13   pick him up.

14        MALE SPEAKER 1:  Yeah.  Let me know if you

15   need help.  I think I'm looking for Bruce.

16        MALE SPEAKER 3:  Third floor.

17        MALE SPEAKER 1:  Third floor.  All right.

18   Thank you, brother.

19        FEMALE SPEAKER 2:  Good morning.

20        MALE SPEAKER 1:  Good morning.

21        FEMALE SPEAKER 2:  Can you sign for us on that

22   iPad, please?

23        MALE SPEAKER 1:  I think I'm seeing Bruce --

24   Elaine, Bruce, Karen (inaudible).  It's Bruce.

25        MALE SPEAKER 4:  That looks right.

4

```
1                MALE SPEAKER 1:  What's up, brother?

2                MALE SPEAKER 4:  How you doing?

3                MALE SPEAKER 1:  Good, man.  How are you?

4                MALE SPEAKER 4:  Good, good.

5                FEMALE SPEAKER 2:  Do you want to come over

6      here?  I can meet with you.  What can I do for you

7      today?

8                MALE SPEAKER 1:  I have a meeting with Bruce

9      or Laine.

10               ELAINE:  That would be me.  I was waiting for

11     you.  (Inaudible)

12               BRUCE:  We're Bruce and Elaine.

13               MALE SPEAKER 1:  My name is Jamie (inaudible).

14     I sent you an email a couple days ago.

15               ELAINE:  Gosh, I must've not put it on the

16     calendar.  No problem.

17               MALE SPEAKER 1:  You -- you might've put it on

18     Bruce's because you told me 10:00 with Bruce.

19               ELAINE:  Okay.  No problem.

20               MALE SPEAKER 1:  So (inaudible).

21               ELAINE:  What can I do for you?

22               MALE SPEAKER 1:  I was just coming to try to

23     look at the investment I -- you sent me some information

24     in regards to the trailer and then the two trucks and

25     then one truck and then a short term, so I was trying to
```

5

1   get more about that, just had to get the whole

2   information so --

3            ELAINE:  Of course.  Let me print out a couple

4   of documents for you that we can go over.

5            MALE SPEAKER 1:  Okay.

6            ELAINE:  I just got out of one the world's

7   most frustrating meetings.

8            MALE SPEAKER 1:  (Laughter)  That's not good

9   on Fridays.  That's kind of like maybe a Tuesday kind of

10  sort of thing.

11           ELAINE:  He always does it on Friday.

12           BRUCE:  Always.

13           ELAINE:  It's always Fridays.

14           MALE SPEAKER 1:  I think I -- I -- I like --

15  you know, you don't ant to hear that -- well, you -- you

16  guys know, speaking -- speaking to the choir, but it's

17  more of a midweek kind of sort of thing, maybe late

18  Monday, Tuesday.  Once I get to Wednesday, I kind of

19  want to be downhill until my Saturday, Sunday.

20           ELAINE:  Right.

21           MALE SPEAKER 1:  It's spring break next week

22  with half of these kids, so --

23           ELAINE:  Really.

24           MALE SPEAKER 1:  -- we're going to have to

25  (laughter) frustrate me.

6

1          ELAINE:  I forgot about that, yeah.

2          MALE SPEAKER 1:  Frustrating meetings on

3     Fridays are never good.

4          ELAINE:  Uh-huh.  Fortunately, it's right at

5     the beginning of the day to set the tone.

6          MALE SPEAKER 1:  (Laughter)  Happy Friday.

7          FEMALE SPEAKER 3:  Hey, Ricardi?  One of your

8     deals, World Class Lodging, she's already signed her

9     loan doc, but she's not on the intake sheet, so --

10          MR. CELICOURT:  Oh.

11          FEMALE SPEAKER 3:  -- I'm putting her there.

12          MR. CELICOURT:  That -- thank you.

13          FEMALE SPEAKER 3:  Uh-huh.

14          MR. CELICOURT:  They put that loan in real

15     fast.

16          FEMALE SPEAKER 3:  (Inaudible)

17          MR. CELICOURT:  I think I put it in the -- put

18     that in with Patrick yesterday (inaudible) so that

19     sounds very -- there's another one, too.  We did the

20     loan about (inaudible).  And I'm like a -- I'm like --

21     I'm like burning and I always have to wear a jacket

22     (crosstalk).

23          FEMALE SPEAKER 3:  You're funny.

24          MR. CELICOURT:  Like literally.  Like I went

25     to a restaurant yesterday --

7

1        MALE SPEAKER 1:  Nice shoes, though.

2        FEMALE SPEAKER 3:  Right.

3        MR. CELICOURT:  I'm like it's cold.  It was

4   like my kids, they barely have any, you know, clothes

5   on.  They hard shorts and t-shirts.  I'm sitting there

6   like can somebody turn this thing down.

7        FEMALE SPEAKER 3:  You are most certainly

8   (inaudible).  I've been fricking sweating all day.

9   Actually, if I sat over there, that one's cold.

10        MR. CELICOURT:  Yeah.

11        FEMALE SPEAKER 3:  This one's not cold.

12        MR. CELICOURT:  (Inaudible)  Any response on

13   those --

14        FEMALE SPEAKER 3:  I called them yesterday,

15   too, every one of them.  And they're like yeah, I'll do

16   it.

17        MR. CELICOURT:  No, they haven't done it.

18        FEMALE SPEAKER 3:  Nobody's done it.  I -- I'm

19   looking at my email right now.  Not one person has come

20   through with it.

21        ELAINE:  Did you check the BDO?

22        FEMALE SPEAKER 3:  I didn't, but that would be

23   weird in there because I didn't message

24   (inaudible).

25        ELAINE:  Oh, you sent them from yours.

8

```
 1              FEMALE SPEAKER 3:  No, they're not
 2   (inaudible).
 3              ELAINE:  Okay, so --
 4              (Voices in background)
 5              ELAINE:  -- got a lot of different options.
 6   Were any of the particularly standing out to you that
 7   you want me to start with or you just want to
 8   (inaudible)?
 9              MALE SPEAKER 1:  I wanted to get the whole
10   spiel of it.
11              ELAINE:  Okay.
12              MALE SPEAKER 1:  I have -- I have -- I have
13   cash to do it, but I wanted to obviously get more
14   information.  I don't -- I don't -- I'm not interested
15   in the loan part of it, but I wanted to get more
16   information pretty much on how you guys normally operate
17   kind of sort of thing.
18              ELAINE:  So our truck investment program, at
19   this time, our base program is a $55,000 investment.
20              MALE SPEAKER 1:  Okay.
21              ELAINE:  It comes with a 60-month contract, so
22   a five-year contract and a 58-month return period.
23              MALE SPEAKER 1:  Okay.
24              ELAINE:  Meaning that your returns on that
25   investment do start two months after you sign a contract
```

[4/28/2023]  443550.20230405-MBO.amended

9

1    with us.

2              MALE SPEAKER 1:  Makes sense.

3              ELAINE:  And then you get a guaranteed monthly

4    payment, $3,000 per month for 58 months on that.  So

5    your accumulated return at the end of the contract is

6    $174,000 --

7              MALE SPEAKER 1:  Okay.

8              ELAINE:  -- plus, your company is the owner of

9    the vehicle at the end of the contract.  Our lease on it

10   will end; thus, your monthly payments stop and then the

11   truck is already titled under your name, so you're

12   welcome to do whatever you like with it at that time.

13             MALE SPEAKER 1:  Oh.

14             ELAINE:  Whether that's to take it and operate

15   it yourself, if you have a CDL or a CDL driver.

16             MALE SPEAKER 1:  (Inaudible, laughter)

17             ELAINE:  Or you could resell it, and that

18   would be additional income for your company.  You could

19   either sell it back to us or if you had another

20   interested party, you'd be welcome to sell it to them as

21   well.  Obviously, it's your equipment, you can do

22   whatever you want with it.

23             MALE SPEAKER 1:  Okay.  And with this

24   situation, so hypothetically, if I gave the $55,000 or

25   let's even say the $110,000, I would get two tractors,

[4/28/2023] 443550.20230405.MBO.amended

10

1    they'll -- and they'll be titled to me.  So the money is

2    going to the tractor?

3            ELAINE:  Correct.  So this doesn't cover the

4    full cost of the tractor.

5            MALE SPEAKER 1:  Okay.

6            ELAINE:  We do go ahead and get your business

7    a loan.

8            MALE SPEAKER 1:  Okay.

9            ELAINE:  If you want to avoid the loan process

10   entirely --

11           MALE SPEAKER 1:  Yeah.

12           ELAINE:  -- you're like I don't want --

13           MALE SPEAKER 1:  Because yeah, I'm -- now, in

14   regards to the loan, what's the interest rate?  Now, how

15   is that going to work?  What's the -- what's the -- what

16   do I owe to the loan company in regards to payments?

17           ELAINE:  So nothing, RBL is going to pay off

18   the loan on your behalf.

19           MALE SPEAKER 1:  Oh, okay.

20           ELAINE:  It's just the loan goes under your

21   business (inaudible).

22           MALE SPEAKER 1:  Okay, okay, okay.  I'm -- I'm

23   -- I'm okay with that, okay.

24           ELAINE:  Yeah.

25           MALE SPEAKER 1:  I'm --

[4/28/2023]  443550.20230405-MBO.amended

1        ELAINE:  Each month, you're going to still get

2  your $3,000 and then we pay you a supplemental amount to

3  cover the cost of the loan each month.

4        MALE SPEAKER 1:  Okay, okay.

5        ELAINE:  Typically, they're about $2,000 to

6  $2,200 per month --

7        MALE SPEAKER 1:  Okay.

8        ELAINE:  -- just depending on your approval,

9  how long your business has been established and

10  everything like that.

11        MALE SPEAKER 1:  And then you guys are going

12  to give me some type of supplemental thing for that part

13  of it -- okay.

14        ELAINE:  Right.   You send us over a copy of

15  your loan documents.

16        MALE SPEAKER 1:  Oh, okay.  Okay.  And you'll

17  reimburse us.

18        ELAINE:  And we look at how much we owe you --

19        MALE SPEAKER 1:  Okay.

20        ELAINE:  -- and we pay you each month for

21  that.

22        MALE SPEAKER 1:  Okay, okay.  Understandable.

23   So I get this one.

24        ELAINE:  Correct.  And your $3,000 per month

25  starts before we even buy your truck.

12

1          MALE SPEAKER 1:  Okay.

2          ELAINE:  We are not going to buy your truck

3  until about nine months to a year into your contract.

4          MALE SPEAKER 1:  Okay, okay.

5          ELAINE:  You're going to start receiving this

6  money before we even buy your vehicle.

7          MALE SPEAKER 1:  Okay.  All right.  Okay.  So

8  and then what is -- what is the trailer option?  Do we -

9  - are you guys still doing the trailer option?

10         ELAINE:  So our trailer program is still open.

11  These do not come with a physical asset.  These are

12  just a sponsorship program.

13         MALE SPEAKER 1:  Okay.

14         ELAINE:  You're sponsoring RBL to run our

15  trailer manufacturing program.  And we actually build

16  our own trailers.

17         MALE SPEAKER 1:  Okay.

18         ELAINE:  We are partnered with a company in

19  India known as Black Lion.

20         MALE SPEAKER 1:  Okay.

21         ELAINE:  What they do is they build the

22  trailers there, break them down, ship them here to the

23  U.S. where they get rebuilt so they're U.S built

24  trailers --

25         MALE SPEAKER 1:  Okay.

13

```
1              ELAINE:  -- with parts from India.  And then
2    we are able to either register them under RBL and
3    operate them ourselves, so we don't have to --
4              MALE SPEAKER 1:  Okay.
5              ELAINE:  -- rent as many trailers to outside
6    companies.
7              MALE SPEAKER 1:  Makes sense.
8              ELAINE:  And we are looking at establishing
9    our own trailer dealership to then resell some of these
10   trailers when we get enough for our own vehicles.
11             MALE SPEAKER 1:  Okay.
12             ELAINE:  That's a $50,000 investment for six
13   months.  You have no additional --
14             MALE SPEAKER 1:  Okay.
15             ELAINE:  -- commitments.  You don't have to
16   worry about us building the trailer or anything like
17   that --
18             MALE SPEAKER 1:  Okay.
19             ELAINE:  -- and you get a guaranteed payout at
20   the end of the six months --
21             MALE SPEAKER 1:  Right.
22             ELAINE:  -- of $65,000.
23             MALE SPEAKER 1:  Okay.
24             ELAINE:  So you get your $50,000 back plus
25   $15,000 in interest.  This program is open kind of based
```

14

1   on interest.  We don't have an official closing date for

2   this one at this time.

3           MALE SPEAKER 1:  Okay.

4           ELAINE:  It just depends on how many people

5   invest in it because obviously if we get like 100 in one

6   month, well, we have to catch up and build all of those

7   trailers --

8           MALE SPEAKER 1:  Gotcha, gotcha.

9           ELAINE:  -- and might have to close it, but

10  for now, we're at pretty steady, so we should be able to

11  keep this open.

12          MALE SPEAKER 1:  And the tractor, what about

13  that in -- in regard to closing that?  Any closing

14  issues with that?  Do I have to worry about anything

15  like that with the tractor?

16          ELAINE:  Oh, so as far as the tractor, the

17  only responsibility for you as the investor is to be

18  cooperative when we go through the process --

19          MALE SPEAKER 1:  Yes, okay.

20          ELAINE:  -- of actually getting the loan.

21          MALE SPEAKER 1:  Okay, okay.

22          ELAINE:  So providing documents when we need

23  them --

24          MALE SPEAKER 1:  Okay.

25          ELAINE:  -- signing off on paperwork, but

15

1    we've got a lot of --

2              MALE SPEAKER 1:  Okay.

3              ELAINE:  -- really good lenders right now who

4    are giving us approval.

5              MALE SPEAKER 1:  So I don't got to worry about

6    that then.

7              ELAINE:  Yeah.

8              MALE SPEAKER 1:  Okay.  And then the short

9    term, I know that was another option, the short term.

10             ELAINE:  So these are not mutually exclusive

11   programs.  You can always participate in the truck and

12   the short term --

13             MALE SPEAKER 1:  Okay.

14             ELAINE:  -- or if you want to start with the

15   short term and do the truck later, those always are

16   options for you.

17             MALE SPEAKER 1:  Okay.

18             ELAINE:  But they're not like mutually

19   exclusive.  Our most popular for new investors are these

20   two programs right here because they are three-month

21   programs.  Anything higher than these two is going to be

22   our six-month program.  So the lowest one we have

23   available right now is limited to new investors only.

24   It's $25,000 for three months.  And at the end of three

25   months, you get a total payout of $30,000 to get your

16

1    $25,000 back, plus $5,000 in interest.

2              MALE SPEAKER 1:  Okay.  And --

3              ELAINE:  Like I said, that one's a one-time

4    only, so we do have another three-month program

5    available that you can step up to after if you wanted to

6    do another one.

7              MALE SPEAKER 1:  Okay.  So question, like so

8    hypothetically, if I give you the 25 grand, after the 90

9    days, that's when I get the 5 grand?

10             ELAINE:  Correct, you get your total payout --

11             MALE SPEAKER 1:  Okay, so --

12             ELAINE:  -- all at the end.

13             MALE SPEAKER 1:  -- okay, at the end.  Okay,

14   okay.

15             ELAINE:  Yeah.  This one's not paid monthly

16   like (inaudible) these are in bulk.

17             MALE SPEAKER 1:  Gotcha.  But the short term,

18   is that -- is that also helping out with tractors or

19   where -- what is that -- what does the 25 go to?

20             ELAINE:  We use this for all kinds of --

21             MALE SPEAKER 1:  Okay.

22             ELAINE:  -- business development project, so -

23   -

24             MALE SPEAKER 1:  Ah, okay.

25             ELAINE:  -- running our offices --

17

1      MALE SPEAKER 1:   I got you.

2      ELAINE:  -- satellite offices, like --

3      MALE SPEAKER 1:  I got you.

4      ELAINE:  -- stuff like that.

5      MALE SPEAKER 1:  I got you.  Okay.  The

6  tractors, where are they, physically?

7      ELAINE:  Well, when they're not on the road,

8  they most -- mostly are kept in our Lubbock facility.

9      MALE SPEAKER 1:  Okay, Texas.  Okay.

10      ELAINE:  We have a 55,000 square foot airplane

11  hanger out there where we keep the tractors.

12      MALE SPEAKER 1:  Oh, okay.  Got you, right.

13  You're right, if they ain't moving, they ain't making

14  money.

15      ELAINE:  Yeah.  That's also our maintenance

16  facility.  We do run our own maintenance facility so we

17  don't have to send them to dealerships to get

18  maintained.  So when the trucks aren't on the road, if

19  they have a breakdown or something, they're also located

20  there.  We have a full staff of mechanics --

21      MALE SPEAKER 1:  Gotcha.

22      ELAINE:  -- as well as a regular supply of

23  parts to keep them maintained.

24      MALE SPEAKER 1:  Gotcha.  How long -- how long

25  have you guys been around doing this?

1          ELAINE:  We've been established since 2018.

2          MALE SPEAKER 1:  Okay.  So it's a long-term

3    company.

4          ELAINE:  And we've been running the investment

5    program since 2019.

6          MALE SPEAKER 1:  Okay.  Well, that's good.  So

7    you guys have been and -- and got a -- a decent amount

8    of investors, everything's been going --

9          ELAINE:  We have approximately 1,000 investors

10   in the trucking program alone.

11         MALE SPEAKER 1:  Oh, okay.  Wow.

12         ELAINE:  And then the short term, there's a

13   bunch more in there so that's harder to count.

14         MALE SPEAKER 1:  Got you.  Got you.  Okay.

15         ELAINE:  (Laughter)

16         MALE SPEAKER 1:  Yeah.  I think -- I think the

17   tractor is probably the best option.  It seems you can

18   get -- get the most bang for your buck with that.

19         ELAINE:  Right.

20         MALE SPEAKER 1:  I don't know how you feel

21   about it.

22         ELAINE:  It's a -- it's a very long-term

23   relationship.

24         MALE SPEAKER 1:  Yeah.

25         ELAINE:  You get a pretty steady income over a

19

1    long term of time and it's not like limiting, so if you

2    want to do just one for now and then a couple months

3    down the line, you want to add another, you can always

4    add more.

5           MALE SPEAKER 1:  Yeah, okay.

6           ELAINE:  It's not like oh, you can only have

7    one truck ever or anything like that.

8           MALE SPEAKER 1:  Yeah, I'm probably going to

9    end up, at some point, once -- you know, once it's going

10   good, I'll try to put in some money because you can't

11   beat the returns, you know what I mean?

12          ELAINE:  Uh-huh.

13          MALE SPEAKER 1:  And it seems pretty safe

14   because you guys have been around for so long, so --

15   with that many investors.  So maybe start with -- maybe

16   even start with the two and see how it goes, if I want

17   to do more.

18          ELAINE:  Yeah, you could always start with the

19   two.  We do have that $10,000 rebate program running for

20   the two right now.

21          MALE SPEAKER 1:  Okay.  So how does that work?

22          ELAINE:  So just after one month, you're going

23   to get $10,000 back.  And then your $6,000 starts two

24   months out, just like regular, so you're essentially

25   getting two trucks for $100,000 instead of the $110,000.

20

```
 1              MALE SPEAKER 1:  Gotcha, gotcha, gotcha.
 2              ELAINE:  Yeah.
 3              MALE SPEAKER 1:  Well, it seems good.  In
 4   regards -- hypothetically, so I have a little cousin
 5   that's also somewhat interested in it.  He would
 6   probably be not interested in the tractor part, he
 7   probably wants something quicker, the turnaround thing -
 8   -
 9              ELAINE:  Uh-huh.
10              MALE SPEAKER 1:  -- if I bring him in, any
11   kind of referral bonus or --
12              ELAINE:  We don't have a referral program
13   right now.
14              MALE SPEAKER 1:  -- okay, no referral program.
15    Okay.  So I'll probably just bring him in for the short
16   term and tell him -- can I keep this?
17              ELAINE:  Of course, yeah.  All of this is
18   yours to take, yeah.
19              MALE SPEAKER 1:  And tell him because he'd be
20   new, 25, and he'll probably -- he's a club promoter, so
21   he'd probably -- is bringing in cash kind of okay?
22              ELAINE:  So we can't do cash, but what you can
23   do -- I don't think I have any right now --
24              MALE SPEAKER 1:  Uh-huh.
25              ELAINE:  -- you can take cash to the bank and
```

21

1   get it exchanged for a cashier's check.

2         MALE SPEAKER 1:  Yeah.

3         ELAINE:  They'll print it the same day.

4         MALE SPEAKER 1:  We'll have to do that, yeah.

5   Okay.  All right.

6         ELAINE:  If you bring in cash, we have to make

7   you fill out all of this horrible IRS paperwork and --

8         MALE SPEAKER 1:  No, I'm not -- well, yeah,

9   it'd be him.

10        ELAINE:  -- it's just no fun for anyone.

11        MALE SPEAKER 1:  Yeah, yeah, I don't want to

12   do that.

13        ELAINE:  (Laughter)

14        MALE SPEAKER 1:  I just know he's cash heavy

15   because of the club.  All right.  So what are -- what

16   are the -- theoretically, if I wanted to invest, what

17   are the next steps?

18        ELAINE:  So do you already have a business

19   established that you want to use?

20        MALE SPEAKER 1:  Yeah.  I have a -- I have two

21   businesses established.  I don't know if I should set up

22   a separate LLC.  That's probably the smartest thing to

23   do, I'm not sure.

24        ELAINE:  Totally up to you.

25        MALE SPEAKER 1:  Yeah.

[4/28/2023]  443550.20230405-MBO.amended

22

1          ELAINE:  If you want to use one you already

2     have, you can, but if you wanted to set up a new one,

3     you're welcome to do so as well.

4          MALE SPEAKER 1:  Okay.

5          ELAINE:  We work with both startup companies

6     and established companies, but that's up to you.

7          MALE SPEAKER 1:  Okay.  So once that's --

8     depending if I use one I already have or set up another

9     one, what's my next steps?

10          ELAINE:  So we would collect your business

11     information, your EIN --

12          MALE SPEAKER 1:  Okay.

13          ELAINE:  -- either a voided check or a direct

14     deposit form for your business bank account.

15          MALE SPEAKER 1:  Okay.

16          ELAINE:  So that we know where to send your

17     money.

18          MALE SPEAKER 1:  I got you.  I got you.

19          ELAINE:  Your photo ID, Social Security --

20          MALE SPEAKER 1:  Yeah.

21          ELAINE:  -- build your file.

22          MALE SPEAKER 1:  Okay.

23          ELAINE:  And then once we have all of your

24     information and we know that we're going to be able to

25     start paying you back on time, you're welcome to select

1    any date that you want for your investment.

2         MALE SPEAKER 1:  Okay.

3         ELAINE:  We don't say like oh, you can only

4    invest on the 15th or something like that.  You're

5    welcome to pick any day that you like.  We do have three

6    blackout dates, which are dates that have so many

7    contracts on them, we can't do them anymore.  That's the

8    28th, 29th and 30th.  So if you come in on one of those

9    days --

10        MALE SPEAKER 1:  So the end of the month.

11        ELAINE:  -- we're going to date you for like

12   the 1st or the 2nd or something like that.

13        MALE SPEAKER 1:  Okay (inaudible).

14        ELAINE:  Yeah.  We got -- when we originally

15   closed our program for our cooling period -- last year,

16   we had a very brief cooling period where we close for

17   two months, but everybody came in right before we

18   closed, so now, we have so many contracts on those

19   dates, we can't add any more.  But other than those

20   three days, you're welcome to pick any day that you'd

21   like.

22        MALE SPEAKER 1:  Okay.

23        ELAINE:  And we'll date your contract for that

24   day, you can either come in, like I said, with either

25   the cashier's check or if you want to write a check,

24

1   that's fine, too.

2          MALE SPEAKER 1:  Okay.  Any wires or no?

3          ELAINE:  You can do a wire, yeah.

4          MALE SPEAKER 1:  Okay.

5          ELAINE:  If you want to keep it virtual, you

6   can always send me an email and say hey, I want to start

7   my contract and can then send a digital one.

8          MALE SPEAKER 1:  Well, I don't have to come in

9   --

10         ELAINE:  Yeah.

11         MALE SPEAKER 1:  -- but yeah, just so you can

12  do the wire instead of cashier's check.

13         ELAINE:  Yeah.  You can do a wire as well,

14  that's fine.

15         MALE SPEAKER 1:  Okay, okay.  Sounds good.  Is

16  this the only office space you guys have or you guys got

17  more than this.

18         ELAINE:  This is our only one in Florida.

19         MALE SPEAKER 1:  Oh.

20         ELAINE:  We have an office space in Georgia.

21  It's in Marietta, which is just outside of Atlanta.

22         MALE SPEAKER 1:  Okay.

23         ELAINE:  And then we do have a small office in

24  our Lubbock location.  It only has one manager right now

25  --

25

```
1              MALE SPEAKER 1:  Gotcha.

2              ELAINE:  -- so we're working on getting some

3    more staff out there to run that office.

4              MALE SPEAKER 1:  Gotcha.  Do you have -- do

5    you guys need -- and I'm not sure if I'm going to need

6    it, but have any, I don't know, financial reports

7    showing the last 12 or 18 months type of thing --

8              ELAINE:  We don't share financial information.

9              MALE SPEAKER 1:  Okay, okay.

10             ELAINE:  My goodness.  You're good.

11             MALE SPEAKER 1:  Do I -- is there any way I

12   can lose it, the money?  Like hypothetically, is there

13   some months where I may not get paid?

14             ELAINE:  No.  So we do have the protection in

15   your contract for you --

16             MALE SPEAKER 1:  Oh, okay, perfect.

17             ELAINE:  -- and I can point that out for you.

18             MALE SPEAKER 1:  Yes, please.

19             ELAINE:  So this section right here is

20   actually the protection for your investment.

21             MALE SPEAKER 1:  Okay.

22             ELAINE:  It states that even if we can't get

23   the loan for your truck, since this contract is

24   contingent upon your company getting that approval for

25   the truck --
```

26

1              MALE SPEAKER 1:  Gotcha.

2              ELAINE:  -- your $55,000 or, in theory,

3      $110,000, those contracts look the same.  It just has

4      the different financial information.

5              MALE SPEAKER 1:  Gotcha, gotcha.

6              ELAINE:  It states that even if we can't get

7      that, your $55,000 is protected and can be returned back

8      to you if we have to terminate the contract for that

9      reason.

10             MALE SPEAKER 1:  Okay.

11             ELAINE:  We have never had to terminate a

12     contract for that reason.

13             MALE SPEAKER 1:  Okay, yeah.

14             ELAINE:  But it is in here just in case, so

15     it's like, for example, if we paid you 10 payments of

16     $3,000, we'll return to you whatever the remaining

17     balance is at the time of cancellation.

18             MALE SPEAKER 1:  Okay.

19             ELAINE:  Again, never had to cancel it, but

20     that is a protection for your original investment.  All

21     you would be losing out on at that point would be the

22     interest, and we would be losing out on getting your

23     vehicle.

24             MALE SPEAKER 1:  Okay.

25             ELAINE:  We here at RBL don't make any money

27

1    off your $55,000 or $110,000.  We only make money once

2    we actually purchase your vehicle and start operating,

3    so our goal is to never have --

4              MALE SPEAKER 1:  I would get a portion of

5    that.

6              ELAINE:  -- to cancel a contract for that.

7              MALE SPEAKER 1:  I got you.  You guys are

8    making money off of it moving.

9              ELAINE:  Right.

10             MALE SPEAKER 1:  Okay.

11             ELAINE:  We don't make any money off of your

12   truck --

13             MALE SPEAKER 1:  Okay.

14             ELAINE:  -- because all of it goes into either

15   starting to pay you back or actually buying the vehicle.

16             MALE SPEAKER 1:  Okay, okay.  And that's even

17   better, so you guys --

18             ELAINE:  And then we do have -- oh, it's right

19   here -- your lease payment guarantee.  It would have

20   whatever day that your payments are set to start, so for

21   example, this contract was dated for January, so it's

22   got a March payment.

23             MALE SPEAKER 1:  Okay.

24             ELAINE:  It'll have whatever day those are set

25   to start.  And then we do have a cure protection.

28

1    Typically, these payments take about seven to ten

2    business days to arrive in your account, but if any

3    month it takes too long and you're like hey, it's been,

4    you know, 12 days and I'm not seeing my payments, we put

5    our central email address --

6              MALE SPEAKER 1:  Okay.

7              ELAINE:  -- right in the contract for you so

8    you can email us.  Our finance department has access to

9    this, so they can follow up with the bank and see what's

10   going on.  But we do have a cure protection in here that

11   it is RBL's responsibility to get you those funds each

12   month, even if there's some sort of banking error or

13   something like that.

14             MALE SPEAKER 1:  Okay.  So fi there is any

15   issues, am I reaching out to the finance person?  Do I

16   have like a -- I don't know, like a one-on-one contact

17   that I'm dealing with or how does that work?

18             ELAINE:  There are only two people in the

19   finance department.

20             MALE SPEAKER 1:  Okay.

21             ELAINE:  That would be myself and our director

22   of finance.

23             MALE SPEAKER 1:  (Laughter)  Okay.  Gotcha.

24             ELAINE:  So when you send this email --

25             MALE SPEAKER 1:  Okay, so --

29

1           ELAINE:  -- one of us will find it.

2           MALE SPEAKER 1:  Okay, okay.  So I'll just

3    probably be reaching out to you, more likely than not.

4           ELAINE:  Yeah.

5           MALE SPEAKER 1:  Okay.  Okay.  That makes

6    sense.  That makes sense.

7           ELAINE:  So those are your protections there.

8     It also has the protections in case of any insurance

9    liability claims and things like that.

10          MALE SPEAKER 1:  Oh, yeah, you're right, so

11   how does --

12          ELAINE:  Yeah.  This is our protection for

13   financing of the equipment.

14          MALE SPEAKER 1:  Okay.

15          ELAINE:  So it's RBL's responsibility to fully

16   pay off the cost of your loan.  You have no additional

17   financial responsibilities outside of your initial

18   investment cost.  It is going to be RBL who's paying

19   down payment, loan payment, sales tax, title and

20   everything like that for your truck.

21          MALE SPEAKER 1:  Okay.

22          ELAINE:  And if there are any charges incurred

23   on your account during the financing process, RBL is

24   going to reimburse you for those.

25          MALE SPEAKER 1:  Okay.

30

1          ELAINE:  So if they say okay, the lending

2    company usually requires that the owner, your company,

3    be the one to send the down payment, so we say (phone

4    ringing) --

5          MALE SPEAKER 1:  Take your time.

6          ELAINE:  -- Karen, I'm going to forward this

7    lovely lady to you because she really must need some

8    assistance.

9          KAREN:  Okay.

10          ELAINE:  She keeps calling.  But if they do

11   say that you have to send the downpayment, we're going

12   to say okay, go ahead, use some of the $3,000 we've been

13   sending you every month, pay the downpayment and then we

14   reimburse you for it.

15          MALE SPEAKER 1:  Okay.

16          ELAINE:  They just have to show that the

17   charges come out of your account --

18          MALE SPEAKER 1:  Okay.

19          ELAINE:  -- so they can list you as the owner.

20          MALE SPEAKER 1:  Okay.

21          ELAINE:  It's kind of silly, but we've tried

22   to pay the downpayment before and then they put our name

23   on the title and it's a whole mess.

24          MALE SPEAKER 1:  Okay.

25          ELAINE:  So we just do it that way now where

31

1    we reimburse you.  (Inaudible)

2          MALE SPEAKER 1:  You were talking about

3    liability-wise or something to that effect --

4          ELAINE:  Yeah.

5          MALE SPEAKER 1:  -- so okay.

6          ELAINE:  Here we go.  This is our insurance

7    policy right here.  Insurance is a minimum of $1,000,000

8    of coverage per vehicle, which is far more than the

9    truck itself is worth.

10         MALE SPEAKER 1:  Am I responsible for it or is

11   that --

12         ELAINE:  You are not.

13         MALE SPEAKER 1:  Okay.

14         ELAINE:  It is RBL's insurance that we pay and

15   your company will be listed on this certificate --

16         MALE SPEAKER 1:  Okay, okay.

17         ELAINE:  -- as an additional insured.

18         MALE SPEAKER 1:  Okay.

19         ELAINE:  So that protects you from any

20   insurance liabilities.  And if there is some sort of

21   accident or incident with your vehicle --

22         MALE SPEAKER 1:  Uh-huh.

23         ELAINE:  -- and you receive paperwork or

24   contact about it, you just forward it over to us and we

25   handle it for you.

32

1               MALE SPEAKER 1:  Okay.

2               ELAINE:  You just have to let us know that

3       you're receiving that type of communication.  And then

4       our indemnity clause here protects you in the case of a

5       lawsuit.  If there is an accident or incident with your

6       vehicle and someone tries to include your company in the

7       lawsuit --

8               MALE SPEAKER 1:  Uh-huh.

9               ELAINE:  -- RBL is going to represent on your

10      behalf because we were the ones using the vehicle at

11      that time.

12              MALE SPEAKER 1:  Okay.  So -- so the vehicle

13      would be utilized and used by RBL and it wasn't -- it

14      won't be like you guys buy a vehicle, a truck and then

15      lease it out to somebody else?

16              ELAINE:  Correct.

17              MALE SPEAKER 1:  It'll be RBL employees.

18              ELAINE:  We do not lease outside.

19              MALE SPEAKER 1:  Okay, okay.

20              ELAINE:  Uh-huh.

21              MALE SPEAKER 1:  So okay, so you guys will be

22      protecting me from that.  Okay.

23              ELAINE:  Yeah.  RBL drivers operate our

24      investor vehicles only.

25              MALE SPEAKER 1:  Okay, perfect.

[4/28/2023]  443550.20230405-MBO.amended

33

1           ELAINE:  The only difference -- we do have

2    owner-operators in our program.

3           MALE SPEAKER 1:  Yeah.  Okay, okay.

4           ELAINE:  But yeah, that's totally separate.

5    RBL drivers don't drive those trucks.

6           MALE SPEAKER 1:  Okay.

7           ELAINE:  Yeah.

8           MALE SPEAKER 1:  Well, it seems good.  It

9    seems good.  So I'll get you the business information.

10   Is -- was he the owner, the -- the guy with the --

11          ELAINE:  That is our vice president, Mr.

12   Ricardi Celicourt.  Sanjay Singh is our president.  He

13   should be down on the first floor, but he just got back

14   from visiting our Lubbock facility --

15          MALE SPEAKER 1:  Okay.

16          ELAINE:  -- so I'm not sure if he's in yet

17   this morning.

18          MALE SPEAKER 1:  Okay, okay.

19          ELAINE:  He just came back last night.

20          MALE SPEAKER 1:  All right.  Well, it sounds

21   good.  The numbers are great.  I'm taking my kids --

22   they're out of school today, so next week is their

23   spring break, so I'm taking them to the Bahamas.

24          ELAINE:  Oh, fun.

25          MALE SPEAKER 1:  So yeah, I've got three boys

34

1 --

2          ELAINE:  (Laughter)

3          MALE SPEAKER 1:  -- so I'll probably be back

4    the week after so --

5          ELAINE:  Oh, don't lose one.

6          MALE SPEAKER 1:  Nah, definitely not.  And

7    then so I'll get you all of that paperwork and, if

8    possible, I probably will bring the other guy who's

9    somewhat interested in investing, too --

10          ELAINE:  Uh-huh.

11          MALE SPEAKER 1:  -- but it's going to be a

12    short-term.  He's only going to probably do the 25 or 30

13    thing --

14          ELAINE:  Right.

15          MALE SPEAKER 1:  -- turnaround.  And if

16    possible, at that time I'd like to meet with maybe the

17    VP or I don't know they want to meet now or --

18          ELAINE:  Uh-huh.

19          MALE SPEAKER 1:  -- later with the -- the

20    owner you -- you were talking about them.

21          ELAINE:  Of course.

22          MALE SPEAKER 1:  Yeah, it'd be nice if we

23    could do that, so if that's an option.

24          ELAINE:  Yeah.  As long as you come -- he's

25    leaving for India on April 3rd, so if you're here before

35

1      --

2                  MALE SPEAKER 1:  Okay, so --

3                  ELAINE:  -- April 3rd, we -- yeah.

4                  MALE SPEAKER 1:  Oh, yeah.  Or even after --

5       how long will he be gone?  A long time?

6                  ELAINE:  Oh, I don't know.  That's a good

7       question for Ricardi.

8                  MALE SPEAKER 1:  Like probably months, yeah.

9                  ELAINE:  He'll know.

10                 MALE SPEAKER 1:  Yeah, yeah.  Because yeah,

11      I'm from -- I'm originally from Nigeria, so when we

12      leave, we usually leave for a while because the plane

13      tickets are so expensive.

14                 ELAINE:  Our -- our -- we have an extension

15      office in India.

16                 MALE SPEAKER 1:  Okay.

17                 ELAINE:  We do have an office there for

18      overnight --

19                 MALE SPEAKER 1:  So he's still going to be --

20                 ELAINE:  -- monitoring of our drivers, so he's

21      going to go and do some training there for new hires.

22                 MALE SPEAKER 1:  Oh, I got you.  So he might

23      not be gone too long.

24                 ELAINE:  Yeah.

25                 MALE SPEAKER 1:  It's not like a family visit.

36

1           ELAINE:  I'm not 100 percent sure.

2           MALE SPEAKER 1:  Okay.

3           ELAINE:  No, it shouldn't be.  I mean his

4    mom's there, so he might say hi, but --

5           MALE SPEAKER 1:  Yeah, yeah, I understand.

6    Okay.  Okay.  Am I able to talk with the VP?

7           ELAINE:  Of course, yeah.

8           MALE SPEAKER 1:  Yeah.

9           ELAINE:  Let me get you a folder so you can

10   take all of this home.

11          MALE SPEAKER 1:  Perfect, yep.

12          ELAINE:  And I mean he's not doing anything

13   else right now (laughter).

14          MALE SPEAKER 1:  You guys do all the work.

15   That's how it usually is, the VP gets all the glory.

16          ELAINE:  Kind of flatter him, he gets all the

17   glory.  These are also examples of our short-term

18   contracts, if you are interested in showing these to the

19   person who's interested.

20          MALE SPEAKER 1:  Yes, I will.  Okay.

21          ELAINE:  The short-term contract is the one on

22   top and then our trailer program is on back here.

23          MALE SPEAKER 1:  Let me (inaudible) in case he

24   start asking me questions, I can answer.  It's pretty

25   simple.  So --

37

1           ELAINE:  Oh, yeah, those are very straight-

2    forward.

3           MALE SPEAKER 1:  -- he'll get the money down;

4    90 days later, he'll get his buyout.

5           ELAINE:  Correct.

6           MALE SPEAKER 1:  Okay.

7           ELAINE:  Uh-huh.  Those are super

8    straightforward.

9           MALE SPEAKER 1:  Yeah, I'll give it to him.

10          ELAINE:  Everything on the second page is the

11   things that make it a legally binding contract in the

12   state of Florida, so --

13          MALE SPEAKER 1:  Okay.

14          ELAINE:  -- the default clause and everything

15   like that, that protects his investment.

16          MALE SPEAKER 1:  Okay.

17          ELAINE:  But those are super straightforward.

18          MALE SPEAKER 1:  Okay.  And that's for

19   (inaudible).

20          ELAINE:  That's your package.  If you can sign

21   in for me on that iPad, please.  Thank you.  And let me

22   grab Ricardi for you.

23          MALE SPEAKER 1:  All righty.  Thank you very

24   much, ma'am.

25          ELAINE:  Of course.

[4/28/2023]  443550.20230405-MBO.amended

```
 1                    (Voices in background)

 2              MALE SPEAKER 1:  What's up man?

 3              MR. CELICOURT:  How are you doing?

 4              MALE SPEAKER 1:  I didn't know you were the

 5    man (inaudible) I know you had on a nice pair of shoes.

 6              MR. CELICOURT:  Yes, sir.  Yes, sir.  Thank

 7    you.  Of course, yeah, Versace, too, man.

 8              MALE SPEAKER 1:  Yeah, I try to -- I can't be

 9    as good as you, but I'm trying.

10              MR. CELICOURT:  Of course.

11              MALE SPEAKER 1:  Just -- I -- I got the

12    majority of the information, so it looks good.  The

13    numbers look good.  I told her I'm going to probably

14    bring in somebody else.

15              MR. CELICOURT:  Yeah.

16              MALE SPEAKER 1:  I'm going on spring break, so

17    I'm taking the kids to the Bahamas (inaudible) --

18              MR. CELICOURT:  Oh, very nice.

19              MALE SPEAKER 1:  -- today until it's all next

20    week, so maybe after that, we can meet with you guys --

21              MR. CELICOURT:  Yeah, next week (inaudible).

22              MALE SPEAKER 1:  -- well, I'll be gone.  I'll

23    be in the Bahamas next week --

24              MR. CELICOURT:  Oh.

25              MALE SPEAKER 1:  -- because their spring break
```

39

```
 1    starts this -- today.
 2              MR. CELICOURT:  Okay.
 3              MALE SPEAKER 1:  So I'll be out there, but
 4    I'll probably come back with another guy, so we can
 5    maybe sit down with you and (inaudible).
 6              MR. CELICOURT:  Yeah.  Try to come before
 7    maybe like the end of March because I'm going to be gone
 8    for like two weeks in India --
 9              MALE SPEAKER 1:  Okay, okay.
10              MR. CELICOURT:  -- until the end of April.
11              MALE SPEAKER 1:  Oh, so you're going, too,
12    with him.  Okay.  At the end of April or the beginning
13    of April.
14              MR. CELICOURT:  Beginning of April --
15              MALE SPEAKER 1:  Okay.
16              MR. CELICOURT:  -- like April -- yeah, yeah,
17    like the first week -- first two or three weeks of
18    April.
19              MALE SPEAKER 1:  So maybe -- oh, okay.  So
20    maybe because next week, I'm out because of the kids.
21              MR. CELICOURT:  Yeah.  So what do you like --
22    what do you like the most out of all of our programs?
23              MALE SPEAKER 1:  I've been looking at two
24    trucks.  I'll do the two trucks to start with
25    (inaudible) and then to make sure everything goes
```

[4/28/2023]  443550.20230405-MBO.amended

40

```
1   smoothly, then after the two trucks, I'll do more.  I've
2   got another guy I'm probably going to bring in that's
3   going to do the short term.
4             MR. CELICOURT:  Yeah.
5             MALE SPEAKER 1:  Probably 25 to 30 grand, but
6   --
7             MR. CELICOURT:  Yeah.
8             MALE SPEAKER 1:  -- (inaudible).
9             MR. CELICOURT:  Yeah, definitely it's -- it's
10  a --
11            (Voices in background)
12            MR. CELICOURT:  -- it's a business kind of
13  started from -- from scratch and just grew it and grew
14  it and grew it together --
15            MALE SPEAKER 1:  You can't beat it.
16            MR. CELICOURT:  -- as she just explained to
17  you.
18            MALE SPEAKER 1:  So what about the week of the
19  -- the 27th?  You guys are in --
20            MR. CELICOURT:  Of March?
21            MALE SPEAKER 1:  Yeah, of March.
22            MR. CELICOURT:  Yeah, yeah, yeah.
23            MALE SPEAKER 1:  Because I'm out next week.
24            MR. CELICOURT:  Yeah, yeah, yeah.
25            MALE SPEAKER 1:  So sometime during this week
```

[4/28/2023]  443550.20230405-MBO.amended

41

1    --

2            MR. CELICOURT:  Yeah, that week, yeah, I'll be

3    there.

4            MALE SPEAKER 1:  -- okay.

5            MR. CELICOURT:  I'll be here.   Yeah, yeah, we

6    all will be here.

7            MALE SPEAKER 1:  All right.  So should I just

8    reach out (crosstalk) (voices in background).

9            MR. CELICOURT:  Exactly.

10           MALE SPEAKER 1:  Okay, okay.

11           MR. CELICOURT:  And then yeah, any questions

12   you have, everything is --

13           MALE SPEAKER 1:  She answered most of them, so

14   --

15           MR. CELICOURT:  Yeah, she answered, yeah.

16           MALE SPEAKER 1:  -- so I think she was good.

17           MR. CELICOURT:  She's -- she's -- she's like

18   the face of RBL.

19           MALE SPEAKER 1:  (Laughter)  So I'll get her -

20   -

21           MR. CELICOURT:  Yeah.  She's more -- she's

22   more famous than I am.

23           MALE SPEAKER 1:  Well, I see that (laughter).

24     So I'll get her the information and then maybe meet

25   with you guys sometime that week.

42

1          MR. CELICOURT:  Absolutely.

2          MALE SPEAKER 1:  So I'll get in contact with

3  her and then we can move forward.

4          MR. CELICOURT:  Yeah.  Any -- we're very

5  transparent.  We're very --

6          MALE SPEAKER 1:  Yeah, she was.  She's

7  explained everything to me.

8          MR. CELICOURT:  We -- we want you to know as

9  much as possible.

10          MALE SPEAKER 1:  Yeah.

11          MR. CELICOURT:  You know?  And even if you

12  have questions later, you write it down or either email

13  us --

14          MALE SPEAKER 1:  Okay.

15          MR. CELICOURT:  -- on the video, we're --

16  we're 24 hours.

17          ELAINE:  As you have seen, this phone rings

18  constantly, so --

19          MALE SPEAKER 1:  Yeah (laughter).

20          ELAINE:  -- if you want to email, it's

21  perfect.

22          MR. CELICOURT:  Yeah, yeah.  And so that --

23  yeah, we're -- we're here to answer your questions, the

24  process of buying a truck, of the step-by-step --

25          MALE SPEAKER 1:  Yeah, yeah.

[4/28/2023] 443550.20230405-MBO.amended

43

```
 1              MR. CELICOURT:  -- it's you all in.

 2              MALE SPEAKER 1:  Gotcha.

 3              MR. CELICOURT:  We have about 100 trucks right

 4    now that's in process of purchasing.

 5              MALE SPEAKER 1:  Nice, nice.  Okay.

 6              MR. CELICOURT:  And we estimate to be right

 7    around 400 by the end of the year.

 8              MALE SPEAKER 1:  Okay, okay.

 9              MR. CELICOURT:  Yeah.  So we're growing --

10    we're growing very rapidly.

11              MALE SPEAKER 1:  Yeah, yeah.  And -- and

12    through that process, I'm -- even -- even if, you know,

13    I know you guys are busy doing other ones, once the two

14    months are over, the payments start coming --

15              MR. CELICOURT:  Yes.

16              MALE SPEAKER 1:  -- regardless of the truck.

17              MR. CELICOURT:  Yes.

18              MALE SPEAKER 1:  Okay, yeah.

19              MR. CELICOURT:  Regardless if you have a

20    truck.

21              MALE SPEAKER 1:  Yeah, she explained to me,

22    okay.

23              MR. CELICOURT:  And that's -- that's what --

24    that's what's really good about --

25              MALE SPEAKER 1:  Yeah, you can't --
```

[4/28/2023] 443550.20230405-MBO.amended

44

1              MR. CELICOURT:  -- our business and --

2              MALE SPEAKER 1:  Yeah.

3              MR. CELICOURT:  -- and regardless if you have

4     the truck or not, we're --

5              MALE SPEAKER 1:  The money's rolling in.

6              MR. CELICOURT:  -- the money is rolling.

7              MALE SPEAKER 1:  Okay.

8              MR. CELICOURT:  And not only the money's

9     rolling, it's -- it's -- it's -- it -- it brings money

10    into your business so --

11             MALE SPEAKER 1:  100 percent.

12             MR. CELICOURT:  -- it's -- it's creating

13    revenue --

14             MALE SPEAKER 1:  Yeah, that residual revenue.

15     Yeah.

16             MR. CELICOURT:  -- so when it's time to buy a

17    truck, they ask that bank statement because it's

18    basically you have money that's coming over.

19             MALE SPEAKER 1:  100 percent, yeah.  Added --

20    added income.

21             MR. CELICOURT:  So it benefits both of us.  It

22    benefits us --

23             MALE SPEAKER 1:  Yeah.

24             MR. CELICOURT:  -- because we're putting money

25    in for you and we're just telling you hey, don't use the

45

```
1    money or don't move it and put it into a savings
2    account, thinking you're trying to make that money --
3              MALE SPEAKER 1:  Yeah.
4              MR. CELICOURT:  -- back to --
5              MALE SPEAKER 1:  Yeah, yeah, yeah.
6              MR. CELICOURT:  -- just leave it there, be
7    disciplined and leave it there.
8              MALE SPEAKER 1:  Yeah, understood.
9              MR. CELICOURT:  And then it's going to be
10   nice, you know, even if you go four or five, six months
11   after --
12             MALE SPEAKER 1:  Yeah.
13             MR. CELICOURT:  -- (inaudible) process.
14             MALE SPEAKER 1:  I understand.  Makes sense.
15             MR. CELICOURT:  But anything -- I mean and
16   you're on the email thread --
17             MALE SPEAKER 1:  Yeah.
18             MR. CELICOURT:  -- and we talked about the
19   truck, you know whether the truck is coming from and
20   where it's being picked up and about the lender --
21             MALE SPEAKER 1:  Gotcha.
22             MR. CELICOURT:  -- the terms, the -- the whole
23   entire process.
24             MALE SPEAKER 1:  Gotcha.
25             MR. CELICOURT:  And you have nothing to do
```

[4/28/2023]  443550.20230405-MBO.amended

46

```
1    with -- with --
2              MALE SPEAKER 1:  (Inaudible)
3              MR. CELICOURT:  -- you don't -- you're not
4    participating in the operations.
5              MALE SPEAKER 1:  Gotcha.  Yeah, I like that.
6              MR. CELICOURT:  Regardless of the kind of
7    truck we get, we can get a 1999 truck --
8              MALE SPEAKER 1:  Yeah.
9              MR. CELICOURT:  -- it breaks down, your
10   payment is still the same.  We can -- we will be happy
11   to get a 2022 truck --
12             MALE SPEAKER 1:  Gotcha.
13             MR. CELICOURT:  -- you know, better for us --
14             MALE SPEAKER 1:  Yeah.
15             MR. CELICOURT:  -- but, you know, it's -- it's
16   -- it's all together.  You're all there.
17             MALE SPEAKER 1:  Okay.
18             MR. CELICOURT:  And you know exactly what --
19   what you're getting.
20             MALE SPEAKER 1:  100 percent.
21             MR. CELICOURT:  The truck information, the
22   buyer's order, it has your company name on it.
23             MALE SPEAKER 1:  Okay.
24             MR. CELICOURT:  So yeah --
25             MALE SPEAKER 1:  I like it.
```

47

1              MR. CELICOURT:  -- any questions and -- and

2    through the process, if you have any questions, you can

3    let us know.

4              MALE SPEAKER 1:  100 percent.  100 percent,

5    man.

6              MR. CELICOURT:  So yes, sir.

7              MALE SPEAKER 1:  I appreciate you, brother.  I

8    know you're working, man.

9              MR. CELICOURT:  Of course.  Yes, sir.  Yes.

10             MALE SPEAKER 1:  You stay safe, man.  You take

11   care.

12             MR. CELICOURT:  Yes.  Thank you, sir.

13             MALE SPEAKER 1:  Thank you very much.

14             ELAINE:  Bye-bye.

15             MALE SPEAKER 1:  I'll probably see you

16   sometime during the week of the 27th.

17             MR. CELICOURT:  Yeah, yeah, yeah.  Absolutely.

18    We'll be here.

19             MALE SPEAKER 1:  Okay.  Okay, brother.

20             MR. CELICOURT:  Yes, sir.  Take care.

21             MALE SPEAKER 1:  You too, man.  Take care.

22             MR. CELICOURT:  All right.

23             MALE SPEAKER 1:  (inaudible)

24             (End of recording)

25                    *  *  *  *  *

```
 1              TRANSCRIBER'S CERTIFICATE

 2

 3  I, Wendy Smith, hereby certify that the foregoing

 4  transcript is a complete, true and accurate

 5  transcription of all matters contained on

 6  the recorded proceedings in the Matter of ROYAL BENGAL

 7  LOGISTICS.

 8  PROVIDED - 1267.006

 9  443550-MBO

10

11

12

13  Transcriber   4-10-2023

14

15

16

17

18

19

20

21

22

23

24

25
```

# Attachment 10

# FL-04345

## *448693.amended.20230425-MBO*

### *4/28/2023*

**Full-size Transcript**

**Prepared by:**

FL-04345

Monday, May 1, 2023

1

1   THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3   In the Matter of:              )

4                                  )  File No. FL-04345-A

5   ROYAL BENGAL LOGISTICS         )  AMENDED 4-28-2023

6

7   SUBJECT:   0034.001.cam1.avi

8              0034.002.cam1.avi

9              0034.003.cam1.avi

10  PAGES:   1 through 66

11

12

13

14

15

16

17

18                    AUDIO TRANSCRIPTION

19

20

21

22

23

24            Diversified Reporting Services, Inc.

25                    (202) 467-9200

2

```
 1                   P R O C E E D I N G S

 2              (0034.001.cam1.avi)

 3              INVESTIGATOR #2:  That's on.

 4              INVESTIGATOR #1:  Yeah, hold on.  Oh yeah,

 5     mic's still going there.  Cool.

 6              INVESTIGATOR #2:  Okay.  That's on,

 7     remember.  We need to wait for where your mouth will

 8     go.

 9              INVESTIGATOR #1:  Which way are you going?

10     My folder or that one?

11              INVESTIGATOR #3:  I got the keys.

12              INVESTIGATOR #1:  Oh yeah, right.  Well,

13     I'm just saying.

14              INVESTIGATOR #2:  Okay, that's on.

15              INVESTIGATOR #1:  Perfect.  Friday, March

16     31st, 2023.  10:39 A.m. Cassette monitor with UCE's

17     and unknown subjects.  (Inaudible).

18              INVESTIGATOR #3:  UCE 11869.

19              INVESTIGATOR #1:  There you go.  This is

20     interesting.

21              INVESTIGATOR #2:  All right.

22              INVESTIGATOR #1:  Location will be 9600

23     West Sample Road.

24              INVESTIGATOR #2:  You have a phone you want

25     to use in case you need to locate me?
```

3

```
1              INVESTIGATOR #3:  You can keep this one.

2              INVESTIGATOR #1:  You know that number?

3              INVESTIGATOR #3:  Yeah, yeah.

4              INVESTIGATOR #1:  Okay.

5              INVESTIGATOR #3:  I'm going to go to the

6    bathroom and see if I've got one too.

7              INVESTIGATOR #1:  I think it's working on

8    that.

9              INVESTIGATOR #3:  Look at the password, see

10   if it's working.

11             INVESTIGATOR #1:  Oh no, it's working.

12             INVESTIGATOR #3:  Think the password's on?

13             INVESTIGATOR #1:  (Inaudible).  It's 2101

14   to unlock it.  And my number, if you need to call me

15   for that one.  If you see that 76 number calling,

16   it's me.

17             INVESTIGATOR #2:  Okay.  2101?

18             INVESTIGATOR #3:  Yeah, it's on lock.

19             INVESTIGATOR #2:  Got it.  All right guys,

20   good luck.

21             INVESTIGATOR #3:  All right, bro.

22             INVESTIGATOR #2:  Talk to you about 15

23   minutes after.

24             INVESTIGATOR #3:  All right, bro.

25             INVESTIGATOR #1:  Oh, there it is.  I'm
```

4

1   like, where did his fucking phone go?

2           INVESTIGATOR #3:  Yeah, hold on.

3           INVESTIGATOR #1:  Goddamn.

4           INVESTIGATOR #3:  I put this thing all the

5   way back, and it's still.

6           INVESTIGATOR #1:  Oh yeah.

7           INVESTIGATOR #3:  It looks cool on the

8   outside.

9           INVESTIGATOR #1:  If you look in the back,

10  no space if somebody's trying to get it.

11          INVESTIGATOR #3:  Mark couldn't fit in this

12  shit.

13          INVESTIGATOR #1:  Oh no.

14          INVESTIGATOR #3:  Because it's just.

15          INVESTIGATOR #1:  He can't fit in a lot of

16  stuff, though, dog.

17          INVESTIGATOR #3:  That's a fact.  You get

18  the address?

19          INVESTIGATOR #1:  Yeah, it's like 9600

20  Sample Road or something.  Get your door again, Trey.

21  Pull that bitch hard.  Massive fucking door.

22          INVESTIGATOR #3:  Is it off?

23          INVESTIGATOR #1:  Yeah.  (Inaudible).

24          INVESTIGATOR #3:  Mm-hmm.

25          NAVIGATOR:  Turn right on North University

5

1    Drive.  In one mile, turn right on Sample Road.

2              INVESTIGATOR #3:  This here's thorough.

3              INVESTIGATOR #1:  One mile out, four

4    minutes.

5              INVESTIGATOR #3:  This is everybody that

6    was there last time?  The black dude.

7              INVESTIGATOR #1:  No, that ain't him.  Let

8    me see the other one.

9              INVESTIGATOR #3:  What about the other one?

10             INVESTIGATOR #1:  This one?

11             INVESTIGATOR #3:  Yeah, there's another.

12   Keep going.  That him?

13             INVESTIGATOR #1:  Nope.  They got a lot of

14   people, I don't know where they at.  Maybe they're

15   all over.

16             INVESTIGATOR #3:  Oh, okay.

17             INVESTIGATOR #1:  This guy's name was like

18   Bacardi.

19             INVESTIGATOR #3:  Oh, okay.  It ain't none

20   of these people.

21             INVESTIGATOR #1:  (Inaudible).  I don't

22   know if you've seen him.

23             INVESTIGATOR #3:  Oh, this dude right here?

24             INVESTIGATOR #1:  No.

25             INVESTIGATOR #3:  Oh that's the vice

6

```
 1    president of credit and acquisition.

 2              INVESTIGATOR #1:  That dude's like

 3    (inaudible).

 4              INVESTIGATOR #3:  Works for American

 5    Airlines, apparently.

 6              NAVIGATOR:  In one thousand feet, turn

 7    right on Sample Road.

 8              INVESTIGATOR #1:  Half mile out, three

 9    minutes.

10              INVESTIGATOR #3:  Oh here we go.

11              INVESTIGATOR #1:  Yep.  Means we'll get

12    along with, in that case.

13              INVESTIGATOR #3:  This is the development

14    team.  Bacardi, Bruce.

15              INVESTIGATOR #1:  That's who we're supposed

16    to meet with.  Me too.

17              INVESTIGATOR #3:  Oh, okay.

18              INVESTIGATOR #1:  She kind of took over, he

19    was there.  But she took over.

20              INVESTIGATOR #3:  Oh, okay.

21              INVESTIGATOR #1:  And then you were

22    supposed to meet with him.

23              INVESTIGATOR #3:  Gotcha.

24              INVESTIGATOR #1:  She sent me that email

25    saying he out.
```

7

1          INVESTIGATOR #3:  All right, cool.

2          INVESTIGATOR #1:  Oh shit.  Supposed to be

3   over here on the left.

4          NAVIGATOR:  In one hundred feet, turn left

5   onto (inaudible).

6          INVESTIGATOR #1:  Oh, I see.  It's this

7   building over here on the left.

8          INVESTIGATOR #3:  All right.

9          INVESTIGATOR #1:  Think that it's 208.

10  Parking kind of stinks, I used to park in the back.

11  She lying, she using too much hand movement.  I'm

12  telling you, I put the check in the mailbox two weeks

13  ago.

14         INVESTIGATOR #3:  Got an old story.

15         NAVIGATOR:  Turn right.

16         INVESTIGATOR #1:  All right, we're on

17  scene.  Pulling into the parking lot.

18         NAVIGATOR:  Turn left, then turn left.

19         INVESTIGATOR #1:  This one.  That's yours?

20         INVESTIGATOR #3:  Yeah.

21         INVESTIGATOR #1:  Take this one.

22         INVESTIGATOR #3:  Coffee?

23         INVESTIGATOR #1:  We're going to the same

24  place I was going last night.  Nothing.  Come on,

25  man.

8

1                    (Inaudible).

2                    Re-located to the third floor.  Office is

3      on the third floor.

4                    VOICE #4:  How are you guys doing?

5                    INVESTIGATOR #3:  Good, how are you doing,

6      man?

7                    VOICE #4:  You looking for RBL?

8                    INVESTIGATOR #1:  Yeah, for Lane.

9                    VOICE #4:  Third floor.

10                   INVESTIGATOR #1:  Okay, let me use the

11     bathroom.

12                   INVESTIGATOR #3:  Yeah.

13                   VOICE #4:  Second floor.

14                   INVESTIGATOR #3:  Second floor, bathroom?

15                   INVESTIGATOR #1:  Second floor?

16                   VOICE #5:  Are you looking for RBL, third

17     floor?  There's a rest room on the third floor.

18                   VOICE #4:  There's one on the third floor

19     too?

20                   VOICE #5:  Yeah.

21                   VOICE #4:  All right, so you're right

22     there.  It's to the left when you get off the

23     elevator, on the third floor.  That's the office.

24                   INVESTIGATOR #1:  Okay.

25                   VOICE #5:  And you don't need a code.  You

9

1   turn left for RBL and right for the rest room.

2           INVESTIGATOR #1:  Okay.

3           (Inaudible).

4           VOICE #4:  All right, take care guys.

5           RBL REPRESENTATIVE:  Hi.

6           INVESTIGATOR #1:  How are you doing?

7   What's up?

8           RBL REPRESENTATIVE:  Morning, morning.

9           INVESTIGATOR #1:  How are you doing?

10          RBL REPRESENTATIVE:  I'm all right.

11          INVESTIGATOR #1:  Good.

12          RBL REPRESENTATIVE:  I really think it's

13  just the new foundation I purchased.

14          VOICE #6:  No, no, it's going down.

15          RBL REPRESENTATIVE:  Oh, okay.  I don't

16  think it's doing anything.

17          VOICE #6:  No it is.  Secondly.  Nothing,

18  I'm confused.

19          RBL REPRESENTATIVE:  Okay.  You guys can

20  come on over, what can I do for you?

21          INVESTIGATOR #1:  This is the young fellow

22  I was telling you about last time I was in.

23          INVESTIGATOR #3:  How are you doing?

24          RBL REPRESENTATIVE:  I'm doing all right.

25          INVESTIGATOR #1:  Was that it, Bacardi?

10

1    And the owner, I don't even remember from last time,

2    but you told me they were in India.

3            RBL REPRESENTATIVE:  Yes, they are in

4    India.

5            INVESTIGATOR #1:  I figured since he was

6    going to tell me, after we came in to talk to you.

7            RBL REPRESENTATIVE:  No problem, no

8    problem.  Let me grab some of my documents for you.

9    Primarily interested in our trucking investment

10   program?

11           INVESTIGATOR #3:  Yeah, he told me a little

12   bit, but I figured I'd just come talk to you.

13           RBL REPRESENTATIVE:  A lot of information.

14           INVESTIGATOR #3:  Yeah.  So I figured I'd

15   just come talk to you, and hear it from you.

16           RBL REPRESENTATIVE:  Of course.

17           INVESTIGATOR #3:  Because he's not the best

18   at responding.  But he said it should be a good

19   investment.

20           RBL REPRESENTATIVE:  So this is our

21   investor plan, it has all of our different levels of

22   investment that are currently available.

23           INVESTIGATOR #3:  Okay.

24           RBL REPRESENTATIVE:  First page here has

25   our truck investment programs.  The truck investment

11

1  itself is a five year contract, so it's a 60 month

2  contract.  Comes with a 58 month return period,

3  meaning that the returns on your investment do start

4  two months after you sign a contract with us.

5          INVESTIGATOR #3:  Oh, wow.

6          RBL REPRESENTATIVE:  And that's a

7  guaranteed monthly payment of 3000 dollars per month

8  for 58 months.

9          INVESTIGATOR #3:  Okay.

10          RBL REPRESENTATIVE:  So your initial

11  investment is 55,000.  Accumulated over time, you're

12  going to have an accumulated return of 174,000 which

13  is your 55,000 back plus all the interest over time.

14  And your company will be the owner of the vehicle at

15  the end of the contract.  So you'll be welcome to do

16  whatever you like with that truck, whether that's

17  take it and operate it yourself if you're interested

18  in doing so.

19          Or, you don't have a CDL, you don't have a

20  CDL driver.

21          INVESTIGATOR #3:  Right.

22          RBL REPRESENTATIVE:  Whatever the case may

23  be.  You can then resell that vehicle either back to

24  us, or to somebody else.  But we would like the

25  opportunity to purchase it from you, if you are

12

1   looking to sell.

2          Hello, if you can sign in for me.

3          INVESTIGATOR #3:  So you all, yeah, I don't

4   have a CDL, I'm just looking to do the investment

5   part.  So you all could provide drivers or?

6          RBL REPRESENTATIVE:  Yeah, so you're

7   leasing the truck to us 100 percent for your full

8   five years, so we do the drivers, book the loads,

9   insurance, maintenance, everything like that for the

10  full five years.

11         INVESTIGATOR #3:  Okay, and then this, so,

12  when does the monthly return start?

13         RBL REPRESENTATIVE:  So, two months after

14  you sign up.  So let's say you sign up in April, that

15  payments going to start for you in June.  And then it

16  will be every single month after that for the

17  remainder of your contract.

18         INVESTIGATOR #3:  Wow, so this is about 18

19  months, I got pretty much all my money back.

20         RBL REPRESENTATIVE:  Right.  Mm-hmm

21  (affirmative).

22         INVESTIGATOR #3:  All right, and then kind

23  of that same thing if we went with the higher amount?

24         RBL REPRESENTATIVE:  Yes, the only

25  difference with the higher one, you will get two

13

1   trucks at the end and we have this $10,000 rebate

2   program.

3               INVESTIGATOR #3:  Okay.

4               RBL REPRESENTATIVE:  Where after one month,

5   you get $10,000 dollars back.  So you're essentially

6   getting two trucks for $100,000 instead of 110.  It's

7   a rebate program that we're running, it's the first

8   time we've ever tried a rebate program.  So it is

9   relatively new, but we do have several people

10  participating in it.

11              INVESTIGATOR #3:  Is there, so how quickly

12  would I need to invest to get into the rebate

13  program?  Is there something that's running?

14              RBL REPRESENTATIVE:  We are not expecting

15  to close the rebate program.

16              INVESTIGATOR #3:  Oh, okay.

17              RBL REPRESENTATIVE:  Because it is doing

18  pretty well, so we want to keep it open for as many

19  people as possible.

20              INVESTIGATOR #3:  Gotcha.

21              RBL REPRESENTATIVE:  The only thing is, we

22  did just announce yesterday, and I don't think you're

23  on our email list yet, so you probably didn't see

24  that, we are closing for our annual cooling period,

25  April 28th.  I believe that we mentioned that to you.

14

1              INVESTIGATOR #1:  I think so.

2              RBL REPRESENTATIVE:  We officially

3    announced the date.  So April 28th, we're closing for

4    all truck investments.  We expect it to be about two

5    months, and then we re-open.  We are not expecting a

6    price increase after that two months.  It should

7    still stay the same, so if you're not able to get in

8    by April 28th, no problem.  An email's going to go

9    out when we re-open to everybody to let you know when

10   we're going to re-open.  But there shouldn't be a

11   price hike.  We're not expecting one.

12             INVESTIGATOR #1:  Okay.  So if I do get in

13   before the 28th, even though you all are closed, I

14   would still get those?

15             RBL REPRESENTATIVE:  Yeah, your payments

16   still start and everything, we just don't take in new

17   investments.

18             INVESTIGATOR #1:  Oh, okay.

19             RBL REPRESENTATIVE:  Because we focus

20   solely on buying assets during that cooling period.

21   We just don't take in any new truck investments.  The

22   short-term programs, which are on the next page,

23   those will still be running during the cooling

24   period.  We just cool adding trucks to the investment

25   pipeline, while we add trucks to the fleet.  If that

15

1  makes sense.

2        INVESTIGATOR #1:  Okay, okay.  So you were

3  mentioning the short-term one as well?

4        RBL REPRESENTATIVE:  Yes.  So our short-

5  term programs, these are not mutually exclusive, so

6  if you wanted to do the truck and then this, or vice

7  versa, or do both at the same.

8        (0034.002.cam1.avi)

9        RBL REPRESENTATIVE:  People do that.

10  You're more than welcome to.

11        INVESTIGATOR #3:  Oh, okay.

12        RBL REPRESENTATIVE:  These two here are our

13  most popular for new investors, because they are our

14  shortest length investments that we offer.  These are

15  three month programs, they are not associated with a

16  truck or anything like that.  They are just standard

17  loan programs, and you get your total payout at the

18  end of the term.

19        So the lowest level we have is the $25,000,

20  three-month program.  And at the end of three months,

21  you get $30,000.  You do not have to have a business

22  established to participate in these programs.  You

23  can do this either under a personal account, or under

24  a business account.

25        INVESTIGATOR #3:  Okay.

16

1             RBL REPRESENTATIVE:  We do file a 1099-INT

2    for these investments.  So you would get paperwork

3    next year showing the interest you earned, that you

4    can use to file your taxes.

5             INVESTIGATOR #3:  Right.  So these are just

6    an investment into the company?

7             RBL REPRESENTATIVE:  Right.

8             INVESTIGATOR #3:  Is that what that is?

9             RBL REPRESENTATIVE:  Yeah, we use them for

10   business development growth opportunities.

11            INVESTIGATOR #3:  Okay.

12            RBL REPRESENTATIVE:  So running our office

13   in Georgia, our maintenance facility in Texas, things

14   like that.

15            INVESTIGATOR #3:  So outside of the return,

16   do I get a small percentage of the company or is just

17   solely.

18            RBL REPRESENTATIVE:  Just a straight loan.

19            INVESTIGATOR #3:  Just a straight loan.

20   Okay.  So it's basically a loan to the company, and

21   you all are.

22            RBL REPRESENTATIVE:  And then we give you

23   an interest on on it.

24            INVESTIGATOR #3:  Interest on it.  Okay.

25   And so if I do a 25 or 35.

17

```
1              VOICE #6:  (Inaudible) The special.

2              RBL REPRESENTATIVE:  Let me share with you,

3     the 50.  We're gonna share.  It's currently dated for

4     April 1st, the date due is today.  There you go, it

5     should be in your email.

6              VOICE #6:  You sent it for me?

7              RBL REPRESENTATIVE:  Yeah.  Okay.  Yeah,

8     these two are only three-month programs.  Anything

9     higher than that is our six-month program.  I don't

10    think I have a printout of the trailer program right

11    now, so let me open it up on here for you, and I can

12    print you out a copy as well.

13             INVESTIGATOR #3:  Okay.

14             RBL REPRESENTATIVE:  Our trailer investment

15    program, if you were interested in doing a 50, I

16    highly recommend this one instead.  This is a new

17    program, it just opened about two weeks ago.

18             INVESTIGATOR #3:  Okay.

19             RBL REPRESENTATIVE:  Three weeks ago.

20    We've run it before.  We ran it last July for a very

21    small group of investors to test it.  It was

22    successful, so we were able to open it up again.  We

23    are able to give you a higher percent return on your

24    investment with these, because your funds are being

25    allocated for a specific purpose.  What we are doing
```

18

1    is we are constructing our own trailers here at RBL.

2              INVESTIGATOR #3:  Oh wow.

3              RBL REPRESENTATIVE:  Which we then either

4    register under RBL's name and use ourselves, or we

5    are also opening a trailer dealership in Texas to

6    sell some of those excess trailers.  So we are able

7    to give you a higher percent return on that.  Again,

8    just like the short-terms, this one does not come

9    with any assets.

10             INVESTIGATOR #3:  Right.

11             RBL REPRESENTATIVE:  This is just a

12   sponsorship program.

13             INVESTIGATOR #3:  Okay.

14             RBL REPRESENTATIVE:  But you do get 30

15   percent interest on these in six months.  So if you

16   were looking at these six-month programs, I would

17   recommend this one instead.  But if you were looking

18   at the three-month, this is still definitely your

19   best option here, one of these two.

20             INVESTIGATOR #3:  Well, I like the higher

21   rate of return.  So looking here, if I went with the

22   six months, it would be twenty.

23             RBL REPRESENTATIVE:  We don't see that

24   200,000 a lot.  I wouldn't recommend the 200,000, I

25   would recommend the 100.

19

1    INVESTIGATOR #3:  So this has been my

2  issue.  I've been investing in flipping homes up in

3  the Orlando area.  But it's taking nine months to get

4  my money back.

5    RBL REPRESENTATIVE:  Right.

6    INVESTIGATOR #3:  So when he was talking

7  about this, it seems a little bit quicker.

8    RBL REPRESENTATIVE:  Right, six months on

9  the trailers or three months if you do one of those

10  little guys.

11    INVESTIGATOR #3:  Okay, so with the

12  trailer, you all are making those here and then

13  selling them in Texas?

14    RBL REPRESENTATIVE:  We make them in Texas.

15    INVESTIGATOR #3:  Oh, okay.

16    RBL REPRESENTATIVE:  So we have a

17  maintenance facility, this is actually it right here.

18  It's very difficult to see in these photos, but it is

19  a 55,000 square foot airplane hangar.

20    INVESTIGATOR #3:  Oh, wow.

21    RBL REPRESENTATIVE:  We run our maintenance

22  facility out of there.  It's how we self-maintain all

23  of our trucks.  And the other half of it is dedicated

24  to trailer construction.  Currently we are building

25  only dry van trailers, so non-refrigerated trailers.

20

```
 1    Our president, actually, that's why they're in India
 2    right now.  They are with our trailer division
 3    working on hopefully moving towards building
 4    refrigerated trailers as well.
 5              INVESTIGATOR #3:  Okay, what part of Texas?
 6    I have a good friend that's in Dallas.
 7              RBL REPRESENTATIVE:  It's in Lubbock.
 8              INVESTIGATOR #3:  I think that's west.
 9              RBL REPRESENTATIVE:  I don't know where it
10    is, I've never been there.
11              INVESTIGATOR #3:  Because T's out that way.
12              INVESTIGATOR #1:  Yeah.
13              INVESTIGATOR #3:  T.J.'s out that way.  And
14    he has a CDL too.  So do you all have this same
15    company out there in Texas too?
16              RBL REPRESENTATIVE:  Right, yeah so our
17    maintenance facility's there and then we have two
18    representatives right now for the business
19    development department.  We're working on getting
20    some more staff for us trained out there.
21              INVESTIGATOR #3:  Oh, okay.  Maybe we'll
22    tell him about it too.  Because he does have a CDL.
23    He's living out there.
24              RBL REPRESENTATIVE:  Yeah.
25              INVESTIGATOR #3:  So this one, I'm
```

[4/28/2023]  448693.amended.20230425-MBO

1    basically investing, and helping you all build and

2    sell these out there in Texas.

3              RBL REPRESENTATIVE:  Right.

4              INVESTIGATOR #3:  But since you all are

5    starting to sell them, it's a higher rate of return?

6              RBL REPRESENTATIVE:  Correct.

7              INVESTIGATOR #3:  And this is new, so not a

8    lot of people are in this yet?

9              RBL REPRESENTATIVE:  Right now we've got

10   about 40-ish people who are in this program, active.

11             INVESTIGATOR #3:  Okay.

12             RBL REPRESENTATIVE:  And we had about 15 or

13   20 back in the July round.  And they've all been paid

14   out already.  So we waited until they were paid out

15   before opening this new round.

16             INVESTIGATOR #3:  Does it get cut off at a

17   certain amount of investors?

18             RBL REPRESENTATIVE:  Not at this time,

19   that's going to actually depend on how fast we can

20   get our India team shipping parts here.

21             INVESTIGATOR #3:  Okay.

22             RBL REPRESENTATIVE:  If we get, say, 100 in

23   one month, we're going to have to close it, because

24   we can only build trailers so fast.

25             INVESTIGATOR #3:  Right, right, yeah,

22

1    that's.

2              RBL REPRESENTATIVE:  But it does depend

3    just kind of on interest, there's no hard deadline or

4    anything.

5              INVESTIGATOR #3:  Okay, well, that's good.

6    So there's still time for me to get into that one.

7    Okay.  That one's sounding good.  And you said if I

8    wanted to maybe do this trailer one, for the quick

9    investment, but also get a truck, that's possible as

10   well?

11             RBL REPRESENTATIVE:  Correct, not mutually

12   exclusive.  You can do one, you can do both, totally

13   up to you.

14             INVESTIGATOR #3:  Okay.  God.

15             RBL REPRESENTATIVE:  No, you're all right.

16             INVESTIGATOR #3:  Oh, okay.  Okay.

17             RBL REPRESENTATIVE:  I know who it is.

18             INVESTIGATOR #3:  Oh, okay.  All right.  So

19   the amount of investors doesn't matter.  So I don't

20   have to worry about someone getting to it before me.

21             RBL REPRESENTATIVE:  Mm-hmm (affirmative).

22             INVESTIGATOR #3:  How does it work?  Let's

23   say I want to go through with this?

24             RBL REPRESENTATIVE:  Right.

25             INVESTIGATOR #3:  So what's the process

23

1  after that?

2          RBL REPRESENTATIVE:  So the trailer

3  program, you can also do under a personal account or

4  a business.

5          INVESTIGATOR #3:  Okay.

6          RBL REPRESENTATIVE:  If you have a business

7  already established that you want to use, we would

8  collect your business information, EIN, bank account.

9  So we would need either a voided check or direct

10  deposit form for the account that you wanted the

11  money to go back to at the end of the term.

12          INVESTIGATOR #3:  Right.

13          RBL REPRESENTATIVE:  Photo ID, basic stuff

14  like that.  And then you would be welcome to pick

15  whatever day that you want for your investment.

16  You're welcome to come here in person and invest by

17  bringing in a cashier's check made out to Royal

18  Bengal Logistics.

19          INVESTIGATOR #3:  Okay.

20          RBL REPRESENTATIVE:  Or, if you didn't want

21  to drive all the way back here, you could always do

22  it entirely virtually.  We would email you your

23  contract for your chosen date, along with our wire

24  transfer instructions.  And you could do a wire

25  transfer as well.

24

1           INVESTIGATOR #3:  So I think I would want

2 to, because the way I typically do, I'd start a new

3 LLC with a different investment.  So if I started a

4 new LLC, getting just for this investment.

5           RBL REPRESENTATIVE:  Right.

6           INVESTIGATOR #3:  I could do that

7 separately and just provide that info to you all?

8           RBL REPRESENTATIVE:  Yeah, that's no

9 problem.  You could definitely do that.

10           INVESTIGATOR #3:  Okay, okay.  All right.

11           RBL REPRESENTATIVE:  Don't fall asleep, we

12 need you.

13           INVESTIGATOR #3:  And so regardless of how

14 many of these you all actually sell out there, how

15 safe is my investment?

16           RBL REPRESENTATIVE:  Correct.  So the

17 trailer investment is 100 percent guaranteed

18 regardless of if we're able to sell it, if we decide

19 to use it ourselves.

20           INVESTIGATOR #3:  Really?

21           RBL REPRESENTATIVE:  Whatever the case may

22 be, because that's RBL's responsibility at that

23 point.  All you're doing is just sponsoring us to use

24 the funds for trailer parts, construction, everything

25 like that.

[4/28/2023]  448693.amended.20230425-MBO

25

1          INVESTIGATOR #3:  So, okay.

2          RBL REPRESENTATIVE:  It has your initial

3    investment here for your total payout of 65.

4    Everything here is very similar to what's in our

5    other contracts, this just states that instead of the

6    funds getting you an attainable asset, you're just

7    sponsoring us to create that asset.

8          INVESTIGATOR #3:  Okay.

9          RBL REPRESENTATIVE:  It would have whatever

10   your date is that you're set to be paid out here,

11   this contract was obviously written quite some time

12   ago that we have an example date of the 3rd here.

13   This section, Section E, is your entitlement to your

14   full funds of your 65,000.  It also states that after

15   that 65,000, the builder, which is us here at RBL,

16   has no further funds to provide, regardless of the

17   amount the trailer sells for, anything like that.  So

18   we could sell it for 50,000, we could sell it for

19   100,000, it's not going to impact your amount.

20   You're always guaranteed the 65.

21          INVESTIGATOR #3:  I'm guaranteed the, okay.

22          RBL REPRESENTATIVE:  So you're not impacted

23   by sale or lack of sale.

24          INVESTIGATOR #3:  Oh, okay, so regardless

25   if another COVID comes or whatever, I'm good to go.

26

```
 1              RBL REPRESENTATIVE:  Exactly.

 2              INVESTIGATOR #3:  Okay, that's good to

 3    hear.

 4              RBL REPRESENTATIVE:  That's in here

 5    especially because some of the trailers we are not

 6    selling, we're registering them under our name and

 7    using them ourselves.  So we're not going to be like

 8    this investor, we can't register it because we have

 9    to sell it or whatever, you're just going to get your

10    same amount of money no matter what we do with it.

11              INVESTIGATOR #3:  Oh wow, okay.  I like

12    that.  Because I've done some other stuff and people

13    have been real shaky, so the fact that I'm going to

14    get it regardless of the industry.

15              RBL REPRESENTATIVE:  Right.

16              INVESTIGATOR #3:  Got it.

17              RBL REPRESENTATIVE:  Because the trailer

18    industry is very hot right now, but you never know.

19              INVESTIGATOR #3:  Right.

20              RBL REPRESENTATIVE:  Very good with the

21    trailer industry, so what we do, is we actually have

22    the trailers built in India.  They're broken down,

23    the parts are shipped here, and then they're rebuilt

24    in Texas.

25              INVESTIGATOR #3:  Say that again.
```

27

1                    RBL REPRESENTATIVE:  Yeah, so the parts are

2       created in India.

3                    INVESTIGATOR #3:  Okay.

4                    RBL REPRESENTATIVE:  With our India

5       division, it's a partner company called Black Lion.

6                    INVESTIGATOR #3:  Okay.

7                    RBL REPRESENTATIVE:  The trailers are then

8       broken down, all the parts are shipped here, and they

9       are reconstructed here, so they are US-built trailers

10      with Indian manufactured parts.  And then we're able

11      to go through the registration process as a US-built

12      trailer.

13                   INVESTIGATOR #3:  Oh, okay.

14                   RBL REPRESENTATIVE:  If we were shipping

15      whole-built trailers from India, the registration

16      process is a whole, another thing.

17                   INVESTIGATOR #3:  Gotcha.

18                   RBL REPRESENTATIVE:  Because they're

19      technically India trailers.  But if they are

20      constructed here, they are US-built trailers.

21                   INVESTIGATOR #3:  Okay.  Are any of them

22      here, would I be able to see any of them?  Or are

23      they all in Texas?

24                   RBL REPRESENTATIVE:  None of them are here

25      in Florida, because the loads don't book as high

28

1   coming down to Florida.  We don't have a lot of our

2   trailers running loads down here.

3            INVESTIGATOR #3:  Gotcha.

4            RBL REPRESENTATIVE:  The loads that are the

5   most profitable are towards the Northeast and the

6   Midwest.  I do believe I have some pictures of our

7   trailers, though that I can show you.

8            INVESTIGATOR #3:  Oh yeah?

9            RBL REPRESENTATIVE:  Let me get my keyboard

10  back over here.  Let me see.  These are just some

11  slides from our annual conference, there we go.  This

12  is the glamour shot, but this is actually one of our

13  trailers.

14           INVESTIGATOR #3:  Oh, that's the one in

15  Lubbock?  The facility in Lubbock.

16           RBL REPRESENTATIVE:  This is our facility

17  in Lubbock.  You can see it's got 30 trailers in it

18  right now, so it's pretty big.

19           INVESTIGATOR #3:  Right.

20           RBL REPRESENTATIVE:  These are full-sized

21  trailers next to each other.  This is the glamour

22  shot of one of our trailers.  But this is an RBL-

23  built trailer.

24           INVESTIGATOR #3:  Okay.

25           RBL REPRESENTATIVE:  It didn't have the

29

1   logo on the side, yet, but they are getting sticker-

2   branded.  This is just a fresh built one that we were

3   test driving.

4            INVESTIGATOR #3:  Okay.

5            RBL REPRESENTATIVE:  We have an old -- the

6   US Government sold off an old airbase so we have an

7   entire landing strip that we get to test drive our

8   trucks and trailers on.  So that's what it's on right

9   here is an old landing strip.

10           INVESTIGATOR #3:  That's pretty cool.

11           RBL REPRESENTATIVE:  Outside the Reese

12  Center in Lubbock, Texas.  If you look it up, you can

13  see the air strip from Google Maps.  But that was our

14  trailer construction program.  I don't actually know

15  if this is the right video, but we do have a video of

16  the trailer construction happening there.

17           INVESTIGATOR #3:  All right.

18           RBL REPRESENTATIVE:  This is from our

19  conference, which was in February, we put this whole

20  slideshow together for everybody.

21           INVESTIGATOR #3:  I like the music already.

22           RBL REPRESENTATIVE:  So these are all the

23  parts that come in.  Trucks.  That is our own fuel

24  system, so we're able to re-fuel our trucks when we

25  go to Texas.

30

```
1              VOICE #7:  Young Jacob started here with us
2    about a year and a half ago.  Jacob now is the whole
3    entire operation manager of this facility.  We're
4    very busy, but we're getting things done.  We're
5    doing a complete overhaul here.  This is a whole
6    redo.
7              RBL REPRESENTATIVE:  This truck had an
8    engine failure, that grey one.  So they're replacing
9    the engine on that one.  That was sad, I liked that
10   truck.
11             VOICE #7:  This truck is, one of the last,
12   I believe, on the road.  (Inaudible).
13             RBL REPRESENTATIVE:  Huge, huge facility
14   when you can see all the trucks lined up.  Massive.
15   There's one of the trailers getting a sticker branded
16   on it.  I love those.  And this is just our fuel
17   system that we were telling everybody about.  We have
18   one, currently, oil tanker, and we've got one more on
19   the way.  So when the trucks go to Texas, we don't
20   have to pay for extra fuel.  We're getting a huge,
21   huge discount on fuel by filling them ourselves.
22   Which is also really good.
23             But the trailer program, this is actually
24   one of our representatives from India.  This is
25   Chetan, who came to see the first couple ones
```

31

1   constructed.  This was back in October, this one

2   here.

3          INVESTIGATOR #3:  Okay.  How long have you

4   all been around or been doing this.

5          RBL REPRESENTATIVE:  We've been established

6   since 2018 and we've been running the trucking

7   program since 2019.  So we don't solely rely on

8   investors or investor income to operate.  We do have

9   a fleet of our own vehicles.

10          VOICE #6:  Instead of July, it's supposed

11   to be June, because if the contract is three months.

12          RBL REPRESENTATIVE:  Well, tell him that

13   there is no June 31st.  So it's July 1st is the next

14   business day.  That's why it is.  There's no June

15   31st.

16          VOICE #6:  I knew it.

17          RBL REPRESENTATIVE:  My thing calculates

18   properly.  It's an auto-populating contract.

19          INVESTIGATOR #3:  Right.

20          RBL REPRESENTATIVE:  Oh my God.  Anyway, so

21   we do have a fleet of our vehicles.  10-15 RBL-owned

22   trucks that are not investor trucks, so that's how we

23   were able to start the company.  And then we were

24   able to open up to investors in 2019 once we had the

25   company up and running.

32

1               INVESTIGATOR #3:  Nice.  So this is just

2   curious, during COVID, how did the company stay

3   afloat?

4               RBL REPRESENTATIVE:  I did not work here,

5   but we were in a much smaller facility at that time.

6   We were actually operating out of an apartment just

7   down the street from here.

8               INVESTIGATOR #3:  Oh, okay.

9               RBL REPRESENTATIVE:  And so we didn't have

10  as high building costs or anything, which helped.

11  But because of the COVID, the shipping industry, as

12  you probably can assume was massive.

13              INVESTIGATOR #3:  Right.

14              RBL REPRESENTATIVE:  So with the trucks

15  that we had, we were able to generate a lot of

16  revenue and open up to even more investors during

17  that period of time.

18              INVESTIGATOR #3:  That's what I was

19  thinking.

20              RBL REPRESENTATIVE:  Yeah, we were able to

21  open up way, way more investors.  And even though

22  some people were definitely not having the income to

23  do investments, we were able to actually open up

24  those short-term programs.

25              INVESTIGATOR #3:  Right.

33

1          RBL REPRESENTATIVE:  So, you know the truck

2    is a more expensive investment, some people weren't

3    able to do that.  We were able to open up the short-

4    term to help build people up to get to that point

5    where they could invest in that truck.

6          INVESTIGATOR #3:  Yeah, I wish I knew about

7    you all during COVID to get the quick, because

8    everybody was doing the loans and stuff, but this

9    would have been great to know during COVID.  Because

10   you all were still active and moving around.

11         RBL REPRESENTATIVE:  We were operating,

12   yeah.  We definitely were not as big as we are now,

13   it was a much smaller group of people.  Now that

14   word's been getting out a lot more, we've been able

15   to increase by a lot.  We don't currently have

16   outward marketing, you don't see ads for us on TV or

17   billboards or anything like that.  It is something

18   that we're looking into.  But right now, it's all

19   word of mouth.  So it's spreading to people.

20         INVESTIGATOR #3:  That's how I got here.

21         RBL REPRESENTATIVE:  It spreads to people,

22   as people are able to share about it, as they feel

23   more confident in it.  Things like that.

24         INVESTIGATOR #3:  Gotcha.  That's great.

25   So you said something about the five years, is that

34

1    the length of the investment?

2              RBL REPRESENTATIVE:  Yeah.  So the length

3    of your investment.

4              INVESTIGATOR #3:  Because I think I'm

5    mixing up the investments and the purchasing of the

6    trucks, right?

7              RBL REPRESENTATIVE:  Yeah, so the

8    purchasing of the truck is totally separate.  That's

9    going to come several months into your contract.

10             INVESTIGATOR #3:  Oh, okay.

11             RBL REPRESENTATIVE:  You're already going

12   to be seeing your monthly returns before we actually

13   buy your vehicle.

14             INVESTIGATOR #3:  Oh, okay.

15             RBL REPRESENTATIVE:  Because we do have to

16   build up a relationship between RBL and your company,

17   especially if your company's going to be a start-up.

18             INVESTIGATOR #3:  Yeah.

19             RBL REPRESENTATIVE:  We need to start

20   making those monthly deposits into your account, show

21   that you have a hauling reference and things like

22   that before we try and get your company approved for

23   the loan to purchase the vehicle.  We here at RBL

24   will be paying off that loan, but the lending company

25   doesn't care about that.  They care about your

35

1    company being the owner of the truck.

2           INVESTIGATOR #3:  Gotcha.

3           RBL REPRESENTATIVE:  So we want to make

4    sure that your company is in their eyes, viable,

5    prior to applying you for that vehicle.

6           INVESTIGATOR #3:  And how long does that

7    typically take?  So I'm getting my return, but how

8    long would it take to get through that process?

9           RBL REPRESENTATIVE:  About 8 or 9 months

10    before we start applying you for the vehicle, and

11    then once we have an approval, the actual truck

12    purchase process takes about another month or so

13    depending on how quickly we're able to get documents

14    signed and things like that.

15           INVESTIGATOR #3:  Okay, so the whole thing

16    is about 10 months to actually get the truck?

17           RBL REPRESENTATIVE:  Yeah.  Some people, we

18    have people who have been invested with us about a

19    year, to a year and four or five months, who still

20    don't have their trucks.  That's either because we

21    applied them with a lender that fell through, maybe

22    they experienced a denial and we're waiting to apply

23    them with another lender.  Things like that.

24           INVESTIGATOR #3:  Oh, okay.

25           RBL REPRESENTATIVE:  A lot of our

1   investors, when they do first get applied, do

2   experience denials because maybe their business is

3   too new.

4            INVESTIGATOR #3:  Right.

5            RBL REPRESENTATIVE:  Or they have another

6   person on their business whose credit was really low

7   or something like that.  So if we do experience a

8   denial, we let them know, hey here's the situation,

9   we're going to hold off for a couple of months and

10  then apply you with a new lender.  So that does

11  happen to some people, but it doesn't happen to

12  everybody.

13           INVESTIGATOR #3:  Do you all have certain

14  lenders that you always work with?  That you have a

15  relationship with already to try to make it easier on

16  us?

17           RBL REPRESENTATIVE:  We have a handful of

18  lenders that we work with, because they work well

19  with the dealers.  Really we're more particular on

20  dealers than we are on lenders.  Because we want to

21  make sure the trucks we're buying are of good

22  quality.  So we don't buy a lot from private sellers.

23           INVESTIGATOR #3:  Gotcha.

24           RBL REPRESENTATIVE:  We buy from MHC

25  Kenworth, Arrow Trucks, established trucking

37

1    companies that will sell us quality vehicles.

2              INVESTIGATOR #3:  Okay.

3              RBL REPRESENTATIVE:  And then whatever

4    lenders will work with that dealer.

5              INVESTIGATOR #3:  That company.  Oh, okay,

6    I gotcha.

7              INVESTIGATOR #1:  Because you guys make

8    your money once it starts moving?

9              RBL REPRESENTATIVE:  Correct.  We don't

10   make any money until your truck is.  So your

11   investment, we don't make any money off that until we

12   get your truck and get it moving.

13             INVESTIGATOR #3:  Oh, okay.  So, works for

14   us.

15             RBL REPRESENTATIVE:  Our goal is to get

16   your vehicle, because the start of the money, your

17   $3000 or $6000 per month, originally starts coming

18   out of your 55,000.  We just start giving that back

19   to you at first.

20             INVESTIGATOR #3:  Oh, okay.

21             RBL REPRESENTATIVE:  Then once we get your

22   vehicle, we're able to generate extra revenue, pay

23   off the loan for your vehicle, continue paying you

24   your extra interest.

25             INVESTIGATOR #3:  Right.

38

1        RBL REPRESENTATIVE:  On your investment,

2    and we get to operate your truck for the five years.

3        INVESTIGATOR #3:  Oh, okay.  And then what

4    happens after the five years?

5        RBL REPRESENTATIVE:  So at the end of the

6    five years, you'll be welcome to do with the truck

7    whatever you like.  The truck will already be titled

8    under your name, it is RBL's responsibility to fully

9    pay off your loan, regardless of its length of time.

10        INVESTIGATOR #3:  Okay.

11        RBL REPRESENTATIVE:  If your loan ends up

12    being longer than your five years, we will negotiate

13    at that time.  If you want to either take a lump sum

14    from us to continue paying your loan.  If you intend

15    to sell the truck back to us, we'll just buy the

16    truck from you and keep paying the loan obviously.

17        INVESTIGATOR #3:  Right.

18        RBL REPRESENTATIVE:  But that would be a

19    negotiation at that time.  Or if you wanted us to

20    continue until your loan ends, to continue leasing

21    it, that would all be in negotiations with our

22    investor relations department at that time.

23        INVESTIGATOR #3:  Okay.

24        RBL REPRESENTATIVE:  But you would be

25    eligible, if you wanted extra income for your

[4/28/2023]  448693.amended.20230425-MBO

39

1   company, to sell that vehicle.

2          INVESTIGATOR #3:  Oh, at the end of the

3   five years?

4          RBL REPRESENTATIVE:  Yeah, at the end of

5   the five years, if you don't want to keep it, maybe

6   you want to put it in a museum.  That's totally fine,

7   you can do that.  But if you want to sell it, we're

8   estimating that the truck would be worth anywhere

9   from 15-30,000.  It just depends on the truck market

10  at the time, and the mileage on the vehicle and

11  everything like that.

12          INVESTIGATOR #3:  And worse case, is I

13  could always sell it back to you guys.

14          RBL REPRESENTATIVE:  Correct.

15          INVESTIGATOR #3:  Okay, shit.

16          RBL REPRESENTATIVE:  Our goal is really to

17  buy investors who don't want their trucks, out of

18  their trucks, as much as possible.

19          INVESTIGATOR #3:  Right.

20          RBL REPRESENTATIVE:  Because then we get to

21  keep the trucks in our fleet.  Keep operating it, and

22  then you can take the income and either say, all

23  right, peace, I'm out.  Or you could use that money

24  to invest in another vehicle if you wanted.

25          INVESTIGATOR #3:  Yeah, I'm just looking

[4/28/2023]  448693.amended.20230425-MBO

40

1   solely for the investment side of it.  Because I

2   don't plan on driving these things or whatever.  I

3   like the return that I get every month from my

4   investment.  That's definitely a huge benefit.  He

5   had told me some stuff earlier, I want to make sure I

6   didn't miss anything.

7            INVESTIGATOR #1:  Do you know when,

8   Ricardi, I forget his name.

9            RBL REPRESENTATIVE:  Ricardi.

10            INVESTIGATOR #1:  When Ricardi's going to

11   be back?

12            RBL REPRESENTATIVE:  Not exactly, it should

13   be anywhere in the next two to three weeks probably.

14            INVESTIGATOR #1:  Okay, I see.

15            RBL REPRESENTATIVE:  He doesn't have a

16   return flight as of now.

17            INVESTIGATOR #1:  Okay, I gotcha.

18            RBL REPRESENTATIVE:  But it shouldn't be

19   too long.

20            INVESTIGATOR #1:  And the owner is I guess

21   coming back with him too?

22            RBL REPRESENTATIVE:  They should be coming

23   back at the same time.

24            INVESTIGATOR #1:  Perfect, okay.

25            INVESTIGATOR #3:  So the investment that we

41

1   spoke about was in here, you said that's a guaranteed

2   65,000.

3          RBL REPRESENTATIVE:   Correct.

4          INVESTIGATOR #3:   Is that the same with the

5   purchasing of the trucks?   Is this 100 percent

6   guaranteed as well?

7          RBL REPRESENTATIVE:   Right.   So the only

8   contingency with the truck, and you get to take all

9   of these home too, as well.

10         INVESTIGATOR #3:   Oh, okay, cool, cool.

11         RBL REPRESENTATIVE:   So if you're concerned

12  about memorizing any of this, don't be, I'm gonna

13  give it all to you.   The only thing is that this

14  contract is contingent upon the purchase of your

15  vehicle.

16         INVESTIGATOR #3:   Okay.

17         RBL REPRESENTATIVE:   So like I said, you do

18  get applied with a lender to get your company

19  approved for the loan.   If we try you with all of our

20  lenders and exhaust all our resources, and we can't

21  get you approved, repeated denials but not the lender

22  falling through or something like that.

23         INVESTIGATOR #3:   Right.

24         RBL REPRESENTATIVE:   But repeated denials,

25  we will return to you whatever's remaining of your

42

1    initial $55,000 investment.  So you are never at risk

2    of losing any money with us here at RBL.  You would

3    just be losing out on the interest at that point.

4    However, we have never had to cancel a contract for

5    that reason.  It is just in there as a protection for

6    your investment, if you were to need it.

7              INVESTIGATOR #3:  Okay.

8              RBL REPRESENTATIVE:  The only reason that

9    we have cancelled contracts before were either at the

10   request of the investor.  Or we did have one

11   individual who was violent, so he had to have his

12   contract terminated, unfortunately.

13             INVESTIGATOR #3:  I kind of want to hear

14   the story.

15             RBL REPRESENTATIVE:  He was very aggressive

16   to employees.  Actually, if you look it up, the case

17   is still open.  So it's still pending.  He tried to

18   sue us after we terminated his contract.  It's a

19   whole problem.

20             INVESTIGATOR #3:  Was he mad that he was

21   making money?

22             RBL REPRESENTATIVE:  I did not work here,

23   so I don't actually know what the situation was that

24   made him so upset.

25             INVESTIGATOR #3:  Goodness, that's got to

43

1    be.

2              RBL REPRESENTATIVE:  I did not work here at

3    the time, it was a long time ago.

4              INVESTIGATOR #3:  Okay, gotcha, gotcha.

5              RBL REPRESENTATIVE:  So as long as you

6    don't plan on doing that, you're good.

7              INVESTIGATOR #3:  Yeah, I don't have to

8    worry about that.

9              RBL REPRESENTATIVE:  You're good.

10             INVESTIGATOR #3:  Okay.

11             RBL REPRESENTATIVE:  That's what I said.

12   He was making money, and he just went and ruined it

13   for himself.  We bought his truck, we were paying off

14   his loan, everything like that.

15             INVESTIGATOR #3:  That's kind of crazy.

16   And then the other person just decided to.

17             RBL REPRESENTATIVE:  There are a couple of

18   people, so this contract is technically non-

19   refundable once we have started using your money for

20   the purchase of a vehicle.  Obviously, then we can't

21   then give it back to you.

22             INVESTIGATOR #3:  Right.

23             RBL REPRESENTATIVE:  Because it's in the

24   truck.  But we have had people who have personal

25   financial emergencies, say, reach out and ask to

44

1    terminate prior to us purchasing their vehicle.   In

2    which case, we say, okay, give them back whatever

3    their remaining balance is minus how much we've paid

4    them already.

5              INVESTIGATOR #3:   Gotcha.

6              RBL REPRESENTATIVE:   And they're able to

7    go.

8              INVESTIGATOR #3:   Okay.

9              RBL REPRESENTATIVE:   But once we've started

10   using your money for a truck, it's non-refundable at

11   that point, because we don't have the money to give

12   you, because it's purchased the vehicle.

13             INVESTIGATOR #3:   But if I'm guaranteed to

14   get the money, then it doesn't really make a big

15   difference to me.   Okay.   These are all the same?

16             RBL REPRESENTATIVE:   Yeah, so this is all

17   part of the trucking contract, it goes into a little

18   more detail about the purchase process, your monthly

19   return.   It has all your guarantees, protections, as

20   far as insurance, driver accidents, things like that.

21             (0034.003.cam1)

22             RBL REPRESENTATIVE:   The drivers are signed

23   onto our company, because you are leasing to us.   You

24   have no liability or responsibilities for them.

25             INVESTIGATOR #3:   Okay.

[4/28/2023]  448693.amended.20230425-MBO

45

1        RBL REPRESENTATIVE:  And as far as

2    insurance, we cover all insurance costs, damages,

3    equipment repair, everything like that as well.

4        INVESTIGATOR #3:  Does my investment go

5    towards paying those drivers, or are they employees

6    of RBL?

7        RBL REPRESENTATIVE:  The drivers are

8    employees of RBL.

9        INVESTIGATOR #3:  Okay, so you all handle

10   paying them, and I don't have to deal with any of

11   that stuff?

12       RBL REPRESENTATIVE:  Correct.

13       INVESTIGATOR #3:  Okay.  Well, that works

14   out.  The less I got to deal with, the better.  And I

15   can do multiple trucks, if I wanted to?

16       RBL REPRESENTATIVE:  Correct.  We do

17   recommend starting with two as a new investor just so

18   you can kind of get used to it, get the feel for it.

19   But if you want add more over time, you're more than

20   welcome to do so.

21       INVESTIGATOR #3:  Okay.  I think that's

22   what you were talking about doing too.  All right.

23       INVESTIGATOR #1:  Does the Georgia office

24   do the same thing you guys do here, or are they a

25   different branch of your company?

46

1            RBL REPRESENTATIVE:  They do the same thing

2   that we do here, actually right now, our Georgia

3   manager is sitting right there while Ricardi is out.

4   He is here.  The Georgia office is currently shut

5   because he's right there.

6            INVESTIGATOR #3:  What part of Georgia is

7   it?

8            RBL REPRESENTATIVE:  It's in Marietta which

9   is just outside of Atlanta.  It's like a suburb of

10   Atlanta.

11            INVESTIGATOR #3:  Oh, okay.

12            INVESTIGATOR #1:  That's cool.

13            INVESTIGATOR #3:  Yeah, and then you all

14   have the office in Texas?  Is it just the three

15   offices, here, Marietta and then Texas?

16            RBL REPRESENTATIVE:  Correct.  We are

17   looking at opening up a Massachusetts or Pennsylvania

18   branch because we do have a lot of investors in that

19   area.  We just don't have the personnel trained to

20   operate an office up there.  So once we get that, we

21   will open up an office up there.

22            INVESTIGATOR #3:  And if anybody else

23   wanted to invest, if we had more people, friends or

24   whatever, do they come here?

25            RBL REPRESENTATIVE:  They are welcome to

47

```
 1  come here.  You can always also give them my
 2  information if they want to stay virtual, if they
 3  live far or anything like that.  They can definitely
 4  do so.  I handle most of our out of state investors.
 5          INVESTIGATOR #3:  Oh, okay.
 6          RBL REPRESENTATIVE:  So you can give them
 7  my email address, and I'll be happy to set them up
 8  too.
 9          INVESTIGATOR #3:  Okay, okay, yeah, that'll
10  be cool.  And I had something else.  Already told me
11  about the investors.
12          INVESTIGATOR #1:  Once you guys cool off in
13  April, hopefully we can get in before that, how long
14  would we have to wait if we don't get in by the April
15  date you said?
16          RBL REPRESENTATIVE:  We don't have an
17  official re-opening date at this time, but
18  historically our cooling periods are about two to two
19  and a half months, and then we re-open.
20          INVESTIGATOR #1:  Okay.
21          INVESTIGATOR #3:  Do you all do that
22  cooling period at the same time frame every year?
23          RBL REPRESENTATIVE:  It usually starts in
24  the spring, it's not always the exact same date, but
25  this year it is.  It's the same as last year's.
```

48

1   April 28th this year.

2               INVESTIGATOR #3:  Oh, okay.

3               RBL REPRESENTATIVE:  But it is usually in

4   the spring, into the summer, because that's also when

5   our IRP registration renews.  Our IRP registration

6   renews in July, so we have to renew every single

7   truck with the state and that is a lot of paperwork

8   and manual labor.

9               INVESTIGATOR #3:  Gotcha.

10              RBL REPRESENTATIVE:  So we have to kind of

11  cool off on investments, re-register all the trucks

12  and then we can focus back on you guys.

13              INVESTIGATOR #1:  I gotcha, I gotcha.

14              RBL REPRESENTATIVE:  My job changes

15  severely around July.

16              INVESTIGATOR #3:  Right.  How many trucks

17  do you all have?

18              RBL REPRESENTATIVE:  Right now we have 230-

19  something purchased, as well as 60 on our pipeline,

20  which means they're in the process of being purchased

21  right now.

22              INVESTIGATOR #3:  So that's basically 290

23  trucks you've got to deal with come July?  And it's

24  just four of you here?

25              RBL REPRESENTATIVE:  Us, and our operations

[4/28/2023]  448693.amended.20230425-MBO

49

1  department, which is down on the first floor.  Our

2  dispatch office is on the second floor, they don't

3  really deal with that, but our operations department

4  on the first floor does do IRP registration as well.

5           INVESTIGATOR #1:  Gotcha.

6           RBL REPRESENTATIVE:  Because the four of

7  them are going to be focused on continuing to

8  purchase new trucks.  It's going to be me, operations

9  and probably Bruce, who deal with the IRP

10 registration.

11          INVESTIGATOR #3:  Okay.  That was the one

12 with the paperwork on it?  On the first floor?

13          RBL REPRESENTATIVE:  Yeah.

14          INVESTIGATOR #3:  So we went somewhere and

15 saw that sign, but someone told us to come up this

16 way.  And then second floor is operations?

17          RBL REPRESENTATIVE:  Second floor is our

18 dispatch office, so they're in charge of booking,

19 loads, hiring drivers, everything like that.  And

20 then we do have 24 hour monitoring for our drivers.

21 So we have an extension office in India, where

22 overnight employees, overnight here, daytime in

23 India, monitor the drivers overnight.  Because a lot

24 of our drivers prefer to drive at night, when there's

25 not idiots like me on the road.

1          INVESTIGATOR #3:  Yeah, that makes sense.

2     And so to get started, it's just reach out to you

3     or email?

4          RBL REPRESENTATIVE:  Yes.  So if you want to

5     set a new -- yes.  I am going to send you home with my

6     card, I am going to staple it into a folder for you,

7     so you can take all this home as well.  But if you are

8     interested in moving forward, all you've got to do is

9     send me a message.  This phone rings all the time.

10          INVESTIGATOR #3:  Yeah, it's always.

11          RBL REPRESENTATIVE:  Yeah, so if you miss

12     me on the phone, please leave me a voicemail.  I do

13     call back everybody who leaves me a voicemail.  If

14     you don't leave me a voicemail, I do a lot of scam

15     likely is on this phone so I won't call you back.

16          So just make sure to leave me a voicemail,

17     or you can always send me an email and I'll be happy

18     to get you started.  If you are looking to set up a

19     new business to do an investment with us, I would

20     recommend doing that first.  I can help you with that

21     if you need, but if you do it all the time, and

22     you're comfortable with that, you can totally just do

23     it on your own.

24          INVESTIGATOR #3:  You said you can help set

25     up the LLC?

51

1          RBL REPRESENTATIVE:  Yeah.

2          INVESTIGATOR #3:  Okay.

3          RBL REPRESENTATIVE:  So you're just

4    responsible for the fees to the state, but we here at

5    RBL don't charge any additional fees for assisting

6    you with setting up a new business.

7          INVESTIGATOR #3:  Okay.

8          RBL REPRESENTATIVE:  You are just

9    responsible for the fees to the state, and then

10   keeping it active every year.

11         INVESTIGATOR #3:  You all can knock out all

12   the paperwork for me?

13         RBL REPRESENTATIVE:  There's hardly any

14   paperwork.

15         INVESTIGATOR #3:  Oh, okay.  I always have

16   someone else do it for me.  But if I can do

17   everything in-house.

18         RBL REPRESENTATIVE:  It's not so bad.  I

19   can definitely do it for you, and we can do that all

20   via email.  You wouldn't even have to come in person

21   to do that if you didn't want to.

22         INVESTIGATOR #3:  Ok, and then what bank

23   are you all with?

24         RBL REPRESENTATIVE:  We are currently with

25   Wells Fargo, as well as TD Bank.  TD Bank is more of

52

1    our secondary back-up bank.  Wells Fargo is what we

2    use to pay all of our investors and everything.

3              INVESTIGATOR #3:  Oh, okay, I have Bank of

4    America, so it's easy to just.

5              RBL REPRESENTATIVE:  Yes.

6              INVESTIGATOR #3:  And you all prefer wires?

7    Or checks?

8              RBL REPRESENTATIVE:  You can do the wire,

9    or you can do a cashier's check.  Again, if you don't

10   want to come back, you can always have a cashier's

11   check made and deposited into our account at a Wells

12   Fargo.  That's fine as well.

13             INVESTIGATOR #3:  Oh, okay.

14             RBL REPRESENTATIVE:  Especially if your

15   bank charges a lot for wires, which I know some banks

16   do.

17             INVESTIGATOR #3:  Yeah.  Hell yeah.

18             RBL REPRESENTATIVE:  The cashier's check

19   will be cheaper for you.

20             INVESTIGATOR #3:  But I could just deposit

21   it to your Wells Fargo account.

22             RBL REPRESENTATIVE:  Yeah, you can do that

23   and deposit it right in.  That's fine.

24             INVESTIGATOR #3:  Oh, then that would work .

25   too.

53

```
 1              RBL REPRESENTATIVE:  Yeah, because what we

 2    do, if you do it virtually, we just ask that you send

 3    us a copy of the receipt, that's how we match the

 4    incoming funds to your contract, and it activates it

 5    virtually.

 6              INVESTIGATOR #3:  Okay.

 7              INVESTIGATOR #1:  We good?

 8              INVESTIGATOR #3:  You said the other guy

 9    wasn't here?

10              INVESTIGATOR #1:  Yeah, yeah, yeah.

11              INVESTIGATOR #3:  Okay.

12              INVESTIGATOR #1:  I'm kind of ready to go.

13              RBL REPRESENTATIVE:  They're in India, and

14    Bruce told me, on Wednesday, that's he's the best man

15    in someone's wedding.  And I was like, "If you knew

16    about that before, why wasn't that on your schedule?"

17              INVESTIGATOR #1:  Thanks for the heads up.

18              RBL REPRESENTATIVE:  Yeah, thank you for

19    the heads up.

20              INVESTIGATOR #3:  So you're the boss right

21    now?

22              RBL REPRESENTATIVE:  I'm always the boss.

23    They pretend that they're the boss, but I'm actually

24    the boss.

25              INVESTIGATOR #3:  That's cool.  All right.
```

54

1          RBL REPRESENTATIVE:  Only thing I can't do

2     is dispatch.  Ask me to go on the second floor and

3     call some drivers, I'm like, I don't know what I'm

4     doing.

5          INVESTIGATOR #3:  You got a lot of people

6     down there?

7          RBL REPRESENTATIVE:  In dispatch?  We've

8     got about seven people.  So it's a pretty small show,

9     but they run a lot of trucks.

10          INVESTIGATOR #1:  That's a lot of work.

11          RBL REPRESENTATIVE:  Yeah.

12          INVESTIGATOR #3:  Can I see what it looks

13    like in there?

14          RBL REPRESENTATIVE:  Yeah, I can take you

15    down to the dispatch office, no problem.  Patrick, if

16    Banya needs you to sign, sign for her.  All right.

17          INVESTIGATOR #3:  That's cool.

18          RBL REPRESENTATIVE:  (Inaudible) in like

19    two weeks.  I do know that they're hiring some new

20    staff too, because we've had some staff turnover.

21    And we had a couple of people move recently, all at

22    once too.

23          INVESTIGATOR #3:  How big is the company?

24          RBL REPRESENTATIVE:  We have, I can't

25    really count how many drivers we have, because they

55

 1   hire.

 2              INVESTIGATOR #3:  Not the drivers, but as

 3   far just as the business side of it.  It seems pretty

 4   small, but you've got all these trucks and a lot of

 5   people.  It seems like you're doing a whole bunch of

 6   the work.

 7              RBL REPRESENTATIVE:  125 employees.

 8              INVESTIGATOR #3:  Okay.

 9              RBL REPRESENTATIVE:  Plus India and the

10   mechanics as well.

11              INVESTIGATOR #3:  Oh, okay.

12              RBL REPRESENTATIVE:  The mechanics make up

13   a large number of our employees, because working on

14   trucks is a lot of work.

15              INVESTIGATOR #3:  Yeah.

16              RBL REPRESENTATIVE:  A lot of mechanics, as

17   well as our trailer engineers, which are also

18   technically mechanics, but they're trailer engineers.

19              INVESTIGATOR #3:  Okay.

20              RBL REPRESENTATIVE:  To build those

21   trailers.  They were all hired back in September, I

22   believe.

23              INVESTIGATOR #3:  So you were telling me,

24   after COVID is when you all started to blow up and

25   grow and you got a lot more people.

56

1              RBL REPRESENTATIVE:  Yeah.

2              INVESTIGATOR #3:  That's cool.  And that's

3    when you came in?

4              RBL REPRESENTATIVE:  Yes.  I came in, after

5    I moved here.  I was, oh, I hit one.  We got to go to

6    two.  But yeah, I came on in August of 2021 after I

7    moved here.

8              INVESTIGATOR #3:  Where'd you come from?

9              RBL REPRESENTATIVE:  Other side of the

10   state, Ft.  Myers.

11             INVESTIGATOR #3:  Oh, okay.

12             RBL REPRESENTATIVE:  I went to school over

13   there.

14             INVESTIGATOR #3:  Florida Gulf Coast is

15   over there?  That's where you went?

16             RBL REPRESENTATIVE:  Yeah.

17             INVESTIGATOR #3:  I used to play college

18   basketball, and so we played them one time.  And that

19   was one of the best campuses I've ever seen.

20             RBL REPRESENTATIVE:  Isn't it pretty?

21             INVESTIGATOR #3:  Didn't a storm knock it

22   down and they rebuilt it or something?

23             RBL REPRESENTATIVE:  Yeah, the storms knock

24   down all kinds of things.  Yeah, so this is our

25   dispatch office.

57

```
 1              INVESTIGATOR #3:  Okay.

 2              RBL REPRESENTATIVE:  They're in charge of,

 3    this is one of our investors, we're just doing a

 4    little tour.  Just here to bug you guys.  Good

 5    morning.

 6              VOICE #7:  I miss you.

 7              RBL REPRESENTATIVE:  I miss you too.

 8              INVESTIGATOR #3:  Say hi to everybody.

 9              RBL REPRESENTATIVE:  This is Julie, she's

10    the director of this department.

11              INVESTIGATOR #3:  How are you doing?

12              JULIE:  How are you?  Nice to meet you?

13              INVESTIGATOR #3:  You as well.

14              RBL REPRESENTATIVE:  Good, how are you,

15    Julie?  I don't come down to this floor a lot.  They

16    all love to see me.  I used to work on the same floor

17    as them, and then we all got split up and moved

18    around.

19              INVESTIGATOR #3:  This building's only

20    three floors, so you're like the whole building now?

21              RBL REPRESENTATIVE:  The building's

22    actually five floors.

23              INVESTIGATOR #3:  Oh it is?  Oh, I didn't

24    know that.

25              RBL REPRESENTATIVE:  We can't really,
```

58

```
 1    thanks guys.  We can't really buy out the people

 2    above us, because there's a dentist's office and a

 3    pediatrician.  We're not trying to kick those people

 4    out.

 5              INVESTIGATOR #3:  Gotcha.

 6              RBL REPRESENTATIVE:  We have the first

 7    three floors, and this is the only floor that we

 8    share.  We share this floor with this advertising

 9    agency right here.

10              INVESTIGATOR #3:  Oh okay, that's cool.

11              RBL REPRESENTATIVE:  But yeah, the other

12    floors have doctors and pediatricians because we're

13    right next to the hospital, so these are offshoot

14    branches here.  We're not trying to kick them out.

15    Plus, we do own, kind of, we rent, a large section of

16    the parking lot back there.  You'll notice in the

17    back far corner, it's empty.  We park trucks there

18    when drivers come in for training.  We have the

19    drivers test drive before we hire them.

20              INVESTIGATOR #3:  Do you have any trucks

21    today?

22              RBL REPRESENTATIVE:  I am not sure.

23    Today's a Friday, so all the trainees finished

24    yesterday, so they might have taken all the trucks.

25              INVESTIGATOR #3:  Oh, okay.
```

59

1          RBL REPRESENTATIVE:  When the trainees

2     finish their training weeks, a lot of the trucks that

3     are parked here get taken out right away so they can

4     get a load on them.

5          INVESTIGATOR #3:  Gotcha.

6          RBL REPRESENTATIVE:  Instead of flying the

7     trainees somewhere else to get a truck or anything

8     like that.

9          INVESTIGATOR #3:  Obviously I don't have a

10    CDL, I just wanted to invest, but I would be able to

11    get in one of the trucks?

12         RBL REPRESENTATIVE:  Yeah, if we have one

13    here.  Usually they're here on Tuesdays and

14    Wednesdays.

15         INVESTIGATOR #3:  Okay, yeah that'd be

16    really cool.

17         RBL REPRESENTATIVE:  If we have one here,

18    if you're ever driving by, you see a truck, stop on

19    by, definitely.

20         INVESTIGATOR #3:  Nice.

21         RBL REPRESENTATIVE:  You guys are having

22    too much fun.

23         INVESTIGATOR #1:  Good?

24         INVESTIGATOR #3:  Yeah, yeah, yeah.

25         RBL REPRESENTATIVE:  There were some new

60

1    faces down there, I didn't even recognize one of

2    those people.

3              INVESTIGATOR #3:  You're welcome.

4              RBL REPRESENTATIVE:  I don't go down to the

5    second floor too often.

6              INVESTIGATOR #1:  You're the boss for a

7    reason.

8              INVESTIGATOR #3:  Right, right.  All right.

9              INVESTIGATOR #1:  I appreciate it.

10             RBL REPRESENTATIVE:  Of course.

11             INVESTIGATOR #1:  I'll stay in contact,

12   I'll shoot you an email, and try to see when these

13   guys come back.

14             INVESTIGATOR #3:  Yeah, nice meeting you.

15             RBL REPRESENTATIVE:  Nice meeting you as

16   well.

17             INVESTIGATOR #1:  I don't want to miss the

18   cool down, so I made this, even if they don't get

19   back in time, just start the process so I can get the

20   two months going.

21             RBL REPRESENTATIVE:  No problem, yeah, for

22   sure.

23             INVESTIGATOR #3:  All right.

24             INVESTIGATOR #1:  Thank you.

25             INVESTIGATOR #3:  Appreciate it, have a

61

1    good one.

2              RBL REPRESENTATIVE:  Have a nice rest of

3    your day.

4              INVESTIGATOR #1:  Take care.

5              INVESTIGATOR #3:  All right, ma'am.

6              INVESTIGATOR #1:  You got all your stuff?

7              INVESTIGATOR #3:  Yeah.

8              VOICE #8:  Going down, guys.

9              INVESTIGATOR #1:  Thank you, sir.

10             VOICE #8:  No problem.

11             (Inaudible).

12             VOICE #9:  You guys have a great day.

13             INVESTIGATOR #3:  Enjoy them beers.

14             VOICE #9:  Yeah.

15             INVESTIGATOR #3:  They said they have

16   trucks out here on Tuesdays and Wednesdays.

17             INVESTIGATOR #1:  Really?

18             INVESTIGATOR #3:  They said they park them

19   in the back.  I guess they just finished their

20   training program, so they don't have any out there

21   today.  All right.

22             INVESTIGATOR #1:  They said they've been

23   doing it for two years, those guys.

24             INVESTIGATOR #3:  What, investing?

25             INVESTIGATOR #1:  Yeah.  We heading back to

62

1    the same spot?  They look like they're going the same

2    way we're going.

3              INVESTIGATOR #3:  The investors are in a

4    grey Hyundai, are turning on Sample Road, the same

5    way we're going.

6              NAVIGATOR:  Let's get started.  Drive

7    safely.

8              INVESTIGATOR #3:  You like that don't you?

9              INVESTIGATOR #1:  So polite, GPS services.

10   Investors with two older Haitian males.  The

11   passenger who I was speaking with, said he's been

12   investing for two years, and just about to re-invest.

13   C'mon, bro.  We're still stuck at the red light on

14   Sample.

15             NAVIGATOR:  Turn right on Sample Road.

16             INVESTIGATOR #3:  On that second floor,

17   they had four offices in there, and they had four or

18   five people working down there.

19             INVESTIGATOR #1:  I guess they're really

20   dispatching.  Grey Hyundai is in front of us.  28 Is

21   Alpha-Poppa-9-1-Bravo-Tango.  We're turning off on

22   University.

23             NAVIGATOR:  Turn left on North University

24   Drive.

25             INVESTIGATOR #1:  Good stuff, my friend.

63

```
1    That's why it's always nice to have another one.
2    People sign off on a $50,000 one. They come over
3    there and ask you.
4              I tried this with my kids, they be jamming
5    to them tunes because I got them one that don't play
6    no curse words.
7              (Inaudible).
8              INVESTIGATOR #1: It never ends.
9              (Music playing 20:00-21:20)
10             INVESTIGATOR #3: You think Miami going to
11   win tomorrow?
12             INVESTIGATOR #1: I hope to God, they do.
13   I hope FAU wins too.
14             INVESTIGATOR #3: That would be crazy.
15   Three weeks ago, who would have thought Miami and FAU
16   could be in the playoffs?
17             (Inaudible).
18             INVESTIGATOR #3: You know that Nova
19   Southeastern won the D2?
20             INVESTIGATOR #1: Oh, man.
21             INVESTIGATOR #3: Basketball championship.
22   So it was South Florida basketball (inaudible).
23             INVESTIGATOR #1: Put themselves on the
24   map.
25             INVESTIGATOR #3: I think FAU had an easier
```

64

```
 1   route.

 2            INVESTIGATOR #1:  100 percent.  It was

 3   probably a good game.

 4            INVESTIGATOR #3:  Yeah.

 5            (Inaudible).

 6            INVESTIGATOR #1:  He probably a bug guy.

 7   What the fuck is he doing with them gloves on?

 8            (Inaudible).

 9            INVESTIGATOR #3:  You ever seen the video

10   of the chick at the wedding?

11            INVESTIGATOR #1:  That chick.

12            INVESTIGATOR #3:  I don't think I know the

13   words that well.

14            INVESTIGATOR #1:  I 100 percent don't, and

15   we don't got time to be learning the words like that.

16   You gotta be that young to be learning.

17            INVESTIGATOR #3:  Yeah.  I might go to

18   Lubbock, see this airplane hangar.  This junk did not

19   give me any energy.  Is that the bug guy?

20            INVESTIGATOR #1:  I think so.  I think

21   that's the same people that do my bug stuff.  They're

22   supposed to use green stuff on it, that isn't

23   supposed to hurt your kids.

24            INVESTIGATOR #3:  Oh, okay.  Yeah, I think

25   we got something like that.  Because we got the dog.
```

65

1          INVESTIGATOR #1:  It's called echo

2    something.

3          INVESTIGATOR #3:  I'm just mad the second

4    game's at 9 o'clock tomorrow.

5          INVESTIGATOR #1:  Your young ass, you mad

6    if you can't stay up.

7          INVESTIGATOR #3:  I don't know who plays

8    first.

9          INVESTIGATOR #1:  You watch both of them,

10   it doesn't really matter.

11         INVESTIGATOR #3:  Yeah, I know.

12         INVESTIGATOR #1:  All right.  Oh, hold on.

13   11:47 A.m. Friday, March 31st, this concludes

14   cassette (inaudible).

15         INVESTIGATOR #2:  We're going to put that

16   back on.  Hold onto this for a second, I'm going to

17   go get the instructions, make sure I did this right.

18   I think it's.

19         INVESTIGATOR #1:  As a matter of fact, take

20   it with you.

21         (End of 0034.003.cam1.)

22                    * * * * *

23

24

25

1              TRANSCRIBER'S CERTIFICATE

2

3  I, Nicholas Wagner, hereby certify that the foregoing

4  transcript is a complete, true, and accurate

5  transcription of all matters contained on the recorded

6  proceedings in the matter of:

7

8  ROYAL BENGAL LOGISTICS

9  0034.001.cam1.avi; 0034.002.cam1.avi; 0034.003.cam1.avi

10  FL-04345-A

11  448693-MBO

12

13

14

15              Nicholas Wagner, Transcriber

16

17

18

19

20

21

22

23

24

25

# Attachment 11

# FL-04345

# *449484.amended.20230428-MBO*

## *5/9/2023*

**Full-size Transcript**

**Prepared by:**

FL-04345

Tuesday, May 16, 2023

1

1   THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3   In the Matter of:                    )

4                                        )   File No. FL-04345-A

5   ROYAL BENGAL LOGISTICS               )   AMENDED 5-9-2023

6

7   SUBJECT:   0034.001.cam1, 0034.002.cam1, 0034.003.cam1

8   PAGES:     1 through 67

9

10

11

12

13

14

15                   AUDIO TRANSCRIPTION

16

17

18

19

20

21

22

23

24           Diversified Reporting Services, Inc.

25                   (202) 467-9200

2

1            P R O C E E D I N G S

2      0034.001.cam1, 0034.002.cam1, 0034.003.cam1

3            ANDRE 1:  All right.  This is UCE 11869. Today

4      is April 25th.  It's approximately 10:10 a.m., and

5      you're going to head over to Royal Bengal.  Royal Bengal

6      Logistics.

7            GPS:  Sure.  I'm setting your destination to

8      Royal Bengal Logistics, Inc., on West Sample Road.  In

9      500 feet, turn right onto North University Drive.  Take

10     the next right onto North University Drive.  Continue on

11     North University Drive for one mile.

12            ANDRE:  About five minutes out from Royal

13     Bengal.

14            GPS:  In a quarter mile, turn right onto

15     Northwest 34th Street, West Sample Road.  Turn right

16     onto Northwest 34th Street, West Sample Road.  In 1,000

17     feet, turn left onto Coral Hills Drive.  Turn left onto

18     Coral Hills Drive then turn right.  Turn right then turn

19     left.  Turn right onto Northwest 33rd Street then turn

20     right.  Take the next right then turn right.

21            ANDRE:  Just arrived.  Getting ready to head

22     into the business.

23            FEMALE SPEAKER:  Hello.  You can sign in for

24     us on the iPad behind you.

25            ANDRE:  Oh, sure.

3

1          FEMALE SPEAKER:  What can I do for you today?

2          ANDRE:  How you doing?  I was here a couple

3   weeks ago, and I think my cousin might have emailed you

4   yesterday.  We're supposed to meet with Ricardi

5   regarding some investments.

6          FEMALE SPEAKER:  Oh, yes.  No problem.  You

7   are right on time.

8          ANDRE:  Yeah, got to be.  (inaudible) to be on

9   time with what I was told.  You like that?

10          FEMALE SPEAKER:  Yes.  All right.  Come on in.

11   See, he thinks it's perfect timing too.

12          RICARDI:  Hey, how are you?

13          ANDRE:  How you doing, man?

14          RICARDI:  What's up?  And how are you?

15          ANDRE:  I'm (inaudible).

16          RICARDI:  Nice to meet you.

17          ANDRE:  Nice to meet you, man.

18          RICARDI:  You're like, big.  Big, big buff

19   guy.

20          ANDRE:  Yeah, I try and hit the weights every

21   now and then.

22          RICARDI:  Oh, man.  (inaudible).  This is a

23   Ferrari.

24          ANDRE:  That's cool, man.

25          RICARDI:  Eh, shit's actually a friend gave it

4

1   to me.  And so you must like watch, too.

2           ANDRE:  Yeah.  I like watches.

3           RICARDI:  Yeah?

4           ANDRE:  Yeah.  I got something nice every now

5   and then.

6           RICARDI:  I have -- I have -- I don't have too

7   much of a -- I love watches.  I don't -- I love fun

8   watches.  Like, this is very -- it's very casual.

9           ANDRE:  Yeah.

10          RICARDI:  It's very cool, do you play football

11  before?

12          ANDRE:  No, man.  So --

13          RICARDI:  (inaudible) Ely, man.

14          ANDRE:  I used to -- I played basketball

15  growing up.

16          RICARDI:  Basketball.

17          ANDRE:  But when COVID happened, and I

18  couldn't -- all the gyms were shut down and I couldn't

19  hoop anymore, I just started lifting.

20          RICARDI:  Oh.

21          ANDRE:  That was the only sport that was left,

22  and I was getting old, my knees aren't the same.  So, I

23  just lift, lift, lift, life.

24          RICARDI:  Yeah, man.  You look young, man.

25  You're like what, 21, 25?

5

1   ANDRE:  I appreciate it, bro.  No, man, I'm

2 37.

3   RICARDI:  Oh, shit, man.  That's nice.

4   MALE SPEAKER:  (inaudible) that's nice.

5   ANDRE:  Yeah, yeah, but I wish I still had --

6 21, how my life would've been different if I would've

7 knew what I knew now at 21.

8   RICARDI:  Of course.  No, definitely.  Yeah,

9 definitely, man.  So, what brings you by?

10   ANDRE:  Oh, so I think my cousin, I don't know

11 if he emailed Lane or he was emailing you.  He had been

12 here a couple times.

13   RICARDI:  Okay.

14   ANDRE:  And he kind of brought me by, like two

15 or three weeks ago when Lane kind of gave us everything

16 that was going on.

17   RICARDI:  Yes.

18   ANDRE:  And we're interested in investing, but

19 I want to kind of see, you know, who's behind the

20 scenes.

21   RICARDI:  Right.

22   ANDRE:  Because I know Lane does her job and

23 everything, but before we put in a significant amount of

24 money --

25   RICARDI:  Right.

6

1       ANDRE:  -- you know, we kind of wanted to talk

2   to the people that started this, that run the business

3   that know --

4       RICARDI:  Yes, sir.

5       ANDRE:  -- from time to time, and I don't know

6   if he met you last time or maybe the first time he came

7   over.  Are you a sneaker-head?

8       RICARDI:  Sneaker-head?

9       ANDRE:  Do you like sneaks?  Maybe he met

10  someone that was into Jordans and stuff.  So

11  (inaudible).

12      RICARDI:  (inaudible) (crosstalk).

13      ANDRE:  Hmm?

14      RICARDI:  I'm crazy for shoes.

15      ANDRE:  Oh, then that's probably -- because he

16  was like, yeah, because I'm a big sneaker-head, and he

17  goes like, yeah, I met Ricardi and --

18      RICARDI:  Yeah, I'm Ricardi.  Yeah.

19      ANDRE:  And it's okay, okay.  And he was like,

20  I don't think you all talked for a long time, but he was

21  like, no, he -- because he was saying you're like me,

22  you're big into Jordans --

23      RICARDI:  Oh.

24      ANDRE:  -- and whatnot.

25      RICARDI:  I probably -- I probably did chat

7

1    with him for a little bit.

2              ANDRE:  He's a darker-skinned due about my

3    size.

4              RICARDI:  Yeah.

5              ANDRE:  Yeah.  And I was like, that's the

6    stuff, man.  (inaudible)

7              RICARDI:  (inaudible) (crosstalk)

8              ANDRE:  (inaudible)

9              RICARDI:  I love -- I just -- I love -- I

10   don't care for anything else, but I love the watch --

11             ANDRE:  Mm-hmm.

12             RICARDI:  And I don't go too crazy.  I love

13   nice sneakers.

14             ANDRE:  Right.

15             RICARDI:  And good food.  Like, I don't like

16   -- I'm not crazy on bad food, man.  I eat --

17             ANDRE:  Yeah.  Are you from out here?

18             RICARDI:  -- (inaudible) food.  Yeah, I grew

19   up here.  I grew up in Pompano.

20             ANDRE:  Okay.  So, like -- (inaudible)

21   (crosstalk)

22             RICARDI:  -- went to high school.  Originally,

23   I was born in Haiti.  I --

24             ANDRE:  Okay.

25             RICARDI:  Haitian native.  But I came here

8

1    very young, and just naturally entrepreneur shaped

2    mindset --

3              ANDRE:  South Florida.

4              RICARDI:  -- all the time, but my background

5    is in computer engineering.

6              ANDRE:  Oh, wow.  That's what's up, man.

7              RICARDI:  Yeah, that's what I went to school

8    for and I worked for Oracle.  It's a computer software

9    company.

10              ANDRE:  I've heard of it, yeah.

11              RICARDI:  Java. And I worked for them for 17

12    years, and then when this took off, I couldn't do it

13    anymore, so I left.  I also had a cleaning company.  I

14    sold the cleaning company --

15              ANDRE:  Mm-hmm.

16              RICARDI:  -- and just focused on this one

17    only.  Because growing as an entrepreneur, it's like,

18    it's good to try a different thing.

19              ANDRE:  Right.

20              RICARDI:  You can -- it's good to have an

21    education, that's one.

22              ANDRE:  Yeah.

23              RICARDI:  After your education, it's good to

24    try -- put your hands in different things.  You just

25    never know --

9

1          ANDRE:  Mm-hmm.

2          RICARDI:  -- what's going to, you know, where

3    the real opportunity will fall.  Cleaning was good.  And

4    then I did a bunch of -- then I got some certificate in

5    finance, like really learning about money.

6          ANDRE:  Nice.

7          RICARDI:  Money management.  Got into the

8    stock market a little bit, learned a little bit about

9    invest -- not crypto, but investing into -- into the

10   stocks and things like that.  And you know, it's not

11   really my thing, because I'm not like just a computer

12   guy that's watching --

13         ANDRE:  Right.

14         RICARDI:  -- graph and numbers and --

15         ANDRE:  Yeah, I'm seen people do it, but like,

16   I can't do that.

17         RICARDI:  Yeah.  So, no, definitely.  And we,

18   Sanjay's, he's Indian --

19         ANDRE:  Oh, okay.  He's the CEO?

20         RICARDI:  Yeah.

21         MALE SPEAKER:  The president.

22         RICARDI:  Yeah, he's the president.  Vice

23   president, so I met him when he had a few trucks.

24         ANDRE:  Nice.

25         RICARDI:  And then I was still running my

10

1    business and doing things.  I'm like, okay, maybe -- let

2    me look into -- maybe we can, you know, get together and

3    make something out of it.

4              ANDRE:  Right.

5              RICARDI:  Very nice guy.  Very good to work

6    with.  You know, we work very well together.

7              ANDRE:  Nice.

8              RICARDI:  And so, now we have so many

9    different areas where we're going, the aviation, trailer

10   manufacturing.  I don't know if you --

11             ANDRE:  I don't know anything about the

12   aviation.  She's talking about the trucks last time, so.

13

14             RICARDI:  Yeah, and trailers.

15             ANDRE:  Yeah.

16             MALE SPEAKER:  You should've gone to YouTube

17   or Facebook or something.  I post on it --

18             ANDRE:  I do, but I mean --

19             MALE SPEAKER:  -- a bunch of stuff.

20             ANDRE:  -- I don't know if I've seen all the

21   YouTube stuff, but like, me, I'm still kind of old

22   school.  I like to --

23             RICARDI:  Right.

24             ANDRE:  -- kind of talk to the

25   person --

11

1           RICARDI:  Right, right.  Go directly

2    (inaudible) -- (crosstalk) --

3           ANDRE:  So, what's the -- she didn't mention -

4    - what are you all doing with aviation?  That sounds

5    kind of interesting.

6           RICARDI:  Yeah, I mean, it's still in process.

7           ANDRE:  Okay.

8           RICARDI:  Actually, we have one company that's

9    in process.  Aviation's a different beast.  It's a

10   different type -- you know, you're talking about

11   certificates.  You're talking about a board of

12   directors, certain people you have to have on the board

13   before -- before you actually take on an aviation

14   company or you're getting started building your own

15   because it all built around the pilot.

16           ANDRE:  Oh, okay.

17           RICARDI:  You know.  The certificate you have

18   is the pilot.  So, we've been having, kind of like, a

19   little bit of issue with either commitment or, you know,

20   different type of certificate that we need to get for us

21   to run and operate.  But it's, you know, with

22   everything, it takes time.

23           ANDRE:  So, you're all trying to have like a

24   fleet of like, jets or something like that?

25           RICARDI:  Yeah.  You know, commercial

12

1   airplanes.

2           ANDRE:  Oh, wow.

3           RICARDI:  Yeah.

4           ANDRE:  Okay.  That's big time.

5           RICARDI:  Right now, we have one in India.  We

6   have one in India.  Matter of fact, I have a Zoom

7   meeting at 11 o'clock.

8           ANDRE:  Oh, okay.

9           RICARDI:  Yeah (inaudible) --

10          ANDRE:  Well, I won't take -- that's -- that's

11  dope.

12          RICARDI:  We already have a company in Haiti.

13          ANDRE:  Okay.

14          RICARDI:  Airline company is called Equator

15  Air.  We started it in 2020.  I've met the president --

16  the president at the time, Jovenel --

17          ANDRE:  Mm-hmm.

18          RICARDI:  -- and we were actually working

19  together to try to get this to happen and then all this

20  stuff started happening in Haiti.

21          ANDRE:  There's -- yeah, there's a lot going

22  on down there, man, political-wise.

23          RICARDI:  Yeah.  Yeah.

24          ANDRE:  That's got to be a tough climate.

25          RICARDI:  It is.  And then, but what we do

13

1    have is our truck and trailer manufacturing.

2              ANDRE:  Mm-hmm.

3              RICARDI:  That itself is a big project, tied

4    in India.

5              ANDRE:  Right.

6              RICARDI:  I was in India for a month.  I just

7    got back early -- I just got back on Sunday.

8              ANDRE:  How was that trip?  I've never been

9    out there.

10             RICARDI:  It was long.  It was mainly work.

11             ANDRE:  Okay.

12             RICARDI:  Right now, yeah, where right now,

13   it's about 7:30 their time over there.

14             ANDRE:  Oh, wow.  So, yeah -- you're dealing

15   with that.

16             RICARDI:  And I was working the (inaudible)

17   time.  Right.  I was working doing this time.

18             ANDRE:  Mm-hmm.

19             RICARDI:  I was up working while I was still

20   up during the day, so it was kind of tough because I

21   would stay up for at least 16 to 18 hours.

22             ANDRE:  Oh, wow.

23             RICARDI:  Yeah.  And then, because I would be

24   here, but I was so beat in the --

25             ANDRE:  In their time.

14

1          RICARDI:  -- manufacturing we have.

2          ANDRE:  Did you body ever adjust to that?

3          RICARDI:  Yeah, I mean, when I got there --

4          ANDRE:  I guess you were there long enough.

5          RICARDI:  Yeah, when I got there, it was kind

6     of tough to adjust and then later on, you know, adjust

7     after like, four days --

8          ANDRE:  Yeah.

9          RICARDI:  -- to India time.  And then like,

10    food-wise, your body wants food at a certain time.  I

11    never thought, man, I thought it was just time is time.

12    Your body wants food at a certain time.  You're sleepy

13    and hungry.  Even if you eat later on at a particular

14    time you usually at this time --

15         ANDRE:  Yeah.

16         RICARDI:  -- your body wants to eat.

17         ANDRE:  Gets ready.  Yeah.

18         RICARDI:  And same thing when I, you know,

19    when I got back.  It was a little bit rough.  But I

20    mean, we started this company, you know, like

21    (inaudible) started.  I met him when we had like, four,

22    five trucks.  And then, you know, we were operating on

23    an apartment.  It was just a two-men show, three-men

24    show and then we, you know, put together the investment,

25    investors, you know, a packet, the same way so where you

[5/9/2023]  449484.amended.20230428-MBO

15

1    invest a certain amount of money --

2           ANDRE:  Yeah.

3           RICARDI:  -- and we're -- we're out to give

4    you a truck.  We help you get a truck.  It doesn't

5    matter what -- what the truck is.  Of course, it's in

6    our best interest to get the best possible truck.

7           ANDRE:  Right.

8           RICARDI:  But we tried to put into investors'

9    mindset don't think about what kind of truck -- because

10   the moment we say, oh, yeah, yeah, you can get this kind

11   of truck, we giving you truck expectation that, oh, I

12   don't want that truck.  I want a Freightliner.  I

13   want a --

14          ANDRE:  Yeah.

15          RICARDI:  -- blue one, not a red.  No, no.  We

16   tell you, you don't have anything to do with the truck.

17   We'll tell -- we can even get you a 1980 truck.

18          ANDRE:  Right.

19          RICARDI:  We can, you know, that's none of

20   your problem.  That's none of your business.  But you

21   know, in reality, we want to get the best possible

22   truck.  We just kind of set that kind of tone --

23          ANDRE:  Mm-hmm.

24          RICARDI:  -- so that you don't think, okay,

25   I'm going to get this truck because the moment, you

16

1   know, all that start to -- you start to get involved,

2   then it becomes -- it becomes, you know, a problem

3   because we have a specific system in place.

4              ANDRE:   Right.

5              RICARDI:   You give us your money because why

6   are you doing this, because you want to make your money

7   work.

8              ANDRE:   Damn right.

9              RICARDI:   Yeah, exactly.   So, the investment

10  for you is the money.

11             ANDRE:   Yeah.

12             RICARDI:   So, the business for us is, you

13  know, is the truck.

14             ANDRE:   Okay.

15             RICARDI:   So, we find the best way possible so

16  when we get the truck, and then we get the truck on the

17  road, like, right now, we have just about a hundred or

18  so that's currently on the road running and operating.

19             ANDRE:   Oh, wow.

20             RICARDI:   So, we have, you know, and you know,

21  throughout the U.S., our main maintenance facility's out

22  in --

23             ANDRE:   Mm-hmm.

24             RICARDI:   -- Lubbock, Texas.   So, all these

25  trucks, they have, you know, GPS tracking on them.

17

1   Dashcams so, you know, it kind of like reports --

2           ANDRE:  Yeah.

3           RICARDI:  -- and (inaudible) all the

4   information about the truck, how fast he's going right

5   now, fuel amount, def, and this is where he is, is

6   moving right now.

7           ANDRE:  You said you all got about a hundred

8   now?

9           RICARDI:  Yeah, that's on the road.

10          ANDRE:  Oh, that's (inaudible) on the road.

11  Okay.

12          RICARDI:  Yeah, but we have -- we have very

13  near close to 300.

14          ANDRE:  Oh, wow.

15          RICARDI:  We just had a -- we just got off a

16  meeting about these.  So, these are trucks that are

17  coming.  The green ones, they're ready to get picked up.

18  These recently got picked up.

19          ANDRE:  Mm-hmm.

20          RICARDI:  So, as far as truck number-wise,

21  that has been assigned there to a team.

22          ANDRE:  Oh, okay.

23          RICARDI:  But these -- but they just have a

24  process of all these trucks from 218 all the way up

25  there, is in the process of getting numbered.

18

```
 1              ANDRE:  Gotcha.

 2              RICARDI:  So, we going to get to 300, I would

 3    expect probably at 300.

 4              ANDRE:  How long have you all been doing this?

 5

 6              RICARDI:  About four years.

 7              ANDRE:  Four years?

 8              RICARDI:  Yeah.

 9              ANDRE:  So, you all started with what, ten?

10    And you all have gone almost to 300 in that short time?

11

12              RICARDI:  Started with one, two.

13              ANDRE:  Oh, you started with one?  Oh, damn.

14              RICARDI:  Yeah.

15              ANDRE:  So, four years ago, it was just one or

16    two, and you all have just been growing, growing,

17    growing.

18              RICARDI:  Mm-hmm.

19              ANDRE:  Is that --

20              RICARDI:  We're one of the best --

21    we're one of the biggest trucking companies

22    in America.  Wait until we get to 450.  We're

23    going to be in the -- we're going to be in the top --

24              ANDRE:  Right.

25              RICARDI:  -- top -- probably top -- I'd say
```

1    maybe top 20, and that's in America.

2            ANDRE:  Gotcha.

3            RICARDI:  In America.  Like, that's -- there's

4    a lot -- it's like hundreds of thousands of trucking

5    companies in America.

6            ANDRE:  Mm-hmm.  All over.  That's big.

7            RICARDI:  So, once we reach about 450 to 500,

8    we'll be in the top 20.

9            ANDRE:  That's big.

10           RICARDI:  So, and then once we get to 700,

11   we're probably going to hit top ten.  Seven hundred to

12   800.

13           ANDRE:  How long do you think it'll take to

14   basically double what you have now?

15           RICARDI:  Probably another year and a half.

16           ANDRE:  Another year and a half?

17           RICARDI:  Yeah, I'm expecting 450 before the

18   year ends.  By early -- by early 2024, I'm expecting

19   about 400 to 450.

20           ANDRE:  And so that was kind of one of my

21   questions.  I guess after I met with Lane, I had, you

22   know, went back and had some things I was thinking

23   about.

24           RICARDI:  Mm-hmm.

25           ANDRE:  So, my cousin, he's the one that he

1   knows trucking and CDL.  He drives.  He knows

2   everything.  Me, I'm just a dude who -- I was working in

3   the clubs down in Miami.

4           RICARDI:  Oh, nice.

5           ANDRE:  Started doing investments.  So, I just

6   -- I made my money that way.  I didn't know about the

7   trucks.

8           RICARDI:  Right.

9           ANDRE:  But when he told me about the

10  investments, I'm like --

11          RICARDI:  Which club did you work at?

12          ANDRE:  Oh, I was a promoter, so I was -- I

13  had --

14          RICARDI:  Oh, okay.  Okay.

15          ANDRE:  I had South Beach (inaudible).  So, I

16  did that for a while, but --

17          RICARDI:  Nice.

18          ANDRE:  But, I mean, getting older now, so I'm

19  not -- I've started looking for more investments to do.

20

21          RICARDI:  Right, right, right.  We're trying

22  to (inaudible) -- (crosstalk)

23          ANDRE:  But if you were down in Miami, I'm

24  sure we crossed paths down there.

25          RICARDI:  I mean, probably.  It's -- I didn't

21

1     -- not too much.

2              ANDRE:  Oh, okay.

3              RICARDI:  But, you know, and I was not really

4     too much of a club-club guy.

5              ANDRE:  Yeah.

6              RICARDI:  But definitely -- I mean, every now

7     and then, you know, I kind of hang out --

8              ANDRE:  Like celebration and party or

9     something like that.

10             RICARDI:  Yeah.

11             ANDRE:  Yeah, yeah, (inaudible) that's what

12    most people are.

13             RICARDI:  Yeah.  (inaudible) more like dance

14    clubs, strip club, or different kind of club?

15             ANDRE:  No, more like Liv and --

16             RICARDI:  Oh, Club Liv.

17             ANDRE:  Yeah.  B.E.D. when it was around back

18    in the day.

19             RICARDI:  Okay.

20             MALE SPEAKER:  Okay.

21             ANDRE:  (inaudible) Play, stuff like that when

22    it was around.

23             MALE SPEAKER:  Okay.

24             RICARDI:  Gotcha.

25             ANDRE:  So, yeah, I was doing the party

22

1  promotion thing for a while, and it just -- I don't want

2  to do it anymore.

3           RICARDI:  Right, right.

4           ANDRE:  Like, I'm tired.  So, I started doing

5  -- looking into like --

6           RICARDI:  (inaudible).

7           ANDRE:  -- doing some real estate investing

8  in, you know, central Florida.

9           RICARDI:  Right.

10          ANDRE:  But the turnover is just slow.  It's

11  not as quickly --

12          RICARDI:  It is.

13          ANDRE:  I know my cousin was telling me about

14  this.  I'm like, I don't know anything about trucks.

15          RICARDI:  You don't need to.

16          ANDRE:  (inaudible) I'm like okay, let's talk.

17

18          RICARDI:  I mean, Sanjay, his background is

19  aviation.

20          ANDRE:  Really?

21          RICARDI:  Yeah.

22          ANDRE:  But he -- he probably knows business.

23

24          RICARDI:  Exactly.

25          ANDRE:  Yeah, yeah.

23

1        RICARDI:  His background is aviation.  He

2  started the business, but it's -- when I got -- you

3  know, because I mean, I was doing very well for

4  myself --

5        ANDRE:  Mm-hmm.

6        RICARDI:  -- as a young man, entrepreneur, and

7  business was doing pretty decent.

8        ANDRE:  Yeah, it sounds like.

9        RICARDI:  And I always surround myself around

10  people that was always better than me.

11        ANDRE:  Right.

12        RICARDI:  They knew more than me.  I didn't

13  want nothing they had.

14        ANDRE:  Yeah.

15        RICARDI:  I didn't want their money.  I didn't

16  want -- I didn't want them to hand me down anything.  I

17  just wanted to learn --

18        ANDRE:  The knowledge.

19        RICARDI:  -- what they're doing --

20        ANDRE:  Yeah.

21        RICARDI:  -- and put myself around them.  So,

22  I put myself at a -- you know, when I was dead broke,

23  like, around -- surround myself around millionaires.

24        ANDRE:  Mm-hmm.

25        RICARDI:  Like, guys that were in -- in -- you

24

1    know, in investment banks.  Guys that was doing very

2    well.  You probably heard of Primerica.

3              ANDRE:  Yep, yeah.  I heard of Primerica.

4              RICARDI:  Still, now I have a lot of them.

5    Omar -- Omar's like a two and a half million, three

6    million dollar earner right now.  When I was around him,

7    he was making like, about eight, nine, hundred

8    thousand --

9              ANDRE:  Yeah.

10             RICARDI:  -- annually.  I was like, whoa, you

11   know, he was making like, I was at the time, me, making

12   45, $50,000 a year and to hear somebody's making like,

13   70, $80,000 a month, it was like, what the --

14             ANDRE:  Yeah.

15             RICARDI:  -- if he can do it, shit, I can do

16   it.

17             ANDRE:  Right.

18             RICARDI:  So, you know, your whole mindset's

19   basically growing -- growing up in the -- in the poor,

20   you know, family.  So --

21             ANDRE:  Mm-hmm.

22             RICARDI:  -- your mindset just freaking

23   change, man.

24             ANDRE:  Right.

25             RICARDI:  When you know what -- if they doing

25

```
 1   it, what they doing?  So, I started hanging around
 2   people more like that.
 3              ANDRE:  That's the way to do it.
 4              RICARDI:  And so that's -- (crosstalk)
 5              ANDRE:  Take that knowledge and move on.
 6              RICARDI:  Yeah.  And we started in the
 7   apartment.  It's like a one-bedroom apartment.
 8              ANDRE:  Mm-hmm.
 9              RICARDI:  It was probably the size of the --
10   between the living room and the kitchen --
11              ANDRE:  Really.
12              RICARDI:  -- yeah.
13              ANDRE:  And now you all got -- because you all
14   got -- you got -- I saw there's a business downstairs --
15              RICARDI:  Right.
16              ANDRE:  -- up here, and then you all got
17   something on the second floor too?
18              RICARDI:  Yep.  So, first floor is the -- our
19   first floor is the fleet management, HR, compliance.
20              ANDRE:  Mm-hmm.
21              RICARDI:  We also have our general counsel's
22   there, our attorney.  We have a director of asset
23   management, compliance there.  Sanjay is also on the
24   first floor.  And so, you know, that's -- that's --
25   that's what the first floor is.  Operations is on the
```

26

1     second floor.

2              ANDRE:  Right.

3              RICARDI:  Which is this, which is the motive.

4              ANDRE:  Okay.

5              RICARDI:  All the trucks.  So, they monitor --

6     they give the load to the drivers.

7              ANDRE:  Yeah.

8              RICARDI:  Also our driver compliance training

9     is on the second floor.  So, that's where they -- they

10    get training from all over.  They come from all over the

11    country --

12             ANDRE:  Mm-hmm.

13             RICARDI:  -- to get trained.

14             ANDRE:  Oh, and they all come here?

15             RICARDI:  Yeah.

16             ANDRE:  That's cool.

17             RICARDI:  Yeah.  (inaudible) (crosstalk) --

18             ANDRE:  So, you all keep everything in house,

19    really.

20             RICARDI:  Yeah.  No, we got everything.  I

21    mean, we building our own fuel system as well.

22             ANDRE:  Mm-hmm.

23             RICARDI:  So, everything we do, we don't want

24    -- we try to avoid affiliation with other -- we opening

25    up our own treasury bank system.

27

1          ANDRE:   Okay.

2          RICARDI:   That's in process.   We opening up

3   our -- we look -- you have an agent working on building

4   our own insurance.

5          ANDRE:   Oh, wow.

6          RICARDI:   Insurance company.

7          ANDRE:   Really trying to keep everything in

8   house.

9          RICARDI:   Exactly.   That's the best way to do

10  it.

11         ANDRE:   Yeah.

12         RICARDI:   I mean, we're big enough and we

13  have, you know, the -- the -- the money to do it.

14         ANDRE:   Right.

15         RICARDI:   So, why not?   And with our investors

16  and the financial system we create here, you know, it's

17  -- I mean, there's no -- there's no limit for us.

18         ANDRE:   Is there ever concern with -- so, I

19  don't know -- obviously, you all started four years ago

20  and me and my cousin just going to be getting in now.

21         RICARDI:   Mm-hmm.

22         ANDRE:   Is there a cutoff to the amount of

23  investors?   Like, if I wait -- because I think she said

24  --

25         RICARDI:   Yeah, there's a cutoff --

28

1    ANDRE:  -- next month or whatever, there's a

2    cutoff or whatever, so --

3    RICARDI:  No, that's -- (crosstalk) -- that's

4    actually Friday.

5    ANDRE:  Okay.

6    RICARDI:  Friday is -- it's a cool off period.

7    ANDRE:  Okay.

8    RICARDI:  It's not so much cutoff investors.

9    It's a cool off period.  So, we get to a point where we

10   got so many truck contracts every single day.

11   ANDRE:  Mm-hmm.

12   RICARDI:  So, sometime we could average like,

13   30, 40 truck contracts per month.

14   ANDRE:  Right.

15   RICARDI:  And what we do when we get to some

16   point, so okay, we're going to cool off.

17   ANDRE:  Mm-hmm.

18   RICARDI:  We're not taking any truck contract.

19   We just going to focus on building the fleet and working

20   and getting trucks (inaudible) -- (crosstalk)

21   ANDRE:  Okay.  Sounds (inaudible) --

22   RICARDI:  Everybody just work.  All hands on

23   deck.  Get your documents right now.

24   ANDRE:  Right.

25   RICARDI:  We just -- that's what I was on.  We

[5/9/2023]  449484.amended.20230428-MBO

29

```
1    have -- where we have all these guys.  They have their
2    own pipeline.  These are all truck that they're
3    responsible to get.
4                 ANDRE:  Mm-hmm.
5                 RICARDI:  They're going and reaching out to
6    the investor directly, working with the investor
7    directly and finding out and getting their documents,
8    tax returns --
9                 ANDRE:  Okay.
10                RICARDI:  -- bank statements, because we need
11   those documents to purchase the truck.
12                ANDRE:  Gotcha.
13                RICARDI:  They work -- they work with you
14   directly to work with the lender to get approved and buy
15   the truck.
16                ANDRE:  Okay.
17                RICARDI:  So, we have different agent that
18   works -- that works on that.  We have guys that works
19   with you to get your documents.  So, the month of March,
20   we -- we -- first quarter from January to March, we send
21   out 369 requests --
22                ANDRE:  Mm-hmm.
23                RICARDI:  -- for documents to the investors so
24   we have 217 that responded.  So, those application,
25   that's what -- that's what translate to -- to all this.
```

30

1    So, these are -- they working with the lender.  The

2    lender giving an approval.  We find a truck.  And then

3    they go through the loan doc process and then we close.

4    So, we buy the truck.

5              ANDRE:  Now, how long is the -- well, first,

6    how long is the cooling off period?

7              RICARDI:  Usually about a couple months.  It

8    depends.

9              ANDRE:  Okay.  Basically through the summer?

10             RICARDI:  Yeah.  Sometime in -- it could be

11   from like, May, June, sometime in May, June, July.

12   Sometime we might do just May and then we open in June.

13             ANDRE:  Mm-hmm.

14             RICARDI:  And then close back in July.  It's

15   just to kind of like just cool off and not really giving

16   any truck contract --

17             ANDRE:  Gotcha.

18             RICARDI:  -- at all.  And we kind of -- we

19   control it based on our own pace.  Like, we -- but we

20   just want you to know, hey, we're not -- we're not doing

21   30 truck contract per month.

22             ANDRE:  Gotcha.

23             RICARDI:  Because it's a lot.  I mean --

24             ANDRE:  It seems like a lot of -- I mean, it

25   doesn't seem you have a lot of employees for as much

31

1    work --

2             RICARDI:  Yeah.

3             ANDRE:  -- that you all have going on.  You

4    would think --

5             RICARDI:  It's a lot (inaudible) --

6    (crosstalk)

7             ANDRE:  (inaudible) -- going to be a much

8    bigger --

9             RICARDI:  Yeah, but no, it's -- this is this

10   location.

11            ANDRE:  Mm-hmm.  We have -- we have a location

12   in Georgia.

13            ANDRE:  Oh, okay.

14            RICARDI:  Yeah, we have a couple guys in

15   Georgia.

16            ANDRE:  Yeah.

17            RICARDI:  We have building there.  We have

18   Texas.

19            ANDRE:  Oh, okay.  So --

20            RICARDI:  Just --

21            ANDRE:  Yeah.

22            RICARDI:  -- this department alone is about

23   16, 17 employees.

24            ANDRE:  Okay.

25            RICARDI:  Between -- but we have employees in

32

1    Texas.  We have four in Texas and business development.

2    But yeah, I mean, total about 200 employees.

3              ANDRE:  Yeah.  Oh, okay.  That's pretty good.

4     That's pretty big.

5              RICARDI:  Yeah.  But business development

6    along, which we're, you know, at some point there was

7    where we said, okay, look, if you take on different --

8    Sanjay going to focus on operations, focus on --

9              ANDRE:  Yeah.

10             RICARDI:  -- compliance, focus on what's going

11   on and also focus on -- on growth and then me, I was

12   focusing more on acquisition, growth, and finance.

13             ANDRE:  Okay.

14             RICARDI:  You know, the amount of money we

15   control that can come in and when we expect to also give

16   those monies back as well.  Because money comes in, it

17   goes out.

18             ANDRE:  Right.

19             RICARDI:  That's how America runs.  Some

20   people, you know, it's like, oh, this is not like a

21   Ponzi scheme.  What's a Ponzi scheme?  I always ask them

22   what is a Ponzi scheme?

23             ANDRE:  Mm-hmm.

24             RICARDI:  Ponzi scheme is when somebody -- you

25   take somebody -- you take somebody's money and then he

[5/9/2023]  449484.amended.20230428-MBO

33

1   has no products.

2           ANDRE:  Right.

3           RICARDI:  He has no way of generating income

4   and then he's trying to find a way (inaudible) or

5   playing -- gambling with your money to try to --

6           ANDRE:  Okay.

7           RICARDI:  -- give it back to you.

8           ANDRE:  Yeah.

9           RICARDI:  Or to take money from, you know,

10  from -- from -- from Joe to give it to Paul, you know.

11  And then take back money from Paul to give it to Joe.

12  Like --

13          ANDRE:  Right.

14          RICARDI:  -- that when you don't have a

15  product.  At some point, it's going to collapse.

16          ANDRE:  Yeah, the only thing I know about that

17  is like, Bernie Madoff, but --

18          RICARDI:  Exactly.  But we have --

19          ANDRE:   And he did it for --

20          RICARDI:  We have a product, so we have, you

21  know, the operation of the truck --

22          ANDRE:  Right.

23          RICARDI:  -- where's it's growing.  It's

24  bringing revenue.

25          ANDRE:  Mm-hmm.

34

1           RICARDI:  Bringing over a million dollars a

2   month, but the money that we get from investors, that's

3   constantly coming in.

4           ANDRE:  Right.

5           RICARDI:  That's money that goes toward growth

6   of the company in creating different --

7           ANDRE:  Because the investor -- or we would --

8   we get the truck.

9           RICARDI:  Yeah, you get the truck --

10  (crosstalk) --

11          ANDRE:  (inaudible) --

12          RICARDI:  And you also get -- you also get

13  money, but we have to continue to grow.

14          ANDRE:  Right.

15          RICARDI:  So, we create -- we create a

16  different areas for our companies to grow.

17          ANDRE:  Mm-hmm.

18          RICARDI:  So, this Sanjay.  Oh, my daughter,

19  by the way she's -- (crosstalk).

20          ANDRE:  Oh, is it like Sanjay being out there

21  hooping?

22          RICARDI:  Sanjay doesn't care about hooping.

23  Yeah, that's (inaudible) we were at the park.  She was

24  the only girl playing with a bunch of big boys.

25          ANDRE:  Holding it down.

35

1          RICARDI:  Yeah, she's --

2          ANDRE:  And (inaudible) see?  See?

3          RICARDI:  Yeah.

4          ANDRE:  That's what I know right there.

5          RICARDI:  Yeah, she's -- yeah.  So, I met --

6    mostly I'm starting (inaudible) -- I'm starting a

7    nonprofit organization of basketball.

8          ANDRE:  Oh, okay.

9          RICARDI:  And she's -- she's -- she's --

10   (inaudible) the point.  But this was all in India.  This

11   was our -- I would say, you know, go into our Facebook.

12         ANDRE:  Let me see.

13         RICARDI:  So, a few of my pages public.  So,

14   if you pull up -- you will find a lot of information.

15   Like, this was the investors conference.

16         ANDRE:  Mm-hmm.

17         RICARDI:  (inaudible) conference we had which

18   we explained -- we explained what we do, our growth, our

19   progress, where we were a year ago and where we are now.

20         ANDRE:  Right.

21         RICARDI:  And what we have to come.  So, we

22   had about 600 investors.

23         ANDRE:  Oh, all come to the banquet?

24         RICARDI:  (inaudible) that was there.  It's a

25   celebration.  We're very transparent about what we do.

36

```
 1          ANDRE:  Right.

 2          RICARDI:  In terms of when it's time for you

 3   to get the truck, what's going with the company.  If we

 4   doing great, we saying man, we're doing awesome.

 5          ANDRE:  Mm-hmm.

 6          RICARDI:  If we kind of like, you know,

 7   experiencing little challenges, say, hey, look, you

 8   don't need to panic about anything.  We communicate a

 9   lot via emails.

10          If there's something going on, we tell you

11   there's something going on.

12          ANDRE:  Right.  Because I think, like,

13   (inaudible) the investors, as the investors we still get

14   our --

15          RICARDI:  No, you get your payment no matter

16   what.

17          ANDRE:  Right, right, right.  So --

18          RICARDI:  No matter what, you get your money.

19   And that's (inaudible) (crosstalk) --

20          ANDRE:  You all struggling behind the scenes,

21   we're still going to be getting our payment --

22          RICARDI:  Exactly.

23          ANDRE:  -- until --

24          MALE SPEAKER:  Exactly.

25          ANDRE:  And you all will fix whatever you all
```

37

1    are working on.

2              MALE SPEAKER:  And we always do.

3              ANDRE:  Okay.

4              RICARDI:  And this is not -- it's not often,

5    man.  It's -- you know, sometime, you know, you have the

6    -- you know, the -- the -- there's economic hardship,

7    you know, in the U.S. right now.

8              ANDRE:  Right.

9              RICARDI:  Especially in the last year, year

10   and a half.  But -- that's too loud.  But we always find

11   a way to deal with our, you know, with our issues.

12             ANDRE:  And that's something I was looking

13   for, something more consistent.

14             RICARDI:  No one has ever missed a payment.

15             ANDRE:  Okay.

16             RICARDI:  You can call -- this is my

17   investors' platform.  You can call any investor that's

18   been with us for like, a year.

19             ANDRE:  Mm-hmm.  And everybody --

20             RICARDI:  You can -- hey, look, I'm looking to

21   invest in this Royal Bengal thing.

22             ANDRE:  Yeah.

23             RICARDI:  Have you missed any payments?

24             ANDRE:  And nobody's missed any?

25             RICARDI:  (crosstalk) we put -- there's

38

1   certain people we put ineligible in our system.  We

2   don't want to deal with just because if -- if -- I've

3   been faithfully giving you consistent income --

4               ANDRE:  Right.

5               RICARDI:  -- and then -- and then, you know,

6   we probably deal with very light little issue, and

7   business is not going to be perfect --

8               ANDRE:  Yeah.

9               RICARDI:  -- and you don't understand, we just

10  say look, it's just best we'll give you your money back

11  and then --

12              ANDRE:  See, that was one of my questions.

13  So, my cousin, he was looking at a little bit smaller

14  amount, maybe 20 or 30, but he -- I was looking to go a

15  little big more than that, or a lot more than he was.

16  But I guess one of his concerns was just because if

17  things got tight, like for him personally --

18              RICARDI:  Right.

19              ANDRE:  -- would he be able to pull his money

20  out?  Like, how would that work?  Like, me, the way I

21  invest, I invest money that, okay, I'm okay with --

22              RICARDI:  If -- if I lose it --

23              ANDRE:  He's kind of new --

24              RICARDI:  -- it's going to hurt -- (crosstalk)

25              ANDRE:  Right.

39

```
 1           RICARDI:  -- but my life's not going to be

 2    over.

 3           ANDRE:  Right.  Him, it's a little bit

 4    different, right.

 5           RICARDI:  Right.

 6           ANDRE:  He's been saving up to get to this

 7    point.  So, he doesn't --

 8           RICARDI:  Right.

 9           ANDRE:  So, that was one of his concerns that

10    he was asking.

11           RICARDI:  Right.

12           ANDRE:  So, what -- like, how does that work

13    if he called you all one day and was like, look, man, I

14    appreciate the money coming every month, but I need to

15    get my investment back because --

16           RICARDI:  Yeah.

17           ANDRE:  -- my daughter got sick or something

18    crazy happened.

19           RICARDI:  (crosstalk) give you back all your

20    money.

21           ANDRE:  Okay, okay.

22           RICARDI:  We give you back all your money.

23           ANDRE:  So, yeah, that's --

24           RICARDI:  And if you're doing short-term --

25           ANDRE:  Mm-hmm.
```

40

1          RICARDI:  Like, let's say you invest $50,000

2     with us in short-term, you're going to get it in six

3     months.

4          ANDRE:  Right.

5          RICARDI:  And then three -- two months into

6     the investment, say, hey, look, I need that $50,000

7     back.

8          ANDRE:  Yeah.

9          RICARDI:  I'm not going to be able to wait

10    another four months.

11         ANDRE:  Gotcha.

12         RICARDI:  We'll give you your money back.  You

13    can't complete the term, we'll give you full $50,000

14    back.

15         ANDRE:  You'll understand like, how people

16    are.

17         RICARDI:  We've done -- we've done that many,

18    many times.

19         ANDRE:  Okay.

20         RICARDI:  We've done that.  There was this

21    pastor or like Hope -- I think it's Hope Capital

22    Management.

23         ANDRE:  Mm-hmm.

24         RICARDI:  He was in the middle -- he didn't

25    know his house price was going to be that quick.  He

41

1    made an investment for 50,000 --

2            ANDRE:  Yeah.

3            RICARDI:  -- and then he realized and said, oh

4    my God, you know, I'm going to need the money to go

5    toward the house.  They need to see money in my account.

6            ANDRE:  Right.

7            RICARDI:  So, like a couple months into the

8    investment, we just give -- we understand, we gave him

9    back his money.

10           ANDRE:  Okay.

11           RICARDI:  Of course, you don't get any

12   interest with it because --

13           ANDRE:  Right.

14           RICARDI:  --  the money --

15           ANDRE:  But -- (crosstalk)

16           RICARDI:  -- you know, you get your money

17   back.

18           ANDRE:  Right.  But I can see, like, if

19   something happened with my cousin, I think that was one

20   of his sticking points because then whenever things did

21   settle down again, he would be fine with putting it

22   back.

23           RICARDI:  Right.

24           ANDRE:  And doing that, so.

25           RICARDI:  No, definitely, I mean, yeah, we're

```
1    not in the -- I -- look, I grew up poor, man.  I'm a

2    Haitian boy.

3              ANDRE:  Right.

4              RICARDI:  I grew up -- I grew up homeless.  In

5    '80, came here in the U.S.  I was living in, you know, I

6    was not in a very, very bad condition, but I was in the

7    -- you know, I was raised in the --

8              ANDRE:  I know Pompano.  I know Pompano.

9    (crosstalk) Yeah, I know Pompano a little bit.

10             RICARDI:  I was in Cypress.  And Cypress by

11   Dixie area.  That's where I went to Pompano Middle.  I

12   don't know if you know Pompano Middle.

13             ANDRE:  I'm not very (inaudible) but I know

14   Ely.

15             RICARDI:  Blanche Ely.

16             ANDRE:  Yeah, I know Ely.

17             RICARDI:  I live nearby there.  So, that's --

18   and you know, just worked my way through, you know,

19   education was always important to us --

20             ANDRE:  Yeah.

21             RICARDI:  -- so, my mom pushed me.  But I

22   understand the value of one dollar.  I also understood

23   the value of a hundred million dollars.

24             ANDRE:  Gotcha.  That's what matters.

25             RICARDI:  So, people -- just because somebody
```

[5/9/2023]  449484.amended.20230428-MBO

43

1   come here, you know, Sister Jean comes here with her

2   $10,000.  Her $10,000 is everything to her.

3              ANDRE:  Right.

4              RICARDI:  To her, it's like, I'm banking.  I

5   have good money --

6              ANDRE:  Yeah.

7              RICARDI:  Look, the way she think the value of

8   her money, that's how I have to tone down and think,

9   this is the value of your money.

10             ANDRE:  Right.

11             RICARDI:  You know?  Because that $10,000

12  maybe she worked 20 years for her to save it.

13             ANDRE:  Mm-hmm.

14             RICARDI:  Little bit at a time, $200 at a

15  time.  And that's a lot of money (crosstalk) --

16             ANDRE:  (inaudible) Yeah.  Versus people that

17  make it quick.

18             RICARDI:  It's the same way.  You come in, you

19  want to give me a hundred million dollars.  I'm like,

20  okay.  I'm not going to be like, oh my God, a hundred

21  million dollars.  Because it goes right through my hand

22  before.  So --

23             ANDRE:  Right.

24             RICARDI:  -- it's -- it's just understood, and

25  okay, yeah, your hundred million dollars, it means a lot

44

1    to you, and you might have, you know, 500 million, but

2    your hundred million dollars still, you know, it's still

3    a lot of money.

4              ANDRE:  (inaudible)

5              RICARDI:  You know, we consider it.  So, it's

6    the same way.  Every investor's money is important to

7    us.  It's valuable to us.  And we -- we take price in

8    what we do.  I say it all the time.  And this, man, this

9    is just the beginning of what we have going on.

10             ANDRE:  I've -- I've only heard good things.

11   And so, the cutoff is the end of this week?

12             RICARDI:  Yeah.

13             ANDRE:  Okay.

14             RICARDI:  The cutoff is end of this week,

15   yeah.  This was like, Sanjay's (inaudible).  This is

16   Blackline, this actually -- we went and built all them

17   goddamn manufacturing (inaudible) --

18             ANDRE:  Is this the thing in --

19             RICARDI:  Blackline.

20             ANDRE:  -- Texas?

21             RICARDI:  No.

22             ANDRE:  Oh, this is one in India.  Okay.

23             RICARDI:  This one, we just built this one.

24   So, just -- this one just went live.

25             ANDRE:  That was amazing.

45

1            RICARDI:  This one just went live with this

2    one --

3            ANDRE:  Yeah.

4            RICARDI:  -- April 1st.  So, I went to India

5    on March 22nd, March 23rd.

6            ANDRE:  Mm-hmm.

7            RICARDI:  And April 1st, we went live with it.

8    Everything was good.  So, that's in India.  So, I was

9    there for just about a month.

10           ANDRE:  (inaudible).

11           RICARDI:  So, we were building our trailers.

12           ANDRE:  Yeah.

13           RICARDI:  We were like, renting a small little

14   place, and they were giving us a hard time.  We're like,

15   okay, screw this.  How do we build our own.

16           ANDRE:  Do our own thing.

17           RICARDI:  So, this is how kind of like the

18   trailer, how they starts.  Like, this is the frame.

19   It's actually those people working and (interference in

20   audio).

21           ANDRE:  Oh, okay.

22           MALE SPEAKER:  Built from scratch.

23           ANDRE:  Yeah, yeah, yeah.

24           RICARDI:  And then from that point on, if you

25   go like and see on my Facebook, you'll see it.  And this

46

```
1   how they roll out.  This is fully registered, tag

2   number, and everything, all fully compliant.

3              ANDRE:  Ready to go.

4              RICARDI:  And this is our (inaudible) trailer

5   ready to get on the road.

6              ANDRE:  Nice.

7              RICARDI:  It's a lot of work.  We started

8   building --

9              ANDRE:  Seems like it.

10             RICARDI:  -- these in October.  I mean, this

11  is ours.  This is our manufacturing company.

12             ANDRE:  Right.

13             RICARDI:  So, just now imagine --

14             ANDRE:  You're not outsourcing anything.

15             RICARDI:  We have a chain of supplies.  You

16  have the manpower.  You have the location.

17             ANDRE:  Mm-hmm.

18             RICARDI:  You know.  And then you have, you

19  know, the ability to just build something like this, and

20  you can, you know, eventually what we're doing

21  (inaudible) built for our fleet.

22             ANDRE:  Gotcha.

23             RICARDI:  So, once we've done building for our

24  fleet, we have a dealership already.  That's in Lubbock,

25  Texas.
```

47

1            ANDRE:  Oh, okay.  That's what was in Texas.

2            RICARDI:  Trailer (inaudible) (crosstalk)

3            ANDRE:  Okay, I remember something with Texas.

4

5            RICARDI:  So, we'll sell.

6            MALE SPEAKER:  Mm-hmm.

7            RICARDI:  So, we'll sell.  So, this is our

8    maintenance facility there in Texas where it just came.

9    So, if you go to -- this is all pictures from the

10   manufacturing.  If you go to -- this is -- this how they

11   come when they come in.

12           ANDRE:  Okay.

13           RICARDI:  This is how they come in from India.

14   Yeah, this is down -- this is in Texas.

15           ANDRE:  Nice.

16           RICARDI:  This is the hangar.  See, this is

17   how they build them.

18           ANDRE:  Yeah, I think that stuff's cool.

19           RICARDI:  Yeah.

20           ANDRE:  It's so dope.

21           RICARDI:  So, this is the -- the aviation

22   company (inaudible), that Equator. L

23           ANDRE:  Equator.

24           RICARDI:  Yeah, it's under -- it's under

25   Haiti.  I was back and -- man, when -- if you would've

48

1   (inaudible) not being in all this --

2              ANDRE:  Yeah, I've just seen all types of

3   stuff happening over there.

4              RICARDI:  Yeah, man.  I was going there.  I

5   didn't -- I didn't give a damn.  Whenever I got to reach

6   my door, I'll do whatever it takes.  So, yeah, this was

7   our investors banquet we had.  It was an amazing

8   banquet.  This is (inaudible) -- this is Lubbock, Texas.

9   Like I said, you go to -- you go to our Facebook --

10             ANDRE:  Check out yours, okay.

11             RICARDI:  Either mine or Royal Bengal's

12  Facebook.  You'll see it.  This was investors trip.

13  We're always encouraging investors, hey, come.

14             ANDRE:  That's why I was asking because I have

15  a boy that lives out in Texas.  So, I was like, if we

16  were ever out there, we'd be able to see this stuff.

17             RICARDI:  Hey, I'm going to be out there the

18  24th.

19             ANDRE:  Yeah?

20             RICARDI:  I'm going to be out there --

21             ANDRE:  You going to be Lubbock on the 24th?

22  Oh, okay.

23             RICARDI:  (inaudible) be in Lubbock.

24             ANDRE:  Yeah, one of my -- me and my cousin,

25  we got a boy that lives out in Dallas, and I don't think

49

```
 1    that was too far.

 2             RICARDI:  Yeah, if you guys want to -- if you

 3    guys want to go and stop by, yeah.  By any means.

 4             ANDRE:  Is that May 24th?

 5             RICARDI:  June.

 6             ANDRE:  June 24th.  Oh, okay.

 7             RICARDI:  June 24th.  I'm going to be there on

 8    probably this whole week.  I'm going to be there

 9    probably like, Tuesday, the 20th. L

10             ANDRE:  Oh, okay.

11             RICARDI:  And I'm going to spend the whole

12    week there, and then there's a conference on the 24th,

13    and then I'm coming home on Sunday, the 25th.

14             ANDRE:  Okay.  I'll see.  I'll talk to him.

15             RICARDI:  Sunday (inaudible).

16             ANDRE:  We go out there every now and then to

17    Dallas.

18             So, but I remember she was telling us, and I

19    was like, (inaudible), see that.  Like, to me, that's

20    freaking --

21             RICARDI:  Yeah.

22             ANDRE:  -- dope.

23             RICARDI:  I mean, yeah, that's our -- let me

24    see if this meeting is still standing.

25             ANDRE:  Is the boss man here?  I'll let you
```

50

```
1    get to your (inaudible).  Say what's up to him.

2            RICARDI:  Hold on one second.  Yeah, we have a

3    -- (inaudible) aviation -- for the aviation company out

4    in India, we have a meeting that's supposedly scheduled

5    at 11 o'clock.  So, I just want to make sure.

6            [phone ringing]

7            MALE SPEAKER 3:  Yeah, boss.

8            RICARDI:  Yo.  You still got the meeting for

9    aviation at 11:00?

10           MALE SPEAKER 3:  Yeah, yeah.

11           RICARDI:  All right.  You sent me the link,

12   right?

13           MALE SPEAKER 3:  Yeah.

14           RICARDI:  All right.  Thanks.

15           MALE SPEAKER 3:  If you need, let me know,

16   I'll send you again.

17           RICARDI:  All right.  Can you send it again?

18           MALE SPEAKER 3:  Yeah, yeah.  (inaudible) sent

19   you (inaudible).

20           RICARDI:  Oh, okay, what happened?

21           MALE SPEAKER 3:  So, he said did you take your

22   bank?  (inaudible) no.  It's like, first, check your

23   bank.

24           RICARDI:  Unbelievable.  Yeah.

25           MALE SPEAKER 3:  And then I told her, if your
```

51

1   husband invest any more money, it's not illegal to

2   invest any more money here.

3             RICARDI:  Right.  It's too much trouble.

4             MALE SPEAKER 3:  (inaudible).  And if he talks

5   about our deal to any third party, I'll cancel your

6   contract, even for the truck.

7             RICARDI:  Exactly.

8             MALE SPEAKER 3:  That's fair.

9             RICARDI:  No, It's more than fair.  It's more

10  than fair.  Too much talking, man.  So, too much.

11            MALE SPEAKER 3:  (inaudible).  The (inaudible)

12  talk shit about us to everybody.

13            RICARDI:  Yeah.  So, as far as -- for --

14  that's your boy, that's with your boy Ezekiel too.

15            MALE SPEAKER 3:  Yeah, Ezekiel, I told Ezekiel

16  too, stop talking about us to people.

17            RICARDI:  Right.  All right, boss.  See you in

18  Zoom.

19            MALE SPEAKER 3:  Okay.

20            RICARDI:  Bye.

21            ANDRE:  Is Sanjay here today?

22            RICARDI:  Yes, Sanjay's downstairs.

23            ANDRE:  Can I meet him real quick?

24            RICARDI:  Of course.  He's in -- he's in --

25  we're going to jump on a Zoom meeting for the aviation.

52

```
 1              ANDRE:  I want to say what's up to him real
 2    quick.
 3              RICARDI:  Yeah, come say (interference in
 4    audio)
 5              ANDRE:  Me and my cousin, we're definitely
 6    trying to -- (interference in audio) by this week.
 7              RICARDI:  (inaudible).
 8              ANDRE:  And then I would say go to -- go to --
 9    at least we can get the (inaudible). We'll be in the
10    pipeline.
11              RICARDI:  Yeah.  This is my cell number.
12              ANDRE:  All right.
13              RICARDI:  That's on there.  If you go, you go
14    to all the -- you see all this stuff.
15              ANDRE:  I mean --
16              RICARDI:  (inaudible).
17              ANDRE:  Mm-hmm.
18              RICARDI:  This is our location over there.
19    This is the trailer being tested in Lubbock.  I mean,
20    it's -- you'll see it live.  Come down with me.
21              FEANDRE:  They caught up through the 19th.
22    Pretty good.
23              FEMALE SPEAKER:  Yeah.
24              RICARDI:  So, you grew up out there?
25              ANDRE:  Yeah, Miami.
```

53

```
 1              RICARDI:  Yeah?

 2              ANDRE:  Yeah, man.

 3              RICARDI:  I'm in Miami all the time.

 4   Actually, I was just there this week.

 5              ANDRE:  Oh, yeah, where at?

 6              RICARDI:  I was at -- I was at the Grand Bay

 7   Resort (inaudible) Miami Beach.

 8              ANDRE:  Okay.

 9              RICARDI:  And then we did --

10              MALE SPEAKER 4:  Going down?

11              RICARDI:  Yeah.  Did a little bit of jet

12   skiing.

13              I like to have a little fun.  Yeah.  Next

14   week, I'll be -- I'll be on the boat next week.

15              ANDRE:  Yeah?

16              RICARDI:  (inaudible).  Yeah, next week. Night

17   of the 5th or the 6th.

18              ANDRE:  Is it like a nice yacht or some

19   fishing --

20              RICARDI:  Yeah, yeah.

21              ANDRE:  Okay.

22              RICARDI:  Yeah.  We got a 90 -- 90-footer.

23              ANDRE:  Okay.  So, if I get a (inaudible) I

24   have one that I every now and then (crosstalk).

25              RICARDI:  (inaudible) --
```

54

1          ANDRE:  (inaudible) -- get all nervous and

2   relax.

3          RICARDI:  Yeah, so we (inaudible) a couple of

4   guys (inaudible) (interference in audio).

5          ANDRE:  Appreciate it, man.  This car right

6   here.  Woo.

7          RICARDI:  I just got it.

8          ANDRE:  Did you?  I saw it when I came up

9   (inaudible) --

10          (crosstalk)

11          RICARDI:  This car, (inaudible).  This one

12   goes up to 60 in like, three seconds.

13          ANDRE:  Woo.

14          RICARDI:  It's electric too.

15          ANDRE:  That is fire, boy.  That right there.

16

17          RICARDI:  (inaudible).

18          ANDRE:  How you doing, man?  Andre. nice to

19   meet you, man.

20          SANJAY:  Nice to meet you.

21          ANDRE:  Yeah, me and my cousin, we're getting

22   ready to invest, and we (inaudible) to do by the end of

23   this week, so.

24          SANJAY:  Yeah.

25          ANDRE:  Between the two of us, probably like

55

1   150.  We want to get in.

2           SANJAY:  Say hi to the president.

3           ANDRE:  Yeah.  So, I came here last time and

4   Lane kind of, you know, gave me the tour of everything,

5   but like I was telling Ricardi, I was like, me

6   personally, YouTube and all that stuff's cool, but I

7   want to like, talk to the actual people that -- he told

8   me, like, you build it from the ground up.  So --

9           SANJAY:  (inaudible).

10          ANDRE:  Yeah, so to me, that's like, the

11  biggest thing.  Because, you're what, four years, you

12  said you all have been doing it?

13          SANJAY:  Yes, just about four and a half

14  years.

15          ANDRE:  And he said you started with one truck

16  in like, an apartment, and I'm like -- and now you're

17  like, 300 of them.

18          SANJAY:  Yeah.

19          ANDRE:  So, like, to me that's dope.  But

20  like, yeah, the YouTube and all that stuff is there, but

21  I'd rather like, you know --

22          SANJAY:  No, I --

23          ANDRE:  -- definitely before I -- oh, you got

24  the -- your boy's over here with the watches.

25          SANJAY:  No, somebody give it to me.

56

1          ANDRE:  That's what he just said, it was a

2     gift.  That's dope though.

3          SANJAY:  Yeah, my mother-in-law gave me this.

4

5          RICARDI:  Oh (inaudible).

6          ANDRE:  Oh, okay, okay.  That's beautiful.

7          SANJAY:  That's (inaudible).

8          ANDRE:  Yeah?  And he said you all just got

9     back from out of town.  He showed me -- I saw the

10    YouTube with, I guess, you all got a new building out

11    there and stuff like that?

12         SANJAY:  Yeah.

13         ANDRE:  So, that's dope.  But --

14         SANJAY:  (inaudible) welcome aboard.

15         ANDRE:  Yeah, man.

16         SANJAY:  (inaudible) cooperations.

17         ANDRE:  Yeah.

18         SANJAY:  And as you -- as (inaudible)

19    (interference in audio) you are in business, we are in

20    business.

21         ANDRE:  Right.

22         SANJAY:  Because everything be up and down.

23         ANDRE:  Okay.

24         SANJAY:  There is no reason to freak out.  You

25    know, we just have to work together, you know.  You are

57

```
1    not only investing, you are also a pillar of the

2    company.

3              ANDRE:  Mm-hmm.

4              SANJAY:  And you cannot be softened and

5    weakened and become a loose pillar.

6              ANDRE:  Right.

7              SANJAY:  When you become a loose pillar, the

8    company suffers.  People think they give us money and

9    they are hands free.

10             ANDRE:  Yeah.

11             SANJAY:  You know?  Hands free, yes, but

12   mentally, you are there (inaudible).

13             ANDRE:  Right.

14             SANJAY:  People say you come in the business,

15   like, okay, what if you fail?  It's like, well, if we

16   fail, you going to be fail -- failure too.

17             ANDRE:  Right.

18             RICARDI:  Right, right.

19             SANJAY:  So, why don't you ask yourself a

20   question, how will you protect your failure first?

21             ANDRE:  Yeah.

22             RICARDI:  Right.  You're protecting us.

23             ANDRE:  Well, he was telling me, I guess,

24   because I guess one of my cousin's concerns because like

25   I was telling him, like, me, I've kind of made my money
```

58

1    in the clubs and stuff in Miami.

2              So, for me, for my (inaudible) is a little bit

3    easier, but he had -- you know, he's like, been saving,

4    doing all this.

5              So, one of his concerns is like, what if

6    something happens and I need to get out?

7              SANJAY:  Well, I mean, once you buy the truck,

8    you can't really get out.

9              ANDRE:  Right.

10             SANJAY:  You know.  But we try to -- if some

11   kind of situation like that comes up --

12             ANDRE:  Mm-hmm.

13             SANJAY:  -- we help you get out.

14             ANDRE:  Okay.

15             SANJAY:  In fact, one investor died --

16             ANDRE:  Oh.

17             SANJAY:  -- in three months.  And we gave all

18   of his money back, even his interest --

19             ANDRE:  Okay.

20             SANJAY:  -- and all that.

21             ANDRE:  And another one of his concerns is

22   like, it's like I was saying, he saved all his money up.

23    His -- regardless of the ups and downs of the business,

24   his monthly money is going to be coming back, his

25   return.  Whatever his return on investment.

59

1          SANJAY:  (inaudible) may come back sometime.

2    It may not come back.

3          ANDRE:  Yeah.

4          SANJAY:  You have to live through it.

5          ANDRE:  Okay.

6          SANJAY:  If you open your own business, do you

7    think everything happened the way you planned?

8          ANDRE:  No.  Well, that's what -- that was the

9    thing with the investor side of it.

10          So, we're not opening the business, right,

11   we're coming

12   in --

13          SANJAY:  No, you are.

14          ANDRE:  -- just investing.

15          SANJAY:  Yeah, investing, but you are kind of

16   a pillar of the -- of the company.

17          ANDRE:  Right.

18          SANJAY:  And we are running a truck.

19          ANDRE:  Mm-hmm.

20          SANJAY:  Yes, we will do 99 percent of the

21   time, we will do our best to get you everything that you

22   need.

23          ANDRE:  Right.

24          RICARDI:  Right.

25          SANJAY:  And there will be little bit here and

60

1    there.

2            ANDRE:  But your track history, you all have

3    had, everybody's been good?

4            SANJAY:  I hope so.

5            RICARDI:  I mean, it's -- we don't have too

6    much crazy complaint, but --

7            ANDRE:  Right.

8            RICARDI:  -- but --

9            (crosstalk)

10           ANDRE:  And which is one of the reasons I

11   wanted to come in, like, when talking to Lane, I was

12   like, the track history seems to be really good.

13           SANJAY:  Yeah.

14           ANDRE:  So --

15           RICARDI:  You hear it from the people, but

16   there's also, you know, that you never have a perfect

17   business.

18           ANDRE:  Right.

19           RICARDI:  (inaudible)

20           (crosstalk)

21           ANDRE:  You got to understand that.

22           RICARDI:  (inaudible) like last year, we had a

23   banking issue where there's just -- you know, so much

24   fund that needs to get out.

25           ANDRE:  Mm-hmm.

61

```
 1              RICARDI:  So, you have where, you know,

 2    investors would get their payments, like, ten days or 14

 3    days late.

 4              ANDRE:  Oh, yeah.  That's just a week or two,

 5    but you're still getting your payment.

 6              RICARDI:  And then this is -- and then this is

 7    where you was -- I mean, you are the -- he was on the

 8    phone --

 9              ANDRE:  Yeah.

10              RICARDI:  -- when we said okay, we told this

11    guy not to invest anymore.  And this guy --

12              (crosstalk)

13              ANDRE:  Right.

14              SANJAY:  Give me two minutes.  I will join

15    right in.  This is Sanjay.

16              RICARDI:  Fourteen days late and --

17              ANDRE:  Mm-hmm.

18              SANJAY:  Hello?

19              ANDRE:  Okay.

20              (crosstalk)

21              SANJAY:  I'm coming in two minutes.

22              ANDRE:  But see, that's the difference between

23    two weeks late and none at all, right?

24              RICARDI:  Exactly.

25              ANDRE:  I got to tell you, you all can
```

62

1    communicate that, that hey, it's going to be a week

2    late.

3              That was my thing.  I don't have an issue with

4    that because you all are communicating with me, letting

5    me know, hey.

6              SANJAY:  Yeah, of course.

7              ANDRE:  Because it's business.  But as long as

8    -- okay, in two weeks, it comes, all right, then.  We're

9    all good.

10             RICARDI:  Yes, sir.

11             ANDRE:  All right.  I'll let you all go.  I

12   know you all got this Zoom meeting.

13             RICARDI:  Yeah, we got Zoom meeting right now.

14             ANDRE:  So, I'll probably try and swing by and

15   finish -- I'll know what paperwork we're going to need

16   with Lane to do by the end of this week --

17             SANJAY:  Yeah, yeah.

18             ANDRE:  -- to get everything in.

19             SANJAY:  What kind of club you got in Miami?

20             ANDRE:  I don't own a club.  I -- so I grew up

21   doing like, party promoting. l

22             SANJAY:  Okay.

23             ANDRE:  So, I got connects with all the clubs

24   down in Miami.

25             SANJAY:  Okay.

63

```
 1              ANDRE:  So, we do that (inaudible).  He was

 2   talking about the yacht.  My homeboy has a yacht now, so

 3   we do like, some things on yachts here and there.

 4              SANJAY:  That's good.

 5              ANDRE:  But (inaudible) --

 6              (crosstalk)

 7              RICARDI:  We wanted to open up, like,

 8   something.

 9              SANJAY:  Yeah, we'll come party in Miami.

10              ANDRE:  We could do that.

11              SANJAY:  Yeah.

12              ANDRE:  We get this events (inaudible) going,

13   we can do that.

14              SANJAY:  Exactly.

15              ANDRE:  I hear you.  (inaudible) tell me

16   (inaudible).  Say (inaudible).  All right, man.  It was

17   great meeting you.

18              SANJAY:  Thank you, thank you.

19              ANDRE:  I like what you're doing here.  Have a

20   good one.  Get me one of these things, man.

21              RICARDI:  This is definitely going to put you

22   in the edge.

23              Going to get you on the edge, like,

24   (inaudible) like nobody's going to tell -- try to talk

25   to the investor like, you know, like, what if something
```

64

1      bad -- and --

2              ANDRE:  Yeah.

3              RICARDI:  -- nothing bad ever happened, but

4      what if.

5              ANDRE:  Right, right, right, right.

6              RICARDI:  You know what I'm saying.  So, you

7      definitely (inaudible) always get you --

8              ANDRE:  Yeah, but -- no, it's like I said.

9      Two weeks, whatever.  You all communicate with me,

10     whatevers.  Things happen.  (crosstalk)

11             RICARDI:  Yeah, right.  Yeah, there's always

12     something.

13             RICARDI:  It's business.

14             ANDRE:  Yeah.

15             RICARDI:  And sometimes -- sometimes too, it's

16     like you have to know that you're in business.

17             ANDRE:  Right.

18             RICARDI:  You're not, you know, it's -- and

19     that investor is -- so certain people just -- we can't

20     accept.

21             We cut it off.  And you can always come here -

22     -

23             ANDRE:  Right.

24             RICARDI:  -- to work with us.

25             ANDRE:  And talk to you all face to face.

[5/9/2023]  449484.amended.20230428-MBO

65

```
 1                    (crosstalk)

 2            RICARDI:  (inaudible).  That's face to face

 3    (inaudible).

 4            ANDRE:  Hey, I appreciate that.

 5            RICARDI:  So, we don't hide.  We've been here

 6    and we -- our house is open too.  We don't hide nothing,

 7    man.

 8            We have -- we're not doing anything funky or

 9    anything crazy.  We're not using P.O. boxes.  We're not

10    using --

11            ANDRE:  No, we've -- we've come -- between me

12    and my kid, we've been here three times.

13            RICARDI:  You Google me, you find my address,

14    where I live.

15            ANDRE:  Right.  No, we've been here three

16    times.

17            I just -- after talking to Lane, I'm like, I

18    get it, she's probably younger, she's working out, like

19    --

20            RICARDI:  Right.  She's 22 years old.  She

21    (inaudible).

22            ANDRE:  Yeah.  But whenever you get ready to

23    go over there, you know, that type of money, you want to

24    (interference in audio)

25                    (crosstalk)
```

1            RICARDI:  Yeah, man.

2            ANDRE:  You want to come see the man.

3            RICARDI:  All right, Andre, good talking to

4  you, man.

5            ANDRE:  All right.  (inaudible) bro.

6            RICARDI:  Best way to get in contact with me

7  is through WhatsApp.  I don't know if you use WhatsApp.

8            ANDRE:  Yeah, yeah, yeah.  Okay.

9            RICARDI:  (inaudible).

10           ANDRE:  Okay.  Yeah, we're going to try and

11  get here before Friday, so to get this in. l

12           RICARDI:  Sure.  All right.

13           ANDRE:  All right, heading back to my vehicle

14  now.  Back at the staging location.

15           MALE SPEAKER:  (inaudible) and then we can

16  turn them off.

17           ANDRE:  All right.  It's approximately 11:22

18  a.m., and this will be ending the recording.

19           (End of recording)

20                 * * * * *

21

22

23

24

25

```
 1                 TRANSCRIBER'S CERTIFICATE

 2

 3  I, Desha DeVor, hereby certify that the foregoing

 4  transcript is a complete, true and accurate

 5  transcription of all matters contained on

 6  the recorded proceedings in the Matter of ROYAL BENGAL

 7  LOGISTICS

 8  449484-MBO

 9

10

11  Desha deVor

12

13  _____

14  Transcriber   5-1-2023

15

16

17

18

19

20

21

22

23

24

25
```

# Attachment 12

Broward County Commission
Deed Doc Stamps: $14700.00

**Prepared by and Return to:**

Stephen W. Serenci, Esq.
**REALTY LAND TITLE COMPANY**
**6991 N. State Road 7**
**Suite 201**
**Parkland, FL 33073**
**Ph: (561) 300-3390**
**Fax: (561) 300-3388**

**Parcel ID: 48-42-26-00-0340; 48-42-26-00-0350;**
**48-42-26-00-0360; 48-42-26-00-0370; 48-42-26-06-0010**

Space above this line reserved for Recording data

# Warranty Deed

This Warranty Deed made this **6th** day of June, 2022, between Color Factory, Inc., a Florida corporation, whose post office address **680 South Military Trail, Deerfield Beach, Florida 33442**, grantor, and **Constantina Celicourt, a married woman**, whose post office address is **4706 NW 21st Court, Coconut Creek, Florida 33063-9614**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

Witnesseth, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Broward County, Florida** to-wit:

### SEE ATTACHED EXHIBIT "A"

SUBJECT to covenants, conditions, restrictions, reservations, limitations, easements and agreements of record, if any; taxes and assessments for the year 2022 and subsequent years.

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

To Have and to Hold, the same in fee simple forever.

And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **December 31, 2022.**

In Witness Whereof, grantor has hereunto set grantor's hand and seal the day and year first above written.

Page 1 of 2

I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 18 day of May, 2023 County Administrator.
By: Broward County Deputy Clerk
b0f700a5-b1df-4ad5-8b41-a98e553ef027 Page 1 of 3

Signed, sealed and delivered in our presence:

**COLOR FACTORY, INC., a Florida
corporation:**

_(signature)_

Witness

By: **Glaucio Saciloto**
Its: President

CYNTHIA REED

Printed Name

_(signature)_

Witness

_(signature)_

Printed Name

STATE OF FLORIDA

COUNTY OF BROWARD

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online
notarization, on this **2** day of June , 2022 by **Glaucio Saciloto, as President of Color Factory, Inc., a
Florida corporation** [X] who is personally known to me or [  ] who has produced: [ ]
_____ as identification.



STEPHEN W SCRENCI
Notary Public - State of Florida
Commission # GG 948846
My Comm. Expires Apr 3, 2024
Bonded through National Notary Assn.

_(signature)_

Printed Name:
My Commission Expires:

I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 18 day of May, 2023 County Administrator.
By:  Broward County Deputy Clerk
b0f700a5-b1df-4ad5-8b41-a98e553ef027 Page 2 of 3

## EXHIBIT A

PARCEL "A", KENDALL GREEN SECTION "A", ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 43, PAGE 49, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, TOGETHER WITH A PORTION OF THE NORTH 1/2 OF THE SOUTHEAST 1/4 OF SECTION 26, TOWNSHIP 48 SOUTH, RANGE 42 EAST, BROWARD COUNTY, FLORIDA, LYING WEST OF THE FLORIDA EAST COAST RAILROAD RIGHT-OF-WAY, ALL BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF SAID PARCEL "A", KENDALL GREEN SECTION "A"; THENCE NORTH 88°29'40" EAST ALONG THE NORTH LINE OF SAID PARCEL "A" 278.80 FEET TO THE NORTHEAST CORNER OF SAID PARCEL "A"; THENCE SOUTH 13°57'05" WEST ALONG THE EAST LINE OF SAID PARCEL "A" AND THE WEST RIGHT-OF-WAY LINE OF N. DIXIE HIGHWAY PER OFFICIAL RECORDS BOOK 21576, PAGE 935, OF SAID PUBLIC RECORDS, FOR 301.01 FEET; THENCE SOUTH 51°11'29" WEST ALONG SAID WEST RIGHT-OF-WAY LINE 30.20 FEET; THENCE SOUTH 88°25'32" WEST ALONG A LINE 25 FEET NORTH OF AND PARALLEL TO THE SOUTH LINE OF SAID NORTH 1/2 OF SECTION 26 FOR 199.86 FEET TO A POINT ON A LINE 1755 FEET EAST OF AND PARALLEL TO THE WEST LINE OF SAID SOUTHEAST 1/4 OF SECTION 26; THENCE NORTH 00°58'58" WEST ALONG SAID PARALLEL LINE 100.01 FEET TO A POINT ON A LINE 125 FEET NORTH OF AND PARALLEL TO SAID SOUTH LINE OF THE NORTH 1/2 OF SECTION 26; THENCE NORTH 88°25'32" EAST ALONG SAID PARALLEL LINE 44.85 FEET; THENCE NORTH 00°58'58" WEST 100.01 FEET TO A POINT ON A LINE 225 FEET NORTH OF AND PARALLEL WITH SAID SOUTH LINE OF THE NORTH 1/2 OF SECTION 26 AND THE SOUTH LINE OF SAID PARCEL "A"; THENCE SOUTH 88°25'32" WEST ALONG SAID PARALLEL LINE AND SAID SOUTH LINE 22.49 FEET TO THE SOUTHWEST CORNER OF SAID PARCEL "A"; THENCE NORTH 00°54'50" WEST ALONG THE WEST LINE OF SAID PARCEL "A" 108.64 FEET TO THE POINT OF BEGINNING.

SAID LANDS LYING AND BEING IN THE CITY OF POMPANO BEACH, BROWARD COUNTY, FLORIDA.

I hereby certify this document to be a true, correct and complete copy of the record filed in my office. Dated this 18 day of May, 2023 County Administrator.
By:  Broward County Deputy Clerk
b0f700a5-b1df-4ad5-8b41-a98e553ef027 Page 3 of 3

# Attachment 13

Broward County Commission
Deed Doc Stamps: $2485.00

Prepared by and return to:
Richard M. Mogerman
Attorney at Law
Richard M. Mogerman, P.A.
8211 W. Broward Blvd. Suite 200
Plantation, FL 33324
954-475-7171
File Number: 17-056
Will Call No.:

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this 15th day of June, 2017 between **Adam Matthew Starr and Lorraine Kimberly Starr, husband and wife** whose post office address is **5721 NW 54th Terrace, Tamarac, FL 33319**, grantor, and **Ricardi Celicourt and Constantina H. Voltaire, husband and wife** whose post office address is **4706 NW 21st Court, Coconut Creek, FL 33063**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Broward County, Florida** to-wit:

See Exhibit "A" attached hereto and made a part hereof as if fully set forth herein.

Parcel Identification Number: 4842 30 30 0580

Subject to the following:

1.     Taxes for the year 2017 and all subsequent years; and

2.     Zoning, restrictions, prohibitions and other requirements imposed by governmental authority; restrictions and matters appearing on the plat or otherwise common to the subdivision; public utility easements of record without reimposing same.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2016.

DoubleTime®



I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 17 day of May, 2023 County Administrator.
By: Broward County Deputy Clerk
7cc8b631-2c9c-467b-8ac1-b1c797b61cd6 Page 1 of 3

**In Witness Whereof,** grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: *Richard M. Magerman*

Witness Name: *Rosemarie Perez-Venturelli*

Witness Name: *Richard M. Magerman*

Witness Name: *Rosemarie Perez-Venturelli*

_____(Seal)
Adam Matthew Starr

_____(Seal)
Lorraine Kimberly Starr

State of Florida
County of Broward

The foregoing instrument was acknowledged and subscribed before me this 15th day of June, 2017 by Adam Matthew Starr and Lorraine Kimberly Starr, who [ ] are personally known or [X] have produced a driver's license as identification.

[Notary Seal]

ROSEMARIE PEREZ-VENTURELLI
MY COMMISSION # FF 193304
EXPIRES: March 16, 2019
Bonded Thru Notary Public Underwriters

*Rosemarie Perez Venturelli*
Notary Public

Printed Name: _____

My Commission Expires: _____

*Warranty Deed* - Page 2

DoubleTime®



I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 17 day of May, 2023 County Administrator.
By: Broward County Deputy Clerk
7cc8b631-2c9c-467b-8ac1-b1c797b61cd6 Page 2 of 3

# Exhibit A

THAT PORTION OF TRACT D-1, "LYONS WEST", ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 137, PAGE 40 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHWEST CORNER OF TRACT D-2 OF SAID PLAT; THENCE NORTH 01°43'59" EAST, ALONG THE WESTERLY BOUNDARY OF SAID TRACT D-2 AND ITS NORTHERLY EXTENSION, A DISTANCE OF 681.00 FEET; THENCE SOUTH 88°16'01" EAST, A DISTANCE OF 1091.36 FEET TO THE POINT OF BEGINNING; THENCE NORTH 01°41'28" EAST, A DISTANCE OF 133.68 FEET TO A POINT ON THE ARC OF A CIRCULAR CURVE TO THE LEFT, AT WHICH THE RADIUS POINT BEARS NORTH 27°53'47" EAST; THENCE SOUTHEASTERLY, EASTERLY, AND NORTHEASTERLY ALONG THE ARC OF SAID CURVE, HAVING A RADIUS OF 50.00 FEET AND A CENTRAL ANGLE OF 60°17'22", A DISTANCE OF 52.61 FEET TO THE POINT OF INTERSECTION WITH A NON-RADIAL LINE; THENCE SOUTH 01°41'29" WEST, A DISTANCE OF 137.38 FEET; THENCE NORTH 88°21'63" WEST, A DISTANCE OF 50.10 FEET TO THE POINT OF BEGINNING.

(BEARINGS BASED ON THE WEST LINE OF SAID TRACT D-2 HAVING A BEARING OF NORTH 01°43'59" EAST, ACCORDING TO SAID PLAT).

SAID LANDS SITUATE IN THE CITY OF COCONUT CREEK, BROWARD COUNTY, FLORIDA.

A/K/A LOT 58, "LYONS WEST P.U.D." (UNRECORDED).

Parcel Identification Number: 4842 30 30 0580

File Number: 17-056

DoubleTime®



I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 17 day of May, 2023 County Administrator.
By: Broward County Deputy Clerk
7cc8b631-2c9c-467b-8ac1-b1c797b61cd6 Page 3 of 3

# Attachment 14

Bank of America Legal Order Processing
Regarding reference number: D030823000180
Court case number: FL-04345
Court or issuer: Security and Exchange
Commission
Court case name: ROYAL BENGAL
LOGISTICS

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I, _Norma Morua_, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) Records. The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| ROYAL BENGAL LOGISTICS INC | 6027 | Statement Pages, Signature Card | 2019-10 − 2020-05 |
| ROYAL BENGAL LOGISTICS INC | 6014 | Statement Pages, Signature Card | 2019-10 − 2020-40 |
| ROYAL BENGAL LOGISTICS INC | 6001 | Statement Pages, Deposits, Offsets, Checks, Wires, Corporate Resolution, Signature Card | 2019-10 − 2022-11 |
| ROYAL BENGAL LOGISTICS INC | 0934 | Statement Pages, Wires, Corporate Resolution, Signature Card | 2022-01 − 2022-11 |
| ROYAL BENGAL LOGISTICS INC | 0985 | Statement Pages, Deposits, Offsets, Wires, Corporate Resolution, Signature Card | 2022-01 − 2022-11 |

IP Records Included

3.) Production.
   X_____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: March 23, 2023 __ Signature:_____

**Norma Morua**
Digitally signed by Norma Morua
Date: 2023.03.23 10:18:46 -07'00'

Bank of America Legal Order Processing
Regarding reference number: D030823000180
Court case number: 23-gc-01756
Court or issuer: Security and Exchange
Commission
Court case name: BJL EXPRESS, LLC

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I, _Norma Morua_, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) Records. The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| ROYAL BENGAL LOGISTICS INC | 6014 | ACH Details | 2019-11 – 2020-01 |

3.) Production.
  __X____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
<div align="center">OR</div>
  _____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.


Date: May 24, 2023    Signature:_____

# Attachment 15



Triad Centre I
6000 Poplar Avenue
Suite 300
Memphis, TN 38119
**office**   901.624-5500

## DECLARATION OF MARGARET G. EVERETT
## CERTIFYING RECORDS OF REGULARLY
## CONDUCTED BUSINESS ACTIVITY

I, the undersigned, Margaret G. Everett, pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by Evolve Bank & Trust as AVP, Legal Operations Administrator and Assistant Corporate Secretary and by reason of my position am authorized and qualified to make this declaration. I am custodian of records, and I am familiar with the company's recordkeeping practices or systems.

2. I further certify that the documents *attached hereto* are true copies of records that were:

   (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

   (b) kept in the course of regularly conducted business activity; and

   (c) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2023.

_____
Margaret G. Everett

# Attachment 16

# AFFIDAVIT



STATE OF TEXAS)

                 )SS:

COUNTY OF BEXAR)

I, Melissa Leal, do hereby state and declare as follows:

1. I am an employee of and a duly authorized custodian of the records for Citibank, N.A. (hereinafter "CBNA") and have authority to certify the attached records.
2. The testimony in this affidavit is based upon my personal knowledge, and the facts contained herein are true and correct.
3. The accounts in question are or were owned and issued by CBNA.
4. The attached bank records are copies or duplicates of the available records requested in the subpoena.
5. These records were prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition or event.
6. Documents attached are in the matter of **Royal Bengal Logistics, Inc. FL-04345**, Citibank reference number **LSI-03072023-850294.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2023 at San Antonio, TX.

Melissa Leal, Legal Support Specialist
Citibank, N.A.

Subscribed and sworn to before me on March 20, 2023.

M YVETTE GUTIERREZ
Notary ID #125232782
My Commission Expires
September 13, 2025

My commission expires _____9-13-25_____

Notary Public

# Attachment 17

## DECLARATION

### Case No. : FL-04345

Debra S Allen, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist IV and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated:_____03/17/2023_____

By:_____
    Debra S Allen
    Transactions Specialist IV
    JPMORGAN CHASE BANK, N.A.

SB1421304-F1

SUBP10a

# Attachment 18

 **Ameritrade**

**[FOR DOMESTIC U.S. RECORDS]**

## DECLARATION OF Jaspreet S. Kahlon CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, Jaspreet S. Kahlon, declare that:

1.  I am employed by TD Ameritrade, Inc. as Manager, Regulatory Compliance and by reason of my position am authorized and qualified to make this declaration.  I am the custodian of records and I am familiar with the company's record keeping practices.

2.  I further certify that the documents attached are true copies of records that were:

    (a)  made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;
    (b)  kept in the course of regularly conducted business activity; and
    (c)  made by the regularly conducted business activity as a regular practice.

I declare that the foregoing is true and correct.  Executed on March 15, 2023.

Jaspreet S. Kahlon
Manager | Regulatory Compliance
TD Ameritrade Inc.



**[FOR DOMESTIC U.S. RECORDS]**

### DECLARATION OF Markita Wilson CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, Markita Wilson, declare that:

1. I am employed by TD Ameritrade, Inc. as Manager, Regulatory Compliance and by reason of my position am authorized and qualified to make this declaration. I am the custodian of records and I am familiar with the company's record keeping practices.

2. I further certify that the documents attached are true copies of records that were:

   (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;
   (b) kept in the course of regularly conducted business activity; and
   (c) made by the regularly conducted business activity as a regular practice.

I declare that the foregoing is true and correct. Executed on April 10, 2023.

Markita Wilson
Manager | Regulatory Compliance
TD Ameritrade Inc.

# Attachment 19



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

# BUSINESS RECORDS DECLARATION

I, Isabel Bucaram, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 27877185

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Deposits with offsets | XXXXXX5094 | 1,232 | 1,232 |
| Wire Automated | XXXXXX5094 | 1,516 | 1,516 |
| Statements | XXXXXX5094 | 313 | 313 |
| Free Form | XXXXXX5094 | 0 | 0 |
| Note to Client Unable to locate specified cashiers check(s) for account ending (5094). | | | |
| Signature Cards | XXXXXX5094 | 5 | 5 |
| Checks/Debits | XXXXXX5094 | 35 | 35 |
| Free Form | XXXXXX5094 | 0 | 0 |
| Unable to locate withdrawals for time frame 01/01/2019 to 03/28/23 that were deposited into another account and including deposit slips. | | | |
| | | **Total Copies Delivered:** | **3,101** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.  Executed on this 7th day of April, 2023, in the City of Charlotte, State of NORTH CAROLINA.

*Isabel F. Bucaram*
Subpoena Processing Representative

Case No: 27877185; Agency Case No: FL04345

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 27877185; Agency Case No: FL04345



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

# BUSINESS RECORDS DECLARATION

I, Isabel Bucaram, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 27877185

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| TCP/IP Address | XXXXXX5094 | 41 | 41 |
| ACH | XXXXXX5094 | 837 | 837 |
| | | **Total Copies Delivered:** | **878** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief. Executed on this 24th day of April, 2023, in the City of Charlotte, State of NORTH CAROLINA.

*Isabel F. Bucaram*
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 27877185; Agency Case No: FL04345



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

# BUSINESS RECORDS DECLARATION

I, Isabel Bucaram, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 27996681

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| ACH | XXXXXX5094 | 162 | 162 |
| | | **Total Copies Delivered:** | **162** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief. Executed on this 8th day of May, 2023, in the City of Charlotte, State of NORTH CAROLINA.

*Isabel F. Bucaram*
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 27996681; Agency Case No: FL04345



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

## BUSINESS RECORDS DECLARATION

I, Isabel Bucaram, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

    A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

    B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

    C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 28099789

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Note to Client | | 0 | 0 |
| ONLY PRODUCING MARCH STATEMENTS AS APRIL IS OUT OF SCOPE OF THE ORIGINAL SUBPOENA. | | | |
| Statements | XXXXXX5094 | 43 | 43 |
| | **Total Copies Delivered:** | | **43** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief. Executed on this 1st day of June, 2023, in the City of Charlotte, State of NORTH CAROLINA.

*Isabel F. Bucaram*
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 28099789; Agency Case No: FL04345

1 of 1



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

# BUSINESS RECORDS DECLARATION

I, Marcos Nadal, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 28161498

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Deposits with offsets | XXXXXX5094 | 397 | 397 |
| Statements | XXXXXX5094 | 85 | 85 |
| Checks/Debits | XXXXXX5094 | 14 | 14 |
| Signature Cards | XXXXXX5094 | 5 | 5 |
| Wire Automated | XXXXXX5094 | 593 | 593 |
| | | **Total Copies Delivered:** | **1,094** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief. Executed on this 9th day of June, 2023, in the City of Charlotte, State of NORTH CAROLINA.

*Marcos Nadal*

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 28161498; Agency Case No: FL04345

# EXHIBIT B

### DECLARATION OF MARK DEE

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

## I.   INTRODUCTION

1.     My name is Mark Dee. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.     I am employed as a Senior Accountant with the United States Securities and Exchange Commission (the "Commission"), and am a retired state police lieutenant of a fraud unit.

3.     I provide this declaration in support of the Commission's emergency civil action against Royal Bengal Logistics, Inc. ("RBL") and Sanjay Singh ("Singh"), RBL's president and director.

4.     As part of my duties as an accountant with the Commission, I was asked to perform a financial analysis of RBL's bank accounts and other financial records to identify sources and flow of funds in connection with RBL's investment offerings (the "RBL's Investment Programs").

5.     As part of my analysis, I was asked to determine: (i) the approximate number of investors and total amount raised from the RBL's Investment Programs; (ii) whether investor funds were commingled with other investor funds and/or commingled with funds used in the operation of RBL's business; (iii) whether investor funds were used for the benefit of RBL's officers and directors or their related entities; and (iv) whether cash inflows from RBL's business operations appeared sufficient to cover cash outflows (expenditures) from operations.

6.     Amounts referred to in this declaration are approximate and have been rounded.

## II.   RECORDS ANALYZED

7.     As part of my analysis, I collected, reviewed, and analyzed bank account records associated with RBL, including Know Your Customer (KYC) information, account opening

documents, signature cards, statements, deposit slips, deposited checks, canceled checks, and wire transfer detail.

8.      I also collected, reviewed, and analyzed account records from two TD Ameritrade accounts associated with RBL and Singh, including account opening documents and applications, statements, trade history, relationship notes, and correspondence related to the accounts.

9.      My analysis was performed on the accounts reflected in Table 1 from the period of August 12, 2019 through February 28, 2023 (the "Analyzed Period"):

**Table 1 – Accounts Analyzed**

| Financial Institution | Account Holder | Account # | Period | Authorized Signer(s) |
|---|---|---|---|---|
| Evolve Bank & Trust | RBL | 3720 | 6/1/2022 – 1/12/2023 | Sanjay Singh |
| Wells Fargo Bank, N.A. | RBL | 5094 | 5/7/2021 – 2/28/2023 | Sanjay Singh |
| Citibank, N.A. | RBL | 4380 | 10/28/2021 – 9/7/2022 | Sanjay Singh and Daniel Sejour |
| JPMorgan Chase Bank, N.A. | RBL | 6315 | 8/12/2019 – 11/30/2021 | Sanjay Singh |
| Bank of America, N.A. | RBL | 6001 | 11/1/2019 – 11/9/2022 | Sanjay Singh, Sheetal S. Singh, and Brisly Guillaume |
| TD Ameritrade (brokerage account) | RBL | 3647 | 3/1/2022 – 1/13/2023 | Sanjay Singh |
| TD Ameritrade (brokerage account) | Sanjay Singh | 7115 | 1/1/2022 – 1/13/2023 | Sanjay Singh |

10.     RBL's operating account(s) changed and, at times, overlapped during the Analyzed Period. For a complete analysis and to reach my findings below, I combined the transactions from the following accounts: 3720, 5094, 4380, 6315, and 6001.

2

## III.   FINDINGS FROM FINANCIAL ANALYSIS

### A.  RBL Raised at Least $112 Million from Investors

11.     RBL is a trucking and logistics company registered as a common carrier with the United States Department of Transportation.

12.     During the Analyzed Period, RBL raised funds from investors beginning in August 2019 and continued to raise funds through February 2023.

13.     There were more than 1,500 investors who invested in RBL. Notations and information associated with wire transfers and other deposit items indicate that a majority of investors are residents of Florida. I also identified investors from several other states,[1] and from Haiti, Canada, and India.

14.     From these investors, RBL raised approximately $112 million.[2] Investor funds were commingled with other investor funds and deposited into RBL's operating accounts, where they were commingled with funds associated with RBL's business operations.

15.     As discussed in detail below, of the $112 million of investor funds, RBL diverted at least: (i) $14 million to insiders and related parties; (ii) $9.1 million to brokerage accounts for securities trading; and (iii) $18.1 million to pay for RBL's business operations.

### B.  Funds Diverted to RBL's President, Sanjay Singh, and VPs, Barathi K. Chidambaram and Ricardi Celicourt

16.   .  RBL transferred a net $14 million to RBL's officers and directors, their related entities, spouses, and parties having the same surnames. RBL's account records show RBL paid

---

[1] California, Colorado, Connecticut, the District of Columbia, Georgia, Massachusetts, Maryland, Michigan, Missouri, Mississippi, New Jersey, New York, Pennsylvania, Road Island, Texas, Utah, Virginia, and Washington.

[2] RBL returned $70 million to investors in the form of interest payments, lease payments, and/or the return of principal owed to investors under RBL's Investment Programs, resulting in $42 million in net investor deposits.

approximately $10.3 million in payroll.[3] Therefore, transfers to RBL's officers and directors, as detailed below, likely are in addition to the payment of salaries or wages.

17. During the Analyzed Period, RBL transferred a net $8.3 million from its accounts containing commingled investor funds to Singh and his related entities, as well as to individuals having the surname Singh. For example, RBL transferred:

    (a)    net $7.5 million to a joint account in the name of Sanjay and Sheetal Singh (the "Sanjay-Sheetal Joint Account");

    (b)    net $375,000 to North America Aerospace, "L.L.C.", a Florida limited liability company owned and/or controlled by Singh. See Attachment 1 attached; and

    (c)    $433,000 to Uday Singh.

18. RBL transferred a net $3.5 million to Cingar Transport, LLC, a Florida limited liability company owned by RBL's Vice President, Barathi K. Chidambaram ("Chidambaram"). See Attachment 2 attached.

19. Also, as reflected in Table 2 on the following page, RBL made a series of transfers for a net $2.1 million to Realty Land Title Company for the purchase of real property located in Pompano, Florida (the "Pompano Beach Property"). As reflected in that certain Warranty Deed— dated June 6, 2022, and recorded in the Official Records of Broward County, Florida, having Instrument Number 118191899—the Pompano Beach Property was purchased by Constantina Celicourt, who is the spouse[4] of RBL's Vice President, Ricardi Celicourt. A certified copy of the June 6, 2022 Warranty Deed is attached as Attachment 3.

---

[3] RBL made regular transfers to payroll company ADP.

[4] Ricardi Celicourt and Constantina H. Voltaire are described as husband and wife pursuant to that certain Warranty Deed, dated June 15, 2017, recorded in the Official Records of Broward County, Florida, having Instrument Number 114452591, a copy of which is attached as Attachment 4.

**Table 2 – Pompano Beach Property**

| Date | Debits | Credits | Payee |
|---|---|---|---|
| 07/14/2022 | | $ 2,795.54 | Realty Land Title Co. |
| 06/06/2022 | $ 2,795.54 | | Realty Land Title Co. |
| 06/06/2022 | $ 800,000.00 | | Realty Land Title Co. |
| 06/03/2022 | $ 400,000.00 | | Realty Land Title Co. |
| 06/03/2022 | $ 700,000.00 | | Realty Land Title Co. |
| 06/03/2022 | $ 2,795.53 | | Realty Land Title Co. |
| 04/21/2022 | $ 150,000.00 | | Realty Land Title Co. |

## C. Commingled Investor Funds Used for Equity Trading

20.     RBL transferred commingled investor funds to two TD Ameritrade accounts for equity trading; one in the name of RBL, the other in Singh's name.

21.     RBL transferred $17.3 million[5] from its accounts containing commingled investor funds directly to RBL's TD Ameritrade account.

22.     At least $2 million of the $7.5 million transferred to the Sanjay-Sheetal Joint Account, as referenced in paragraph 16(a) above, was transferred to Singh's TD Ameritrade account.

23.     Account statements for both TD Ameritrade accounts reflect the rapid buying and selling of securities:

(a)     RBL's TD Ameritrade account was opened in March 2022. For the period of March 1, 2022 through December 31, 2022, RBL purchased $299 million in securities and sold $291 million in securities, with unrealized losses for this period totaling $1.06 million; and

(b)     With respect to Singh's TD Ameritrade account, for the period of January 1, 2022 through December 31, 2022, Singh purchased $383 million in securities and

---

[5] Of the $17.3 million transferred to RBL's TD Ameritrade brokerage account, approximately $10.2 million was returned to RBL's operating account. Without further discovery, it is unclear whether the net $7.1 million was later returned to RBL or misappropriated by Singh or others.

sold $381 million in securities, with unrealized losses for this period totaling 15 dollars.

24.     On May 13, 2022, TD Ameritrade provided notice to Singh regarding possible manipulative trading in Singh's account. See Attachment 5 attached.

25.     On January 13, 2023, TD Ameritrade force-closed both RBL's and Singh's TD Ameritrade accounts. See Composite Attachment 6 attached.

### D. **Payment to Existing Investors from New Investor Funds**

26.     RBL's use of investor funds to pay operating expenditures and investor payments can be deduced from analyzing RBL's accounts in the aggregate. During the Analyzed Period, RBL received a net $13 million in cash inflows from Charger Logistics and FleetOne (highlighted in Table 3 below) in what appears to be freight factoring. Freight factoring allows a trucking company, such as RBL, to sell its invoices to a third party for immediate payment rather than having to wait 30, 60, or even 90 days for invoices to be paid by customers after the freight has been delivered. RBL's likely operating expenditures during the Analyzed Period were a net $31.2 million—resulting in a net negative cash flow of $18.1 million, as reflected in Table 3.

**Table 3 – Operations**

| Payor/Payee | Credits | Debits | Net |
|---|---|---|---|
| ADP | $ 20,909 | $ 10,317,435 | $ (10,296,527) |
| Other Credits/Debits | $ 610,691 | $ 9,458,123 | $ (8,847,432) |
| Bento Technologies | | $ 2,946,600 | $ (2,946,600) |
| Greenlight INS | | $ 2,686,718 | $ (2,686,718) |
| Black Lion ENT | $ 66,513 | $ 1,777,315 | $ (1,710,802) |
| ACH | $ 228,472 | $ 1,755,490 | $ (1,527,018) |
| Real Estate - TX | | $ 1,135,967 | $ (1,135,967) |
| Prime Prop & Casualty | | $ 1,127,773 | $ (1,127,773) |
| Murphy-Hoffman CO | | $ 737,307 | $ (737,307) |
| Evergreen P&C | | $ 175,947 | $ (175,947) |
| Deposit/WD/RTRNS | $ 4,439,292 | $ 4,463,520 | $ (24,228) |
| Charger Logistics (factoring) | $ 1,398,448 | | $ 1,398,448 |
| FleetOne (factoring) | $ 13,797,653 | $ 2,106,780 | $ 11,690,873 |
| **Operations Total** | **$ 20,561,977** | **$ 38,688,976** | **$ (18,126,999)** |

27.     Because RBL's cash operating inflows were substantially less than its cash operating outflows, transfers from RBL's accounts containing commingled investor funds necessarily resulted in the use of investor funds to pay RBL's operating deficiencies and investor obligations owed under RBL's Investment Programs.

28.     RBL's use of new investor funds to make existing investor payments is not only evident in the aggregate but also on a transaction-by-transaction basis. For example, RBL used Citibank account 4380 primarily to receive investor deposits and to make investor payments. RBL deposited and commingled investor funds in the Citibank account, and used these same funds to make investor payments, often depositing new investor funds to meet obligations to existing investors. One example of this activity is provided in Table 4 below:

**Table 4 – Investor Payments**

| Date | Debits | | Credits | | Balance | Description |
|------|--------|--|---------|--|---------|-------------|
| 01/24/2022 | | | $ | 150,000 | $ 214,760.86 | Funds from Investor(s) |
| 01/24/2022 | $ | 15,000 | | | $ 199,760.86 | Transfer to Insider[6] |
| 01/24/2022 | $ | 2,500 | | | $ 197,260.86 | Payment to Investor(s) |
| 01/24/2022 | $ | 2,500 | | | $ 194,760.86 | Payment to Investor(s) |
| 01/24/2022 | $ | 2,500 | | | $ 192,260.86 | Payment to Investor(s) |
| 01/24/2022 | $ | 2,500 | | | $ 189,760.86 | Payment to Investor(s) |
| 01/24/2022 | $ | 2,500 | | | $ 187,260.86 | Payment to Investor(s) |
| 01/24/2022 | $ | 2,500 | | | $ 184,760.86 | Payment to Investor(s) |
| 01/24/2022 | $ | 5,000 | | | $ 179,760.86 | Payment to Investor(s) |
| 01/25/2022 | $ | 1,696 | | | $ 178,064.86 | Unknown Debit |
| 01/25/2022 | $ | 2,500 | | | $ 175,564.86 | Payment to Investor(s) |
| 01/25/2022 | $ | 2,500 | | | $ 173,064.86 | Payment to Investor(s) |
| 01/25/2022 | $ | 5,000 | | | $ 168,064.86 | Payment to Investor(s) |
| 01/25/2022 | $ | 62,000 | | | $ 106,064.86 | Payment to Investor(s) |
| 01/25/2022 | $ | 62,000 | | | $ 44,064.86 | Payment to Investor(s) |
| 01/26/2022 | | | $ | 50,000 | $ 94,064.86 | Funds from Investor(s) |
| 01/26/2022 | $ | 2,500 | | | $ 91,564.86 | Payment to Investor(s) |
| 01/26/2022 | $ | 2,500 | | | $ 89,064.86 | Payment to Investor(s) |
| 01/26/2022 | $ | 2,500 | | | $ 86,564.86 | Payment to Investor(s) |

---

[6] North America Aerospace, "L.L.C."

7

29.     Defendants used at least $70 million of investor funds to make interest payments, monthly lease payments, and principal redemption payments owed to investors under RBL's Investment Programs.

**E.  Insufficient Funds to Repay Investors**

30.     As of February 28, 2023, RBL had approximately $2.2 million remaining in its bank accounts.

31.     As RBL's cash inflows from its trucking and logistics business are grossly inadequate to meet its operating expenditures, RBL will have insufficient funds to repay investors absent a substantial influx of new investor money.


I declare under penalty of perjury that the foregoing is true, correct, and made in good faith. Executed on this _14_ day of June 2023.


MARK DEE

8

# Attachment 1



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of NORTH AMERICA AEROSPACE, "L.L.C", a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L14000120189.



Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Twenty-fourth day of April, 2023



*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

<div style="text-align:right">

L14000120189
FILED 8:00 AM
July 31, 2014
Sec. Of State
dbruce

</div>

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

## Article I

The name of the Limited Liability Company is:

NORTH AMERICA AEROSPACE, "L.L.C"

## Article II

The street address of the principal office of the Limited Liability Company is:

1600 NE 135TH ST
1007
NORTH MIAMI, FL.  33181

The mailing address of the Limited Liability Company is:

1600 NE 135TH ST
1007
NORTH MIAMI, FL. UN  33181

## Article III

The name and Florida street address of the registered agent is:

SANJAY  SINGH
1600 NE 135TH STREET
APT1007
NORTH MIAMI, FL.  33181

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:  SANJAY SINGH

## Article IV

The name and address of person(s) authorized to manage LLC:

Title:  MGR
SANJAY  SINGH
1600 NE 135TH STREET #1007
N.MIAMI, FL.  33181  UN

L14000120189
**FILED 8:00 AM
July 31, 2014
Sec. Of State**
dbruce

## Article V

The effective date for this Limited Liability Company shall be:

08/29/2014

Signature of member or an authorized representative

Electronic Signature: SANJAY SINGH

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

## 2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000120189

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**FILED**
**Apr 30, 2015**
**Secretary of State**
**CC9967043562**

**Current Principal Place of Business:**

1600 NE 135TH ST
1007
NORTH MIAMI, FL 33181

**Current Mailing Address:**

1600 NE 135TH ST
1007
NORTH MIAMI, FL 33181 UN

**FEI Number: 47-1471817**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
1600 NE 135TH STREET
APT1007
NORTH MIAMI, FL 33181 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                            Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | PRESIDENT, MANAGER, AUTHORIZED MEMBER, CFO |
| Name | SINGH, SANJAY |
| Address | 1600 NE 135TH ST 1007 |
| City-State-Zip: | NORTH MIAMI FL 33181 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SANJAYSINGH                                    MGR                          04/30/2015

Electronic Signature of Signing Authorized Person(s) Detail                              Date

## 2016  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000120189

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**FILED**
**Mar 21, 2016**
**Secretary of State**
**CC7105429554**

**Current Principal  Place of Business:**

1600 NE 135TH ST
1007
NORTH MIAMI, FL  33181

**Current Mailing Address:**

1600 NE 135TH ST
1007
NORTH MIAMI, FL  33181  UN

**FEI Number: 47-1471817**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
1600 NE 135TH STREET
APT1007
NORTH MIAMI, FL  33181  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____
Electronic Signature of Registered Agent                                            Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | CEO, PRESIDENT, MANAGER, COO, CFO | | Title | VP, AUTHORIZED REPRESENTATIVE, DIRECTOR |
| Name | SINGH, SANJAY | | Name | SINGH, SHEETAL S |
| Address | 1600 NE 135TH ST 1007 | | Address | 1600 NE 135TH ST 1007 |
| City-State-Zip: | NORTH MIAMI FL  33181 | | City-State-Zip: | NORTH MIAMI FL  33181 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SANJAY SINGH                                  CEO                            03/21/2016
_____
Electronic Signature of Signing Authorized Person(s) Detail                                            Date

**2017  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L14000120189

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**FILED**
**Mar 16, 2017**
**Secretary of State**
**CC4764085209**

**Current Principal Place of Business:**

1600 NE 135TH ST
1004
NORTH MIAMI, FL  33181

**Current Mailing Address:**

1600 NE 135TH ST
1007
NORTH MIAMI, FL  33181  UN

**FEI Number: 47-1471817**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
1600 NE 135TH STREET
APT1004
NORTH MIAMI, FL  33181  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  SANJAYSINGH                                                                03/16/2017

————————————————————————————————————————
Electronic Signature of Registered Agent                                            Date

**Authorized Person(s) Detail :**

| Title | CEO, PRESIDENT, MANAGER, COO, CFO | Title | VP, DIRECTOR, AUTHORIZED REPRESENTATIVE |
|---|---|---|---|
| Name | SINGH, SANJAY | Name | SINGH, SHEETAL S |
| Address | 1600 NE 135TH ST 1004 | Address | 1600 NE 135TH ST 1004 |
| City-State-Zip: | NORTH MIAMI FL  33181 | City-State-Zip: | NORTH MIAMI FL  33181 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SANJAY SINGH                          CEO                          03/16/2017

————————————————————————————————————————
Electronic Signature of Signing Authorized Person(s) Detail                          Date

## 2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000120189

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**Current Principal Place of Business:**

3700 NW 109TH AVE
CORAL SPRINGS, FL 33065

**Current Mailing Address:**

3700
NW 109TH AVE
CORAL SPRINGS, FL 33065 US

**FEI Number:** 47-1471817

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
3700
NW 109TH AVE
CORAL SPRINGS, FL 33065 US

**FILED**
**May 07, 2018**
**Secretary of State**
**CC3468942079**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: SANJAYSINGH                                                                 05/07/2018

　　　　　　　Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | CEO, PRESIDENT, MANAGER, COO, CFO | Title | VP, DIRECTOR, AUTHORIZED REPRESENTATIVE |
| Name | SINGH, SANJAY | Name | SINGH, SHEETAL S |
| Address | 3700 NW 109TH AVE | Address | 3700 NW 109TH AVE |
| City-State-Zip: | CORAL SPRINGS FL 33065 | City-State-Zip: | CORAL SPRINGS FL 33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SANJAY SINGH                              CEO                      05/07/2018

　　　　　Electronic Signature of Signing Authorized Person(s) Detail                         Date

## 2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000120189

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**FILED
Mar 17, 2019
Secretary of State
5120866275CC**

**Current Principal Place of Business:**

3700 NW 109TH AVE
CORAL SPRINGS, FL 33065

**Current Mailing Address:**

3700
NW 109TH AVE
CORAL SPRINGS, FL 33065 US

**FEI Number: 47-1471817**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
3700
NW 109TH AVE
CORAL SPRINGS, FL 33065 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: SANJAYSINGH                                                    03/17/2019

        Electronic Signature of Registered Agent                                      Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | PRESIDENT, COO, DIRECTOR | Title | VP, DIRECTOR, AUTHORIZED REPRESENTATIVE |
| Name | SINGH, SANJAY | Name | SINGH, SHEETAL S |
| Address | 3700 NW 109TH AVE | Address | 3700 NW 109TH AVE |
| City-State-Zip: | CORAL SPRINGS FL 33065 | City-State-Zip: | CORAL SPRINGS FL 33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SANJAY SINGH                          PRESIDENT          03/17/2019

        Electronic Signature of Signing Authorized Person(s) Detail                          Date

## 2020  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000120189

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**Current Principal  Place of Business:**

3700 NW 109TH AVE
CORAL SPRINGS, FL  33065

**Current Mailing Address:**

3700
NW 109TH AVE
CORAL SPRINGS, FL  33065  US

**FEI Number: 47-1471817**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
3700
NW 109TH AVE
CORAL SPRINGS, FL  33065  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: | SANJAYSINGH | 06/30/2020 |
|---|---|---|
| | Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| Title | CEO |
|---|---|
| Name | SINGH, SANJAY |
| Address | 3700 NW 109TH AVE |
| City-State-Zip: | CORAL SPRINGS FL  33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: SANJAY SINGH | CEO | 06/30/2020 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |

· **FILED**
**Jun 30, 2020**
**Secretary of State**
**8035904348CC**

## 2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000120189

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**Current Principal Place of Business:**

9600 W SAMPLE ROAD
100
CORAL SPRINGS, FL 33065

**Current Mailing Address:**

9600 W SAMPLE ROAD
100
CORAL SPRINGS, FL 33065 US

**FEI Number: 47-1471817**

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
9600 W SAMPLE ROAD
100
CORAL SPRINGS. FL 33065 US

**FILED**
**Apr 06, 2021**
**Secretary of State**
**9292800779CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: SANJAYSINGH                                                                04/06/2021

Electronic Signature of Registered Agent                                               Date

**Authorized Person(s) Detail :**

Title            CEO

Name             SINGH, SANJAY

Address          9600 W SAMPLE ROAD
                 100

City-State-Zip:  CORAL SPRINGS FL 33065

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SANJAY SINGH                                  CEO                      04/06/2021

Electronic Signature of Signing Authorized Person(s) Detail                             Date

## 2022 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000120189

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**FILED**
**Apr 13, 2022**
**Secretary of State**
**1842009111CC**

**Current Principal Place of Business:**

9600 W SAMPLE ROAD
100
CORAL SPRINGS, FL 33065

**Current Mailing Address:**

9600 W SAMPLE ROAD
100
CORAL SPRINGS, FL 33065 US

**FEI Number: 47-1471817**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
9600 W SAMPLE ROAD
100
CORAL SPRINGS, FL 33065 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: SANJAYSINGH          04/13/2022

     Electronic Signature of Registered Agent        Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | CEO |
| Name | SINGH, SANJAY |
| Address | 9600 W SAMPLE ROAD 100 |
| City-State-Zip: | CORAL SPRINGS FL 33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SANJAY SINGH        CEO        04/13/2022

     Electronic Signature of Signing Authorized Person(s) Detail        Date

## 2023 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000120189

**Entity Name:** NORTH AMERICA AEROSPACE, "L.L.C"

**FILED**
**Mar 22, 2023**
**Secretary of State**
**2916633745CC**

**Current Principal Place of Business:**

9600 W SAMPLE ROAD
 100
CORAL SPRINGS, FL 33065

**Current Mailing Address:**

9600 W SAMPLE ROAD
 100
CORAL SPRINGS, FL 33065 US

**FEI Number: 47-1471817**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SINGH, SANJAY
9600 W SAMPLE ROAD
 100
CORAL SPRINGS, FL 33065 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: SANJAYSINGH                                                                                      03/22/2023

Electronic Signature of Registered Agent                                                        Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | CEO |
| Name | SINGH, SANJAY |
| Address | 9600 W SAMPLE ROAD 100 |
| City-State-Zip: | CORAL SPRINGS FL 33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SANJAY SINGH                                                    CEO                             03/22/2023

Electronic Signature of Signing Authorized Person(s) Detail                                          Date

# Attachment 2



## State of Florida

### Department of State

I certify the attached is a true and correct copy of the complete file of CINGAR TRANSPORTS "L.L.C", a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L19000033022.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Twenty-fourth day of April, 2023

*Cord Byrd*

*Secretary of State*

CR2E022 (01-11)

## Electronic Articles of Organization
### For
## Florida Limited Liability Company

L19000033022
FILED 8:00 AM
February 01, 2019
Sec. Of State
cmwood

### Article I

The name of the Limited Liability Company is:

CINGAR TRANSPORTS "L.L.C"

### Article II

The street address of the principal office of the Limited Liability Company is:

3700 NORTHWEST 109TH AVE
CORAL SPRINGS, FL. US 33065

The mailing address of the Limited Liability Company is:

3700 NW 109TH AVE
CORAL SPRINGS, FL. US 33065

### Article III

Other provisions, if any:

COMMERCIAL TRANSPORTATION SERVICES, EQUIPMENT LEASING

### Article IV

The name and Florida street address of the registered agent is:

BARATHI K CHIDAMBARAM
3700 NW 109TH AVE
CORAL SPRINGS, FL. 33065

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: BARATHI K CHIDAMBARAM

## Article V

The name and address of person(s) authorized to manage LLC:

Title: CEO
BARATHI K CHIDAMBARAM
3700 NW 109TH AVE
CORAL SPRINGS, FL. 33065 US

**L19000033022**
**FILED 8:00 AM**
**February 01, 2019**
**Sec. Of State**
**cmwood**

## Article VI

The effective date for this Limited Liability Company shall be:

02/01/2019

Signature of member or an authorized representative

Electronic Signature: BARATHI KANNAN CHIDAMBARAM

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

## 2020  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L19000033022

**Entity Name:** CINGAR TRANSPORTS "L.L.C"

**Current Principal Place of Business:**

3700 NORTHWEST 109TH AVE
CORAL SPRINGS, FL  33065

**Current Mailing Address:**

3700 NORTHWEST 109TH AVE
CORAL SPRINGS,  FL  33065  US

**FEI Number: 83-3824558**

**Name and Address of Current Registered Agent:**

CHIDAMBARAM, BARATHI K
3700 NW 109TH AVE
CORAL SPRINGS, FL  33065  US

**FILED**
**Feb 02, 2020**
**Secretary of State**
**2338820876CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                                Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | CEO |
| Name | CHIDAMBARAM, BARATHI K |
| Address | 3700 NW 109TH AVE |
| City-State-Zip: | CORAL SPRINGS  FL  33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BARATHI K CHIDAMBARAM                          CEO                          02/02/2020

Electronic Signature of Signing Authorized Person(s) Detail                                    Date

## 2021  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L19000033022

**Entity Name:** CINGAR TRANSPORTS "L.L.C"

**FILED**
**Feb 24, 2021**
**Secretary of State**
**4994926740CC**

**Current Principal Place of Business:**

3700 NORTHWEST 109TH AVE
CORAL SPRINGS, FL  33065

**Current Mailing Address:**

3700 NORTHWEST 109TH AVE
CORAL SPRINGS, FL  33065 US

**FEI Number: 83-3824558**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CHIDAMBARAM, BARATHI K
3700 NW 109TH AVE
CORAL SPRINGS, FL  33065 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                              Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | CEO |
| Name | CHIDAMBARAM, BARATHI K |
| Address | 3700 NW 109TH AVE |
| City-State-Zip: | CORAL SPRINGS  FL  33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BARATHI  K CHIDAMBARAM                    CEO                    02/24/2021

Electronic Signature of Signing Authorized Person(s) Detail                                              Date

## 2022  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L19000033022

**Entity Name:** CINGAR TRANSPORTS "L.L.C"

**FILED**
**Feb 07, 2022**
**Secretary of State**
**2666667617CC**

**Current Principal  Place of Business:**

3700 NORTHWEST 109TH AVE
CORAL SPRINGS, FL  33065

**Current Mailing Address:**

3700 NORTHWEST 109TH AVE
CORAL SPRINGS, FL  33065  US

**FEI Number: 83-3824558**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CHIDAMBARAM, BARATHI K
3700 NW 109TH AVE
CORAL SPRINGS, FL  33065  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                          Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | CEO |
| Name | CHIDAMBARAM, BARATHI K |
| Address | 3700 NW 109TH AVE |
| City-State-Zip: | CORAL SPRINGS  FL  33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BARATHI KANNAN CHIDAMBARAM                CEO                     02/07/2022

Electronic Signature of Signing Authorized Person(s) Detail                                          Date

## 2023  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L19000033022

**Entity Name:** CINGAR TRANSPORTS "L.L.C"

**Current Principal Place of Business:**

9600 W SAMPLE ROAD,SUITE 100
CORAL SPRINGS, FL 33065

**Current Mailing Address:**

9600 W SAMPLE ROAD,SUITE 100
CORAL SPRINGS, FL 33065 US

**FEI Number: 83-3824558**

**Name and Address of Current Registered Agent:**

CHIDAMBARAM, BARATHI K
3700 NW 109TH AVE
CORAL SPRINGS, FL 33065 US

**FILED**
**Jan 18, 2023**
**Secretary of State**
**2951024562CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____
Electronic Signature of Registered Agent                              Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | CEO |
| Name | CHIDAMBARAM, BARATHI K |
| Address | 3700 NW 109TH AVE |
| City-State-Zip: | CORAL SPRINGS  FL  33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BARATHI KANNAN CHIDAMBARAM                CEO                01/18/2023

Electronic Signature of Signing Authorized Person(s) Detail                              Date

# Attachment 3

**Prepared by and Return to:**

Stephen W. Sereni, Esq.
**REALTY LAND TITLE COMPANY**
6991 N. State Road 7
Suite 201
Parkland, FL 33073
Ph: (561) 300-3390
Fax: (561) 300-3388

Parcel ID: 48-42-26-00-0340; 48-42-26-00-0350;
48-42-26-00-0360; 48-42-26-00-0370; 48-42-26-06-0010

<div style="text-align:right">Space above this line reserved for Recording data</div>

# Warranty Deed

This Warranty Deed made this 6th day of June, 2022, between **Color Factory, Inc., a Florida corporation**, whose post office address **680 South Military Trail, Deerfield Beach, Florida 33442**, grantor, and **Constantina Celicourt, a married woman**, whose post office address is **4706 NW 21ˢᵗ Court, Coconut Creek, Florida 33063-9614**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

Witnesseth, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Broward County, Florida** to-wit:

## SEE ATTACHED EXHIBIT "A"

SUBJECT to covenants, conditions, restrictions, reservations, limitations, easements and agreements of record, if any; taxes and assessments for the year 2022 and subsequent years.

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

To Have and to Hold, the same in fee simple forever.

And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **December 31, 2022.**

In Witness Whereof, grantor has hereunto set grantor's hand and seal the day and year first above written.

<div style="text-align:right">Page 1 of 2</div>


I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 18 day of May, 2023 County Administrator.
By: Broward County Deputy Clerk
b0f700a5-b1df-4ad5-8b41-a98e553ef027 Page 1 of 3

Signed, sealed and delivered in our presence:

**COLOR FACTORY, INC., a Florida corporation:**

_____
Witness

By: **Glaucio Saciloto**
Its: President

CYNTHIA REED
Printed Name

_____
Witness

_____
Printed Name

STATE OF FLORIDA

COUNTY OF BROWARD

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization, on this **2** day of June , 2022 by **Glaucio Saciloto, as President of Color Factory, Inc., a Florida corporation** [X] who is personally known to me or [ ] who has produced: [ ] _____ as identification.

STEPHEN W SCRENCI
Notary Public - State of Florida
Commission # GG 948846
My Comm. Expires Apr 3, 2024
Bonded through National Notary Assn.

Printed Name:
My Commission Expires:

Page 2 of 2



I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 18 day of May, 2023 County Administrator.
By: Broward County Deputy Clerk
b0f700a5-b1df-4ad5-8b41-a98e553ef027 Page 2 of 3

**EXHIBIT A**

PARCEL "A", KENDALL GREEN SECTION "A", ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 43, PAGE 49, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, TOGETHER WITH A PORTION OF THE NORTH 1/2 OF THE SOUTHEAST 1/4 OF SECTION 26, TOWNSHIP 48 SOUTH, RANGE 42 EAST, BROWARD COUNTY, FLORIDA, LYING WEST OF THE FLORIDA EAST COAST RAILROAD RIGHT-OF-WAY, ALL BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF SAID PARCEL "A", KENDALL GREEN SECTION "A"; THENCE NORTH 88°29'40" EAST ALONG THE NORTH LINE OF SAID PARCEL "A" 278.80 FEET TO THE NORTHEAST CORNER OF SAID PARCEL "A; THENCE SOUTH 13°57'05" WEST ALONG THE EAST LINE OF SAID PARCEL "A" AND THE WEST RIGHT-OF-WAY LINE OF N. DIXIE HIGHWAY PER OFFICIAL RECORDS BOOK 21576, PAGE 935, OF SAID PUBLIC RECORDS, FOR 301.01 FEET; THENCE SOUTH 51°11'29" WEST ALONG SAID WEST RIGHT-OF-WAY LINE 30.20 FEET; THENCE SOUTH 88°25'32" WEST ALONG A LINE 25 FEET NORTH OF AND PARALLEL TO THE SOUTH LINE OF SAID NORTH 1/2 OF SECTION 26 FOR 199.86 FEET TO A POINT ON A LINE 1755 FEET EAST OF AND PARALLEL TO THE WEST LINE OF SAID SOUTHEAST 1/4 OF SECTION 26; THENCE NORTH 00°58'58" WEST ALONG SAID PARALLEL LINE 100.01 FEET TO A POINT ON A LINE 125 FEET NORTH OF AND PARALLEL TO SAID SOUTH LINE OF THE NORTH 1/2 OF SECTION 26; THENCE NORTH 88°25'32" EAST ALONG SAID PARALLEL LINE 44.85 FEET; THENCE NORTH 00°58'58" WEST 100.01 FEET TO A POINT ON A LINE 225 FEET NORTH OF AND PARALLEL WITH SAID SOUTH LINE OF THE NORTH 1/2 OF SECTION 26 AND THE SOUTH LINE OF SAID PARCEL "A"; THENCE SOUTH 88°25'32" WEST ALONG SAID PARALLEL LINE AND SAID SOUTH LINE 22.49 FEET TO THE SOUTHWEST CORNER OF SAID PARCEL "A"; THENCE NORTH 00°54'50" WEST ALONG THE WEST LINE OF SAID PARCEL "A" 108.64 FEET TO THE POINT OF BEGINNING.

SAID LANDS LYING AND BEING IN THE CITY OF POMPANO BEACH, BROWARD COUNTY, FLORIDA.

I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 18 day of May, 2023 County Administrator.
By: Broward County Deputy Clerk
b0f700a5-b1df-4ad5-8b41-a98e553ef027 Page 3 of 3

# Attachment 4

Instr# 114452691, Page 1 of 3, Recorded 06/19/2017 at 01:26 PM
Broward County Commission
Deed Doc Stamps: $2485.00

\

Prepared by and return to:
Richard M. Mogerman
Attorney at Law
Richard M. Mogerman, P.A.
8211 W. Broward Blvd. Suite 200
Plantation, FL 33324
954-475-7171
File Number: 17-056
Will Call No.:

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this 15th day of June, 2017 between **Adam Matthew Starr and Lorraine Kimberly Starr**, husband and wife whose post office address is **5721 NW 54th Terrace, Tamarac, FL 33319**, grantor, and **Ricardi Celicourt and Constantina H. Voltaire**, husband and wife whose post office address is **4706 NW 21st Court, Coconut Creek, FL 33063**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth,** that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Broward County, Florida** to-wit:

     **See Exhibit "A" attached hereto and made a part hereof as if fully set forth herein.**

     **Parcel Identification Number: 4842 30 30 0580**

     **Subject to the following:**

     **1.**    Taxes for the year 2017 and all subsequent years; and

     **2.**    Zoning, restrictions, prohibitions and other requirements imposed by governmental authority; restrictions and matters appearing on the plat or otherwise common to the subdivision; public utility easements of record without reimposing same.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **December 31, 2016.**

DoubleTime®





I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 17 day of May, 2023 County Administrator.
By: Broward County Deputy Clerk
7cc8b631-2c9c-467b-8ac1-b1c797b61cd6 Page 1 of 3

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

_____          _____ (Seal)
Witness Name: Richard M. Magerman          Adam Matthew Starr

_____
Witness Name: Rosemarie Perez-Venturelli

_____          _____ (Seal)
Witness Name: Richard M. Magerman          Lorraine Kimberly Starr

_____
Witness Name: Rosemarie Perez-Venturelli


State of Florida
County of Broward

The foregoing instrument was acknowledged and subscribed before me this 15th day of June, 2017 by Adam Matthew Starr and Lorraine Kimberly Starr, who [ ] are personally known or [X] have produced a driver's license as identification.

[Notary Seal]

ROSEMARIE PEREZ-VENTURELLI
MY COMMISSION # FF 193304
EXPIRES: March 16, 2019
Bonded Thru Notary Public Underwriters

_____
Notary Public

Printed Name: _____

My Commission Expires: _____

*Warranty Deed - Page 2*          **DoubleTimes**



I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 17 day of May, 2023 County Administrator.
By: Broward County Deputy Clerk
7cc8b631-2c9c-467b-8ac1-b1c797b61cd6 Page 2 of 3

# Exhibit A

THAT PORTION OF TRACT D-1, "LYONS WEST", ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 137, PAGE 40 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHWEST CORNER OF TRACT D-2 OF SAID PLAT; THENCE NORTH 01°43'59" EAST, ALONG THE WESTERLY BOUNDARY OF SAID TRACT D-2 AND ITS NORTHERLY EXTENSION, A DISTANCE OF 681.00 FEET; THENCE SOUTH 88°16'01" EAST, A DISTANCE OF 1091.36 FEET TO THE POINT OF BEGINNING; THENCE NORTH 01°41'28" EAST, A DISTANCE OF 133.68 FEET TO A POINT ON THE ARC OF A CIRCULAR CURVE TO THE LEFT, AT WHICH THE RADIUS POINT BEARS NORTH 27°53'47" EAST; THENCE SOUTHEASTERLY, EASTERLY, AND NORTHEASTERLY ALONG THE ARC OF SAID CURVE, HAVING A RADIUS OF 50.00 FEET AND A CENTRAL ANGLE OF 60°17'22", A DISTANCE OF 52.61 FEET TO THE POINT OF INTERSECTION WITH A NON-RADIAL LINE; THENCE SOUTH 01°41'29" WEST, A DISTANCE OF 137.38 FEET; THENCE NORTH 88°21'63" WEST, A DISTANCE OF 50.10 FEET TO THE POINT OF BEGINNING.

(BEARINGS BASED ON THE WEST LINE OF SAID TRACT D-2 HAVING A BEARING OF NORTH 01°43'59" EAST, ACCORDING TO SAID PLAT).

SAID LANDS SITUATE IN THE CITY OF COCONUT CREEK, BROWARD COUNTY, FLORIDA.

A/K/A LOT 58, "LYONS WEST P.U.D." (UNRECORDED).

Parcel Identification Number: 4842 30 30 0580

File Number: 17-056

DoubleTime®



I hereby certify this document to be a true, correct and complete copy of the record filed in my office.
Dated this 17 day of May, 2023 County Administrator.
By: Broward County Deputy Clerk
7cc8b631-2c9c-467b-8ac1-b1c797b61cd6 Page 3 of 3

# Attachment 5

| **From:** | archive@cns.tdameritrade.com |
|---|---|
| **To:** | feed-f8aa2135-7c20-48a4-9a87-97c5749d4fb2@feeds.globalrelay.com |
| **Subject:** | Possible manipulative trading in your account |
| **Date:** | Friday, May 13, 2022 3:06:00 PM |

At TD Ameritrade, we always want to be sure you know the relevant rules and regulations governing the trading and positions you hold in your account. In particular, we want you to be aware of the practice known as manipulative trading.

Possible Manipulative Trading in Your Account

We are bringing this up because an instance of manipulative trading may have occurred in your account(s): ▋7115

The above account has been identified for the placement of multiple large buys and sells at the market causing potential price swings in the security's price. This type of trading activity could potentially be viewed as manipulative.

Bid Order ID:   Ask Order ID:

|  |  |
|---|---|
| | 8312750230 |
| 8312750432 | |
| | 8312750656 |
| | 8313479237 |
| | 8313479259 |
| 8313480245 | |
| | 8313480418 |
| | 8313480432 |
| | 8313480444 |
| | 8313480476 |
| | 8313480569 |
| 8314356152 | |
| 8314356913 | |
| 8316601442 | |
| 8316601680 | |
| | 8316601916 |
| | 8316602005 |
| | 8316602033 |
| | 8316602154 |
| | 8316602285 |
| 8316602451 | |
| | 8316602580 |
| | 8317252087 |
| 8317252485 | |
| | 8317252837 |
| | 8317252849 |
| | 8317252865 |
| | 8317252878 |
| | 8317252883 |
| | 8317252902 |
| | 8317252936 |
| | 8317252959 |
| 8317840614 | |
| | 8317840885 |

Manipulative trading practices constitute a serious violation of exchange trading rules. Sometimes traders unknowingly use a strategy that may involve manipulative trading. You can help avoid this, and the potential

penalties resulting from it, by familiarizing yourself with the subject. Your business is important to us, and we want to assist you with some useful information.

What Are Manipulative Trading Practices?

Manipulative trading practices include, but are not limited to, transactions for the purpose of:
- Creating or inducing a false, misleading, or artificial appearance of activity in the market.
- Unduly or improperly influencing the market price.
- Setting a price that does not reflect the true state of the market.
- Trades that result in no change in beneficial ownership.
- Pre-arranged trading with other parties.

Terms commonly used to describe manipulative trading practices include: wash trades, matched trades, painting the tape, and spoofing.

What Penalties Are Involved?

Accounts directly or indirectly engaged in manipulative trading practices may be subject to trading restrictions, account closures, and/or regulatory penalties. We urge you to be careful not to engage in the sort of trading activity described above in order to avoid these penalties in the future.

We're Here for You

We encourage you to contact us via email. Please reply to this message to communicate with a representative from the Block Desk.

Block Desk

TD Ameritrade
1-800-669-3900

TD Ameritrade, Inc., member FINRA/SIPC. Not an offer or solicitation to conduct business in any jurisdiction where we are not authorized to do business. Communications may be subject to review.

(KMM128782170V68413L0KM)

# Attachment 6



January 13, 2023

Royal Bengal Logistics Inc  Attn Sanjay Singh
9600 W Sample Rd Ste 100
Coral Springs, FL 33065-4030

Re: You Will Need to Close Your TD Ameritrade Account(s)

Dear Sanjay Singh,

After careful consideration, TD Ameritrade has decided to end our business relationship with you. This
means you will have to close your account(s) ending in ▆▆▆ 3647.

In the meantime, your account has been restricted to liquidating transactions only, meaning you won't be
able to make new purchases. If your account has check writing, ATM/Debit card, or other cash services,
please do not use these features, as they have been disabled.

**Your Next Steps**
You'll have to either liquidate and close your account by February 12, 2023, or have a transfer in progress
to another brokerage firm by that date. To initiate a transfer to another brokerage firm, please contact that
firm for the necessary forms and information.

If you have not closed your account and do not have a transfer in progress by the close of business on
February 12, 2023, we may liquidate your account and mail you a check for the proceeds, or we may
issue stock certificates for positions you hold in the account and mail them to you.

Because we are ending our business relationship with you, you will not be able to open new TD
Ameritrade accounts in the future. We appreciate your past business and regret any inconvenience this
situation may cause you.

Thank you for your prompt attention to this matter.

Sincerely,


Retail Risk Management
817-490-2050

FOIA Confidential Treatment Requested by TD Ameritrade, Inc.



January 13, 2023

Sanjay Singh
3700 Nw 109Th Ave
Coral Springs, FL 33065-2721

Re: You Will Need to Close Your TD Ameritrade Account(s)

Dear Sanjay Singh,

After careful consideration, TD Ameritrade has decided to end our business relationship with you. This means you will have to close your account(s) ending in ▮▮▮7115.

In the meantime, your account has been restricted to liquidating transactions only, meaning you won't be able to make new purchases. If your account has check writing, ATM/Debit card, or other cash services, please do not use these features, as they have been disabled.

**Your Next Steps**
You'll have to either liquidate and close your account by February 12, 2023, or have a transfer in progress to another brokerage firm by that date. To initiate a transfer to another brokerage firm, please contact that firm for the necessary forms and information.

If you have not closed your account and do not have a transfer in progress by the close of business on February 12, 2023, we may liquidate your account and mail you a check for the proceeds, or we may issue stock certificates for positions you hold in the account and mail them to you.

Because we are ending our business relationship with you, you will not be able to open new TD Ameritrade accounts in the future. We appreciate your past business and regret any inconvenience this situation may cause you.

Thank you for your prompt attention to this matter.

Sincerely,

Retail Risk Management
817-490-2050

FOIA Confidential Treatment Requested by TD Ameritrade, Inc.   www.tdameritrade.com   R202351728-001682

# EXHIBIT C

## DECLARATION OF SCOTT MULKEY

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.　My name is Scott Mulkey.  I am over twenty-one years of age and have personal knowledge of the matters set forth herein.  I work in the healthcare industry and reside in Fort Lauderdale, Florida.

2.　In approximately March 2021, I responded to a job posting by Royal Bengal Logistics, Inc. ("Royal Bengal") on the employment site Indeed.com.  Soon thereafter, Sanjay Singh ("Singh"), Royal Bengal's owner, contacted me and invited me to meet with him at Royal Bengal's office on Sample Road in Coral Springs, Florida.

3.　I met with Singh and discussed my experience working in the trucking industry.  During our meeting, Singh offered me a job with Royal Bengal and asked if I could start that same day. Singh hired me to handle independent contractors for investment. I told Singh that I could start working for Royal Bengal the following day.

4.　I initially reported to Ricardi Celicourt ("Celicourt"), Royal Bengal's Vice President and Business Development Manager.  Celicourt's job was to raise investor funds for Royal Bengal.  I observed Celicourt regularly make slide presentations to prospective investors.  The investors who met with Celicourt appeared to be of Haitian descent.  Many potential investors would visit Royal Bengal's office unannounced.  Because of increased traffic from visitors who wanted to learn more about the investment opportunity, Royal Bengal leased space on the second floor of the building to accommodate the growing number of individuals visiting the office.

5.　Singh repeatedly pressured me to invest with Royal Bengal. Singh told me that Royal Bengal offered employees a special investment program where we could invest

in Royal Bengal's truck program with no money down and receive high returns of up to 25% monthly. Singh told me that Royal Bengal would buy the trucks and supply the drivers.

6.     As I was considering investing with Royal Bengal, I told Celicourt that I did not understand the investment opportunity as it paid extraordinarily high returns and just seemed too good to be true. Celicourt told me that Royal Bengal bought trucks and made a lot of money. Celicourt met with investors repeatedly and showed them a power point presentation that he also showed to me. I believe that other employees invested in the truck program, but I decided not to invest.

7.     Soon after Singh hired me, I told him that had no experience handling investors or investments and wanted another position within the company. Singh told me that I was over-qualified and changed my position to Director of Fleet Management where I would oversee truck drivers and mechanics.

8.     As Director of Fleet Management, I observed that Royal Bengal had approximately 38 trucks, with only 15 to 20 of these in working condition. All of the trucks Royal Bengal purchased were in used condition, approximately 10-20 years old, with a value of $20,000 to $50,000. The trucks were constantly breaking down and in disrepair. Royal Bengal hired a mechanic who would make small repairs, with larger repairs requiring outside mechanics.

9.     Royal Bengal maintained a U.S. Department of Transportation ("DOT") license number 3149658. Royal Bengal also obtained license plates and truck registrations from the State of Florida. DOT regulations required that drivers have commercial carrier licenses and medical clearances.

2

10.     I often saw investors coming into Royal Bengal's office to complain about not having received their trucks under the investment program. Celicourt and Singh would usually calm them down by saying we "haven't found the right one yet" or that "we got you booked for the next one."   Some investors had drivers, but most did not.

11.     When I first started working for Royal Bengal, its drivers were independent contractors, but later Royal Bengal designated these drivers as employees.   Royal Bengal would receive notices from DOT suspending service for such things as failure to have drivers' licenses, no medical clearances, and poor Carrier Safety Accountability scores. These items are basic information that any trucking company must keep on file to comply with DOT regulations.

12.     Royal Bengal appeared to have problems with trucks breaking down and credit cards not working.  Singh would often tell truck drivers to avoid interstate highway weigh stations and take back roads to avoid citations for violations at weigh stations. Drivers called Royal Bengal when the trucks broke down and complained that the company credit card did not work.   I heard an employee provide different credit card numbers until finding one that worked.   One of these cards was in the name of North American Aerospace, an aviation company.

13.     Oftentimes, cargo brokers would not pay Royal Bengal. This is because Royal Bengal's drivers failed to get signed receipts for deliveries that the brokers arranged.

14.     I told Singh that employees needed a company vehicle to run errands.  One employee drove a high-end Land Rover that he appeared to use as a company vehicle. When I asked Singh about whether employees could use the Land Rover for company business, Singh refused and said "I'm the company and it's in my driveway."

3

15.     In approximately April 2021, I observed five well-dressed men carrying large black zippered duffle bags. Several of the men entered Celicourt's office where he and Singh were present.  I saw that one of the bags on top of Celicourt's desk was open and that it contained smaller bags of cash within it.  This was more cash than I have ever seen in my life. It looked like a scene from a movie. I saw Singh and Celicourt high- fiving each other and I heard Singh say "pay dirt" as he was looking at the bags of cash.

16.     In approximately July 2021, I traveled with Singh, Ricardi, and others to Lubbock, Texas to visit a decommissioned air force base that was available for lease. Singh wanted to lease this property to use the runway for future airfreight business between Haiti and the U.S.  Singh told me that he planned to close the trucking business and move to airfreight.  According to Singh, U.S. Customs was less stringent in their review of flights into Lubbock as opposed to Dallas because he said that they just waive you through.  At dinner that evening, Celicourt commented that Royal Bengal was just this side of being legal.  Singh signed paperwork with a representative of the company that was leasing the air base space.

17.     On my last day of employment in late July 2021, Singh complained to me that I had not already found a replacement mechanic for the one that he had fired the day before.  Singh told me to hire any mechanic because the trucks are not operational. I told him that it takes time to find a replacement mechanic.  At this point, I decided to quit. I realized that I could no longer work for Singh or Royal Bengal because of their unethical behavior.  Singh was the most explosive person who I had ever met in my life.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

4

Executed on this __2__ day of __June__ 2023.

SCOTT MULKEY

# EXHIBIT D

## DECLARATION OF AUSTIN STEELMAN

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.     My name is Austin Steelman.  I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.     Since September 2015, I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) within the United States Department of Justice ("DOJ.") I am assigned to the FBI Miami field office and I am authorized to provide this Declaration.

3.     As part of my duties, I have investigated securities fraud, money laundering, Ponzi schemes, embezzlements and various other white-collar cases.

4.     As part of this investigation, I coordinated multiple undercover employee ("UCE") meetings with representatives of Royal Bengal Logistics, Inc.

5.     I am aware of various audio and video recordings made by UCEs of the FBI and other individuals of Sanjay Singh, Ricardi Celicourt and Laine D'Orvilliers, among others, in connection with Approaches made by the UCEs on March 17, 2023, March 31, 2023, and April 25, 2023.

6.     I provided the Securities and Exchange Commission (SEC) true and accurate copies of the recordings of the March 17, 2023 Approach, having filenames 1252.005.cam1.avi; 1252.005.cam1.part02.avi; 1252.005.cam1.part03.avi; 1267.006.avi; and 1267.006.part02.avi.

7.     I provided the SEC true and accurate copies of the recordings of the March 31, 2023 Approach, having filenames 0034.001.cam1.avi; 0034.002.cam1.avi; and 0034.003.cam1.avi.

8.      I provided the SEC true and accurate copies of the recordings of the April 25, 2023 Approach, having filenames 0034.001.cam1.avi; 034.002.cam1.avi; and 0034.003.cam1.avi.

9.      I provided the SEC true and accurate copies of materials given to the UCEs during their interactions with RBL staff on March 17, 2023 (attached hereto as Attachment 1); and on March 31, 2023 (attached hereto as Attachment 2.)

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Executed on this __13th__ day of __JuNE__ 2023.

AUSTIN STEELMAN

# Attachment 1

## INVESTOR APPROVAL CHECKLIST:

| | |
|---|---|
| Name: | |
| Est. Credit Score: | |
| Homeownership (Y/N) | |
| Current Mortgage (Y/N) | |
| Comp. Debt- Car or similar payment (Y/N) | |
| Current Business established (Y/N) | |
| Business Name: | |
| Employment Status: | |

2023

# RBL INVESTOR PLAN

## ROYAL BENGAL LOGISTICS, INC.



**RBL**
ROYAL BENGAL LOGISTICS, INC.



Page 002

# EQUIPMENT MANAGEMENT INVESTMENT

Royal Bengal Logistics presents an opportunity to become a part of its business by owning a truck and gain assured monthly returns on your investment for a period of 58 months.

Given below is a description of investment and returns per truck

| NO. OF TRUCKS | AMOUNT | INVESTMENT DURATION | ASSURED MONTHLY RETURN | ACCUMULATED RETURN OVER 58 MONTHS |
|---|---|---|---|---|
| 1 | $55,000 | 58 MONTHS | $3,000 | $174,000 |
| 2 | $110,000 | 58 MONTHS | $6,000 +$10,000 Rebate after 30 days | $358,000 |





**RBL**
ROYAL BENGAL LOGISTICS, INC.

# SHORT TERM INVESTORS (*Option when available)

Royal Bengal's Short Term Investment option allows for a handsome return for the investor and encourages periodic re-investment.

| AMOUNT | DURATION (DAYS) | RETURN | % RETURN | ADDITIONAL INCOME |
|--------|-----------------|--------|----------|-------------------|
| $25,000 | 90 | $30,000 | 20% | $5,000 |
| $35,000 | 90 | $42,000 | 20% | $7,000 |
| $50,000 | 180 | $62,000 | 24% | $12,000 |
| $100,000 | 180 | $124,000 | 24% | $24,000 |
| $200,000 | 365 | $244,000 | 22% | $44,000 |




ROYAL BENGAL LOGISTICS, INC.

# LONG TERM OWNER FINANCING

Royal Bengal Logistics provides an opportunity for long term financing with steady and secure returns at the maturity of the plan.

| AMOUNT | DURATION (MONTHS) | MONTHLY RETURN | YEARLY INTEREST RATE | YEARLY INTEREST RETURN | ACCUMULATED RETURN OVER 36 MONTHS | ADDITIONAL INCOME |
|--------|-------------------|----------------|----------------------|------------------------|-----------------------------------|-------------------|
| $60,000 | 36 | $2,292 | 12.50% | $7,500 | $82,500 | $22,500 |
| $70,000 | 36 | $2,674 | 12.50% | $8,750 | $96,250 | $26,250 |
| $100,000 | 36 | $3,819 | 12.50% | $12,500 | $137,500 | $37,500 |
| $150,000 | 36 | $5,729 | 12.50% | $18,750 | $206,250 | $56,250 |
| $200,000 | 36 | $7,639 | 12.50% | $25,000 | $275,000 | $75,000 |
| $250,000 | 36 | $9,549 | 12.50% | $31,250 | $343,750 | $93,750 |



**RBL**
ROYAL BENGAL LOGISTICS, INC.

# INVESTMENT PHASES

| PHASE | | Requirements | Process and Steps |
|---|---|---|---|
| 1 | Onboarding The Investor | • Collect company info <br>• Received business bank account <br>• Review contract with investor | ➢ Investors signs contract <br>➢ Set up contact information in CRM <br>➢ Collect investor approval credit application(s), tax returns and bank statements. |
| 2 | External Finance | • Full completed credit app <br>• 2 years tax returns <br>• 3 to 6 months bank statements, business or personal.  Accounts with most available funds. | ➢ Submit documents to the banks/lenders and brokers. <br>➢ Get approval or denied letter from the lender. <br>➢ Those approved move to Phase 3 |
| 3 | Truck Selection from Dealer | • Range from 65k - 95k. <br>• Year: 2016 - 2019; mileage may vary <br>• Peterbilt 579, Kenworth T680 or Freightliner Cascadia | ➢ The truck selection will be based on approval value of the Investor. <br>➢ Sales Order to submit to the bank <br>➢ Gather: Spec Sheet, Copy of Title, DOT, ECM |
| 4 | Finalization of Truck Purchase | • Verification of VIN# on all documents, amount of required deposits and loan docs are correct. | ➢ Deposit request from Internal RBL Finance <br>➢ RBL Finance will deposit required amount into Investors business account <br>➢ Broker or external bank receives deposit, loan docs will be generated to complete purchase. |
| 5 | Onboarding Truck into RBL Fleet | • Assignment of truck # <br>• Schedule and complete truck pickup from dealer | ➢ Follow delivery of title and title payment <br>➢ Complete registration and IRP <br>➢ Tag and sticker truck for RBL to get it on the road. |


**RBL**
ROYAL BENGAL LOGISTICS, INC.

# EQUIPMENT MANAGEMENT INVESTMENT- TERMS

**To begin our business relationship, the investor is required pay Royal Bengal $55,000  to activate the contract and have an account begin with us.**

This initial payment will be used by RBL, in whole or in part, for the process of acquiring a tractor which we will then lease from the investor.

**The investor will receive lease payments even if the equipment has not yet been purchased.**

This is a nonrefundable payment, but we will return the payment (subtracted by any payments we made while the lease was active) if something goes wrong in the process of financing and acquiring the equipment.

**We will pay lease payments monthly, excluding the month that we enter this Agreement and the following month.**

In total, we will pay a total of 58 payments (five years of payments [60] minus the first and second month) presuming that the Agreement is not terminated earlier.



Page 007

# EQUIPMENT MANAGEMENT INVESTMENT- ACQUISITION & FINANCING

**We enter into an operating lease contract where we will lease from the investor a tractor that has not purchased yet.**

We will find equipment which is suitable, and do what we can to help acquire financing for the investor's purchase of the tractor. Once purchased, we will use it for the remainder of the lease term.

**Royal Bengal will decide which tractor will become the leased equipment.**

Presuming that this agreement has not been concluded prematurely, we will ultimately make all payments for the tractor, leaving the investor with equipment in a condition in which it could be lawfully used in business.

**While we will make all of the payments for the equipment, you will be the party obtaining financing and a financing contract to acquire the tractor.**

It is our goal to try to find you the best financing agreement with the most beneficial terms from a reputable lender.



**RBL**
ROYAL BENGAL LOGISTICS, INC.

Page 008

# CONTACT

**RICARDI CELICOURT –**
*VP*

**BRUCE GUILLAUME –**
*Director*

**LAINE D'ORVILLIERS –**
*Director*

**NATE LASSEUR –**
*Director*

**SUNTIANA CASSIDINE –**
*Director*

**DON PROVOST –**
*Director*

**Office:**     954–228–7277  EXT – 403
**Email:**      BDO@RBLTRANSPORTS.COM
**Address:**   9600 WEST SAMPLE ROAD SUITE 300,
            Coral Springs  FL–33065


**RBL**
ROYAL BENGAL LOGISTICS, INC.

 

# R B L
### ROYAL BENGAL LOGISTICS, INC.

## TRAILER SPONSORSHIP AGREEMENT

**This Trailer Sponsorship Agreement (this "Agreement") dated this
12th day of September, 2022, by and between:**

## JOHN DOE LOGISTICS IN: JOHN DOE: 123 EXAMPLE ST, CORAL SPRINGS, FL. 33065

("Sponsor")

OF THE FIRST PART

**- AND –**

**Royal Bengal Logistics Inc, 9600 West Sample Rd Suite 100,
Coral Springs FL-33065**

("Builder")

OF THE SECOND PART

(Sponsor and Builder are collectively the "Parties")

**IN CONSIDERATION OF** the mutual covenants and promises in this Agreement, the receipt and sufficiency of which consideration is hereby acknowledged, the Parties agree to the following terms:

> *This Agreement contains italicized text which explains the terms of this contract and our reasoning for asking you to agree to those contract terms. In these sections, "Royal Bengal Logistics, Inc" is referred to as "we/our" and Sponsor is referred to as "you/your." If for some reason, we get into a dispute with you and a court of law is interpreting this contract, the italicized explanation is intended to be read together with the regular contract terms. If, however, there is any conflict between the interpretation of the regular terms and the italicized explanation, the regular terms control our relationship.*




# R B L

ROYAL BENGAL LOGISTICS, INC.

ROYAL
BENGAL ENGINEERING
DISSEL-ELECTRIC-MANUFACTURING

## Definitions

§ 1.    The following definitions are used but not otherwise defined in this Agreement:

    a. "Trailer" means a semi-trailer to be manufactured and sold by Builder and is the subject matter of this Agreement.

    b. "Sale of the Trailer" refers to the first date after which payment was received by a third-party purchaser for the Trailer *and* the third-party has received title to the Trailer.

    c. "Business days" means a weekday (as opposed to a weekend) which is not a United States federal holiday or a day designated for the recognition of the federal holiday (*e.g.* New Year's Day, Christmas).

## Sponsorship

> *Fundamentally, you are paying us $ 45,000 to receive a payment from us in the amount of $ 15,000 within 6 months. To begin this process, you will need to pay us $50,000 to sponsor the manufacture of a Trailer. This initial payment will be used by us, in whole or in part for the process of building a trailer (e.g. parts, assembly, shipment). We will then attempt to sell the Trailer to a third-party buyer. When we sell your sponsored Trailer, you shall receive a payment of $ 15,000 in addition to repayment of the Sponsorship Payment ($ 50,000). We expect that the Trailer will be manufactured or sold within 3-6 months. If for some reason we can't get the Trailer sold within 6 months, we'll "buy" it, and you will receive your $ 65,000 at that time.*

§ 2.    Sponsor shall pay Builder $ 50,000 ("Sponsorship Payment"). The Sponsorship Payment is a material condition for Builder to enter into this Agreement.

    a. Sponsor shall be designated as the "sponsor" of a Trailer to be manufactured in India, shipped to the United States, and sold to a buyer. Title and ownership of the Trailer shall be in Builder's name and not otherwise transfer to Sponsor.

    b. Only one sponsor shall be assigned to any trailer.

    c. The Trailer shall be manufactured, shipped, and sold by Builder or parties that it designates. The method by which the Trailer shall be manufactured, shipped, and sold shall be within Builder's exclusive discretion.

    d. After the Trailer has been delivered to the United States, Builder shall attempt to sell the Trailer to a third-party as quickly as reasonably possible. Builder shall determine to which third-party that it will sell to and the terms of such a sale. If Builder has other trailers that it is attempting to sell, it may attempt to sell those trailers first before attempting to sell your designated Trailer.

 

**R B L**

ROYAL BENGAL LOGISTICS, INC.

e.  Builder shall pay Sponsor $ 65,000 within 14 days of the Sale of the Trailer. Sponsor shall receive this full $ 65,000 payment regardless as to whether Builder receives any profit from the sale of the Trailer. Sponsor shall not be entitled to any further payment from Builder.

f.  If Builder is unable to sell the Trailer within 6 months of receipt of the $ 50,000 Sponsorship Payment, then Builder shall pay Sponsor $ 65,000 within 14 days. Sponsor shall not be entitled to any further payment from Builder. Contract end date is: 03/12/2023

## Taxes

> *We are going to take care of whatever taxes are owed. We are not going to pay any taxes (such as income taxes) that you owe because of payments we make to you.*

**§ 3.**    Builder will report and pay all taxes, fees, and tax penalties associated with the purchase of materials, assembly, shipping, and sale of the Trailer. However, Builder shall have no obligation to pay taxes, fees, and tax penalties which arise from any income or other benefit received by Sponsor pursuant to this Agreement (*e.g.* income taxes).

## Entire Agreement

**§ 4.**    This Agreement will constitute the entire agreement between the Parties concerning the Trailer. Any prior understanding or representation of any kind preceding the date of this Agreement will not be binding on either Party except to the extent incorporated in this Agreement.

## Address for Notice

**§ 5.**    Notices under this Agreement will be delivered personally or sent by registered mail or courier to the following addresses:

Sponsor: **JOHN DOE LOGISTICS IN: JOHN DOE: 123 EXAMPLE ST, CORAL SPRINGS, FL. 33065**

Builder: **Royal Bengal Logistics; 9600 WEST SAMPLE RD SUITE 100 CORAL SPRINGS FL 33067**

## Governing Law

> *We are a Florida company with a headquarters in Broward County, Florida. It makes sense for any dispute between us should be determined here. This Agreement was drafted with the intention that Florida law would apply. Accordingly, to fulfill our intentions, Florida law will apply to any dispute between us.*

**§ 6.**    This Agreement shall be interpreted under Florida law. Any dispute arising between the Parties shall be governed by Florida law. The exclusive jurisdiction for any lawsuit or other dispute resolution process between Builder and Sponsor shall be brought and heard in Broward County, Florida, unless the applicable court does not have personal




# R B L

ROYAL BENGAL LOGISTICS, INC.

ROYAL
BENGAL ENGINEERING
DIESEL-ELECTRIC-MANUFACTURING

jurisdiction over a necessary party.

## Severability

> *We do not believe that there is anything unlawful about our agreement, but a court might disagree. This agreement shall be enforced as it is written to the extent possible, even if a court ultimately determines that there is anything unlawful about it.*

**§ 7.** In the event that any provision or term of this Agreement is determined to be unenforceable, invalid, or otherwise unlawful, the remainder of the Agreement shall nevertheless be enforced as if there had not been any unlawful provision or term of the Agreement.

**§ 8.** If any provision or term of this Agreement is determined to be unlawful, as described in the above § 7 *and* that provision or term can be limited or truncated in such a way as to cause the provision or term to lawful and still substantially fulfill the intent of the parties, as reflected in the text of this Agreement, then an enforcing court shall so enforce this limited or truncated provision or term as if it had always been part of the Agreement (aka "blue-penciling").

## *"Force Majeure"*

> *In the unlikely event that a catastrophic event occurs, either one of us might not be able to do what we promise to do in our agreement. Accordingly, you agree that neither of us will claim damages for a delay caused by a catastrophic event.*

**§ 9.** Neither Party shall be liable in damages for any delay or default in performance if such delay or default is caused by conditions beyond its control including, but not limited to Acts of God, Government restrictions, acts of war or terrorism, disease pandemics, civil disturbances, utility malfunction, natural disasters, such as earthquakes, hurricanes or floods and/or any other cause beyond the reasonable control of the Party whose performance is affected.

[CONTINUED ON THE FOLLOWING PAGE]



ROYAL BENGAL LOGISTICS, INC.



**IN WITNESS WHEREOF-** The parties have duly affixed their signatures under hand and seal on this **12th day of September, 2022.**

**Sponsor - JOHN DOE LOGISTICS IN: JOHN DOE: 123 EXAMPLE ST, CORAL SPRINGS, FL. 33065**

_____

**JOHN DOE**
Its Authorized Agent

**Builder – Royal Bengal Logistics, Inc.**

9600 W Sample Rd Suite 100, Coral Springs, FL 33065

_____

**RBL AGENT**
Its Authorized Agent

5 of 5

# TRAILER SPONSORSHIP PROGRAM

Royal Bengal Logistics has identified an unique opportunity to fast pace the growth of the company and has ventured into the trailer manufacturing program. With support of its investors, Royal Bengal can not only increase its own fleet but also expand its foothold in the trailer supplying domain.



| AMOUNT | DURATION DAYS | RETURN | % RETURN | ADDITIONAL INCOME |
|--------|---------------|--------|----------|-------------------|
| $50,000 | 180 | $65,000 | 30% | $15,000 |
| $100,000 | 180 | $130,000 | 30% | $30,000 |
| $150,000 | 180 | $195,000 | 30% | $45,000 |
| $200,000 | 180 | $260,000 | 30% | $60,000 |

*The availability of this investment opportunity is open for a limited period of time*





**RBL**
ROYAL BENGAL LOGISTICS, INC.

Page 015

TWO TRUCK

# INVESTMENT & EQUIPMENT OPERATING LEASE AGREEMENT

### THIS EQUIPMENT OPERATING AGREEMENT (this "Agreement"), by and between:

### {{Investor Company}} {{Investor Address}}

("Lessor")

OF THE FIRST PART

– AND –

### Royal Bengal Logistics Inc, 9600 West Sample Rd Suite 100, Coral Springs FL-33065

("Lessee")

OF THE SECOND PART

(Lessor and Lessee are collectively the "Parties")

**IN CONSIDERATION OF** the mutual covenants and promises in this Agreement, the receipt and sufficiency of which consideration is hereby acknowledged, Lessor leases the Equipment to Lessee, and Lessee leases the Equipment from Lessor on the following terms:

> *This Agreement contains italicized text which explains the terms of this contract and our reasoning for asking you to agree to those contract terms. In these sections, "Royal Bengal Logistics, Inc" is referred to as "we/our" and Lessor is referred to as "you/your." If for some reason, we get into a dispute with you and a court of law is interpreting this contract, the italicized explanation is intended to be read together with the regular contract terms. If, however, there is any conflict between the interpretation of the regular terms and the italicized explanation, the regular terms control our relationship.*



**Definitions**

§ 1.      The following definitions are used but not otherwise defined in this Agreement:

a. "Casualty Value" means the market value of the Equipment.  When referring to the "Casualty Value" in relation to a "Total Loss," the Casualty Value shall be the market value immediately before the "Total Loss" and shall be determined by an appraisal by Lessee's insurance carrier.

b. "Equipment" means the two tractors and/or trailer which is the subject of this Agreement, as more specifically identified in the "Equipment Addendum" at the time of purchase.

c. "Total Loss" means any loss or damage that is not repairable or that would cost more to repair than the market value of the Equipment.

d. "Business days" means a weekday (as opposed to a weekend) which is not a United States federal holiday or a day designated for the recognition of the federal holiday (*e.g.* New Year's Day, Christmas).

e. "Term" means the five-year period of this Operating Lease beginning **{{INVESTMENT DATE}}**.  If the Agreement is terminated prior to the conclusion of this five-year period, pursuant to the terms of this Agreement, the Term of the Agreement shall conclude at the time of termination.

f. "Finance Contract" means the contract between Lessor and a third party company for the purpose of financing the purchase of the Equipment.

**Start-up**

*For this Operating Lease Agreement, you will need to pay us to get your business started. This initial payment will be used by us, in whole or in part for the process of acquiring a tractor and trailer (e.g. administrative costs, down payment) which we will lease from you. This is a nonrefundable payment, but we will return the payment (subtracted by any payments we made to you or on your behalf) if something goes wrong in the process of acquiring the tractor and trailer.*

§ 2.      Lessor shall pay Lessee $110,000 ("Start-up Payment").  The Start-up Payment is a material condition for Lessee to enter into this Agreement.

a. Lessee shall pay Lessor $10,000 within 30 days of the **{{INVESTMENT DATE}}**.

b. If Lessee fails to pay Lessor the $10,000 within 30 days of the **{{INVESTMENT DATE}}**, Lessee shall have 5 business days to cure this breach. This 5-business-day opportunity to cure shall begin on the date that Lessor provides Lessee with written notice of the breach.

c. The Start-up Payment is otherwise not refundable, however, Lessee shall return to

2 of 13



**ROYAL BENGAL LOGISTICS, INC.**

Lessor the Start-up Payment, less any payments already made to or on behalf of Lessor, if the Agreement is prematurely terminated prior to the purchase of the Equipment.

**Lease**

**§ 3.**     Lessor agrees to lease the Equipment to Lessee, and Lessee agrees to lease the Equipment from Lessor in accordance with the terms set out in this Agreement.

**§ 4.**     The Agreement's Term commences on **{{INVESTMENT DATE}}** and will continue for five years unless otherwise terminated pursuant to the terms of this Agreement.  At the conclusion of the Term of this Agreement, Lessee shall no longer have any obligation to make lease payments to Lessor, and Lessee shall return the Equipment to Lessor.

**Lease Payment**

> *We will pay lease payments to you monthly, except for the month that we entered into this Agreement and the following month.  In total, we will pay you for a total of 58 payments presuming that the Agreement is not terminated earlier.   We will try to get the lease payments into your account at the same time every month, but we may need up to ten additional business days.  We don't expect to miss any payments, but if for any reason we miss a payment, just notify us by email at bdo@rbltransports.com and we will fix it quickly.  You will receive lease payments even if you have not yet purchased the tractors.*

**§ 5.**     Lessee shall pay Lessor the sum of $ 6,000 ("Lease Payment") for each month during the Term of the Agreement, as described below.

    a.  Lessee shall not make any Lease Payment on the first month of the Term of the Agreement, payment will begin on **{{DATE}}**.

    b.  The Lease Payment shall be made on the same day of each month as the date of this Agreement.

    c.  If Lessee fails to make a Lease Payment as required by this section, Lessee shall have 10 business days to cure after the date which Lessor provides written notice of the missed Lease Payment.

3 of 13



**RBL**
ROYAL BENGAL LOGISTICS, INC.

**Acquisition of the Equipment**

*This is an operating lease contract where we will lease from you a tractor and trailer that you have not purchased yet. We will find a tractor and trailer which is suitable for our company, and do what we can to help you acquire financing for your purchase of the tractor and trailer. Once we have helped you purchase your tractor and trailer, we will use them for our business for the remainder of the lease term. Since we are using the tractor and trailer for our business and paying for it, it is important that we get to decide which tractor and trailer will become the leased equipment. In exchange, we will pay you for the use of the tractor and trailer and we will make the financing payments for you. Presuming that this agreement has not been concluded prematurely, we will ultimately make all payments for the tractor and trailer, leaving you with a tractor and trailer in a condition in which it could be lawfully used in business.*

§ 6.     The Parties recognize that Lessor does not have possession of the Equipment as of **{{INVESTMENT DATE}}** and that this Agreement is contingent upon Lessor's acquisition of the Equipment. The tractor and trailer comprising the Equipment may be purchased at separate times. The Parties agree to cooperate in good faith concerning the acquisition of the Equipment as follows:

    a.  Lessee shall identify Equipment available for sale from a third party which suits Lessee's business needs. In Lessee's discretion, a trailer may be part of the Equipment.

    b.  Lessee shall assist Lessor with obtaining financing through a third party lender. Lessor shall cooperate and assist with this process as necessary to acquire said financing.

    c.  Lessor shall enter into an agreement with the third party lender to provide financing for the purchase of the Equipment ("Finance Contract"). Lessee shall not be a party to the Finance Contract.

    d.  Lessor shall purchase the Equipment and provide the Equipment to Lessee for use during the Term of the Agreement.

    e.  Upon Lessor's request, Lessee will execute and deliver to Lessor documents required by Lessor to protect Lessor's interest in the Equipment including, but not limited to, the documents necessary to file a UCC financing statement.

*We want to enjoy a mutually beneficial relationship with you during this Operating Lease Agreement's five-year term, however, if something happens that prevents us from acquiring and using a tractor and trailer, we will have to terminate this Operating Lease Agreement and return what remains of your start-up payment after subtracting money we paid to you (lease payments) or on your behalf.*

§ 7.     If Lessor fails, is unable, or refuses to comply with the terms listed in the preceding § 6,



**RBL**

ROYAL BENGAL LOGISTICS, INC.

then Lessee shall have the option to terminate this Agreement. Reasons for termination include, but are not limited to:

    a. If Lessee refuses or otherwise fails to cooperate in the purchase or financing of the Equipment or refuses the terms of the sale or financing of the Equipment; and

    b. If Lessee cannot acquire financing to purchase the Equipment within the first 12 months of this Agreement.

**§ 8.** In the event that Lessee has elected to terminate this Agreement pursuant to the above § 7, Lessee shall return to Lessor the Startup Payment, subtracted by any Lease Payments paid to Lessor and any payment made on behalf of Lessor. These returned funds shall be provided to Lessor within 60 days of Lessee providing notice of the termination of the Agreement to Lessor.

**Financing of Equipment**

> *While we will make all of the payments for the tractor and trailer (unless something goes wrong and our agreement is terminated early), you will be the party obtaining financing and agreeing to a financing contract to acquire the tractor and trailer. It is our goal to try to find you the best financing agreement with the most beneficial terms from a reputable lender. However, the financing contract will be between you and a lender who we do not control. We will not be reviewing the contract that you enter into.*

**§ 9.** Lessor shall finance and purchase the Equipment in its name, however, all payments to the third party lender pursuant to the Finance Contract shall be paid by Lessee during the Term of the Agreement.

**§ 10.** If the Finance Contract requires that payments be made beyond the 5-year term of this Agreement, Lessee shall continue to make payments until all payments have been made pursuant to the Financing Contract.

**§ 11.** Lessor is under no obligation to agree to the terms of the Financing Contract provided by the third party lender. Upon Lessor's request, Lessee will take reasonable measures in a good faith attempt to find an alternative third-party lender which is acceptable to Lessor. However, if Lessor cannot acquire financing for the Equipment with payment terms that are agreed to by Lessee, based on Lessee's sole discretion, Lessee may terminate the Agreement pursuant to the above § 7.

**§ 12.** Lessor releases Lessee from any liability related to the acquisition of financing, the Finance Contract, or actions or omissions committed by the third party lender.

**Use of the Equipment**

> *It is critical that we be able to use the tractor and trailer while we are leasing it. If you do something that interferes with our ability to use the tractor and trailer, we may need to conclude this Operating Lease Agreement.*

Page 020



# R B L
### ROYAL BENGAL LOGISTICS, INC.

**§ 13.** Lessor shall permit Lessee to use the Equipment during the Term. This use shall include, but not limited to, the transportation of goods for the benefit of Lessee's business. Accordingly,

   a. Lessor shall not sell or otherwise convey the Equipment or the title of the Equipment to any other party during the Term of the Agreement;

   b. Lessor shall not interfere with the use of the Equipment during the Term. This includes inspections or other interruptions of Lessee's business; and

   c. Lessor shall not encumber or otherwise use the Equipment or the title of the Equipment as collateral/security for any purpose other than the Finance Contract.

If Lessor violates this section and it prevents Lessee from the use of the Equipment during the Term, Lessee may terminate this Agreement and shall no longer have any obligation to make Lease Payment or the payments required under the Finance Contract, in addition to any other remedy lawfully available to Lessee.

**Lessee's Care for the Equipment**

> *We will do our best to take care of the tractor and trailer while it is in our care. If something goes wrong and something happens to your tractor and trailer, we will fix it. When our Operating Lease Agreement has concluded, we will make sure to give you a vehicle in good enough condition that you could operate it as part of a trucking business.*

**§ 14.** Lessee shall exercise reasonable care in the use of the Equipment and shall maintain the Equipment with reasonable care and will comply with all applicable law. Lessee will, at Lessee's own expense, keep the Equipment in good repair, appearance, and condition. Lessee shall have no obligation to repair or otherwise remedy damages arising from wear and tear which may accrue during the normal use of the Equipment (minor dents, tire wear, etc.), so long as the Equipment is in a condition which can pass a Federal Department of Transportation inspection for the commercial transportation of goods.

**§ 15.** Unless Lessee obtains the prior written consent of Lessor, Lessee will not alter, modify or attach anything to the Equipment unless the alteration, modification or attachment is easily removable without damaging the functional capabilities or economic value of the Equipment.

**§ 16.** Lessee warrants that the Equipment will be in good working order and good condition upon delivery to Lessor after the completion of the Term or termination of the Agreement. If Lessor did not purchase a trailer because Lessee did not elect to include a trailer as part of the Equipment or because Lessor was unable to acquire financing for a trailer, then a trailer will not be provided to Lessor at the completion of the Term.



# RBL
### ROYAL BENGAL LOGISTICS, INC.

**Relationship with Seller and Lender**

> *If a problem comes up concerning the sale or financing of the tractor and trailer, we might need to work with the seller or the lender. Because you are the purchaser of the tractor and trailer and borrowed money for that transaction, the seller and lender might not want to work with us unless you give us permission to speak with them. Accordingly, you agree to let us speak to the seller or lender to resolve such disputes.*

**§ 17.** Lessor appoints Lessee as a designated representative for the purpose of enforcing any warranty, guarantee, or promise made concerning the sale of the Equipment. Lessor agrees to cooperate with Lessee as needed for that purpose.

**§ 18.** Lessor appoints Lessee as a designated representative for the purpose communicating with the Finance Contract lender or resolving any dispute with the Finance Contract lender. Lessor agrees to cooperate with Lessee as needed for that purpose.

**Risk of Damage to the Equipment**

> *We are responsible for your tractors while we have it in our possession. If your tractors are damaged in our possession, we will fix it (other than normal wear and tear).*

**§ 19.** Lessee shall bear the risk of loss concerning the Equipment, including but not limited to loss arising from theft, damage, or destruction to the Equipment from any and every cause.

**§ 20.** In the event of Total Loss of the Equipment, Lessee and Lessor shall confer in good faith to evaluate the best method for the Parties to continue doing business together. In the event no agreement can be reached, Lessee shall purchase Equipment with substantially the same value and condition as the Equipment was, immediately prior to the incident which resulted in the Total Loss. In such a circumstance, this Agreement shall continue to be in force, as if the replacement Equipment had always been the Equipment identified in the Equipment Addendum in this Agreement.

**Insurance**

> *While we have your tractor and trailer, we will make sure that it is insured with a policy limit of at least $1,000,000.*

**§ 21.** Lessee will, during the Term and while Lessee possess the Equipment, maintain and pay for insurance against loss of and damage to the Equipment for the full replacement value of the Equipment and will name Lessor as the loss payee. While Lessee possesses the Equipment during the Term, Lessee shall maintain and pay for comprehensive general liability insurance against claims for bodily injury, including death, and property damage or loss arising out of the use of the Equipment. **The insurance policy will have limits of at least $1,000,000.** The insurance will be in the joint name of Lessor and Lessee so that both Lessor and Lessee are protected by the policy. The insurance policy shall have a provision that it will not be modified or cancelled unless the insurer



**RBL**
ROYAL BENGAL LOGISTICS, INC.

provides Lessor with thirty (30) days written notice stating when such modification or cancellation will be effective.  Upon written demand by Lessor, Lessee shall provide Lessor with an original policy or certificate evidencing such insurance.

**Taxes**

> *We are going to take care of whatever taxes are owed for the purchase and use of the tractor and trailer.  We are not going to pay any taxes (such as income taxes) that you owe because of payments we make to you.*

**§ 22.**    Lessee will report and pay all taxes, fees, and tax penalties associated with the purchase and use of the Equipment during the Term.  However, Lessee shall have no obligation to pay taxes, fees, and tax penalties which arise from any income or other benefit received by Lessor pursuant to this Agreement (*e.g.* income taxes).

**§ 23.**    If Lessee fails to pay any taxes, fees, and charges, as required by this Agreement and Lessor, on behalf of Lessee, pays the same, Lessee shall reimburse Lessor for the cost upon notification from Lessor of the amount.

**Indemnity**

> *We will ensure that you do not have to pay if something happens with your tractor and trailer (like a vehicle accident) and someone tries to hold you responsible as the owner of the vehicle.*

**§ 24.**    Lessee will indemnify and hold harmless Lessor against any and all claims, actions, suits, proceedings, costs, expenses, damages and liabilities, including attorney's fees and costs, arising from Lessee's use of the Equipment during the Term.  Lessee's responsibility to indemnify Lessor under this section may be satisfied in whole or in part by proceeds or other benefits provided by insurance.

**Right of First Refusal**

> *At the end of the term of the Operating Lease Agreement, you can do whatever you want to do with your tractor and trailer.  However, if you are going to sell the tractor and trailer, we want to have a chance to buy it before you sell it to someone else.  For the first year after our agreement is concluded, you will give us an opportunity to purchase the tractor and trailer before you sell it to someone else.  Before any potential sale of the tractor and trailer, you will tell us what price you intend to sell it for and give us an opportunity to buy it for the same price.  If we refuse the offer or do not respond within two weeks, you can go ahead and sell the tractor and trailer to someone else.*

**§ 25.**    At the conclusion of the Term of this Agreement and for a period of one year thereafter, Lessor shall not sell or otherwise convey the Equipment to a potential purchaser without first

8 of 13



**RBL**

ROYAL BENGAL LOGISTICS, INC.

providing Lessee with the opportunity to purchase the Equipment from Lessor under the same material terms as those contemplated by the potential purchaser. Accordingly, prior to entering into any agreement concerning the sale or conveyance of the Equipment, Lessor shall first provide notice to Lessee of a prospective sale or conveyance and this notice shall include all material terms of a prospective sale or conveyance. Lessee shall have 14 days to evaluate and determine whether it will purchase the Equipment under those same terms. If Lessee refuses or does not respond within 14 days, Lessor may sell or otherwise convey the Equipment under those same terms to a third party purchaser.

**Entire Agreement**

§ 26.     This Agreement will constitute the entire agreement between the Parties. Any prior understanding or representation of any kind preceding the date of this Agreement will not be binding on either Party except to the extent incorporated in this Agreement.

**Address for Notice**

§ 27.     Notices under this Agreement will be delivered personally or sent by registered mail or courier to the following addresses:

Lessor: {{Investor Name}}; {{Investor Company}}; {{Investor Email}}

Lessee: **Royal Bengal Logistics; 9600 WEST SAMPLE RD SUITE 100 CORAL SPRINGS FL 33067**

**Governing Law**

> *We are a Florida company with a headquarters in Broward County, Florida. It makes sense for any dispute between us should be determined here. This Operating Lease Agreement was drafted with the intention that Florida law would apply. Accordingly, to fulfill our intentions, Florida law will apply to any dispute between us.*

§ 28.     This Agreement shall be interpreted under Florida law. Any dispute arising between the Parties shall be governed by Florida law. The exclusive jurisdiction for any lawsuit or other dispute resolution process between Lessee and Lessor shall be brought and heard in Broward County, Florida, unless the applicable court does not have personal jurisdiction over a necessary party.

**Severability**

> *We do not believe that there is anything unlawful about our agreement, but a court might disagree. This agreement shall be enforced as it is written to the extent possible, even if a court ultimately determines that there is anything unlawful about it.*

§ 29.     In the event that that any provision or term of this Agreement is determined to be unenforceable, invalid, or otherwise unlawful, the remainder of the Agreement shall nevertheless be enforced as if there had not been any unlawful provision or term of the Agreement.

§ 30.     If any provision or term of this Agreement is determined to be unlawful, as described in

9 of 13



# R B L
### ROYAL BENGAL LOGISTICS, INC.

the above § 29 *and* that provision or term can be limited or truncated in such a way as to cause the provision or term to lawful and still substantially fulfill the intent of the parties, as reflected in the text of this Agreement, then an enforcing court shall so enforce this limited or truncated provision or term as if it had always been part of the Agreement (aka "blue-penciling").

### *"Force Majeure"*

> *In the unlikely event that a catastrophic event occurs, either one of us might not be able to do what we promise to do in our agreement. Accordingly, you agree that neither of us will claim damages for a delay caused by a catastrophic event. If something so catastrophic happens that we cannot even use your tractor and trailer anymore, we may need to conclude our agreement to lease your tractor and trailer. If so, we will make sure that you have received at least twice the amount you provided as a start-up payment.*

**§ 31.**     Neither Party shall be liable in damages for any delay or default in performance if such delay or default is caused by conditions beyond its control including, but not limited to Acts of God, Government restrictions, acts of war or terrorism, disease pandemics, civil disturbances, utility malfunction, natural disasters, such as earthquakes, hurricanes or floods and/or any other cause beyond the reasonable control of the Party whose performance is affected.

**§ 32.**  If any event described in the above § 31 makes it impossible or prohibitively difficult for Lessee to continue doing business with the Equipment, the Parties shall confer in good faith about the best way for the Parties to proceed, considering the circumstances.  If no agreement can be reached, the Agreement shall be terminated. Lessee shall return the Equipment to Lessor and shall have no further obligation to make Lease Payments or make payments pursuant to the Finance Contract.  If Lessor has not received at least double the amount it originally provided as a Start-up Payment (considering both the Lease Payments and payments made by Lessee to the lender on Lessor's behalf) at the time of the termination of the Agreement, as described in this section, then Lessee shall pay to Lessor a sum of money equal to double the Start-up Payment subtracted by the total amount of funds Lessee paid to Lessor as Lease Payments and the payments Lessee made to the lender on Lessor's behalf.



**RBL**
ROYAL BENGAL LOGISTICS, INC.

## Assignment

> *We may want another legal entity to use the tractor and trailer while we are leasing them from you. To ensure that there is no legal technicality preventing us from doing that, you agree to permit us to assign the right to use your tractor and trailer. This won't change our contractual obligations to you, such as our obligation make payments to you and your lender (if any) or return your tractor and trailer to you.*

§ 33.      Lessee may assign to a third party Lessee's right to use the Equipment. Lessee's assignment, pursuant to this section, shall not absolve or release Lessee of responsibility or liability arising from the terms of this Agreement.   Lessor shall not assign any rights or responsibilities pursuant to this Agreement without the express written consent of Lessee.

## Compliance Requirements

> *Leases of commercial trucks have certain required terms that must be included (49 C.F.R. §§ 376.11, et seq.). The terms in this section are intended to comply with these requirements.*

§ 34.      Lessee shall provide written notice by email to Lessor when Lessee takes possession of the Equipment.   Upon Lessee's request, Lessor shall provide written notice of the return of the Equipment at the conclusion of the Term.

§ 35.      During the Lease Term, Lessee shall have exclusive possession, control, and use of the Equipment.

§ 36.      At the conclusion of the Term, Lessee shall remove from the Equipment any identification device before the Equipment is returned to Lessor.

§ 37.      The cost of fuel, fuel taxes, empty mileage, permits of all types, tolls, ferries, detention and accessorial services, base plates and licenses shall be borne by Lessee.   Lessor has no responsibility to load or unload any equipment.   Lessee shall not deduct from Lessor's compensation the purchase of any items.   Lessor is not required to purchase or rent any products, equipment, or services from Lessee.



**RBL**
ROYAL BENGAL LOGISTICS, INC.

**IN WITNESS WHEREOF-** The parties have duly affixed their signatures under hand and seal:

**DATED**: {{INVESTMENT DATE}}

**Lessor - {{Investor Company}}**

**{{Investor Address}}**

_____
**{{Investor Name}}**
Its Authorized Agent

**Lessee – Royal Bengal Logistics, Inc.**

9600 W Sample Rd Suite 100, Coral Springs, FL 33065

_____
**{{RBL Agent Name}}**
Its Authorized Agent

_____ (Witness)

_____ (Witness)

12 of 13



# R B L
### ROYAL BENGAL LOGISTICS, INC.

## EQUIPMENT ADDENDUM

The "Equipment," as referred to in the {{INVESTMENT DATE}}  Investment & Operating Lease Agreement, has been identified as:

[                    ] with the approximate value of $[                    ]

VIN # [                    ]

and

[                    ] with the approximate value of $[                    ]

VIN # [                    ]

SO AGREED, this _____ day of _____, 2022:

**Lessor – {{Investor Company}}**

_____
**{{Investor Name}}**
Its Authorized Agent

# Attachment 2



**RBL**
ROYAL BENGAL LOGISTICS, INC.

Laine D'Orvilliers
Executive Director- Business Development
laine.d@rbltransports.com

9600 W. Sample Rd, Suite 300
Coral Springs, FL. 33065
www.rbl-inc.com                954-228-7277, ext. 403



**RBL**
Royal Bengal Logistics, Inc.

### SHORT TERM LOAN AGREEMENT

**THIS LOAN AGREEMENT (this "Agreement") dated this** September 1st, 2022 **between**

**JOHN DOE: 123 EXAMPLE ST, CORAL SPRINGS, FL. 12345**
(the "Lender")

OF THE FIRST PART

&

**Royal Bengal Logistics Inc, 9600 W Sample Rd, Suite 100 Coral Springs FL-33473**
(the "Borrower")

OF THE SECOND PART

IN CONSIDERATION OF the Lender loaning certain monies (the "Loan") to the Borrower, and the Borrower repaying the Loan to the Lender, both parties agree to keep, perform and fulfill the promises and conditions set out in this Agreement:

LOAN SUMMARY

| | | |
|---|---|---|
| **Loan Amount** | - | **$ 25,000.00** |
| **Term of Agreement** | - | **3 months** |
| **Total Term Interest** | - | **$ 5,000.00** |
| **Total Return (Principal and Interest)** | - | **$ 30,000.00** |

**Loan Amount & Interest**

§ 1. The Lender shall make the Loan to Borrower in the aggregate principal amount of $ 25,000.00 (USD). Borrower promises to repay this principal amount to the Lender, within the three-month term of this Loan as follows:

    **a.** The total interest for this three-month loan shall be $ 5,000.00.

    **b.** Borrower shall pay Lender the total principal and interest ($ 30,000.00) on or before 12/01/2022.

§ 2. If, for any reason, the Loan (principal and/or interest) has not been fully repaid by Borrower within 7 days of 12/01/2022 then any and all outstanding monies owed to Lender shall be immediately due.

*Loan Agreement*
Page 1 of 3

# R B L
### ROYAL BENGAL LOGISTICS, INC.

## Default

§ 3. If Borrower fails to make the payment described in the above §§ 1-2, Borrower shall be in default.

§ 4. Borrower shall have an opportunity to cure its default prior to Lender enforcing this Loan. Lender shall provide notice of Borrower's default to bdo@rbltranports.com, or such other email designated by Borrower in writing.   After Lender provides notice of Borrower's default, Borrower shall have 7 calendar days to correct the event causing Borrower to be in default.  If Borrower fails to cure its default within that 7-day period, then Lender may enforce this Loan by seeking relief in a court of competent jurisdiction.

## Governing Law

§ 5. This Agreement will be interpreted in accordance with and governed by the laws of the State of Florida.   Any dispute concerning this agreement shall be heard within Broward County, Florida.

## Attorneys' Fees

§ 6. In the event that any suit or action is instituted to enforce this Agreement, the prevailing party in such a dispute shall be entitled to recover from the non prevailing party all attorneys' fees and costs reasonably expended in the prosecution or defense of said suit or action.

## Amendments

§ 7. This Agreement may only be amended or modified by a written instrument executed by both the Borrower and the Lender.

## No Waiver

§ 8. Lender shall not be deemed to have waived any provision of this Agreement or the exercise of any rights held under this Agreement unless such waiver is made expressly and in writing. Waiver by Lender of a breach or violation of any provision of this Agreement shall not constitute a waiver of any other subsequent breach or violation.

## Entire Agreement

§ 9. This Agreement constitutes the entire agreement between the Parties concerning this Loan, and there are no further terms or provisions, either oral or otherwise, which govern the Parties' relationship concerning this Loan.

*Loan Agreement*
Page 2 of 3

2022.2.28-RBLSHORTLOAN



**RBL**
ROYAL BENGAL LOGISTICS, INC.

**IN WITNESS WHEREOF**- The parties have duly affixed their signatures under hand and seal on this 1st day of September, 2022.

Lender: JOHN DOE:
123 EXAMPLE ST, CORAL SPRINGS, FL. 12345

---

JOHN DOE
Its Authorized Agent

**Borrower – Royal Bengal Logistics, Inc.**
9600 W Sample Rd Suite 100, Coral Springs, FL 33065

---

**RBL AGENT**
Its Authorized Agent

*Loan Agreement*
Page 3 of 3

2022.2.28-RBLSHORTLOAN

# INVESTMENT & EQUIPMENT OPERATING LEASE AGREEMENT

**THIS EQUIPMENT OPERATING AGREEMENT** (this "Agreement") dated this
3rd day of January, 2023, by and between:

**JOHN DOE INC: JOHN DOE: 123 EXAMPLE STREET, CORAL SPRINGS, FL. 33065**

("Lessor")

OF THE FIRST PART

– AND –

**Royal Bengal Logistics: 9600 WEST SAMPLE RD, SUITE 100,
CORAL SPRINGS, FL 33065**

("Lessee")

OF THE SECOND PART

(Lessor and Lessee are collectively the "Parties")

**IN CONSIDERATION OF** the mutual covenants and promises in this Agreement, the receipt
and sufficiency of which consideration is hereby acknowledged, Lessor leases the Equipment to
Lessee, and Lessee leases the Equipment from Lessor on the following terms:

> *This Agreement contains italicized text which explains the terms of this contract and
> our reasoning for asking you to agree to those contract terms. In these sections,
> "Royal Bengal Logistics, Inc" is referred to as "we/our" and Lessor is referred to as
> "you/your." If for some reason, we get into a dispute with you and a court of law is
> interpreting this contract, the italicized explanation is intended to be read together
> with the regular contract terms. If, however, there is any conflict between the
> interpretation of the regular terms and the italicized explanation, the regular terms
> control our relationship.*

# **R B L**
### ROYAL BENGAL LOGISTICS, INC.

### Definitions

§ 1.     The following definitions are used but not otherwise defined in this Agreement:

a. "Casualty Value" means the market value of the Equipment.  When referring to the "Casualty Value" in relation to a "Total Loss," the Casualty Value shall be the market value immediately before the "Total Loss" and shall be determined by an appraisal by Lessee's insurance carrier.

b. "Equipment" means the tractor and/or trailer which is the subject of this Agreement, as more specifically identified in the "Equipment Addendum" at the time of purchase.

c. "Total Loss" means any loss or damage that is not repairable or that would cost more to repair than the market value of the Equipment.

d. "Business days" means a weekday (as opposed to a weekend) which is not a United States federal holiday or a day designated for the recognition of the federal holiday (*e.g.* New Year's Day, Christmas).

e. "Term" means the five-year period of this Operating Lease beginning January 3rd, 2023.  If the Agreement is terminated prior to the conclusion of this five-year period, pursuant to the terms of this Agreement, the Term of the Agreement shall conclude at the time of termination.

f. "Finance Contract" means the contract between Lessor and a third party company for the purpose of financing the purchase of the Equipment.

### Start-up

> *For this Operating Lease Agreement, you will need to pay us $55,000 to get your business started. This initial payment will be used by us, in whole or in part for the process of acquiring a tractor and trailer (e.g. administrative costs, down payment) which we will lease from you.  This is a nonrefundable payment, but we will return the payment (subtracted by any payments we made to you or on your behalf) if something goes wrong in the process of acquiring the tractor and trailer.  For example, if after 12 months we cannot find a lender who will provide you financing on reasonable terms which we agree with and have already sent you 10 payments of $3,000, then we will return to you the remainder.*

§ 2.     Lessor shall pay Lessee $55,000 ("Start-up Payment").  The Start-up Payment is a material condition for Lessee to enter into this Agreement.  The Start-up Payment is not refundable, however, Lessee shall return to Lessor the Start-up Payment, less any payments already made to or on behalf of Lessor, if the Agreement is prematurely terminated prior to the purchase of the Equipment.

2 of 12



# R B L
ROYAL BENGAL LOGISTICS, INC.

**Lease**

**§ 3.**    Lessor agrees to lease the Equipment to Lessee, and Lessee agrees to lease the Equipment from Lessor in accordance with the terms set out in this Agreement.

**§ 4.**    The Agreement's Term commences on January 3rd, 2023 and will continue until January 3rd, 2028 unless otherwise terminated pursuant to the terms of this Agreement. At the conclusion of the Term of this Agreement, Lessee shall no longer have any obligation to make lease payments to Lessor, and Lessee shall return the Equipment to Lessor.

**Lease Payment**

> *We will pay lease payments to you monthly, except for the month that we entered into this Agreement and the following month. In total, we will pay you for a total of 58 payments (five years of payments [60] minus the first and second month) presuming that the Agreement is not terminated earlier.   We will try to get the lease payments into your account at the same time every month, but we may need up to five business days. We don't expect to miss any payments, but if for any reason we miss a payment, just notify us by email at bdo@rbltransports.com and we will fix it quickly. You will receive lease payments even if you have not yet purchased the tractor and trailer.*

**§ 5.**    Lessee shall pay Lessor the sum of $3,000 ("Lease Payment") within 5 business days of the 3rd day of each month during the Term of the Agreement, as described below.

     a.  Lessee shall not make any Lease Payment on the first or the second month of the Term of the Agreement, payments will begin March 3rd, 2023.

     b.  If Lessee fails to make a Lease Payment as required by this section, Lessee shall have 5 business days to cure after the date which Lessor provides written notice of the missed Lease Payment.

3 of 12



**R B L**
ROYAL BENGAL LOGISTICS, INC.

### Acquisition of the Equipment

> *This is an operating lease contract where we will lease from you a tractor and trailer that you have not purchased yet. We will find a tractor and trailer which is suitable for our company, and do what we can to help you acquire financing for your purchase of the tractor and trailer. Once we have helped you purchase your tractor and trailer, we will use them for our business for the remainder of the lease term. Since we are using the tractor and trailer for our business and paying for it, it is important that we get to decide which tractor and trailer will become the leased equipment. In exchange, we will pay you for the use of the tractor and trailer and we will make the financing payments for you. Presuming that this agreement has not been concluded prematurely, we will ultimately make all payments for the tractor and trailer, leaving you with a tractor and trailer in a condition in which it could be lawfully used in business.*

§ 6.      The Parties recognize that Lessor does not have possession of the Equipment as of January 3rd, 2023 and that this Agreement is contingent upon Lessor's acquisition of the Equipment. The tractor and trailer comprising the Equipment may be purchased at separate times. The Parties agree to cooperate in good faith concerning the acquisition of the Equipment as follows:

  a. Lessee shall identify Equipment available for sale from a third party which suits Lessee's business needs. In Lessee's discretion, a trailer may be part of the Equipment.

  b. Lessee shall assist Lessor with obtaining financing through a third party lender. Lessor shall cooperate and assist with this process as necessary to acquire said financing.

  c. Lessor shall enter into an agreement with the third party lender to provide financing for the purchase of the Equipment ("Finance Contract"). Lessee shall not be a party to the Finance Contract.

  d. Lessor shall purchase the Equipment and provide the Equipment to Lessee for use during the Term of the Agreement.

  e. Upon Lessor's request, Lessee will execute and deliver to Lessor documents required by Lessor to protect Lessor's interest in the Equipment including, but not limited to, the documents necessary to file a UCC financing statement.

> *We want to enjoy a mutually beneficial relationship with you during this Operating Lease Agreement's five-year term, however, if something happens that prevents us from acquiring and using a tractor and trailer, we will have to terminate this Operating Lease Agreement and return what remains of your start-up payment after subtracting money we paid to you (lease payments) or on your behalf.*

4 of 12



**RBL**

ROYAL BENGAL LOGISTICS, INC.

§ 7.    If Lessor fails, is unable, or refuses to comply with the terms listed in the preceding § 6, then Lessee shall have the option to terminate this Agreement.  Reasons for termination include, but are not limited to:

  a.  If Lessee refuses to cooperate in the purchase or financing of the Equipment or refuses the terms of the sale or financing of the Equipment; and

  b.  If Lessee cannot acquire financing to purchase the Equipment within the first 12 months of this Agreement.

§ 8.    In the event that Lessee has elected to terminate this Agreement pursuant to the above § 7, Lessee shall return to Lessor the Startup Payment, subtracted by any Lease Payments paid to Lessor and any payment made on behalf of Lessor.  These returned funds shall be provided to Lessee within 60 days of Lessee providing notice of the termination of the Agreement to Lessor.

**Financing of Equipment**

> *While we will make all of the payments for the tractor and trailer (unless something goes wrong and our agreement is terminated early), you will be the party obtaining financing and agreeing to a financing contract to acquire the tractor and trailer.  It is our goal to try to find you the best financing agreement with the most beneficial terms from a reputable lender.  However, the financing contract will be between you and a lender who we do not control. We will not be reviewing the contract that you enter into.*

§ 9.    Lessor shall finance and purchase the Equipment in its name, however, all payments to the third party lender pursuant to the Finance Contract shall be paid by Lessee during the Term of the Agreement.

§ 10.    If the Finance Contract requires that payments be made beyond the 5-year term of this Agreement, Lessee shall continue to make payments until all payments have been made pursuant to the Financing Contract.

§ 11.    Lessor is under no obligation to agree to the terms of the Financing Contract provided by the third party lender.  Upon Lessor's request, Lessee will take reasonable measures in a good faith attempt to find an alternative third-party lender which is acceptable to Lessor.  However, if Lessor cannot acquire financing for the Equipment with payment terms that are agreed to by Lessee, based on Lessee's sole discretion, Lessee may terminate the Agreement pursuant to the above § 7.

§ 12.    Lessor releases Lessee from any liability related to the acquisition of financing, the Finance Contract, or actions or omissions committed by the third party lender.



**R B L**
ROYAL BENGAL LOGISTICS, INC.

### Use of the Equipment

> *It is critical that we be able to use the tractor and trailer while we are leasing it. If you do something that interferes with our ability to use the tractor and trailer, we may need to conclude this Operating Lease Agreement.*

**§ 13.** Lessor shall permit Lessee to use the Equipment during the Term. This use shall include, but not limited to, the transportation of goods for the benefit of Lessee's business. Accordingly,

  a. Lessor shall not sell or otherwise convey the Equipment or the title of the Equipment to any other party during the Term of the Agreement;

  b. Lessor shall not interfere with the use of the Equipment during the Term. This includes inspections or other interruptions of Lessee's business; and

  c. Lessor shall not encumber or otherwise use the Equipment or the title of the Equipment as collateral/security for any purpose other than the Finance Contract.

If Lessor violates this section and it prevents Lessee from the use of the Equipment during the Term, Lessor may terminate this Agreement and shall no longer have any obligation to make Lease Payment or the payments required under the Finance Contract, in addition to any other remedy lawfully available to Lessee.

### Lessee's Care for the Equipment

> *We will do our best to take care of the tractor and trailer while it is in our care. If something goes wrong and something happens to your tractor and trailer, we will fix it. When our Operating Lease Agreement has concluded, we will make sure to give you a vehicle in good enough condition that you could operate it as part of a trucking business.*

**§ 14.** Lessee shall exercise reasonable care in the use of the Equipment and shall maintain the Equipment with reasonable care and will comply with all applicable law. Lessee will, at Lessee's own expense, keep the Equipment in good repair, appearance, and condition. Lessee shall have no obligation to repair or otherwise remedy damages arising from wear and tear which may accrue during the normal use of the Equipment (minor dents, tire wear, etc.), so long as the Equipment is in a condition which can pass a Department of Transportation inspection for the commercial transportation of goods.

**§ 15.** Unless Lessee obtains the prior written consent of Lessor, Lessee will not alter, modify or attach anything to the Equipment unless the alteration, modification or attachment is easily removable without damaging the functional capabilities or economic value of the Equipment.

**§ 16.** Lessee warrants that the Equipment will be in good working order and good condition upon delivery to Lessor after the completion of the Term or termination of the



**R B L**
ROYAL BENGAL LOGISTICS, INC.

Agreement. If Lessor did not purchase a trailer because Lessee did not elect to include trailer as part of the Equipment or because Lessor was unable to acquire financing for a trailer, then a trailer will not be provided to Lessor at the completion of the Term.

### Relationship with Seller and Lender

> *If a problem comes up concerning the sale or financing of the tractor and trailer, we might need to work with the seller or the lender. Because you are the purchaser of the tractor and trailer and borrowed money for that transaction, the seller and lender might not want to work with us unless you give us permission to speak with them. Accordingly, you agree to let us speak to the seller or lender to resolve such disputes.*

**§ 17.** Lessor appoints Lessee as a designated representative for the purpose of enforcing any warranty, guarantee, or promise made concerning the sale of the Equipment. Lessor agrees to cooperate with Lessee as needed for that purpose.

**§ 18.** Lessor appoints Lessee as a designated representative for the purpose communicating with the Finance Contract lender or resolving any dispute with the Finance Contract lender. Lessor agrees to cooperate with Lessee as needed for that purpose.

### Risk of Damage to the Equipment

> *We are responsible for your tractor and trailer while we have it in our possession. If your tractor and trailer are damaged in our possession, we will fix it (other than normal wear and tear).*

**§ 19.** Lessee shall bear the risk of loss concerning the Equipment, including but not limited to loss arising from theft, damage, or destruction to the Equipment from any and every cause.

**§ 20.** In the event of Total Loss of the Equipment, Lessee and Lessor shall confer in good faith to evaluate the best method for the Parties to continue doing business together. In the event no agreement can be reached, Lessee shall purchase Equipment with substantially the same value and condition as the Equipment was, immediately prior to the incident which resulted in the Total Loss. In such a circumstance, this Agreement shall continue to be in force, as if the replacement Equipment had always been the Equipment identified in the Equipment Addendum in this Agreement.

### Insurance

> *While we have your tractor and trailer, we will make sure that it is insured with a policy limit of at least $1,000,000.*

**§ 21.** Lessee will, during the Term and while Lessee possess the Equipment, maintain and pay for insurance against loss of and damage to the Equipment for the full replacement value of the Equipment and will name Lessor as the loss payee. While Lessee possesses the Equipment during the Term, Lessee shall maintain and pay for comprehensive general

7 of 12



**R B L**

ROYAL BENGAL LOGISTICS, INC.

liability insurance against claims for bodily injury, including death, and property damage or loss arising out of the use of the Equipment. **The insurance policy will have limits of at least $1,000,000.** The insurance will be in the joint name of Lessor and Lessee so that both Lessor and Lessee are protected by the policy. The insurance policy shall have a provision that it will not be modified or canceled unless the insurer provides Lessor with thirty (30) days written notice stating when such modification or cancellation will be effective. Upon written demand by Lessor, Lessee shall provide Lessor with an original policy or certificate evidencing such insurance.

### Taxes

> *We are going to take care of whatever taxes are owed for the purchase and use of the tractor and trailer. We are not going to pay any taxes (such as income taxes) that you owe because of payments we make to you.*

**§ 22.** Lessee will report and pay all taxes, fees, and tax penalties associated with the purchase and use of the Equipment during the Term. However, Lessee shall have no obligation to pay taxes, fees, and tax penalties which arise from any income or other benefit received by Lessor pursuant to this Agreement (*e.g.* income taxes).

**§ 23.** If Lessee fails to pay any taxes, fees, and charges, as required by this Agreement and Lessor, on behalf of Lessee, pays the same, Lessee shall reimburse Lessor for the cost upon notification from Lessor of the amount.

### Indemnity

> *We will ensure that you do not have to pay if something happens with your tractor and trailer (like a vehicle accident) and someone tries to hold you responsible as the owner of the vehicle.*

**§ 24.** Lessee will indemnify and hold harmless Lessor against any and all claims, actions, suits, proceedings, costs, expenses, damages and liabilities, including attorney's fees and costs, arising from Lessee's use of the Equipment during the Term. Lessee's responsibility to indemnify Lessor under this section may be satisfied in whole or in part by proceeds or other benefits provided by insurance.

### Right of First Refusal

> *At the end of the term of the Operating Lease Agreement, you can do whatever you want to do with your tractor and trailer. However, if you are going to sell the tractor and trailer, we want to have a chance to buy it before you sell it to someone else. For the first year after our agreement is concluded, you will give us an opportunity to purchase the tractor and trailer before you sell it to someone else. Before any potential sale of the tractor and trailer, you will tell us what price you intend to sell it for and give us an opportunity to buy it for the same price. If we refuse the offer or do not respond within two weeks, you can go ahead and sell the tractor and trailer to someone else.*



**R B L**
ROYAL BENGAL LOGISTICS, INC.

**§ 25.** At the conclusion of the Term of this Agreement and for a period of one year thereafter, Lessor shall not sell or otherwise convey the Equipment to a potential purchaser without first providing Lessee with the opportunity to purchase the Equipment from Lessor under the same material terms as those contemplated by the potential purchaser. Accordingly, prior to entering into any agreement concerning the sale or conveyance of the Equipment, Lessor shall first provide notice to Lessee of a prospective sale or conveyance and this notice shall include all material terms of a prospective sale or conveyance. Lessee shall have 14 days to evaluate and determine whether it will purchase the Equipment under those same terms. If Lessee refuses or does not respond within 14 days, Lessor may sell or otherwise convey the Equipment under those same terms to a third party purchaser.

## Entire Agreement

**§ 26.** This Agreement will constitute the entire agreement between the Parties. Any prior understanding or representation of any kind preceding the date of this Agreement will not be binding on either Party except to the extent incorporated in this Agreement.

## Address for Notice

**§ 27.** Notices under this Agreement will be delivered personally or sent by registered mail or courier to the following addresses:

Lessor: **JOHN DOE INC: JOHN DOE: 123 EXAMPLE STREET, CORAL SPRINGS, FL. 33065; johndoe@example.com**

Lessee: **Royal Bengal Logistics: 9600 WEST SAMPLE RD, SUITE 100, CORAL SPRINGS, FL 33065**

## Governing Law

> *We are a Florida company with a headquarters in Broward County, Florida. It makes sense for any dispute between us should be determined here. This Operating Lease Agreement was drafted with the intention that Florida law would apply. Accordingly, to fulfill our intentions, Florida law will apply to any dispute between us.*

**§ 28.** This Agreement shall be interpreted under Florida law. Any dispute arising between the Parties shall be governed by Florida law. The exclusive jurisdiction for any lawsuit or other dispute resolution process between Lessee and Lessor shall be brought and heard in Broward County, Florida, unless the applicable court does not have personal jurisdiction over a necessary party.

## Severability

> *We do not believe that there is anything unlawful about our agreement, but a court might disagree. This agreement shall be enforced as it is written to the extent possible, even if a court ultimately determines that there is anything unlawful about it.*

**§ 29.** In the event that any provision or term of this Agreement is determined to be

9 of 12

# R B L

ROYAL BENGAL LOGISTICS, INC.

unenforceable, invalid, or otherwise unlawful, the remainder of the Agreement shall nevertheless be enforced as if there had not been any unlawful provision or term of the Agreement.

**§ 30.**     If any provision or term of this Agreement is determined to be unlawful, as described in the above § 29 *and* that provision or term can be limited or truncated in such a way as to cause the provision or term to lawful and still substantially fulfill the intent of the parties, as reflected in the text of this Agreement, then an enforcing court shall so enforce this limited or truncated provision or term as if it had always been part of the Agreement (aka "blue-penciling").

## *"Force Majeure"*

> *In the unlikely event that a catastrophic event occurs, either one of us might not be able to do what we promise to do in our agreement. Accordingly, you agree that neither of us will claim damages for a delay caused by a catastrophic event. If something so catastrophic happens that we cannot even use your tractor and trailer anymore, we may need to conclude our agreement to lease your tractor and trailer. If so, we will make sure that you have received at least twice the amount you provided as a start-up payment.*

**§ 31.**     Neither Party shall be liable in damages for any delay or default in performance if such delay or default is caused by conditions beyond its control including, but not limited to Acts of God, Government restrictions, acts of war or terrorism, disease pandemics, civil disturbances, utility malfunction, natural disasters, such as earthquakes, hurricanes or floods and/or any other cause beyond the reasonable control of the Party whose performance is affected.

**§ 32.**  If any event described in the above § 31 makes it impossible or prohibitively difficult for Lessee to continue doing business with the Equipment, the Parties shall confer in good faith about the best way for the Parties to proceed, considering the circumstances.  If no agreement can be reached, the Agreement shall be terminated. Lessee shall return the Equipment to Lessor and shall have no further obligation to make Lease Payments or make payments pursuant to the Finance Contract.  If Lessor has not received at least double the amount it originally provided as a Start-up Payment (considering both the Lease Payments and payments made by Lessee to the lender on Lessor's behalf) at the time of the termination of the Agreement, as described in this section, then Lessee shall pay to Lessor a sum of money equal to double the Start-up Payment subtracted by the total amount of funds Lessee paid to Lessor as Lease Payments and the payments Lessee made to the lender on Lessor's behalf.

10 of 12



**ROYAL BENGAL LOGISTICS, INC.**

### Assignment

> *We may want another legal entity to use the tractor and trailer while we are leasing them from you. To ensure that there is no legal technicality preventing us from doing that, you agree to permit us to assign the right to use your tractor and trailer. This won't change our contractual obligations to you, such as our obligation make payments to you and your lender (if any) or return your tractor and trailer to you.*

**§ 33.** Lessee may assign to a third party Lessee's right to use the Equipment. Lessee's assignment, pursuant to this section, shall not absolve or release Lessee of responsibility or liability arising from the terms of this Agreement. Lessor shall not assign any rights or responsibilities pursuant to this Agreement without the express written consent of Lessee.

### Compliance Requirements

> *Leases of commercial trucks have certain required terms that must be included (49 C.F.R. §§ 376.11, et seq.). The terms in this section are intended to comply with these requirements.*

**§ 34.** Lessee shall provide written notice by email to Lessor when Lessee takes possession of the Equipment. Upon Lessee's request, Lessor shall provide written notice of the return of the Equipment at the conclusion of the Term.

**§ 35.** During the Lease Term, Lessee shall have exclusive possession, control, and use of the Equipment.

**§ 36.** At the conclusion of the Term, Lessee shall remove from the Equipment any identification device before the Equipment is returned to Lessor.

**§ 37.** The cost of fuel, fuel taxes, empty mileage, permits of all types, tolls, ferries, detention and accessorial services, base plates and licenses shall be borne by Lessee. Lessor has no responsibility to load or unload any equipment. Lessee shall not deduct from Lessor's compensation the purchase of any items. Lessor is not required to purchase or rent any products, equipment, or services from Lessee.

Page 043



# R B L
### ROYAL BENGAL LOGISTICS, INC.

**IN WITNESS WHEREOF-** The parties have duly affixed their signatures under hand and seal on this **3rd day of January, 2023.**

**Lessor- JOHN DOE INC:**

**123 EXAMPLE STREET, CORAL SPRINGS, FL. 33065**

_____
**JOHN DOE**
Its Authorized Agent

**Lessee – Royal Bengal Logistics: 9600 WEST SAMPLE RD, SUITE 100, CORAL SPRINGS, FL 33065**

_____
**CO. AGENT NAME**
Its Authorized Agent

_____ (Witness)

_____ (Witness)

12 of 12



## EQUIPMENT ADDENDUM

The "Equipment," as referred to in the January 3rd, 2023  Investment & Operating Lease Agreement, has been identified as:

_____ with the approximate value of $

VIN:

SO AGREED, this 3rd day of January, 2023:

**Lessor- JOHN DOE INC: 123 EXAMPLE STREET, CORAL SPRINGS, FL. 33065**

**JOHN DOE**
Its Authorized Agent





**ROYAL
BENGAL ENGINEERING**
DIESEL-ELECTRIC-MANUFACTURING

# **R B L**

ROYAL BENGAL LOGISTICS, INC.

## TRAILER SPONSORSHIP AGREEMENT

**This Trailer Sponsorship Agreement (this "Agreement") dated this
12th day of September, 2022, by and between:**

## JOHN DOE LOGISTICS IN: JOHN DOE: 123 EXAMPLE ST, CORAL SPRINGS, FL. 33065

("Sponsor")

OF THE FIRST PART

**– AND –**

**Royal Bengal Logistics Inc, 9600 West Sample Rd Suite 100,
Coral Springs FL-33065**

("Builder")

OF THE SECOND PART

(Sponsor and Builder are collectively the "Parties")

**IN CONSIDERATION OF** the mutual covenants and promises in this Agreement, the receipt and sufficiency of which consideration is hereby acknowledged, the Parties agree to the following terms:

> *This Agreement contains italicized text which explains the terms of this contract and our reasoning for asking you to agree to those contract terms. In these sections, "Royal Bengal Logistics, Inc" is referred to as "we/our" and Sponsor is referred to as "you/your." If for some reason, we get into a dispute with you and a court of law is interpreting this contract, the italicized explanation is intended to be read together with the regular contract terms. If, however, there is any conflict between the interpretation of the regular terms and the italicized explanation, the regular terms control our relationship.*

1 of 5




**RBL**

Royal Bengal Logistics, Inc.

ROYAL BENGAL ENGINEERING
DIESEL-ELECTRIC-MANUFACTURING

## Definitions

§ 1.   The following definitions are used but not otherwise defined in this Agreement:

    a. "Trailer" means a semi-trailer to be manufactured and sold by Builder and is the subject matter of this Agreement.

    b. "Sale of the Trailer" refers to the first date after which payment was received by a third-party purchaser for the Trailer *and* the third-party has received title to the Trailer.

    c. "Business days" means a weekday (as opposed to a weekend) which is not a United States federal holiday or a day designated for the recognition of the federal holiday (*e.g.* New Year's Day, Christmas).

## Sponsorship

> *Fundamentally, you are paying us $ 45,000 to receive a payment from us in the amount of $ 15,000 within 6 months. To begin this process, you will need to pay us $50,000 to sponsor the manufacture of a Trailer. This initial payment will be used by us, in whole or in part for the process of building a trailer (e.g. parts, assembly, shipment). We will then attempt to sell the Trailer to a third-party buyer. When we sell your sponsored Trailer, you shall receive a payment of $ 15,000 in addition to repayment of the Sponsorship Payment ($ 50,000). We expect that the Trailer will be manufactured or sold within 3-6 months. If for some reason we can't get the Trailer sold within 6 months, we'll "buy" it, and you will receive your $ 65,000 at that time.*

§ 2.   Sponsor shall pay Builder $ 50,000 ("Sponsorship Payment"). The Sponsorship Payment is a material condition for Builder to enter into this Agreement.

    a. Sponsor shall be designated as the "sponsor" of a Trailer to be manufactured in India, shipped to the United States, and sold to a buyer. Title and ownership of the Trailer shall be in Builder's name and not otherwise transfer to Sponsor.

    b. Only one sponsor shall be assigned to any trailer.

    c. The Trailer shall be manufactured, shipped, and sold by Builder or parties that it designates. The method by which the Trailer shall be manufactured, shipped, and sold shall be within Builder's exclusive discretion.

    d. After the Trailer has been delivered to the United States, Builder shall attempt to sell the Trailer to a third-party as quickly as reasonably possible. Builder shall determine to which third-party that it will sell to and the terms of such a sale. If Builder has other trailers that it is attempting to sell, it may attempt to sell those trailers first before attempting to sell your designated Trailer.

 

# R B L

ROYAL BENGAL LOGISTICS, INC.

**ROYAL BENGAL ENGINEERING**
DIESEL-ELECTRIC-MANUFACTURING

    e. Builder shall pay Sponsor $ 65,000 within 14 days of the Sale of the Trailer. Sponsor shall receive this full $ 65,000 payment regardless as to whether Builder receives any profit from the sale of the Trailer. Sponsor shall not be entitled to any further payment from Builder.

    f. If Builder is unable to sell the Trailer within 6 months of receipt of the $ 50,000 Sponsorship Payment, then Builder shall pay Sponsor $ 65,000 within 14 days. Sponsor shall not be entitled to any further payment from Builder. Contract end date is: 03/12/2023

## Taxes

> *We are going to take care of whatever taxes are owed. We are not going to pay any taxes (such as income taxes) that you owe because of payments we make to you.*

§ 3.      Builder will report and pay all taxes, fees, and tax penalties associated with the purchase of materials, assembly, shipping, and sale of the Trailer. However, Builder shall have no obligation to pay taxes, fees, and tax penalties which arise from any income or other benefit received by Sponsor pursuant to this Agreement (*e.g.* income taxes).

## Entire Agreement

§ 4.      This Agreement will constitute the entire agreement between the Parties concerning the Trailer. Any prior understanding or representation of any kind preceding the date of this Agreement will not be binding on either Party except to the extent incorporated in this Agreement.

## Address for Notice

§ 5.      Notices under this Agreement will be delivered personally or sent by registered mail or courier to the following addresses:

    Sponsor: **JOHN DOE LOGISTICS IN: JOHN DOE: 123 EXAMPLE ST, CORAL SPRINGS, FL. 33065**

Builder: **Royal Bengal Logistics; 9600 WEST SAMPLE RD SUITE 100 CORAL SPRINGS FL 33067**

## Governing Law

> *We are a Florida company with a headquarters in Broward County, Florida. It makes sense for any dispute between us should be determined here. This Agreement was drafted with the intention that Florida law would apply. Accordingly, to fulfill our intentions, Florida law will apply to any dispute between us.*

§ 6.      This Agreement shall be interpreted under Florida law. Any dispute arising between the Parties shall be governed by Florida law. The exclusive jurisdiction for any lawsuit or other dispute resolution process between Builder and Sponsor shall be brought and heard in Broward County, Florida, unless the applicable court does not have personal

3 of 5

 

# R B L

ROYAL BENGAL LOGISTICS, INC.

jurisdiction over a necessary party.

### Severability

> *We do not believe that there is anything unlawful about our agreement, but a court might disagree.  This agreement shall be enforced as it is written to the extent possible, even if a court ultimately determines that there is anything unlawful about it.*

**§ 7.**      In the event that any provision or term of this Agreement is determined to be unenforceable, invalid, or otherwise unlawful, the remainder of the Agreement shall nevertheless be enforced as if there had not been any unlawful provision or term of the Agreement.

**§ 8.**      If any provision or term of this Agreement is determined to be unlawful, as described in the above § 7 *and* that provision or term can be limited or truncated in such a way as to cause the provision or term to lawful and still substantially fulfill the intent of the parties, as reflected in the text of this Agreement, then an enforcing court shall so enforce this limited or truncated provision or term as if it had always been part of the Agreement (aka "blue-penciling").

### *"Force Majeure"*

> *In the unlikely event that a catastrophic event occurs, either one of us might not be able to do what we promise to do in our agreement.  Accordingly, you agree that neither of us will claim damages for a delay caused by a catastrophic event.*

**§ 9.**      Neither Party shall be liable in damages for any delay or default in performance if such delay or default is caused by conditions beyond its control including, but not limited to Acts of God, Government restrictions, acts of war or terrorism, disease pandemics, civil disturbances, utility malfunction, natural disasters, such as earthquakes, hurricanes or floods and/or any other cause beyond the reasonable control of the Party whose performance is affected.

[CONTINUED ON THE FOLLOWING PAGE]

4 of 5





# R B L
ROYAL BENGAL LOGISTICS, INC.

**IN WITNESS WHEREOF-** The parties have duly affixed their signatures under hand and seal on this **12th day of September, 2022.**

**Sponsor - JOHN DOE LOGISTICS IN: JOHN DOE: 123 EXAMPLE ST, CORAL SPRINGS, FL. 33065**

_____

**JOHN DOE**
Its Authorized Agent

**Builder – Royal Bengal Logistics, Inc.**

9600 W Sample Rd Suite 100, Coral Springs, FL 33065

_____

**RBL AGENT**
Its Authorized Agent

5 of 5

**2023**

# RBL INVESTOR PLAN

## ROYAL BENGAL LOGISTICS, INC.





# EQUIPMENT MANAGEMENT INVESTMENT

Royal Bengal Logistics presents an opportunity to become a part of its business by owning a truck and gain assured monthly returns on your investment for a period of 58 months.

Given below is a description of investment and returns per truck

| NO. OF TRUCKS | AMOUNT | INVESTMENT DURATION | ASSURED MONTHLY RETURN | ACCUMULATED RETURN OVER 58 MONTHS |
|---|---|---|---|---|
| 1 | $55,000 | 58 MONTHS | $3,000 | $174,000 |
| 2 | $110,000 | 58 MONTHS | $6,000 +$10,000 Rebate after 30 days | $358,000 |





ROYAL BENGAL LOGISTICS, INC.

# SHORT TERM INVESTORS (*Option when available)

Royal Bengal's Short Term Investment option allows for a handsome return for the investor and encourages periodic re-investment.

| AMOUNT | DURATION (DAYS) | RETURN | % RETURN | ADDITIONAL INCOME |
|--------|-----------------|--------|----------|-------------------|
| $25,000 | 90 | $30,000 | 20% | $5,000 |
| $35,000 | 90 | $42,000 | 20% | $7,000 |
| $50,000 | 180 | $62,000 | 24% | $12,000 |
| $100,000 | 180 | $124,000 | 24% | $24,000 |
| $200,000 | 365 | $244,000 | 22% | $44,000 |





**RBL**
ROYAL BENGAL LOGISTICS, INC.

# LONG TERM OWNER FINANCING

Royal Bengal Logistics provides an opportunity for long term financing with steady and secure returns at the maturity of the plan.



| AMOUNT | DURATION (MONTHS) | MONTHLY RETURN | YEARLY INTEREST RATE | YEARLY INTEREST RETURN | ACCUMULATED RETURN OVER 36 MONTHS | ADDITIONAL INCOME |
|--------|-------------------|----------------|----------------------|------------------------|-----------------------------------|-------------------|
| $60,000 | 36 | $2,292 | 12.50% | $7,500 | $82,500 | $22,500 |
| $70,000 | 36 | $2,674 | 12.50% | $8,750 | $96,250 | $26,250 |
| $100,000 | 36 | $3,819 | 12.50% | $12,500 | $137,500 | $37,500 |
| $150,000 | 36 | $5,729 | 12.50% | $18,750 | $206,250 | $56,250 |
| $200,000 | 36 | $7,639 | 12.50% | $25,000 | $275,000 | $75,000 |
| $250,000 | 36 | $9,549 | 12.50% | $31,250 | $343,750 | $93,750 |

**RBL**
ROYAL BENGAL LOGISTICS, INC.

# INVESTMENT PHASES

| PHASE | | Requirements | Process and Steps |
|---|---|---|---|
| 1 | Onboarding The Investor | • Collect company info<br>• Received business bank account<br>• Review contract with investor | ➤ Investors signs contract<br>➤ Set up contact information in CRM<br>➤ Collect investor approval credit application(s), tax returns and bank statements. |
| 2 | External Finance | • Full completed credit app<br>• 2 years tax returns<br>• 3 to 6 months bank statements, business or personal. Accounts with most available funds. | ➤ Submit documents to the banks/lenders and brokers.<br>➤ Get approval or denied letter from the lender.<br>➤ Those approved move to Phase 3 |
| 3 | Truck Selection from Dealer | • Range from 65k - 95k.<br>• Year: 2016 - 2019; mileage may vary<br>• Peterbilt 579, Kenworth T680 or Freightliner Cascadia | ➤ The truck selection will be based on approval value of the Investor.<br>➤ Sales Order to submit to the bank<br>➤ Gather: Spec Sheet, Copy of Title, DOT, ECM |
| 4 | Finalization of Truck Purchase | • Verification of VIN# on all documents, amount of required deposits and loan docs are correct. | ➤ Deposit request from Internal RBL Finance<br>➤ RBL Finance will deposit required amount into Investors business account<br>➤ Broker or external bank receives deposit, loan docs will be generated to complete purchase. |
| 5 | Onboarding Truck into RBL Fleet | • Assignment of truck #<br>• Schedule and complete truck pickup from dealer | ➤ Follow delivery of title and title payment<br>➤ Complete registration and IRP<br>➤ Tag and sticker truck for RBL to get it on the road. |

**RBL**
ROYAL BENGAL LOGISTICS, INC.

**RBL**
ROYAL BENGAL LOGISTICS, INC.

Page 056

# EQUIPMENT MANAGEMENT INVESTMENT - TERMS

**To begin our business relationship, the investor is required to pay Royal Bengal $55,000 to activate the contract and have an account begin with us.**

This initial payment will be used by RBL, in whole or in part, for the process of acquiring a tractor which we will then lease from the investor.

**The investor will receive lease payments even if the equipment has not yet been purchased.**

This is a nonrefundable payment, but we will return the payment (subtracted by any payments we made while the lease was active) if something goes wrong in the process of financing and acquiring the equipment.

**We will pay lease payments monthly, excluding the month that we enter this Agreement and the following month.**

In total, we will pay a total of 58 payments (five years of payments [60] minus the first and second month) presuming that the Agreement is not terminated earlier.

# EQUIPMENT MANAGEMENT INVESTMENT- ACQUISITION & FINANCING

**We enter into an operating lease contract where we will lease from the investor a tractor that has not purchased yet.**

We will find equipment which is suitable, and do what we can to help acquire financing for the investor's purchase of the tractor. Once purchased, we will use it for the remainder of the lease term.

**Royal Bengal will decide which tractor will become the leased equipment.**

Presuming that this agreement has not been concluded prematurely, we will ultimately make all payments for the tractor, leaving the investor with equipment in a condition in which it could be lawfully used in business.

**While we will make all of the payments for the equipment, you will be the party obtaining financing and a financing contract to acquire the tractor.**

It is our goal to try to find you the best financing agreement with the most beneficial terms from a reputable lender.



**RBL**
ROYAL BENGAL LOGISTICS, INC.

# CONTACT

**RICARDI CELICOURT –**
*VP*

**BRUCE GUILLAUME –**
*Director*

**LAINE D'ORVILLIERS –**
*Director*

**NATE LASSEUR –**
*Director*

**SUNTIANA CASSIDINE –**
*Director*

**DON PROVOST –**
*Director*

**Office:**      954-228-7277  EXT – 403
**Email:**      BDO@RBLTRANSPORTS.COM
**Address:**    9600 WEST SAMPLE ROAD SUITE 300,
                    Coral Springs  FL-33065

