UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61179-CIV-SINGHAL

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

    Defendants.
_____/

## ORDER TO FILE UNDER SEAL

**THIS CAUSE** is before the Court on the Plaintiff Securities and Exchange Commission's Motion to File Under Seal (DE [4]). The Plaintiff requests its Complaint for Injunctive and Other Relief (DE [1]), Emergency *Ex Parte* Motion for Temporary Restraining Order and Other Relief and Memorandum of Law (DE [7]), its forthcoming Emergency *Ex Parte* Motion for Temporary Restraining Order and Other Relief and Memorandum of Law, all other filings, Court Orders, and docket sheets to remain under seal for a limited time. Specifically, Securities and Exchange Commission asks the case remain under seal until the earlier of (1) four business days after the date and time the Court issues a temporary restraining order in this matter, or (2) the day it notifies the Clerk of Court that it has effectuated the asset freeze. Having considered the motion, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Plaintiff Securities and Exchange Commission's Motion to File Under Seal (DE [4]) is **GRANTED**. The Clerk of Court is

directed to **SEAL** the Complaint for Injunctive and Other Relief (DE [1]), Emergency *Ex Parte* Motion for Temporary Restraining Order and Other Relief and Memorandum of Law (DE [7]), all other filings, Court Orders, and docket sheets until further order from this Court. Furthermore, the Securities and Exchange Commission shall file its Emergency *Ex Parte* Motion for Temporary Restraining Order and Other Relief and Memorandum of Law under seal.

In order to effectuate the asset freeze while the case is sealed, the Securities and Exchange Commission may provide documents and orders to individuals or entities that hold assets of Defendants. After effectuating the asset freeze, the Securities and Exchange Commission shall serve Defendants with all of the papers and orders in the action. The Securities and Exchange Commission shall file a status report with this Court regarding such service within fourteen (14) days.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of June 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record