UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61179-CIV-SINGHAL

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,
v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

    Defendants.
_____/

### RECEIVER'S MOTION TO EMPLOY
### LEGAL COUNSEL AND PARALEGALS *NUNC PRO TUNC*

The Court-appointed receivers, Paul O. Lopez and Jenifer Wahba (the "Receivers"), by and through their undersigned counsel, respectfully submit this Motion to Employ Legal Counsel and Paralegals *Nunc Pro Tunc* as of June 21, 2023. In support, the Receivers state as follows:

1. The Securities & Exchange Commission ("SEC") initiated this action on June 20, 2023 [D.E. 4]. The following day, this Court entered a sealed order appointing Paul O. Lopez and Jennifer H. Wahba as Receivers (the "Receivership Order") [D.E. 5].

2. Pursuant to the Receivership Order, the Receivers are obligated to, among other things: (i) take possession of the Receivership Estate's assets of whatever kind and wherever situated; (ii) investigate the manner in which the affairs of the Receivership Entities were conducted and institute actions and proceedings for the benefit and on behalf of the Receivership Estate; and (iii) present periodic reports to the Court. See Receivership Order at ¶¶ 1, 37, 48.

3. To assist in these and other efforts, the Receivership Order allows the Receivers "[t]o engage and employ persons in his discretion to assist him in carrying out his duties and responsibilities hereunder, including, but not limited to, accountants, attorneys, securities traders,

registered representatives, financial or business advisers, liquidating agents, real estate agents, forensic experts, brokers, traders, or auctioneers;" See Receivership Order at ¶ 7(F).

4. Accordingly, the Receivers seek to appoint and retain the law firm of Tripp Scott, P.A. (the "Firm") to provide them with legal advice, counsel, and assistance in this matter.

5. In consideration for the Firm representing the Receivers, the Receivers shall pay the Firm attorneys' fees based on the time expended by its lawyers and paralegals. The Firm's lawyers and paralegals will work at significantly reduced rates for the benefit of the Receivership Estate. The Firm will charge the following rates for this engagement:

- The Receiver, Mr. Lopez, will reduce his standard hourly rate of $695.00 by 50%, charging a $350.00 hourly rate in this and any related action.

- The hourly billing rates for partners at the Firm range from $450 to $695, but the Firm will cap its hourly rate for work performed by partners in this and any related action at 350.00, such that the Firm will bill partners at the lower of $350.00 or their standard rates. For example, the standard hourly rate for the lead bankruptcy attorney on the matter is $630.00, but the Firm will bill this attorney at $350.00.

- The hourly billing rates for associates at the Firm range from $350 to $415, but the Firm will cap its hourly rate for work performed by associates in this and any related action at $250.00 or their standard rates.

- The hourly billing rates for paralegals at the Firm's office ranges from $150 to $210, but the Firm will cap its hourly rate for work performed by paralegals in this and any related action at $150.00, such that the Firm will bill paralegals at the lower of $150.00 or their standard rates.

WHEREFORE, the Receivers respectfully request that this Court enter the attached proposed order appointing Tripp Scott, P.A. as legal counsel for the Receiver as of June 21, 2023, and for such other and further relief as the Court deems just and proper.

By: */s/ Charles M. Tatelbaum*
Charles M. Tatelbaum, Esquire
Florida Bar No. 177540
Corey D. Cohen, Esquire
Florida Bar No. 1024891
**TRIPP SCOTT, P.A.**
110 S.E. 6th Street, 15th Floor
Ft. Lauderdale, FL 33301
Phone: (954) 525-7500
E-mail: pol@trippscott.com

### CONFERRAL CERTIFICATE

Counsel for the SEC has indicated that it does not object to the relief herein.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of June, 2023, I electronically filed the foregoing document with the Clerk of Court via CM/ECF.

By: */s/ Charles M. Tatelbaum*
Charles M. Tatelbaum, Esquire
Florida Bar No. 177540

#2670643v1-221271.0001