UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61179-CIV-SINGHAL

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,
v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

    Defendants.
_____/

### RECEIVER'S MOTION TO EMPLOY ACCOUNTING PROFESSIONALS *NUNC PRO TUNC*

The Court-appointed receivers, Paul O. Lopez and Jenifer Wahba (the "Receivers"), by and through their undersigned counsel, respectfully submit this Motion to Employ Accounting Professionals *Nunc Pro Tunc* as of June 23, 2023. In support, the Receivers state as follows:

1. The Securities & Exchange Commission ("SEC") initiated this action on June 20, 2023 [D.E. 4]. The following day, this Court entered a sealed order appointing Paul O. Lopez and Jennifer H. Wahba as Receivers (the "Receivership Order") [D.E. 5].

2. Pursuant to the Receivership Order, the Receivers are obligated to, among other things: (i) take possession of the Receivership Estate's assets of whatever kind and wherever situated; (ii) investigate the manner in which the affairs of the Receivership Entities were conducted and institute actions and proceedings for the benefit and on behalf of the Receivership Estate; and (iii) present periodic reports to the Court. See Receivership Order at ¶¶ 1, 37, 48.

3. To assist in these and other efforts, the Receivership Order allows the Receivers "[t]o engage and employ persons in his discretion to assist him in carrying out his duties and responsibilities hereunder, including, but not limited to, accountants, attorneys, securities traders,

#2670739v1-221271.0001

registered representatives, financial or business advisers, liquidating agents, real estate agents, forensic experts, brokers, traders, or auctioneers;" See Receivership Order at ¶ 7(F).

4. Accordingly, the Receivers seek to appoint and retain the firm of Kapila Mukamal (the "Firm") to provide them with accounting, forensic review, business assessment, tax compliance and preparation, and other assistance in this matter.

5. In consideration for the Firm representing the Receivers, the Receivers shall compensate the Firm's professionals. The Firm's professionals will work at significantly reduced rates for the benefit of the Receivership Estate. The Firm will charge the following rates for this engagement:

- The individual with primary responsibility for this matter, Soneet Kapila, will reduce his standard hourly rate of $780, and instead charge an hourly rate of $500 in this and any related action.

- The hourly billing rates for the Firm's other partners will be capped at the rate of $450 in this and any related action.

- Suruchi Banez, as principal, will be capped at the rate of $322, instead of her standard hourly rate of $430.

- Frank Diaz-Drago, as a consultant, will be capped at the rate of $288, instead of his standard hourly rate of $360.

- Joel L. Pathiyil, as a consultant, will be capped at the rate of $218, instead of his hourly rate of $290.

WHEREFORE, the Receivers respectfully request that this Court enter the attached proposed order approving the Receivers' retention of Kapila Mukamal to provide the Receivers with accounting, forensic review, business assessment, tax compliance and preparation, and other

#2670739v1-221271.0001

assistance in this matter, as of June 23, 2023, and for such other further relief as the Court deems just and proper.

                **TRIPP SCOTT, P.A.**
                110 S.E. 6th Street, 15th Floor
                Ft. Lauderdale, FL 33301
                Phone: (954) 525-7500

                By: */s/ Charles M. Tatelbaum*
                Charles M. Tatelbaum, Esquire
                Florida Bar No. 177540
                cmt@trippscott.com
                hbb@trippscott.com
                Corey D. Cohen, Esquire
                Florida Bar No. 1024891
                cdd@trippscott.com
                Paul O. Lopez, Esquire
                Florida Bar No. 0084423
                pol@trippscott.com

## CONFERRAL CERTIFICATE

Counsel for the SEC has indicated that it does not object to the relief herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of June, 2023, I electronically filed the foregoing document with the Clerk of Court via CM/ECF.

                By: */s/ Charles M. Tatelbaum*
                Charles M. Tatelbaum, Esquire
                Florida Bar No. 177540

#2670739v1-221271.0001