UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

        Defendants,

SHEETAL SINGH and CONSTANTINA
CELICOURT,

        Relief Defendants.

CASE NO.: 0:23-cv-61179-AHS

## NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION

Pursuant to Local Rule 11.1(g) for the Southern District of Florida and CM/ECF Administrative Procedures 3D, attorney Russell R. O'Brien provides notice of the following change of firm and contact information. All future Court filings and notices issued through CM/ECF shall be sent to:

> Securities and Exchange Commission
> 801 Brickell Avenue, Suite 1950
> Miami, Florida 33131
> Direct: (305) 982-6341
> Primary Email: OBrienRu@sec.gov
> Secondary Email: LandauL@sec.gov

Dated: June 26, 2023

Respectfully submitted,

_____
Russell R. O'Brien
Trial Counsel
Florida Bar No. 084542
Direct: (305) 982-6341

Email: obrienru@sec.gov

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131

2