UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61179-CIV-SINGHAL

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Receiver's Motion to Employ Legal Counsel and Paralegals *Nunc Pro Tunc* (DE [15]) and Receiver's Motion to Employ Accounting Professionals *Nunc Pro Tunc* (DE [16]). Having considered the motions and finding that good cause exists, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Receiver's Motion to Employ Legal Counsel and Paralegals *Nunc Pro Tunc* (DE [15]) is **GRANTED**.

2. The Receiver is authorized to employ the law firm of Tripp Scott P.A. as counsel to assist the Receiver in fulfilling its duties under the Receivership Order (DE [11]), subject to Court approval of all fees and costs incurred in connection therewith in accordance with the Receivership Order.

3. Receiver's Motion to Employ Accounting Professionals *Nunc Pro Tunc* (DE [16]) is **GRANTED**.

4. The Receiver is authorized to employ the firm of Kapila Mukamal as forensic accountants to assist the Receiver in fulfilling its duties under the Receivership Order (DE [11]), subject to Court approval of all fees and costs incurred in connection therewith in accordance with the Receivership Order.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 26th day of June 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF