UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 23-61179-CIV- SINGHAL

**SECURITIES AND EXCHANGE COMMISSION,**
   **Plaintiff,**
vs.

**ROYAL BENGAL LOGISTICS, INC and**
**SANJAY SINGH**
   **Defendants.**
_____/

**NOTICE OF FILING DEFENDANT, SANJAY SINGH'S RESPONSE TO SWORN ACCOUNTING ORDER WITHIN ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EMERGENCY EX-PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND OTHER RELIEF**

Defendant, SANJAY SINGH ("Defendant" and/or "SINGH"), by and through his undersigned counsel hereby files with this Court, Defendant, Sanjay Singh's Response to Sworn Accounting Order Within Order Granting Plaintiff, Securities and Exchange Commission's Emergency Ex-Parte Motion for Temporary Restraining Order and Other Relief and states:

1. This Court entered an Order Granting Plaintiff, Securities and Exchange Commission's Emergency Ex-Parte Motion for Temporary Restraining Order and Other Relief which, in Section IV, required this defendant to provide a sworn accounting within seven (7) days of the Court's Order of June 21, 2023 [DE10].

2. Defendant submitted his Response to the Sworn Accounting to attorney for the Securities and Exchange Commission ("Commission") to Russell Robert O'Brien through the undersigned counsel yesterday. At this time Singh was Pro-Se.

3. Defendant hereby files his Response with this Court which is attached hereto.

4. In an abundance of caution and to avoid an inadvertent waiver of constitutional rights, Defendant elected not to respond and invoked the protections under the Fifth Amendment

to the US Constitution. Defendant further would rely on Article I, Section 9 of the Florida Constitution.

5. Defendant by submitting his response would reserve the right to withdraw the assertion against self-incrimination, if appropriate in the future, and if so, would seek to amend the response.

Respectfully submitted,

By: */s/ Mark C. Perry, Esq.*
Mark C. Perry, Esq.
Fla. Bar No.:  251941
Law Offices of Mark C. Perry, P.A.
Attorney for Defendant, Sanjay Singh
6245 North Federal Highway, Suite 321
Ft. Lauderdale, FL  33308
Office:  (954) 351-2601
Fax:     (954) 351-2605
Email:  mark@markperrylaw.com
           maureen@markperrylaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of June 2023, I electronically filed the foregoing document to the Clerk of the Court, using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either by transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for counsel of parties who are authorized to receive electronically, Notices of Electronic Filing.

By: */s/ Mark C. Perry, Esq.*
Mark C. Perry, Esq.
Fla. Bar No.:  251941

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 23-61179-CIV- SINGHAL

SECURITIES AND EXCHANGE COMMISSION,
    Plaintiff,
vs.

ROYAL BENGAL LOGISTICS, INC and SANJAY SINGH
    Defendants.
_____/

## DEFENDANT SANJAY SINGH'S RESPONSE TO SWORN ACCOUNTING ORDER WITHIN ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EMERGENCY EX-PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND OTHER RELIEF

Defendant Sanjay Singh hereby files this his Response to the Sworn Accounting Order within the "Order Granting Plaintiff Securities and Exchange Commission's Emergency Ex-Parte Motion for Temporary Restraining Order and Other Relief" dated June 21, 2023, and states in response to *Paragraph IV Sworn Accountings* subparagraphs (a)(b)(c) as follows:

**(a)  Make a sworn accounting to this Court and the Commission of all funds, whether in the form of compensation, commissions, income (including payments for assets, shares or property of any kind), and other benefits (including the provision of services of a personal or mixed business and personal nature), of any kind, received from any other Defendant or Relief Defendant.**

**Response**.  Defendant at this time would decline to respond based upon the protections afforded Defendant under the Fifth Amendment of the U.S. Constitution in that said responses may tend to incriminate him.

Further, Defendant does not desire to waive his rights under the Fifth Amendment to the U.S. Constitution.

**(b)     Make a sworn accounting to this Court and the Commission of all assets, funds, or other properties, whether real or personal, held by any Defendant or Relief Defendant, jointly or individually, or for his direct or indirect benefit interest, or for his direct or indirect or indirect beneficial interest, or over which an of them maintains control,**

Securities And Exchange Commission v. Royal Bengal Logistics, Inc and Sanjay Singh
USDC Case No.: 23-61179-CIV- SINGHAL

**wherever situated, stating the location, value, and disposition of each such asset, fund, and other property.**

**Response**. Defendant at this time would decline to respond based upon the protections afforded Defendant under the Fifth Amendment of the U.S. Constitution in that said responses may tend to incriminate him.

Further, Defendant does not desire to waive his rights under the Fifth Amendment to the U.S. Constitution.

**(c)     Provide to the Court and the Commission a sworn identification of all accounts (including, but not limited to, bank accounts, savings accounts, securities accounts and deposits of any kind and wherever situated) in which he (whether solely or jointly), directly or indirectly (including through a corporation, partnership, relative, friend or nominee), an of them has an interest or over which any of them has the power or right to exercise control.**

**Response.** Defendant at this time would decline to respond based upon the protections afforded Defendant under the Fifth Amendment of the U.S. Constitution in that said responses may tend to incriminate him.

Further, Defendant does not desire to waive his rights under the Fifth Amendment to the U.S. Constitution.

Defendant has been indicted by a grand jury. See United States District Court, Southern District of Florida Case Number 22-CR-60117

Defendant does not waive his position that this court should remove or modify the asset freeze and reserves the right to contest this court's order as to said freeze.

### DECLARATION PURSUANT TO 28 U.S.C. SECTION 1746

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 28th day of June, 2023.

*[Signature: Sanjay Singh]*
Sanjay Singh