UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61179-CIV-SINGHAL

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Receiver's Motion for Order to Show Cause (DE [24]). In the instant motion, Paul O. Lopez and Jennifer H. Wahba, as Receiver ("Receiver") for the estate of Defendant, Royal Bengal Logistics, Inc. ("RBL"), move this Court to issue an Order to Show Cause as to: (1) why Capital One Services, LLC ("Capital One") has not complied with this Court's June 21, 2023 Order, and (2) why Capital One should not be held in contempt for its noncompliance.

Having considered the motion and finding that good cause exists, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Receiver's Motion for Order to Show Cause (DE [24]) is **GRANTED**.

2. Consistent with this Court's June 21, 2023 Order appointing the Receivership, Capital One Services, LLC is directed to turn over all assets, bank accounts, or other financial accounts relating to the Receivership Defendant, RBL. *See* (DE

[11] at ¶ 11). Capital One Services LLC is also directed to review and comply with this Court's Order (DE [11]) generally, and ¶¶ 11–13 in particular.

3. Capital One Services, LLC, is hereby directed to show cause by **July 7, 2023** as to (1) why it has not complied with this Court's June 21, 2023 Order and has failed to turn over control of RBL's bank account to the Receiver; and (2) why Capital One should not be held in contempt for its inaction.

4. In lieu of a Response to this Court's Order to Show Cause, Capital One Services LLC may file a Notice of Compliance either directly or through the Receiver. The Notice of Compliance shall include a statement by an appropriate official at Capital One Services LLC that they have read (DE [11]) in its entirety and that they are responsible for Capital One Services LLC's compliance. Upon receiving the Notice of Compliance, this Court will vacate this Order to Show Cause.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of June 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF