

**AMERICAN EXPRESS**

**Merchant Services**
Attn: SE Legal Holds
PO Box 53825
Phoenix, AZ 85072

June 23, 2023

US DISTRICT COURT SOUTHERN DISTRICT OF FL
ATTN: CLERK OF THE COURT
299 EAST BROWARD BLVD
FORT LAUDERDALE, FL 33301



RE:     SECURITIES AND EXCHANGE COMMISSION
          VS
    ROYAL BENGAL LOGISTICS, INC
    SANJAY SINGH

Case No:     23-61179-CIV-SINGHAL

Dear Sir or Madam:

Please be advised that American Express Travel Related Services Company, Inc. has no direct relationship with the merchant identified in your legal document. We are therefore not in possession of any funds. This merchant may have direct relationship with another payment services processor (PSP). The name and contact information for the PSP is enclosed.

If you have any questions, please feel free to contact us at (877) 398-5946 or by fax to (623) 707-2697 using reference number: CL-01EKQQI.

Sincerely,

Legal Holds Process Team - KS
Merchant Services, Legal Holds Desk

Enclosure


CC: RUSSELL O'BRIEN



**AMERICAN EXPRESS**

**Merchant Services**
Attn: SE Legal Holds
PO Box 53825
Phoenix, AZ 85072

PSP Contact Information:

Intuit
Attn: Mary Jo Magnasco
21215 Burbank Blvd, Ste. 100
Woodland Hills, CA  91367
Phone: 818-436-8039

Chase Paymentech
201 North Walnut Street
Wilmington, DE 19801

Vantiv LLC
8500 Governors Hill Dr
Symmes Township, OH 45249

American Express/GMSRO, Attn: SE Legal Holds, P.O. Box 53825, Phoenix, AZ 85072




ZIP 85027
02 4W
0000354491





393018197 C019