UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  23-61179-CIV- SINGHAL

SECURITIES AND EXCHANGE COMMISSION,
  Plaintiff,
vs.

ROYAL BENGAL LOGISTICS, INC and
SANJAY SINGH
  Defendants.

_____/

## AGREED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND ASSET FREEZE AND TO CONTINUE SHOW CAUSE HEARING

Defendant, Sanjay Singh ("Singh"), with the consent of the Court-appointed Receiver over Royal Bengal Logistics, Inc., Royal Bengal Logistics (collectively, "Defendants") and Relief Defendants, Sheetal Singh and Constantina Celicourt, (collectively, "Relief Defendants"), joined by the Plaintiff, Securities and Exchange Commission (the "Commission") respectfully request, in light of representations made by Singh's Counsel, as set forth in Counsel's Affidavit, that the Court: (1) extend the temporary restraining order and asset freeze over Defendants and Relief Defendants through July 20, 2023, and (2) continue the July 6, 2023 Show Cause hearing.

1.  On June 21, 2023, the Court granted the SEC's Emergency *Ex Parte* Motion for Temporary Restraining Order and Other Relief ("TRO Order") [DE 10].  Among other things, the Court: (1) entered a temporary restraining order enjoining Defendants from violating Section 17(a)(1) and Section 17(a)(2) and (3) of the Securities Act of 1933 and Section 10b of the Securities Exchange Act and Rule 10b-5 and Section 5 of the Securities Act and Section 20(a) of the Exchange Act as to Singh; (2) froze Defendants' assets; and (3) set the July 6, 2023 show cause hearing.  *Id.*

2.      Rule 65(b) of the Federal Rules of Civil Procedure provides in relevant part that a temporary restraining order "expires at the time after entry-not to exceed 14 days-that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension."  Additionally, Local Rule 7.6 provides in relevant part that "upon written notice served and filed at the earliest practical date prior to the trial, pretrial conference, or other hearing, and supported by affidavit setting forth a full showing of good cause, a continuance may be granted by the Court."

3.      Good cause exists to extend the temporary restraining order and asset freeze over Defendants and Relief Defendants and to continue the show cause hearing.   Such extension will preserve the *status quo* while Counsel for Defendant, Sanjay Singh to prepare for the show cause hearing or resolve this matter with the Commission.

WHEREFORE, it is requested that this Court grant the relief sought herein.

### LOCAL RULE 7.l(a) CERTIFICATE OF CONFERRAL

Counsel for the SEC, Defendants and Relief Defendants, have approved the attached Order.

July 3, 2023                                          Respectfully submitted,

By: /s/ *Mark C. Perry, Esq.*
Mark C. Perry, Esq.
Fla. Bar No.:  251941
Law Offices of Mark C. Perry, P.A.
Attorney for Defendant, Sanjay Singh
6245 North Federal Highway, Suite 321
Ft. Lauderdale, FL  33308
Office:  (954) 351-2601
Fax:      (954) 351-2605
Email: mark@markperrylaw.com
            maureen@markperrylaw.com

Securities And Exchange Commission v. Royal Bengal Logistics, Inc and Sanjay Singh
USDC Case No.:  23-61179-CIV- SINGHAL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July 2023, I electronically filed the foregoing document to the Clerk of the Court, using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either by transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for counsel of parties who are authorized to receive electronically, Notices of Electronic Filing.

By: */s/ Mark C. Perry, Esq.*
Mark C. Perry, Esq.
Fla. Bar No.:  251941