UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61179-CIV-SINGHAL

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Agreed Motion to Extend Temporary Restraining Order and Asset Freeze, and to Continue Show Cause Hearing (DE [29]), wherein Defendant, Sanjay Singh requests, with the consent of Plaintiff, Securities and Exchange Commission ("Commission"), the Court-appointed Receiver over Royal Bengal Logistics Inc., Royal Bengal Logistics, Inc., Sheetal Singh and Constantina Celicourt, to: (1) extend the temporary restraining order and asset freeze over Defendants and Relief Defendants through Thursday, July 20, 2023, and (2) continue the July 6, 2023 hearing wherein Defendant, Sanjay Singh must show cause why a preliminary injunction should not be entered against him. For the reasons provided in the Agreed Motion and being otherwise duly advised it is hereby

**ORDERED AND ADJUDGED** that the Agreed Motion is **GRANTED** as follows:

I. **TEMPORARY RESTRAINING ORDER**

The temporary restraining order over Defendants entered by the Court on June 21, 2023 [DE 10] is hereby extended through Thursday, July 20, 2023.

II. **ASSET FREEZE**

**IT IS FURTHER ORDERED** that the asset freeze over Defendants and Relief Defendants entered by the Court on June 21, 2023 (DE [10]) is hereby extended through Thursday, July 20, 2023. The hearing will be conducted in-person in Courtroom 110 at the United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

III. **SHOW CAUSE HEARING**

**IT IS FURTHER ORDERED** that a hearing is set before the Honorable Raag Singhal on **Thursday, July 20, 2023, at 12:00 p.m.**, for Defendant, Sanjay Singh to show cause, if any, why a Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure should not be granted against Defendant, Sanjay Singh, as requested by the Commission.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 5th day of July, 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF