UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:0:23-cv-61179-AHS

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

        Defendants,

SHEETAL SINGH and CONSTANTINA
CELICOURT,

        Relief Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING STATUS REPORT ON SERVICE OF PROCESS**

Pursuant to the Court's June 21, 2023 Order to File Under Seal [D.E. 8], Plaintiff Securities and Exchange Commission (the "Commission") respectfully notifies the Court that the Commission served Defendants Royal Bengal Logistics, Inc. and Sanjay Singh and Relief Defendants Sheetal Singh and Constantina Celicourt with process on June 22, 2023, and filed the respective Returns of Service by a Process Server on June 27, 2023. [D.E. 20-23].

Dated: July 5, 2023        Respectfully submitted,

                                            *s/ Russell R. O'Brien*
                                            Russell R. O'Brien, Esq.
                                            Trial Counsel
                                            Florida Bar No. 084542
                                            Direct Dial: (305) 982-6341

                                            *Attorney for Plaintiff*
                                            **SECURITIES AND EXCHANGE**
                                            **COMMISSION**
                                            801 Brickell Avenue, Suite 1950
                                            Miami, Florida 33131

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 5, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that said document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF unless specifically provided in the Service List below.

*s/ Russell R. O'Brien*
Russell R. O'Brien, Esq.

## SERVICE LIST

**Via U.S. Mail**
Sheetal Singh
3700 NW 109 Ave.
Coral Springs, FL 33065
*Relief Defendant*