UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61179-CIV-SINGHAL

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Receiver's Motion to Surrender Vehicles to The Vehicle Owners (DE [31]).  In the instant motion, Paul O. Lopez and Jennifer H. Wahba, as Receiver ("Receiver") for the estate of Defendant, Royal Bengal Logistics, Inc. ("RBL"), move this Court to issue an Order authorizing the Receiver to surrender certain vehicles in the RBL motor vehicle fleet to the investors who are the vehicles' title owners, and further providing that the surrender of such vehicles will not constitute a waiver of any valid claims the Receiver may have against the investors/owners

Having considered the motion and finding that good cause exists, it is hereby

 **ORDERED AND ADJUDGED** as follows:

1.    Receiver's Motion to Surrender Vehicles to the Vehicle Owners Is (DE [31]) is **GRANTED.**

2.    The Receiver is authorized to surrender certain vehicles in the RBL motor vehicle fleet to investors who are proven to be the vehicles' title owners.

3. The surrender of such vehicles to the investors/title owners shall not constitute a waiver of any valid claim that the receiver may have against the investor/owners.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 5th day of July 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF