July 12, 2023

From: Royal Bengal Logistics Investors
Objective: Emergency Release of Funds to Investors
Case #: 23-61179CIV

FILED BY _____ D.C.
JUL 24 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

To: Judge Raag Singhal

Your Honor,

We are approximately 1500 Royal Bengal Logistics (RBL) investors, primarily Haitian-Americans who are victims of the actions of Sanjay Singh and his co-conspirators. We are writing to request an emergency and immediate release of funds back to the investors.

Sanjay Singh, President of RBL and his co-conspirators plunged hard-working investors into a deep social, economic and financial mess. A lot of us used our home equity, hard-earned and life savings, and other loans to invest in RBL, which was presented as a "trucking and logistics" company. We trusted RBL because it was presented as a secure investment opportunity. We invested because we were seeking to contribute to our community while creating a better future for ourselves and our children. Some of us have trucks that were already purchased and now have payments due.

Since the involvement of the FBI on June 21st 2023, investors are left with a significant and an unbearable hardship. Our loan payments are due, and we are sinking even more as the receivers insist that the process can be a long ride. We are depressed and a lot of us have become suicidal with all those debts, not knowing how and when we are going to pay them back. We are carrying the burden of one man and his co-conspirators' actions.

In order to alleviate this social, economic and financial crisis in our community, we would like to request that available funds are returned to investors. A lot of us invested in the short-term programs and were told to expect returns in the months of June, July and August, right around the time that the FBI got involved. Now that the FBI and Department of Justice have become involved, we are hopeful that these funds should be available to be returned to investors as soon as possible.

According to the Security and Exchange Commission (SEC) report on June 20th 2023, Sanjay, RBL, other acquisitions made with investors' funds, and co-conspirators, have adequate assets to refund investors. We believe in the United States justice system's ability and all parties to protect our (the victims) interests in this matter.

Your Honor, we beseech you to hear our cry. You are the last hope in securing the funds we desperately need. We trust in your wisdom and compassion to expedite this matter as soon as possible.
Thank you for your attention on this urgent matter.

Respectfully submitted,
RBL Investors

---

**change.org**   Start a petition   My petitions   Browse   Membership

## Emergency Release of Funds to RBL Investors

Dashboard   Petition details   Edit   Comments

**869**
Supporters

Only **131 more** supporters to the next goal!

10,066 Views          738 Shares

Recent Supporters

💡 **Your Daily Petition Tip**   ✕

Add the neighborhood, city, state, or country that is most relevant to your petition. It will allow more supporters to find your petition.

[ Update my location ]

✨ **Your free promotion finished**   ✕

We showed your petition to **625 extra people** on Change.org - that's $25 of advertising for free. **6 people** signed as a result!

### Share your petition

Successful petition starters share their petition about 12 times. Try to share on as many different platforms as you can, and be sure to ask others to sign and share your petition to build momentum!

Gardy Vastey
c/o Royal Bengal Logistics Victims
1144 Ustler Rd
Apopka, Florida 32712

CERTIFIED MAIL

7022 3330 0002 2517 7693

RETURN RECEIPT
REQUESTED

US District Court
Judge Raag Singha
299 East Broward Blv
Suite 108
Fort Lauderdale, Florida
33301