UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 23-61179-CIV- SINGHAL

**SECURITIES AND EXCHANGE COMMISSION,**
 **Plaintiff,**
vs.

**ROYAL BENGAL LOGISTICS, INC and**
**SANJAY SINGH**
 **Defendants.**
**And**

**SHEETAL SINGH and CONSTANTINA**
**CELICOURT,**
 **Relief Defendants.**
_____/

**NOTICE OF FILING RELIEF DEFENDANT SHEETAL SINGH'S RESPONSE TO SWORN ACCOUNTING ORDER WITHIN ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S AGREED MOTION TO REQUIRE RELIEF DEFENDANTS TO PROVIDE SWORN ACCOUNTINGS**

 Relief Defendant, SHEETAL SINGH ("Relief Defendant" and/or "Sheetal"), by and through her undersigned counsel hereby files with this Court, Relief Defendant, Sheetal Singh's Response to Sworn Accounting Order Within Order Granting Plaintiff, Securities and Exchange Commission's Agreed Motion to Require Relief Defendants to Provide Sworn Accountings and states:

 1. This Court entered an "Order Granting Plaintiff, Securities and Exchange Commission's Agreed Motion to Require Relief Defendants to Provide Sworn Accountings" dated July 19, 2023, which required this Relief Defendant to provide a sworn accounting on or before August 4, 2023 [DE 53].

 2. Relief Defendant hereby files this her Response with this Court which is attached hereto.

Securities And Exchange Commission v. Royal Bengal Logistics, Inc and Sanjay Singh
USDC Case No.: 23-61179-CIV- SINGHAL

4. In an abundance of caution and to avoid an inadvertent waiver of constitutional rights, Relief Defendant elected not to respond and invoked the protections under the Fifth Amendment to the US Constitution. Relief Defendant further would rely on Article I, Section 9 of the Florida Constitution.

5. Relief Defendant, by submitting her response would reserve the right to withdraw the assertion against self-incrimination, if appropriate in the future, and if so, would seek to amend the response.

Respectfully submitted,

By: /s/ Mark C. Perry, Esq.
Mark C. Perry, Esq.
Fla. Bar No.: 251941
Law Offices of Mark C. Perry, P.A.
Attorney for Defendant, Sheetal Singh
6245 North Federal Highway, Suite 321
Ft. Lauderdale, FL  33308
Office:  (954) 351-2601
Fax:     (954) 351-2605
Email: mark@markperrylaw.com
       maureen@markperrylaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August 2023, I electronically filed the foregoing document to the Clerk of the Court, using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either by transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for counsel of parties who are authorized to receive electronically, Notices of Electronic Filing.

By: /s/ Mark C. Perry, Esq.
Mark C. Perry, Esq.
Fla. Bar No.: 251941

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 23-61179-CIV- SINGHAL

**SECURITIES AND EXCHANGE COMMISSION,**
    **Plaintiff,**

vs.

**ROYAL BENGAL LOGISTICS, INC and**
**SANJAY SINGH**
    **Defendants.**

**SHEETAL SINGH and CONSTANTINA**
**CELICOURT,**
    **Relief Defendants.**
_____/

## RELIEF DEFENDANT SHEETAL SINGH'S RESPONSE TO SWORN ACCOUNTING ORDER WITHIN ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S AGREED MOTION TO REQUIRE RELIEF DEFENDANTS TO PROVIDE SWORN ACCOUNTINGS

Relief Defendant Sheetal Singh hereby files this her Response to the Sworn Accounting Order within the "Order Granting Plaintiff Securities and Exchange Commission's Agreed Motion to Require Relief Defendants to Provide Sworn Accountings" dated July 19, 2023, and states in response to *Paragraph IV Sworn Accountings* subparagraphs (a)(b)(c) as follows:

**(a)  Make a sworn accounting to this Court and the Commission of all funds, whether in the form of compensation, commissions, income (including payments for assets, shares or property of any kind), and other benefits (including the provision of services of a personal or mixed business and personal nature), of any kind, received from any other Defendant or Relief Defendant.**

**Response**.  Relief Defendant at this time would decline to respond based upon the protections afforded Relief Defendant under the Fifth Amendment of the U.S. Constitution in that said responses may tend to incriminate her.

Further, Relief Defendant does not desire to waive her rights under the Fifth Amendment to the U.S. Constitution.

**(b)  Make a sworn accounting to this Court and the Commission of all assets, funds, or other properties, whether real or personal, held by any Defendant or Relief**

**Defendant, jointly or individually, or for his direct or indirect benefit interest, or for his direct or indirect or indirect beneficial interest, or over which an of them maintains control, wherever situated, stating the location, value, and disposition of each such asset, fund, and other property.**

**Response**.  Relief Defendant at this time would decline to respond based upon the protections afforded Relief Defendant under the Fifth Amendment of the U.S. Constitution in that said responses may tend to incriminate her.

Further, Relief Defendant does not desire to waive her rights under the Fifth Amendment to the U.S. Constitution.

**(c)    Provide to the Court and the Commission a sworn identification of all accounts (including, but not limited to, bank accounts, savings accounts, securities accounts and deposits of any kind and wherever situated) in which he (whether solely or jointly), directly or indirectly (including through a corporation, partnership, relative, friend or nominee), an of them has an interest or over which any of them has the power or right to exercise control.**

**Response.**  Relief Defendant at this time would decline to respond based upon the protections afforded Relief Defendant under the Fifth Amendment of the U.S. Constitution in that said responses may tend to incriminate her.

Further, Relief Defendant does not desire to waive her rights under the Fifth Amendment to the U.S. Constitution.

Relief Defendant's husband and Defendant in this action has been indicted by a grand jury.  See United States District Court, Southern District of Florida Case Number 22-CR-60117.  This Relief Defendant has received a target letter from the Department of Justice according to her husband.  Relief Defendant is currently in India.

Relief Defendant does not waive her position that this court should remove or modify the asset freeze and reserves the right to contest this Court's Order as to said freeze.

### DECLARATION PURSUANT TO 28 U.S.C. SECTION 1746

I declare under penalty of perjury that the foregoing is true and correct. Executed on this ____ day of August, 2023.

Sheetal Singh
_____
Sheetal Singh

Signature: _Sheetal Singh_
Sheetal Singh (Aug 1, 2023 10:21 GMT+5.5)
Email: sheetal.c5@gmail.com

# Response to Sworn Accounting - Sheetal

Final Audit Report　　　　　　　　　　　　　　　　　　　　　　　　　　　　2023-08-01

| | |
|---|---|
| Created: | 2023-07-31 |
| By: | Mark Perry (mark@markperrylaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAARxAAMcg67z4VQk8XGLuKP-j_R5CbWVO6 |

## "Response to Sworn Accounting - Sheetal" History

- Document created by Mark Perry (mark@markperrylaw.com)
  2023-07-31 - 8:07:08 PM GMT

- Document emailed to sheetal.c5@gmail.com for signature
  2023-07-31 - 8:08:26 PM GMT

- Email viewed by sheetal.c5@gmail.com
  2023-07-31 - 8:08:33 PM GMT

- Signer sheetal.c5@gmail.com entered name at signing as Sheetal Singh
  2023-08-01 - 4:51:41 AM GMT

- Document e-signed by Sheetal Singh (sheetal.c5@gmail.com)
  Signature Date: 2023-08-01 - 4:51:43 AM GMT - Time Source: server

- Agreement completed.
  2023-08-01 - 4:51:43 AM GMT

Adobe Acrobat Sign