UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-61179 (AHS)

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

        v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

    Defendants,

SHEETAL SINGH; and CONSTANTINA
CELICOURT,

    Relief Defendants.
_____/

**NOTICE OF COMPLIANCE WITH COURT ORDER REQUIRING RELIEF DEFENDANT CONTANTINA CELICOURT TO PROVIDE A SWORN ACCOUNTING**

    Relief Defendant Constantina Celicourt, by and through her undersigned counsel, hereby files her Notice of Compliance with the Court's Order to Provide a Sworn Accounting to Plaintiff Securities and Exchange Commission and states:

    1.    On July 18, 2023, the Court entered an Order [DE 53] on Plaintiff's Agreed Motion to Require Relief Defendant Constantina Celicourt to Provide a Sworn Accounting [DE 50] on or before August 4, 2023.

    2.    On August 4, 2023, Relief Defendant Constantina Celicourt provided Plaintiff Securities and Exchange Commission with her Sworn Accounting.

    3.    Relief Defendant Constantina Celicourt did not file her Sworn Accounting with the Court since it contains confidential financial information pertaining to bank accounts.

    4.    Relief Defendant Constantina Celicourt has fully complied with the Court's Order

Case No. 23-cv-61179 (AHS)

Dated August 4, 2023.

        **MATHEWS GIBERSON LLP**
*Counsel for Relief Defendant*
*Constantina Celicourt*
219 Davie Boulevard
Fort Lauderdale, Florida 33315
Service:  wjm@mathewsllp.com
Telephone:  954.463.1929

Certificate of Service

I HEREBY CERTIFY that on the 4th of August, 2023, I electronically filed the foregoing document with the Clerk via CM/ECF.

By: /s/Walter J. Mathews
Walter J. Mathews, Esquire