**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 23-61179-CIV-AHS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

    Defendants,

SHEETAL SINGH and CONSTANTINA CELICOURT,

    Relief Defendants.
_____/

**AGREED ORDER OF PRELIMINARY INJUNCTION AND OTHER RELIEF
AGAINST DEFENDANT ROYAL BENGAL LOGISTICS, INC.**

 Receivers Paul O. Lopez and Jennifer H. Wahba, on behalf of Defendant Royal Bengal Logistics, Inc. ("RBL"), by the attached Consent, without admitting or denying any of the allegations in the Plaintiff Securities and Exchange Commission's Complaint (ECF No. 1), except RBL is admitting the allegations as to this Court's jurisdiction over it and over the subject matter of this action, has agreed to entry of this Order of Preliminary Injunction ("Preliminary Injunction"). This Court, having accepted RBL's Consent[1] and having jurisdiction over it and over the subject matter of this action:

---

[1] The consent judgments will be entered in substantially the form submitted by the parties (DE [68-2]), with minor changes.

## I.

## **PRELIMINARY INJUNCTION**

**IT IS ORDERED AND ADJUDGED** that, pending resolution of this case on the merits, RBL, and its respective directors, officers, agents, servants, employees, attorneys, representatives, and those persons in active concert or participation with them, and each of them, are hereby restrained and enjoined from violating:

### **Section 5 of the Securities Act**

Section 5 of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77e, by, directly or indirectly, in the absence of any applicable exemption:

(a) Unless a registration statement is in effect as to a security, making use of any means or instruments of transportation or communication in interstate commerce or of the mails to sell such security through the use or medium of any prospectus or otherwise;

(b) Unless a registration statement is in effect as to a security, carrying or causing to be carried through the mails or in interstate commerce, by any means or instruments of transportation, any such security for the purpose of sale or for delivery after sale; or

(c) Making use of any means or instruments of transportation or communication in interstate commerce or of the mails to offer to sell or offer to buy through the use or medium of any prospectus or otherwise any security, unless a registration statement has been filed with the Commission as to such security, or while the registration statement is the subject of a refusal order or stop order or

(prior to the effective date of the registration statement) any public proceeding or examination under Section 8 of the Securities Act, 15 U.S.C. § 77h.

### Section 17(a) of the Securities Act

Section 17(a) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77q(a), by, in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

    (a)    employing any device, scheme, or artifice to defraud;

    (b)    obtaining money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

    (c)    engaging in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser; by (i) creating a false appearance or otherwise deceiving any person, or (ii) disseminating false or misleading documents, materials, or information or making, either orally or in writing, any false or misleading statement in any communication with any investor or prospective investor, concerning: (A) any investment in or offering of securities; (B) the business prospects, success level, or assets of any company involved in a securities offering; (C) the use of investor funds or proceeds; and/or (D) the risks involved in investing in a securities offering; and

### Section 10(b) and Rule 10b-5 of the Exchange Act

Section 10(b) and Rule 10b-5(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78j(b) and 17 C.F.R. § 240.10b-5, by using any means or instrumentality of interstate commerce, or of the mails or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a)    employing any device, scheme, or artifice to defraud;

(b)    making any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c)    engaging in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person;

by, directly or indirectly, (i) creating a false appearance or otherwise deceiving any person, or (ii) disseminating false or misleading documents, materials, or information or making, either orally or in writing, any false or misleading statement in any communication with any investor or prospective investor, about: (A) any investment in securities; (B) the prospects, success level, or assets of any company involved in a securities offering; (C) the use of investor funds or proceeds; and/or (D) the risks involved in investing in a securities offering.

## II.

## ASSET FREEZE

**IT IS FURTHER ORDERED** that, pending resolution of this case on the merits, with the exception of the Court-appointed Receivers who are not subject to this section of this Order, who may still act consistent with the rights and powers afforded to them under the Receivership Order (ECF No. 11):

(a) RBL, and its respective agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, and each of them, who receive notice of this order by personal service, mail, email, facsimile transmission or otherwise, be and hereby are, restrained from, directly or indirectly, transferring, setting off, receiving, changing, selling, pledging, assigning, liquidating or otherwise disposing of, or withdrawing any assets or property, including but not limited to cash, free credit balances, fully paid for securities, personal property, real property, and/or property pledged or hypothecated as collateral for loans, or charging upon or drawing from any lines of credit, owned by, controlled by, or in the possession of, whether jointly or singly, and wherever located:

(b) Any financial or brokerage institution or other person or entity holding any such funds or other assets, in the name, for the benefit or under the control of RBL, or indirectly, held jointly or singly, and wherever located, and which receives actual notice of this order by personal service, mail, email, facsimile, or otherwise, shall hold and retain within its control and prohibit the withdrawal, removal, transfer, disposition, pledge, encumbrance, assignment, set off, sale, liquidation, dissipation, concealment, or other disposal of any such funds or other assets, including, but not limited to, the following presently known bank accounts:

| Financial Institution | Name of Account | Account Number |
|---|---|---|
| The Bancorp Bank | Royal Bengal Logistics | XXXXXX6716 |
| Bank of America | Royal Bengal Logistics | XXXXXX6001 |
| Bank of America | Royal Bengal Logistics | XXXXXX0895 |
| Bank of America | Royal Bengal Logistics | XXXXXX0934 |
| Bank of America | Royal Bengal Logistics | XXXXXX6014 |
| Bank of America | Royal Bengal Logistics | XXXXXX6027 |
| Citibank | Royal Bengal Logistics | XXXXXX4380 |
| Evolve (Mercury) | Royal Bengal Logistics | XXXXXX3720 |
| JP Morgan Chase | Royal Bengal Logistics | XXXXXX6315 |
| Prosperity Bank | Royal Bengal Logistics | XXXXXX0689 |
| TD Bank | Royal Bengal Logistics | XXXXXX8005 |
| Truist Bank | Royal Bengal Logistics | XXXXXX5441 |
| Wells Fargo | Royal Bengal Logistics | XXXXXX5094 |
| TD Ameritrade | Royal Bengal Logistics | XXXXXX3647 |
| ADP (Wage Pay) | Royal Bengal Logistics | XXXXXX6057 |
| ADP (Tax) | Royal Bengal Logistics | XXXXXX11LL |
| ADP (Fees) | Royal Bengal Logistics | XXXXXX5001 |
| FleetOne (WEX Bank) | Royal Bengal Logistics | XXXXXX5700 |
| FleetOne (Fifth Third) | Royal Bengal Logistics | XXXXXX7473 |
| FleetOne (Truist) | Royal Bengal Logistics | XXXXXX1138 |
| Charger Logistics (BMO Harris) | Royal Bengal Logistics | XXXXXX3994 |

III.

**RECORDS PRESERVATION**

**IT IS FURTHER ORDERED AND ADJUDGED** that, pending resolution of this case on the merits, RBL and its officers, agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, and each of them, be and they hereby are restrained and enjoined from, directly or indirectly, destroying, mutilating, concealing, altering, disposing of, or otherwise rendering illegible in any manner, any of the books, records, documents, correspondence, brochures, manuals, papers, ledgers, accounts, statements, obligations, files, and other property of or pertaining to RBL, or the other Defendant, Sanjay Singh, or Relief

Defendants, Sheetal Singh and Constantina Celicourt, wherever located and in whatever form, electronic or otherwise, until further Order of this Court.

## IV.

## RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction over this matter and RBL in order to implement and carry out the terms of all Orders and Decrees that may be entered and/or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court, and will order other relief that this Court deems appropriate under the circumstances.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, this 11th day of August 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF