UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-61179-LEIBOWITZ

SECURITIES AND EXCHANGE
COMMISSION,

    *Plaintiff*,

v.

ROYAL BENGAL LOGISTICS, INC.,
et al.,

    *Defendants,*

SHETAL SINGH and
CONSTANTINA CELICOURT,

    *Relief Defendants.*

_____/

## NOTICE RE-SCHEDULING TIME OF HEARING

**THIS CAUSE** is scheduled for a hearing on *pro se* Defendant Sanjay Singh's Amended Motion for Judgment on the Pleadings [ECF No. 180] on Friday, May 31, 2024, at 10:00 a.m., at the **United States Federal Building and Courthouse, Courtroom 202A, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301**. The hearing is **re-scheduled for 11:00 a.m.** (on the same day and at the same location). **DONE AND ORDERED** in the Southern District of Florida this 21st day of May, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        Sanjay Singh, *pro se*
        3700 N.W. 109th Ave.
        Coral Springs, FL 33065