UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CIV-61179-LEIBOWITZ

SECURITIES AND EXCHANGE
COMMSSION,

*Plaintiff*,

vs.

ROYAL BENGAL LOGISTICS, INC. and
SANJAY SINGH,

*Defendants.*

SHEETAL SINGH and CONSTANTINA
CELICOURT,

*Relief Defendants.*

_____/

## ORDER OF FINAL JUDGMENT
## AS TO RELIEF DEFENDANT CONSTANTINA CELICOURT

The Securities and Exchange Commission having filed a Complaint [ECF No. 1], and Relief Defendant Constantina Celicourt ("Relief Defendant") having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Final Judgment; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

**I. DISGORGEMENT AND PREJUDGMENT INTEREST**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Relief Defendant is liable for disgorgement of Two Million One Hundred Thousand Dollars ($2,100,000.00), representing the value of investor proceeds transferred to her by Defendants Royal Bengal Logistics, Inc., and Sanjay Singh (collectively, "Defendants") for no apparent legitimate purpose, together with

prejudgment interest thereon in the amount of One Hundred Sixty Thousand Seven Hundred Seventy-One and 67/100 Dollars ($160,771.67), for a total of Two Million Two Hundred Sixty Thousand Seven Hundred Seventy-One and 67/100 Dollars ($2,260,771.67).

Relief Defendant shall satisfy this obligation by the successful transfer of certain real property located at 1621 N. Dixie Highway, Pompano Beach, Florida 33060, and NW 16th Street, Pompano Beach, Florida 33060, and having Parcel Identification (Folio) Numbers: 4842 26 06 0010; 4842 26 00 0340; 4842 26 00 0350; 4842 26 00 0360; and 4842 26 00 0370 (collectively, the "Pompano Beach Property") by Special Warranty Deed to the Court-appointed Receivers no later than thirty (30) days after entry of this Final Judgment. To the extent Relief Defendant has already transferred the Pompano Beach Property to the Court-appointed Receivers by Special Warranty Deed, dated September 1, 2023, as recorded in the Official Records of Broward County, Florida, having Instrument Number 119137657, such transfer and the Relief Defendant's cooperation with the Receivers to sell the property for fair market value shall fully satisfy Relief Defendant's Final Judgment.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by using all collection procedures authorized by law, including, but not limited to, moving for civil contempt at any time after thirty (30) days following entry of this Final Judgment.

Relief Defendant shall pay post judgment interest on any amounts due after 30 days of the entry of this Final Judgment, pursuant to 28 U.S.C. § 1961.

## II. BANKRUPTCY NONDISCHARGEABILITY

**IT IS FURTHER ORDERED** that, for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. § 523, the allegations in the Complaint are true and admitted by Relief Defendant, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Relief Defendant under this Final Judgment or any other judgment,

order, consent order, decree, or settlement agreement entered in connection with this proceeding, is a debt for the violation of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. § 523(a)(19).

### III. INCORPORATION OF CONSENT

**IT IS FURTHER ORDERED** that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply with all the undertakings and agreements set forth therein.

### IV. RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

### V. RULE 54(b) CERTIFICATION

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is **ORDERED** to enter this Final Judgment forthwith and without further notice.

**DONE AND ORDERED** in the Southern District of Florida this 7th day of June, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record

    Sanjay Singh, *pro se*