Case No. 0:23-cv-61179

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.



ROYAL BENGAL LOGISTICS, INC and

SANJAY SINGH

    Defendants.

_____/

Monday, July 1, 2024

**VIA – ECF**

**Letter To Judge**

**Re: United States District Court Southern District of Florida Case No. 0:23-cv-61179-LEIBOWITZ**
**Securities and Exchange Commission v. Royal Bengal Logistics, Inc., et al.**

**Dear Honorable Judge LEIBOWITZ,**

    I hope this letter finds you well. I am writing to respectfully address the Court's concerns as outlined in the Omnibus Order dated June 28, 2024, regarding the motions I have filed as a pro se defendant in the above-referenced case. My intention is to assure the Court that my actions are driven by a genuine pursuit of justice, rather than any intention to engage in frivolous or vexatious litigation against the Securities and Exchange Commission (SEC).

    Firstly, I wish to express my sincere apologies to the Court if my motions have been perceived as repetitive or baseless. This was never my intention. I hold the judicial process in the highest regard and fully appreciate the Court's efforts to manage its docket efficiently. My filings were based on my best efforts to research and understand the legal and factual issues involved, believing they warranted the Court's reconsideration.

1. **Motion to Alter Judgment (ECF No. 267):** This motion was submitted to seek reconsideration based on what I believe to be a misapplication of Rule 11 sanctions. My intent was to bring to light new perspectives and potential misinterpretations that could materially affect the case's outcome.

2. **Motion to Take Judicial Notice (ECF No. 284):** I sought judicial notice of the Receiver's and their Forensic accountant report and other Court Records to ensure that the Court has a complete and accurate factual record, as the report contains evidence that contradicts key assertions made by the SEC in their foundation of *Subject matter Jurisdiction*, Amended Motion for Judgement on Pleading requested to evaluate the *Jurisdiction of SEC ECF-180*, ECF-284 (was a combined motion to Take Judicial Notice and Amen/Correct) was to apply on ECF180 for the purpose to *Amend/Correct Paperless order on ECF180*.
3. **Amended Motion to Quash Deposition (ECF No. 288):** This motion aimed to protect my rights and address deposing the Pro-se Defendant is equally afforded the protection and privilege of a Lawyer. Even the Original Motion to Quash was Conferred but I made a clerical error of not Certifying it on the Motion, and I immediate Sent an Email to the Court including all party.
4. **Motion for Judicial Exception to Section 21(g) (ECF No. 289):** This motion was based on the belief that exceptional circumstances justified a deviation from the standard application of Section 21(g). Allowing counterclaims against the SEC would enable the introduction of crucial defenses and claims necessary for a fair resolution.

Your Honor, I am fully aware of the Court's authority under 28 U.S.C. § 1927 to impose sanctions for unreasonably multiplying proceedings. Please rest assured that it is not my intention to vexatiously litigate this matter. I am committed to following the Court's instructions and will confer meaningfully with the SEC before filing any future motions. My sole aim is to ensure that my rights are protected, and that justice is served. I also want to Let you know that I didn't bring this Complex lawsuit into this court, SEC did and myself and my family is enduring the pain and loss of among many other things.

Moreover, my pursuit of justice extends beyond my personal interests. I am also defending the integrity and dignity of all employees, individuals, and entities associated with Royal Bengal Logistics who have been affected by these proceedings. It is my belief that a fair and thorough review of these motions was crucial to safeguard the interests and rights of everyone involved.

Furthermore, I wish to inform the Court that I intend to appeal the denial of these motions for review; "Notice of Appeal" will be reflected with the "Grounds for Appeal", as I believe that addressing these issues is essential for a fair resolution of the case. I will be moving forward with the pursuit of justice to the best of my ability and understanding of the law and facts. I seek the Court's understanding and patience as I navigate this process.

I humbly request the Court's patience. I am dedicated to resolving this matter in a manner that is fair and just for all parties including third parties involved.

Case No. 0:23-cv-61179

Thank you for your time and consideration.

Respectfully submitted,

By: /s/ SANJAY SINGH

Add:   3700 NW 109th Ave,
Coral Springs, Fl-33065
PH: 954-822-5096
Email:   sjaysingh@icloud.com

3