UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 23-61179-CIV-SINGHAL

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

     Defendants.
_____/

## NOTICE OF WITHDRAWAL

Paul Lopez and Jennifer Wahba in their capacity as Receivers for Royal Bengal Logistics, Inc. (RBL), by their undersigned attorneys, hereby withdraw Docket #314.

Dated: August 6, 2024

                                                          **TRIPP SCOTT, P.A.**
                                                          *Counsel to the Receivers*
                                                          110 S.E. 6th Street, 15th Floor
                                                          Ft. Lauderdale, FL 33301
                                                          Phone: (954) 525-7500

                                                          By: */s/ Charles M. Tatelbaum*
                                                          **Charles M. Tatelbaum**
                                                          Florida Bar No. 177540
                                                          cmt@trippscott.com
                                                          **Corey D. Cohen**
                                                          Florida Bar No. 1024891
                                                          cdc@trippscott.com
                                                          hbb@trippscott.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of August, 2024, I electronically filed the foregoing document via this Court's CM/ECF system which provided a true copy to all those entitled to notice.

By: */s/ Charles M. Tatelbaum*
Charles M. Tatelbaum
Florida Bar No. 177540