UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-61179-LEIBOWITZ

SECURITIES AND EXCHANGE
COMMISSION,

    *Plaintiff*,

v.

ROYAL BENGAL LOGISTICS, INC.,
et al.,

    *Defendants,*

SHETAL SINGH and
CONSTANTINA CELICOURT,

    *Relief Defendants.*

_____/

## NOTICE SETTING HEARING

PLEASE TAKE NOTICE that a hearing on the Receiver's Renewed Motion for Authorization to Sell Abandoned Vehicles [ECF No. 310] is scheduled for **Wednesday, August 28, 2024, at 2:00 p.m.** Counsel for the Receivers must appear in person at Courtroom 202A, United States Federal Building and Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301.

**DONE AND ORDERED** in the Southern District of Florida this 7th day of August, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        Sanjay Singh, *pro se*
        3700 N.W. 109th Ave.
        Coral Springs, FL 33065