UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61179-CIV-DSL

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

        Defendants,

SHEETAL SINGH and CONSTANTINA
CELICOURT,

        Relief Defendants.
_____/

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION TO STAY DEADLINES IN ANTICIPATION OF SETTLEMENT WITH DEFENDANT SANJAY SINGH AND RELIEF DEFENDANT SHEETAL SINGH

    Plaintiff Securities and Exchange Commission (the "Commission") files its Unopposed Motion to Stay Deadlines in Anticipation of Settlement with Defendant Sanjay Singh and Relief Defendant Sheetal Singh (the "Motion"), and states:

    1.    On November 6, 2024, a jury in the parallel criminal case *United States v. Sanjay Singh*, Case No. 23-60117-CR-LEIBOWITZ (S.D. Fla.) convicted Defendant Sanjay Singh of Conspiracy to Commit Wire Fraud [18 U.S.C. § 1349], six counts of Wire Fraud [18 U.S.C. § 1343], and Engaging in Transactions in Unlawful Proceeds [18 U.S.C. § 1349] (the "Conviction").

    2.    Following the Conviction, the Court in the criminal case scheduled a sentencing hearing for February 28, 2025.

3. Shortly after the Conviction, Mr. Singh contacted the Commission and expressed his desire to settle the Commission's claims. Mrs. Singh has also expressed a desire to settle.

4. In SEC enforcement actions involving a parallel criminal case, the Commission considers any restitution, fines, and incarceration imposed as part of a defendant's sentencing when determining what monetary remedies to seek in the SEC action. Accordingly, the parties do not anticipate finalizing the terms of any settlement until after the sentencing hearing.

5. In addition, before the Commission's counsel can submit a settlement and proposed final judgment to the Court for approval, a number of administrative steps must occur, including, but not limited to, presenting the terms of a proposed settlement to the Commission's five Commissioners in Washington, D.C. to obtain their formal authorization to accept the proposed settlement or, in the alternative, to obtain authority to seek specific amounts as to the monetary remedies.

6. Barring the occurrence of unforeseen events, the administrative process for submitting a settlement offer and calendaring a vote of the Commissioners takes approximately 60-90 days.

7. Pursuant to this Court's Order Setting Jury Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (ECF No. 226), the parties' deadline to file all pre-trial motions, including motions for summary judgment and Daubert motions, is November 21, 2024. Further, the parties' deadline to file their joint pre-trial stipulation, proposed jury instructions, verdict form, and motions *in limine* is March 3, 2025.

8. If a stay is not granted, the parties anticipate expending significant resources on motions for summary judgment, pretrial motions, and otherwise preparing this case for trial, which currently is scheduled for March 24, 2025.

9. As such, the Commission seeks a stay of all deadlines, up to and including May 29, 2025, which is 90 days after the sentencing hearing in the criminal case, to allow the Commission to finalize a settlement with Mr. and Mrs. Singh.

WHEREFORE, the Commission respectfully requests the Court grant the Motion and stay all deadlines until May 29, 2025.

### LOCAL RULE 7.1(a)(3) CERTIFICATION OF PRE-FILING CONFERENCE

The Commission conferred with Sanjay Singh, Sheetal Singh, and counsel for the Receivers, who do not oppose the Motion. On November 19, 2024, Sheetal Singh approved the form of the Motion and proposed order on behalf of herself and Mr. Singh, who is being held at Federal Detention Center until sentencing.

Dated: November 19, 2024        Respectfully submitted,

**Russell R. O'Brien**
Russell R. O'Brien
Trial Counsel
Florida Bar No. 084542
Direct Dial: (305) 982-6341
Email: obrienru@sec.gov

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131

3