UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CV-61179-LEIBOWITZ/VALLE

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

    Defendants,

SHEETAL SINGH and CONSTANTINA
CELICOURT,

    Relief Defendants.
_____/

**AGREED ORDER**

**THIS CAUSE** is before the Court on Plaintiff Securities and Exchange Commission's Unopposed Motion to Stay Deadlines in Anticipation of Settlement with Defendant Sanjay Singh and Relief Defendant Sheetal Singh (the "Motion"), and the Court, having reviewed the Motion and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that

The Motion is **GRANTED**. All deadlines in this case are **STAYED** until May 29, 2025.

**DONE AND ORDERED** in Chambers at the Southern District of Florida on November __, 2024.

                                              _____
                                              DAVID S. LEIBOWITZ
                                              UNITED STATES DISTRICT JUDGE

cc: All counsel of record/*pro se* parties