UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-61179-LEIBOWITZ

SECURITIES AND EXCHANGE
COMMISSION,

    *Plaintiff,*

v.

ROYAL BENGAL LOGISTICS, INC.,
et al.,

    *Defendants,*

SHETAL SINGH and
CONSTANTINA CELICOURT,

    *Relief Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion to Stay of Deadlines in Anticipation of Settlement [ECF No. 335] (the "Motion"), filed on November 19, 2024. In the Motion, Plaintiff seeks a stay of all deadlines pending sentencing of Defendant Sanjay Singh in his criminal case and the finalization of a settlement in this case shortly thereafter. Upon due consideration and for good cause shown, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 335**] is **GRANTED.** All deadlines for this case are STAYED **until May 29, 2025**. Plaintiff shall submit status reports to the Court every **sixty (60) days** from the date of this Order. *The Clerk* is directed to ADMINISTRATIVELY CLOSE this case.

**DONE AND ORDERED** in the Southern District of Florida this 22nd day of November, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record
 Sanjay Singh, *pro se*