**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 23-61179-CIV-DSL

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

        Defendants,

SHEETAL SINGH and CONSTANTINA
CELICOURT,

        Relief Defendants.
_____/

**PLAINTIFF'S MOTION TO REOPEN CASE**

Plaintiff Securities and Exchange Commission (the "Commission") files its Motion to Reopen Case (the "Motion"), and states:

1. On November 19, 2024, the Commission filed an Unopposed Motion to Stay Deadlines in Anticipation of Settlement with Defendant Sanjay Singh and Relief Defendant Sheetal Singh (ECF No. 335 ("Motion to Stay")).

2. On November 22, 2024, the Court entered an Order (ECF No. 337) granting the Motion to Stay, staying all deadlines in this case until May 29, 2025, and directing the Clerk to administratively close the case.

3. As this case involves an active Receivership, the Commission requests that the Court direct the Clerk to reopen the case to allow proceedings as to the Receivership to continue

as necessary, while maintaining the stay of all Court deadlines associated with the Commission's case against Defendant Sanjay Singh and Relief Defendant Sheetal Singh.

WHEREFORE, the Commission respectfully requests the Court grant the Motion and direct the Clerk to reopen the case.

### LOCAL RULE 7.1(a)(3) CERTIFICATION OF PRE-FILING CONFERENCE

Counsel for the Commission conferred with Sheetal Singh and counsel for the Receivers, who do not oppose the Motion. The Commission was unable to confer with Sanjay Singh, who is being held at the Federal Detention Center until sentencing.

Dated: December 19, 2024.            Respectfully submitted,

**Russell R. O'Brien**
Russell R. O'Brien
Trial Counsel
Florida Bar No. 084542
Direct Dial: (305) 982-6341
Email: obrienru@sec.gov

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that December 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF, and on Defendants Sheetal Singh and Sanjay Singh via US Mail at the addresses below.

/s/Russell R. O'Brien
Russell R. O'Brien

## SERVICE LIST

| U.S. Mail<br>Sanjay Singh<br>Inmate Register No. 65098-510<br>FDC Miami<br>Federal Detention Center<br>P.O. Box 019120<br>Miami, FL  33101<br><br>and<br><br>Sanjay Singh<br>3700 N.W. 109th Avenue<br>Coral Springs, FL 33065<br>*Pro Se Defendant* | U.S Mail<br>Sheetal Singh<br>3700 N.W. 109th Avenue<br>Coral Springs, FL 33065<br>*Pro Se Defendant* |