UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:23-cv-61179-LEIBOWITZ

SECURITIES AND EXCHANGE
COMMISSION,
    *Plaintiff*,

*v.*

ROYAL BENGAL LOGISTICS, INC.,
et al.,
    *Defendants,*

SHEETAL SINGH and
CONSTANTINA CELICOURT,
    *Relief Defendants.*

_____/

### ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion To Reopen Case [ECF No. 343] (the "Motion"), filed on December 19, 2024. In the Motion, Plaintiff asks the Court to direct the Clerk to "reopen the case to allow proceedings as to the Receivership to continue as necessary, while maintaining the stay of all Court deadlines associated with the Commission's case against Defendant Sanjay Singh and Relief Defendant Sheetal Singh." [*Id.* at 1–2].

Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion [**ECF No. 343**] is **GRANTED**. The Clerk is directed to REOPEN this case for the sole purpose of allowing the Receivership proceedings to continue. All Court deadlines remain STAYED.

**DONE AND ORDERED** in the Southern District of Florida this 20th day of December, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record