UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-61179-LEIBOWITZ

**SECURITIES AND EXCHANGE COMMISSION,**

*Plaintiff,*

v.

**ROYAL BENGAL LOGISTICS, INC.,**
et al.,

    *Defendants,*

**SHEETAL SINGH and
CONSTANTINA CELICOURT,**

    *Relief Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court upon the Receivers' Renewed Motion for Authority to Seek a Bar Order in Connection with a Proposed Settlement [ECF No. 347] (the "Motion"), filed on January 3, 2025. In the Motion, the Receivers request that this Court issue a proposed bar order to be entered as part of their settlement with an accounting firm, Forrest Robinson. Forrest Robinson served as accountants for Defendant Royal Bengal Logistics, Inc. ("RBL") at the time when RBL engaged in a Ponzi scheme which defrauded approximately 1,500 investors. [*See* Compl., ECF No. 1]. The Receivers say they need this Court to approve the proposed bar order so the state court judge presiding over litigation brought by the Receivers against Forrest Robinson in that forum can enter it. [ECF No. 347 ¶ 12].

In support of the Motion, the Receivers cite the two-part test the district courts must apply when considering whether to enter a bar order of their own. The Court, itself, set forth this two-part test in its Order denying the Receivers' initial request. [*See* ECF No. 334 at 3]. The Court is mindful that it is being asked to approve a proposed bar order that will be entered by a state court judge in a state court proceeding. Accordingly, upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Receivers must supplement the record with legal authority, including but not limited to any appropriate case law, supporting this Court's approval of a proposed bar order that will be entered in the parallel state court proceeding. Such supplemental briefing shall be provided **on or before January 31, 2025.**

**DONE AND ORDERED** in the Southern District of Florida this 8th day of January, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record