UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO.: 0:23-61179-CIV-DSL

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

     Defendants

_____/

## UNOPPOSED MOTION TO LIFT AUTOMATIC STAY

COME NOW Plaintiffs, DORA B. LARA, individually and as next friend of J.W. and TRAYONNE BROWN, as next friend of T.R., would respectfully show as follows:

1.

In August of 2024, Counsel for Dora Lara and Trayonne Brown (hereinafter "Claimants/Plaintiffs") began communicating with Counsel for the Receivers regarding the desire to prosecute serious and permanent bodily injury claims resulting from a May 20, 2023, tractor trailer/auto collision involving Brian R. Burney, who was in the scope and course of his employment for Royal Bengal Logistics, Inc. (hereinafter "RBL"). At the time of the crash, RBL was insured under a policy of liability insurance with Prime Property & Casualty Insurance Company (hereinafter "Prime") with $1,000,000.00 in coverage limits. (See Exhibit "A", Declarations Page).

2.

On August 26, 2024, an email was transmitted to Attorney Jake S. Blumstein, Counsel for the Receivers, setting out specific purpose for asking that the Receivers consent to lifting the automatic stay with regard to the Claimants/Plaintiffs' claims, to wit: so that negotiations could proceed in the matter and that, if necessary, litigation could proceed so that a recovery could be made against Prime, the liability insurer for RBL and Brian R. Burney, for any judgment which may entered nominally against Burney and RBL in the litigation. (See Exhibit "B" email from Counsel for Claimants/Plaintiffs), including any amounts in excess of the coverage limits. In response, Counsel for the Receivers, Mr. Blumstein, emailed that they "did not oppose". (See Exhibit "C" email from Attorney Blumstein).

3.

During initial conversations with Counsel for the Receivers, preceding the communications with Attorney Blumstein, Counsel for Claimants/Plaintiffs misunderstood that procedurally, since Counsel for the Receivers had consented, a motion for a relief from the automatic stay would not need to be filed. Counsel was under the mistaken belief from the conversations, that a local practice existed, making such an order unnecessary.

4.

After filing a civil action in the *DORA B. LARA, individually and as Next Friend for J.W. and TRAYONNE BROWN, as Next Friend of T.R.*, CAFN 4:24-cv-04725*, U.S.D.C., Southern District of Texas* (hereinafter "the Texas Lawsuit"), and service of the lawsuit upon RBL, communication was made from Counsel for the Receivers, via Mr. Blumstein and others, resolving the misunderstanding and clarifying that a motion and order was, in fact, required despite their consent to lifting the stay.  Counsel for Claimants/Plaintiffs has acted immediately and expeditiously to confer and rectify the issue.

5.

Counsel for the Claimants/Plaintiff  have conferred with Counsel for the Receivers and with apologies to the Court from Counsel for Claimants/Plaintiffs for misunderstanding the procedural requirements, Counsel hereby files this Unopposed Motion to Lift the Automatic Stay to allow the Texas Lawsuit to be negotiated to settlement or proceed to verdict and judgment for the express purpose of recovering any amounts awarded, from Prime (the insurer for Royal Bengal Logistics, Inc. and Brian Burney), including the remaining amount of Prime's $1,000,000.00 coverage limits, and if appropriate, any amounts awarded in excess of the coverage limits, as opposed to recovering from the Receivership or Royal Bengal Logistics, Inc. RBL will serve as a nominal defendant in the Texas litigation, and recovery and enforcement of any verdict and judgment will be made only against insurance proceeds and the insurer Prime, and that there will be no recovery of the amount of any judgment sought from RBL or the Receivership.

6.

Prime has a duty to defend and to hire counsel to defend *DORA B. LARA, individually and as Next Friend for J.W. and TRAYONNE BROWN, as Next Friend of T.R., CAFN 4:24-cv-04725, U.S.D.C., Southern District of Texas*, brought against RBL and Burney, and to ultimately pay any judgment rendered nominally, against RBL and/or Burney, including from the remaining amount of Prime's $1,000,000.00 coverage limits, and potentially, amounts in excess of its coverage limits.

7.

Counsel has attached an appropriate certification, certifying that the undersigned Counsel for the Claimants/Plaintiffs and Counsel for the Receivers have conferred with one another, and that Counsel for the Receivers do not oppose relief from the automatic stay, that Counsel for the Receivers have had the opportunity to, and have reviewed, both the Unopposed Motion and Proposed Order, and do not oppose the Motion, the entry of the Order for the automatic stay to be

lifted, thereby allowing the Texas Lawsuit to be prosecuted to verdict and judgment or resolved by settlement, as the same will not harm or adversely affect the Receivership or the assets of Royal Bengal Logistics, Inc., with all such sums being awarded to against RBL as a nominal Defendant to be recovered instead, solely from and against Prime Insurance instead of from RBL or the Receivership.

WHEREFORE, PREMISES CONSIDERED Claimants/Plaintiffs pray that the Court grant the Unopposed Motion and enter the Proposed Order, lifting the automatic stay, thereby allowing *DORA B. LARA, individually and as Next Friend for J.W. and TRAYONNE BROWN, as Next Friend of T.R., CAFN 4:24-cv-04725, U.S.D.C., Southern District of Texas*, to be prosecuted so that the Claimants/Plaintiffs can recover from Prime Property & Casualty Insurance Company, as opposed to the Receivership or Royal Bengal Logistics, Inc.

This 9th day of January, 2025.

Respectfully submitted,
**Forrest B. Johnson & Associates**


*/s/ Reginald D. Hicks*
REGINALD D. HICKS
Florida Bar No. 714641
Of Counsel to Forrest B. Johnson & Associates
1745 Martin Luther King Jr., Dr., NW
Atlanta, Georgia 30314
(404) 758-9111 Telephone
(888) 298-0458 Facsimile
Email: legal@hicksmlg.com