**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 23-61179-CIV-DSL

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

        Defendants,

SHEETAL SINGH and CONSTANTINA
CELICOURT,

        Relief Defendants.
_____/

**NOTICE OF OBJECTION**

Plaintiff Securities and Exchange Commission (the "Commission") hereby provides notice of its objection to the Unopposed Motion to Lift Automatic Stay (ECF No. 350 ("Motion")), filed by non-parties Dora B. Lara, individually and as next friend of J.W., and Trayonne Brown, as next friend of T.R. (collectively, the "Movants"). While the Movants conferred with the Receivers, they did not confer with counsel for the Commission. The Commission has not agreed to the Motion, nor to the language included in the Movants' proposed Order. While the Commission believes it will, ultimately, agree to a limited lift of the litigation stay for the reasons described in the Motion, the Commission does not agree to the Movants' proposed Order and objects to allow the parties to confer as required under Local Rule 7.1(a)(3).

Dated: January 13, 2025						Respectfully submitted,

                                                  **Russell R. O'Brien**
Russell R. O'Brien
Trial Counsel
Florida Bar No. 084542
Direct Dial: (305) 982-6341
Email: obrienru@sec.gov

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131