UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:23-cv-61179-LEIBOWITZ/VALLE

**SECURITIES AND EXCHANGE COMMISSION,**
    *Plaintiff,*

v.

**ROYAL BENGAL LOGISTICS, INC.,** et al.,
    *Defendants.*
_____/

<u>**ORDER**</u>

**THIS CAUSE** is before the Court upon the SEC's Notice of Objection [ECF No 351] to the Unopposed Motion to Lift the Automatic Stay of these proceedings in favor of Creditors Dora B. Lara individually and on behalf of J.W., and Trayonne Brown on behalf of T.R. (hereinafter "Claimants") [ECF No. 350] (the "Motion"). The SEC's Notice of Objection was filed on January 13, 2025—the same day the Court granted the Motion. [*See* ECF Nos. 351, 352]. The Court granted the Motion in part based on the movant's representation that the Motion was unopposed. [*See* ECF No. 350 at 1, 4]. The SEC's Notice of Objection, however, now states that it did not agree to the Motion and objects to the entry of the Order. [ECF No. 351 at 1]. Accordingly, and upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the **ORDER** [**ECF No. 352**] granting the Motion [ECF No. 350] and lifting the automatic stay is **VACATED**. The parties shall meet and confer and apprise the Court of their respective positions regarding the Motion no later than January 31, 2025.

**DONE AND ORDERED** in the Southern District of Florida this 14th day of January, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record