**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 23-61179-CIV-DSL

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

        Defendants,

SHEETAL SINGH and CONSTANTINA
CELICOURT,

        Relief Defendants.
_____/

## STATUS REPORT

Plaintiff Securities and Exchange Commission (the "Commission") files its Status Report and states:

1. On November 22, 2024, the Court entered an Order (ECF No. 337) requiring the Commission to submit status reports to the Court every sixty (60) days.

2. On November 6, 2024, a jury in the parallel criminal case *United States v. Sanjay Singh*, Case No. 23-60117-CR-LEIBOWITZ (S.D. Fla.) convicted Defendant Sanjay Singh of Conspiracy to Commit Wire Fraud [18 U.S.C. § 1349], six counts of Wire Fraud [18 U.S.C. § 1343], and Engaging in Transactions in Unlawful Proceeds [18 U.S.C. § 1349] (the "Conviction").

3. Following the Conviction, the Court in the criminal case scheduled a sentencing hearing for February 28, 2025.

4. As stated in the Commission's Unopposed Motion to Stay Deadlines in Anticipation of Settlement with Defendant Sanjay Singh and Relief Defendant Sheetal Singh (ECF No. 335), shortly after the Conviction, Mr. Singh contacted the Commission and expressed his desire to settle the Commission's claims. Mrs. Singh has also expressed a desire to settle.

5. In SEC enforcement actions involving a parallel criminal case, the Commission considers any restitution, fines, and incarceration imposed as part of a defendant's sentencing when determining what monetary remedies to seek in the SEC action. Accordingly, the parties do not anticipate finalizing the terms of any settlement until after the sentencing hearing.

6. As of the date of this Status Report, the sentencing hearing in the criminal case remains scheduled for February 28, 2025. Following the sentencing hearing, the Commission will meet with Mr. and Mrs. Singh to finalize the terms of any settlement and will update the Court consistent with the Order requiring status reports.

Dated: January 21, 2025          Respectfully submitted,

**Russell R. O'Brien**
Russell R. O'Brien
Trial Counsel
Florida Bar No. 084542
Direct Dial: (305) 982-6341
Email: obrienru@sec.gov

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131