UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-61179-LEIBOWITZ

**SECURITIES AND EXCHANGE COMMISSION,**
    *Plaintiff,*

v.

**ROYAL BENGAL LOGISTICS, INC.,**
**et al.,**
    *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court upon the unopposed motion by the Receivers to Lift the Automatic Stay for the limited purposes of allowing Creditors Dora B. Lara, individually and on behalf of J.W., and Trayonne Brown on behalf of T.R. ("Claimant") to pursue claims against the insurer of Royal Bengal Logistics, Inc. ("RBL") [ECF No. 369] (the "Motion), filed on February 14, 2025, as follows:

1. This securities fraud action was initiated by the Securities and Exchange Commission (the "Commission") against RBL on June 20, 2023. [*See* ECF No. 1].

2. The following day, the Court entered an Order granting the Commission's *Ex Parte* Motion for Appointment of Receiver (the "Receivership Order"). [*See* ECF No. 11].

3. The Receivership Order included a stay of "[a]ll civil legal proceedings of any nature… involving (1) The Receiver,… (b) any Receivership Property, wherever located, (c) the Receivership Defendant, including subsidiaries and partnerships; or (d) any of the Receivership Defendant's past or present officers, directors, managers, agents, or general or limited partners sued for, or in connection with, any action taken by them while acting in such

    capacity of any nature, whether as plaintiff, defendant, third-party plaintiff, third-party defendant, or otherwise." [ECF No. 11 at 19].

4. Claimant previously requested relief from the stay of proceedings for the limited purposes of pursuing claims against RBL's insurer for serious bodily injuries resulting from a May 20, 2023, tractor trailer/automobile collision involving Brian R. Burney, who is alleged to have been acting within the scope of his employment with RBL at the time of the accident. [*See* ECF No. 350].

5. The Commission objected on procedural grounds in that Claimant did not intervene in this matter. [*See* ECF No. 369 ¶ 6]. The Commission does not, however, oppose the relief requested because it will not prejudice the Receivership in any way. [*Id.* ¶ 5].

6. The parties have resolved the Commission's concerns now that the Receivers, and not Claimant, seek to lift the stay. [*Id.* ¶ 7].

Accordingly, upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the STAY in this case [ECF No. 11] is LIFTED for the limited purposes of allowing Claimant to pursue claims against RBL's insurance carrier, based upon the express agreement that "RBL will serve as nominal defendant… and recovery and enforcement of any verdict and judgment will be made only against insurance proceeds and the insurer Prime, and that there will be no recovery of the amount of any judgment sought from RBL or the Receivership." [ECF No. 369 ¶ 8].

    **DONE AND ORDERED** in the Southern District of Florida on February 18, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record