UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61179-CIV-DSL

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

        Defendants,

SHEETAL SINGH and CONSTANTINA
CELICOURT,

        Relief Defendants.
_____/

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION TO LIFT STAY, RESCHEDULE TRIAL,
AND EXTEND PRETRIAL DEADLINES**

    Plaintiff Securities and Exchange Commission (the "Commission") files its Motion to Lift Stay, Reschedule Trial, and Extend Pretrial Deadlines (the "Motion"). The Commission is asking the Court to lift the stay of the Court's pretrial deadlines, reschedule trial, and to extend certain pretrial deadlines following Defendant Sanjay Singh's decision not to settle, and states:

    1.    On November 24, 2024, the Commission filed an Unopposed Motion to Stay Deadlines in Anticipation of Settlement [ECF No. 335 ("Motion to Stay")] requesting the Court stay all deadlines in this case for 90 days to allow the Commission to engage in settlement discussions with Defendant Sanjay Singh ("Singh") and Relief Defendant Sheetal Singh, which the Court granted [ECF No. 337].

2. On May 30, 2025, the Court extended the stay for an additional 90 days to allow the Commission to consider the prison sentence issued against Singh by the Court in the parallel criminal case. *See U.S. v. Sanjay Singh*, No. 23-cr-60117-LEIBOWITZ (S.D. Fla. June 3, 2025) ("Criminal Case"). As explained in the Commission's Motion to Stay, in SEC enforcement actions involving a parallel criminal case, the Commission considers any restitution, fines, and incarceration imposed as part of a defendant's sentencing when determining what monetary remedies to seek in the SEC action. Accordingly, the parties intended to finalize the terms of any settlement following the sentencing hearing, which took place on May 30, 2025.

3. On May 30, 2025, the Court in the Criminal Case sentenced Singh to 23 years of imprisonment.

4. On June 17, 2025, Singh filed a Notice of Appeal of the final judgment and sentence entered against him in the Criminal Case.

5. Following being sentenced in the Criminal Case, Singh indicated he no longer wishes to settle the SEC's case.

6. Accordingly, the Commission requests that the Court lift the stay of deadlines in this case, reschedule trial, and extend certain pretrial deadlines that remained outstanding as of the date of the stay, which include the deadline to file: (a) all pre-trial motions, including motions for summary judgment, and *Daubert* motions; (b) a joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable; and (c) any motions *in limine*.

7. The Commission intends to move for summary judgment. It needs sufficient time to obtain all trial transcripts and exhibits entered into evidence during the criminal trial. The undersigned also is scheduled for trial in another case before Judge Melissa Damien for the two-

week trial period beginning on October 20, 2025. As such, the Commission proposes the following dates, as reflected in its proposed order:

- The parties shall file all pre-trial motions, including motions for summary judgment, and *Daubert* motions by **November 21, 2025**; and

- The parties shall submit a joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and shall file any motions *in limine* (other than *Daubert* motions) by **March 3, 2026**.

- Calendar call at 11 a.m. on **March 16, 2026**; and

- Reschedule trial for the two-week trial period beginning on **March 23, 2026**.

WHEREFORE, the Commission respectfully requests the Court grant the Motion, reschedule trial for the two-week trial period beginning on or around March 23, 2026, and extend the aforementioned pretrial deadlines as reflected in its proposed order.

### LOCAL RULE 7.1(a)(2) CERTIFICATION OF PRE-FILING CONFERENCE

The Commission conferred with the Co-Receivers and Relief Defendant Sheetal Singh, who do not oppose the Motion. Singh is being held at Federal Detention Center; therefore, the Commission is unable to confer with him to obtain his position with respect to the relief requested in the Motion.

Dated: July 21, 2025            Respectfully submitted,

**Russell R. O'Brien**
Russell R. O'Brien
Trial Counsel
Florida Bar No. 084542
Direct Dial: (305) 982-6341
Email: obrienru@sec.gov

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131