UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:23-cv-61179-LEIBOWITZ/VALLE

SECURITIES AND EXCHANGE
COMMISSION,
    *Plaintiff*,

v.

ROYAL BENGAL LOGISTICS, INC.,
*et al.*,
    *Defendants*.
_____/

**ORDER**

**THIS CAUSE** is before the Court upon *pro se* Defendant, Sanjay Singh's "Motion to Strike Plaintiff's Complaint [ECF No. 1] Paragraph by Paragraph Pursuant to Fed. R. Civ. P. 12(f)" [ECF No. 400] (the "Motion"), filed on September 4, 2025. Plaintiff has responded in opposition [ECF No. 401], and the Court need not await Mr. Singh's reply as the motion was filed two years after the deadline for doing so—August 2, 2023. [*See* ECF Nos. 40, 41, 56, and 57]. Accordingly, the Motion is untimely, and, as such, it is due to be DENIED. It is, therefore, hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion to Strike the Complaint [**ECF No. 400**] is **DENIED WITH PREJUDICE**.

**DONE AND ORDERED** in the Southern District of Florida on September 23, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
       Sanjay Singh, *pro se*
       Prisoner # 65098-510
       FDC Miami
       P.O. Box 019120
       Miami, FL 33101
and   c/o FCI Coleman Low Prison, B-2
       P.O. Box 1031
       Coleman, FL 33521