UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61179-CIV-SINGHAL

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,
v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

    Defendants.
_____/

### NOTICE OF FILING PROPOSED REPRESENTATION AGREEMENT

In compliance with the request of this Court in connection with the Receivers' Motion to Approve Third-party Litigation Procedures and Contingency Fee Agreement [DE 413} Paul Lopez and Jennifer Wahba as Receivers) for the estate of Royal Bengal Logistics, Inc. ("RBL"), file their proposed legal Representation Agreement.

                                                **TRIPP SCOTT, P.A.**
                                                *Counsel to the Receivers*
                                                110 S.E. 6th Street, 15th Floor
                                                Ft. Lauderdale, FL 33301
                                                Phone: (954) 525-7500

                                                By: */s/ Charles M. Tatelbaum*
                                                **Charles M. Tatelbaum**
                                                Florida Bar No. 177540
                                                cmt@trippscott.com
                                                **Corey D. Cohen**
                                                Florida Bar No. 1024891
                                                cdc@trippscott.com
                                                mrw@trippscott.com

#3378008v1-221271.0001

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 14th day of January, 2026 via this Court's CM/ECF system

        By: */s/ Charles M. Tatelbaum*
        **Charles M. Tatelbaum**
        Florida Bar No. 177540

#3378008v1-221271.0001



Charles M. Tatelbaum
Direct Line:954-760-4902
Email: cmt@trippscott.com

January 14, 2026

Paul O. Lopez, Esq.
Jennifer H. Wahba, Esq.
Tripp, Scott P.A.
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301

Re:  Representation Agreement: Paul O. Lopez and Jennifer H. Wahba as Receivers for the estate of Royal Bengal Logistics, Inc.

Dear Receivers:

We are pleased that you have engaged Tripp Scott, P.A. ("Tripp Scott or the Firm") to represent Paul O. Lopez, and Jennifer H. Wahba ("Clients") in the referenced matter.  This letter, along with our Standard Terms and Conditions of Engagement (attached), provide the terms and scope of the engagement and are collectively the Representation Agreement.

**Scope of Engagement.**  For the purposes of this engagement, Tripp Scott agrees to represent the Client and the Client agrees to retain Tripp Scott as general counsel for the Receivers of the estate of Royal Bengal Logistics, Inc. This engagement is limited to performing legal services within the scope of this representation.  The scope of this representation may be expanded only by written agreement (including by email) between the Client and Tripp Scott.

**Staffing**.  The attorney primarily responsibility for this engagement will be Charles M. Tatelbaum.   Other attorneys may also be assigned to this matter.  Staffing will depend primarily on the judgment of Tripp Scott as to the experience and expertise required to properly discharge its professional responsibilities.

*Fees.*  This is a contingency fee agreement.  It is understood and agreed that the Firm will provide representation in this claim on a "contingency fee" basis and, unless a recovery is made, no attorneys' fees will be owed. Fees will be calculated on the total recovery received through negotiated settlement, verdict, or judgment, and will become payable at the time of conclusion of the matter. "Recovery" includes any gross proceeds paid for the Client's benefit. Fees may be recovered by the Firm as follows:

    A.  The contingency percentage amount as may be authorized by an Order of the United States District Court for the Southern District of Florida in connection with an Order authorizing the employment of counsel for the Receivers on a contingency basis to pursue the Royal Bengal Logistics, Inc. investors who were net winners and

#3377847v2-221271.0002

Case 0:23-cv-61179-DSL   Document 421   Entered on FLSD Docket 01/14/2026   Page 4 of 9

    distributions made by Royal Bengal Logistics, Inc.  The contingency fee based upon any recovery shall be 27.5% of any recovery realized, generated, received or obtained on any Additional Third-party Claim pre-suit; 30% of any gross recovery realized, generated, received or obtained on any Additional Third-party Claim after filing suit but prior to filing of an answer; and 33% of any gross recovery realized, generated, received or obtained on any Additional Third-party Claim after an answer is filed

B.    Court Awarded Fees. Alternatively, in the event of a court awarded attorney's fee, the attorneys' fee will be the greater of (a) the court awarded fee or (b) the contingent percentage of the recovery, including the court awarded fee. If there is no recovery made, then the Firm will receive no fee.

