**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:23-cv-61179-LEIBOWITZ/STRAUSS**

**SECURITIES AND EXCHANGE**
**COMMISSION,**
        *Plaintiff,*
v.

**ROYAL BENGAL LOGISTICS, INC.,**
*et al.,*
        *Defendants,*
and

**SHEETAL SINGH and**
**CONSTANTINA CELICOURT,**
        *Relief Defendants.*
_____/

## ORDER AND AMENDED NOTICE SETTING HEARING

THIS CAUSE is before the Court upon the Receiver's Motion to Reset Hearing [ECF No. 445], requesting that the hearing scheduled for April 14, 2026, be rescheduled for April 13, 2026. Upon due consideration, the Motion [**ECF No. 445**] is **GRANTED**.  The hearing on the Receivers' Supplemental Motion to Approve (I) Third-Party Litigation Procedures and Contingency Fee Arrangement with Respect to Net Winners and (II) Litigation Procedures and Contingency Fee Agreement Pursuant to Sanjay Singh and Sheetal Singh [ECF No. 441] is RESCHEDULED for **Monday, April 13, 2026 at 2:00 p.m.**  Counsel for the Receivers must appear in person at Courtroom 12-3, Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 N. Miami Ave., Miami, FL 33128.

**DONE AND ORDERED** in the Southern District of Florida on April 3, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record