**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 23-61179-CIV-LEIBOWITZ**

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

     Defendants.

_____/

## UNOPPOSED MOTION TO LIFT AUTOMATIC STAY

Paul Lopez and Jennifer Wahba in their capacity as Receivers for Royal Bengal Logistics, Inc. ("**Receivers**"), by and through undersigned counsel, hereby file their Motion to Lift Automatic Stay for the limited purpose of allowing Creditor **Recarda Hart** ("**Claimant**"), to pursue claims against RBL's insurer, as follows:

1. This matter was initiated against the Securities and Exchange Commission ("**SEC**") against Royal Bengal Logistics, Inc. ("**RBL**"), on June 20, 2023. *See* D.E.1.

2. The following day, the Court entered an Order granting the SEC's *Ex Parte* Motion for Appointment of Receiver (the "**Receivership Order**"). *See* D.E. 111.

3. The Receivership Order included an automatic stay of any and all proceedings. *Id.*, at ¶26-28.

4. Claimant has requested relief from the automatic stay for the limited purpose of pursuing claims for damages against the Receivers' insurance carrier.

1

5. The Receivers and the SEC do not oppose lifting the automatic stay for the limited purpose of allowing the Claimant to seek relief against RBL's insurer because it would not prejudice the Receivership in any manner.

6. Accordingly, the Receivers request limited relief of the stay to allow Claimant to pursue claims against RBL's insurance carrier, based on the express agreement that RBL will serve as a nominal defendant, and based on Claimant's agreement that recovery and enforcement of any settlement, verdict, or judgment will be made only against insurance proceeds, and that there will be no recovery of the amount of any judgment sought from RBL or the Receivership.

### Local Rule 7.1(a)(3) Certification of Conferral

**I HEREBY CERTIFY** that counsel for the Receivers has conferred with the Claimant and SEC, and no interested party currently objects to the relief sought herein.

Dated: May 7, 2026

**TRIPP SCOTT, P.A.**
110 SE 6th Street – 15th Floor
Fort Lauderdale, Florida 33301
Tel: (954) 525-7500
Fax: (954) 761-8475
*Counsel for RBL*

By: /s/ *Jake S. Blumstein*
Charles M. Tatelbaum
Florida Bar No. 177540
Jake S. Blumstein
Florida Bar No. 1017746
jsb@trippscott.com
eservice@trippscott.com
cmt@trippscott.com

2

#3499346v1-221271.0001

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the forgoing document was served on all parties and counsel of record via CM/ECF on this 7th day of May, 2026.

By: <u>/s/ <i>Jake S. Blumstein</i></u>
Jake S. Blumstein
Florida Bar No. 1017746

3

#3499346v1-221271.0001