**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:23-cv-61179-LEIBOWITZ/STRAUSS**

**SECURITIES AND EXCHANGE COMMISSION,**
 *Plaintiff,*

v.

**ROYAL BENGAL LOGISTICS, INC.,**
*et al.,*
 *Defendants.*

_____/

## ORDER

 **THIS CAUSE** is before the Court upon the Receivers' Unopposed Motion to lift the stay of litigation as it applies to Recarda Hart ("Hart") [ECF No. 464] (the "Motion"), filed on May 7, 2026. The Motion seeks court permission to allow Hart to pursue claims against the insurance carrier for Defendant Royal Bengal Logistics, Inc. ("RBL") only. [*Id.* at 1]. The Receivers further represent the Plaintiff Securities and Exchange Commission does not oppose the relief requested. [*Id.* at 2].

 Accordingly, upon due consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the STAY in this case [**ECF No. 11**] is MODIFIED to allow Recarda Hart to prosecute claims against RBL's insurance carrier based upon the express agreement that RBL will serve as nominal defendant in the action and that any recovery will be made only against insurance proceeds and not against the RBL Receivership.

 **DONE AND ORDERED** in the Southern District of Florida on May 11, 2026.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

1

cc: counsel of record
    Sanjay Singh, *pro se*
    Prisoner # 65098-510
    FCI Coleman Low Prison, B-2, P.O. Box 1031, Coleman, FL 33521