UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61179-CIV-LEIBOWITZ

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

     Defendants.

_____/

**MOTION TO MODIFY SUMMARY JUDGMENT ORDER AND REOPEN CASE IN
ORDER TO ADMINISTER RECEIVERSHIP ESTATE**

Paul Lopez and Jennifer Wahba as Receivers for the estate of Royal Bengal Logistics, Inc.

(RBL), by their undersigned counsel, move to modify the Order Granting Summary Judgment In

Plaintiff's Favor On All Counts Of The Complaint [DE 470] (the "Summary Judgment Order")

and reopen the proceedings in order for them to administer the Receivership estate created by the

Order appointing the Receivers entered on June 21, 2023 [DE 11] (the "Receivership Order") on

the following grounds:

1.  When the Receivership Order was entered on June 21, 2023, Paul Lopez and Jennifer

    Wahba were appointed Receivers, and they have been administering the Receivership

    estate since that time.

2.  On May 20, 2026, the Court entered the Summary Judgment Order.

3.  In paragraph 6 of the Conclusion of the Summary Judgment Order, the Court directed

    "[t]he Clerk of Court . . . to CLOSE this case." [DE 470, p. 27].

4.  The Receivers respectfully submit that if the Clerk of the Court were to close this case, it

    would have the inadvertent effect of terminating the Receivers' ability to administer the

#3521326v2-221271.0001

assets of the estate in order to provide an additional distribution to the investors and creditors who dealt with RBL.

5. As the Court is aware, the Receivers recently sought Court approval to pursue on a contingency-fee basis third-party actions where certain individuals received fraudulent transfers from RBL or were overall "net winners." *See* [DE 441, 466, 467]. The Receivers also must collect on the final summary judgment that they obtained against the Singhs in the state-court fraudulent-transfer action.

6. The Receivers and their counsel recognize that the Summary Judgment Order in favor of the SEC terminates the litigation between the SEC and the Defendants in this case. Nevertheless, since the Receivers need to continue to administer the Receivership estate created by the Receivership Order, including pursuing actions against third parties and making a final distribution[1], the Receivers believe that the Court should modify the Summary Judgment Order to permit the case to remain open in order for the Receivers to continue to administer the Receivership estate.

7. If the Court modifies the Summary Judgment Order to keep the receivership estate open, the Receivers will continue filing their quarterly status reports to advise the Court of the progress of the administration of assets and will similarly inform the Court when the receivership estate can be closed.

---

[1] The Receivers also have a forthcoming eleventh fee application, which they have not filed yet because they were waiting for the Court to rule on the contingency fee issue. As such, the Receivers also need to seek the Court's approval for past fees and costs.

#3521326v2-221271.0001

## CERTIFICATE OF CONFERRAL

I certify that I conferred with counsel for the SEC, and counsel for the SEC has no objection to the Receivers' request to modify the Summary Judgment Order so as to reopen this case so that the Receivership estate may continue.

WHEREFORE, Paul Lopez and Jennifer Wahba as Receivers request this Court to enter an Order modifying the Summary Judgment Order so that this case will remain open in order for the Receivers to administer the Receivership estate until its conclusion.

**TRIPP SCOTT, P.A.**
*Counsel to the Receivers*
110 S.E. 6th Street, 15th Floor
Ft. Lauderdale, FL 33301
Phone: (954) 525-7500

By: */s/ Charles M. Tatelbaum*
**Charles M. Tatelbaum**
Florida Bar No. 177540
cmt@trippscott.com
**Corey D. Cohen**
Florida Bar No. 1024891
cdc@trippscott.com
mrw@trippscott.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of May 2026, I electronically filed the foregoing document via this Court's CM/ECF system which provided a true copy to all those entitled to notice.

By: */s/ Charles M. Tatelbaum*
Charles M. Tatelbaum
Florida Bar No. 177540

3

#3521326v2-221271.0001