    **Deposit**.  It is the practice of Tripp Scott to require a retainer deposit when we undertake new representation.  The Firm is not requiring a deposit at this time.

    Tripp Scott does not and cannot guarantee success as to any particular issue, and payment of Tripp Scott's bills is not contingent upon the outcome of any matter or the results obtained.

    We appreciate your confidence in Tripp Scott and look forward to working with you. This Representation Agreement may be signed in counterparts and electronic signatures are acceptable.

    Please confirm your agreement by signing below and returning this signature page to us or by sending us a reply e-mail stating your agreement and forwarding the deposit set forth above. Please be aware that Tripp Scott is under no obligation to perform any legal services for the Client until we have received the confirmed agreement and the deposit, if required.  Please call me if you have any questions.

    Sincerely,

    <u>Charles M. Tatelbaum, Esq.</u>
    For the Firm

AGREED AND ACCEPTED:

By: _____

Name: Paul O. Lopez, Esq.

Title: Receiver for the Estate of Royal Bengal Logistics, Inc.

Date: _____

#3377847v2-221271.0002

AGREED AND ACCEPTED:

By: _____

Name:  Jennifer H. Wahba, Esq.

Title:  Receiver for the Estate of Royal Bengal Logistics, Inc.

Date: _____

#3377847v2-221271.0002



## Standard Terms and Conditions

The following terms and conditions apply for each matter for which Tripp Scott P.A. ("Tripp Scott") is engaged to represent "Client".

**The Client.** For the purposes of this representation, Tripp Scott's "client" is limited to the Client identified in the Representation Agreement and no other person or entity. Tripp Scott and the Client agree that Tripp Scott's representation of Client in this matter does not give rise to an attorney-client relationship between Tripp Scott and any Affiliates of Client. "Affiliates" of Client that are excluded from the meaning of Client include, but are not limited to (1) shareholders or constituent partners, members, or other equity stakeholders, (2) parent, sister, brother and subsidiary companies, (3) joint ventures, limited partnerships, general partnerships, limited liability companies, or other unincorporated entities in which Client may have an ownership interest, (4) officers, (5) directors, (6) employees, or (7) any other party related by family relationship, management position or capacity, contractual, cross-ownership or otherwise. The Firm's objective in this policy is to avoid situations where, after undertaking our representation of you, and investing considerable time and dollars on your behalf, Tripp Scott is forced to withdraw from a representation because of a conflict which could have been identified earlier with accurate client identification at the inception of our attorney-client relationship.

**Scope of Engagement.** The scope of Tripp Scott's engagement for a particular matter is strictly limited to the description set forth in the Representation Agreement. An attorney-client relationship between Tripp Scott and the Client exists during the times when Tripp Scott is performing legal services for the Client on a particular matter. The Representation Agreement does not create an attorney-client relationship absent an actual request by Client for representation in a new or amended matter and Tripp Scott's written acceptance of representation in the new or amended matter.

Tripp Scott will not provide business, investment, or accounting advice regarding the matter and we will consider that you have independently obtained such advice or do not consider it necessary or relevant to the representation which we have undertaken. Legal services provided are solely for the benefit of Client unless otherwise expressly agree in writing.

Unless otherwise stated herein, the Firm's representation in the matters referenced herein will not include any preparation, filing and/or determinations of any filing requirements of the Client under the Corporate Transparency Act ("CTA"), whether or not the Firm filed or registered any entity on your behalf or is the registered agent related to any entity. It is the sole responsibility of the Client to fulfill their filing requirements under the CTA unless the Firm has been explicitly retained for such responsibilities. If the Firm has been retained to assist with the determination, preparation and/or filing requirements of the Client under the CTA, the Client has an affirmative duty to provide the Firm with any and all materials requested by the Firm to accomplish such responsibilities and to update the Firm with any changes in ownership, management, activities and/or nature of the entity or entities. The Firm will not be held responsible for any errors due to incorrect or incomplete information provided by the Client.

**Responsibilities.** Tripp Scott will keep Client informed of the status of matters. However, Client should feel free to contact us at any time with questions and comments.

Client agrees to provide Tripp Scott with all information that Tripp Scott believes is necessary or appropriate to fulfill our professional responsibilities, and cooperate with us in matters such as

#3377847v2-221271.0002

fact investigation, preparation of pleadings, discovery responses, and required court or decisional-body appearances.

**Billing:**

Tripp Scott's bills will be broken down into two separate components: (1) Fees for legal services provided, and (2) Reimbursable costs and expenses incurred by Tripp Scott in connection with its representation of Client.

*Fees for Legal Services:*  The fees for legal services will be computed the amount of time spent on the matter by the lawyers and legal assistants multiplied by their individual hourly billing rates.

Under certain circumstances, the Client may be entitled to recover its attorney's fees and costs from an adverse party.  The Client agrees that it is the Client's obligation to pay all attorney's fees and costs due to Tripp Scott, without giving any effect to the recovery of any costs and attorney's fees from any adverse party.

*Costs and Expenses*.  The second component of Tripp Scott's bill will be an itemization of the reimbursable costs and expenses incurred by Tripp Scott in connection with its representation of Client.  These costs and expenses include, but are not limited to, filing fees, court reporter fees, witness fees, deposition transcripts, court costs, expert charges, audit response letters, long distance telephone, postage, photocopy/scan/print charges, facsimile charges, secretarial and word processing overtime, video conferencing, overnight or special delivery services, research services (such as Westlaw and LEXIS), travel, lodging, meals, and costs related to the collection and imaging of records.  If substantial costs are to be advanced, it is Tripp Scott's practice to obtain a retainer to cover such costs or to have them billed directly to Client for payment.  Due to delays in the receipt of bills for costs and expenses from third party vendors, Tripp Scott's billing of Client may be delayed.

**Payment; Security for Payment.**  A failure to question or object to any charges within thirty (30) days after receipt of a statement will constitute Client's agreement to the statement as presented. In addition, applicable law may provide attorneys with liens upon materials coming into their possession to secure the payment of their fees.  This retaining lien, as well as appropriate charging liens, may be asserted by Tripp Scott in appropriate circumstances.  In the event of any proceeding to enforce the provisions of this Representation Agreement brought by Tripp Scott and the Client, the prevailing party in that proceeding shall be entitled to recover its reasonable attorneys' fees and court expenses from the other party.

**Employment of Additional Professionals.**  If necessary, and with the approval of Client, additional professionals may be employed by Tripp Scott.  The professional is normally retained by Tripp Scott for the benefit of the Client.  Client is obligated to pay the fees of the professional in full.  Tripp Scott reserves the right to request and obtain an additional retainer to defray the fees and expenses of professionals employed in connection with Client's matter.

**Advice about Possible Outcomes.**  From time to time, we may express opinions or beliefs concerning the matter or various courses of action and the results that might be anticipated.  Any such statement made by any lawyer of the Firm is an expression of opinion only, based on information available to us at the time, and should not be construed as a promise or guarantee.

**Right to Separate Counsel**.  Client acknowledges having had the opportunity to seek the advice of separate counsel with respect to this Representation Agreement.

**Electronic Communications.**  Tripp Scott often uses electronic communications (such as email) to communicate with clients.  Some clients also use instant messaging as a means of communication.

#3377847v2-221271.0002

However, these electronic communications can be delayed or blocked (such as by anti-spam software) or otherwise not transmitted. Tripp Scott does not recommend the use of instant messaging. Client must not assume that an email or instant message sent to Tripp Scott was actually opened and read unless Client receives a reply message indicating that Tripp Scott has read Client's message. Tripp Scott may send documents or other information that is covered by the attorney-client or work product privileges using external electronic communications. Client understands that this is not an absolutely secure method of communication. Client's execution of the Representation Agreement will serve to acknowledge and accept the risk and authorize Tripp Scott to use electronic communications as a means to communicate with Client or others necessary to effectively represent the Client. If there are certain documents with respect to which the Client wishes to maintain absolute confidentiality, the Client must advise Tripp Scott in writing not to send them via electronic communications, and Tripp Scott will comply with Client's request.

**Trust account.** Under applicable law, interest on attorneys' trust accounts for clients may be payable to a state fund for legal services to the indigent. Client may elect a separate interest-bearing trust account. Please advise if you desire a separate interest-bearing account. Client will be required to reimburse Tripp Scott for the costs of such account.

**Interest on Overdue Accounts.** Client understands and agrees that if payment is not made within thirty (30) days of the bill date, an interest charge may be added to the outstanding balance in accordance with the laws of Florida. Tripp Scott and Client agree that Tripp Scott has the right to discontinue services if Tripp Scott's bills are not paid in a timely manner.

**Term of Engagement.** The effective date of Tripp Scott's agreement to provide services is the date on which we first performed legal services. Either Tripp Scott or Client may terminate the engagement at any time for any reason by written notice, subject, on Tripp Scott's part, to applicable rules of professional conduct. If permission for withdrawal is required by a court, we will promptly apply for such permission, in accordance with local court rules, and Client agrees to engage successor counsel to represent Client.

**Termination.** Absent express notice of termination, Tripp Scott's representation of Client will conclude, and the attorney – client relationship will terminate upon completion of Tripp Scott's work on such matter.

**Post-Engagement Matters.** Client has engaged Tripp Scott to provide legal services in connection with a specific matter as described in the Representation Agreement. Unless Client engages Tripp Scott to provide additional advice on issues arising from the matter, Tripp Scott has no continuing obligation to advise Client with respect to future developments.

**Internal Review.** In the course of our representation of Client, it may become necessary for Tripp Scott to address its professional duties or responsibilities and to consult with Tripp Scott's General Counsel or other lawyers in doing so. To the extent Tripp Scott is addressing its duties, obligations or responsibilities to Client in those consultations, it is possible that a conflict of interest might be deemed to exist as between Tripp Scott and Client. As a condition of this engagement, Client consents to such consultations and waives any conflict of interest that might be deemed to arise out of any such consultations and any resulting communications. Client further agrees that these consultations and any resulting communications are protected from disclosure to Client and others by Tripp Scott's attorney-client privilege. Of course, nothing in the foregoing shall diminish or otherwise affect Tripp Scott's obligation to keep Client informed of material developments in Tripp Scott's representation of Client, including any conclusions arising out of such consultations to the extent that they affect Client's interests.

#3377847v2-221271.0002

**Responses to Audit Letters.**  If Client engages an accountant to audit Client's financial statements, it is likely the accountant will request, during the audit, that Tripp Scott provide a written description of all pending or threatened claims for lawsuits to which Tripp Scott has given substantive attention on Client's behalf.  This request is typically a standardized letter provided by the accountant which Client is requested to send to Tripp Scott.  Tripp Scott will bill Client and Client agrees to pay for providing the response to the audit letter.

**Conclusion of Representation and Disposition of Client Files.**  Tripp Scott is not obligated to keep files/records related to a matter after that matter is concluded.  Upon conclusion of Client's representation, Tripp Scott will return the Client's original papers, hard copy/electronic documents and/or other property that Client provided to the Firm during the engagement.  Client agrees to accept the return of such documents and/or property.  If Client so requests, Tripp Scott will also provide to Client, at Client's expense, copies or originals of Client's file.  Tripp Scott and Client agree that lawyer work product (for example, drafts, notes, internal memoranda, work files, etc.) are the property of Tripp Scott.  Tripp Scott reserves the right to destroy or otherwise dispose of any documents or other materials retained by us thirty (30) days after providing notice of intention to destroy them (unless Client requests those materials within thirty (30) days of notification) or after ten years from the date the matter is completed.

**Modification in Writing Only; Severability.**  No change to the Representation Agreement shall be effective unless and until confirmed in writing and signed by the Tripp Scott and Client making express reference to the Representation Agreement.  There are no promises, terms, conditions or obligations other than those contained in the Representation Agreement and these Standard Terms and Conditions of Engagement, and the Representation Agreement shall supersede all previous communications, representations, or other agreements, either oral or written.  If any provision of the Representation Agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire Representation Agreement will be severable and remain in effect.

--------

#3377847v2-221271.0002